Fred E. Salley
Salley & Associates
3510 N. Causeway Boulevard
Suite 601
Metairie, LA 70002



RECEIVED
MAR 16 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

--------------------------------------------------------

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Hasler 02/19/2020 US POSTAGE $01.40
ZIP 70801
011D1164628

NIXIE    773   4C 1           7203/13/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 70801171277    2091N073201-03359

SCREENED
OK
U.S. MARSHAL