# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § | |
| *Versus* | § | |
| | § | |
| REC MARINE LOGISTICS LLC, ET AL. | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| Defendants | § | |

## NOTICE OF APPEARANCE

Please take notice that Daniel E. Sheppard hereby appears in this case on behalf of Plaintiff McArthur Griffin.

    Respectfully Submitted,

    MORROW & SHEPPARD LLP

    */s/ Daniel E. Sheppard*
    Daniel E. Sheppard
    Bar Roll No. 38076
    3701 Kirby Dr, Ste 1000
    Houston, TX  77098
    713.489.1206 tel
    713.893.8370 fax
    All E-Service To:
    msfiling@morrowsheppard.com
    dsheppard@morrowsheppard.com

    COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on counsel of record via CM/ECF on April 2, 2020.

    */s/Daniel E. Sheppard*
    Daniel E. Sheppard