# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

   **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### John Denis Sheppard

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2005.

   I further certify that the records of this office show that, as of this date

### John Denis Sheppard

is presently enrolled with the State Bar of Texas as an active member in good standing.

   **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 10th day of April, 2020.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 7728C.1

EXHIBIT

Exhibit A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.