# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | § | |
| | § | |
| Plaintiff | § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § | |
| *Versus* | § | |
| | § | |
| REC MARINE LOGISTICS LLC, ET AL. | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| Defendants | § | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The Court having considered Daniel E. Sheppard's Motion seeking the admission of John D. Sheppard to practice in this Court and to represent Plaintiff, McArthur Griffin in all aspects in the above-captioned matter ORDERS that the motion is GRANTED and that John D. Sheppard of Morrow & Sheppard LLP, 3701 Kirby Drive, Suite 1000; Houston, Texas 77098, be admitted to practice before the United States District Court for the Middle District of Louisiana to represent Plaintiff, McArthur Griffin, in all aspects in the above-captioned matter.

Baton Rouge, Louisiana, this _____ day of _____, 2020.

_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA