# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | § § | |
| Plaintiff | § § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| *Versus* | § § | |
| REC MARINE LOGISTICS LLC, ET AL. | § § | **TRIAL BY JURY DEMANDED** |
| Defendants | § | |

## MOTION TO SUBSTITUTE THE DECLARATION OF JOHN D. SHEPPARD

Plaintiff files this Motion to Substitute the Declaration of John D. Sheppard.

On April 16, 2020, undersigned filed a Motion for John D. Sheppard to Appear Pro Hac Vice ("Motion to Appear PHV"). *See* Doc. 9. Undersigned was notified by Clerk that the declaration contained in the Motion to Appear PHV was deficient and needed to address whether criminal charges had been instituted against Mr. John D. Sheppard pursuant to LR 83(b)(8)(C).

Attached to this Motion as Exhibit B is the Declaration of John D. Sheppard, which addresses the deficiency.[1]

## I. CONCLUSION AND PRAYER

Plaintiff respectfully requests that the Court replace the declaration filed as an exhibit to the Motion to Appear PHV with the declaration attached to this Motion and for any other relief Plaintiff may be entitled.

---

[1] John D. Sheppard's declaration is being attached as Exhibit B so that it is consistent with the exhibits referenced in the Motion to Appear PHV. There is no Exhibit A to this motion.

Respectfully Submitted,

MORROW & SHEPPARD LLP

*/s/ Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
3701 Kirby Dr, Ste 1000
Houston, TX 77098
713.489.1206 tel
713.893.8370 fax
All E-Service To:
msfiling@morrowsheppard.com
dsheppard@morrowsheppard.com

COUNSEL FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on counsel of record via CM/ECF on April 16, 2020.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard