# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| MCARTHUR GRIFFIN | § | |
| --- | --- | --- |
| | § | |
| Plaintiff | § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § | |
| *Versus* | § | |
| | § | |
| REC MARINE LOGISTICS LLC, ET AL. | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| Defendants | § | |

## MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF ATTORNEY JOHN D. SHEPPARD

John D. Sheppard declares under penalty of perjury that the following is true and correct:

1. I am a Partner at Morrow & Sheppard LLP, counsel for Plaintiff in the above captioned matter. I submit this declaration in support of the motion of Daniel E. Sheppard for my *pro hac vice* admission to practice in this Court in the above-captioned matter. I am associated in this matter with Mr. Daniel E. Sheppard who is a member in good standing of this Court.

2. I have been a member in good standing of the Supreme Court of Texas since November 4, 2005. *See* Exhibit A (Certificate of Good Standing).[1]

3. I have been a member in good standing of the Supreme Court of New Mexico since August 1, 2019.

4. I have never been sanctioned or disciplined by any court or administrative body nor have any criminal charges been instituted against me.

---

[1] On October 17, 2016 I was admitted to practice before the U.S. Supreme Court. On February 5, 2014, I was admitted to practice before the Fifth Circuit Court of Appeals. I am also admitted to practice before U.S. District Courts for the Northern, Eastern, Southern, and Western Districts of Texas.

EXHIBIT

Exhibit B

exhibitsticker.com

5. The Plaintiff in the above-captioned matter has requested my representation.

6. I have familiarized myself with the Local Rules of this Court and agree to comply with them.

7. I have attended training on the Court's CM/ECF system and have become very familiar with this system as part of my practice in Federal courts in Texas.

8. I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States

Dated: April 16, 2020.

                                                                                                 */s/John D. Sheppard*
                                                                                                  John D. Sheppard