# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | § § | |
| Plaintiff | § § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| *Versus* | § § | |
| REC MARINE LOGISTICS LLC, ET AL. | § § | **TRIAL BY JURY DEMANDED** |
| Defendants | § | |

## ORDER GRANTING MOTION TO SUBSTITUTE

The Court considered Plaintiff's Motion to Substitute the Declaration of John D. Sheppard (the "Motion"). *See* Doc. 10. The Court is of the opinion that the Motion should be GRANTED. The Clerk is hereby ORDERED to substitute the previously filed Declaration of John D. Sheppard with the declaration attached as Exhibit B to the Motion.

Baton Rouge, Louisiana, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA