## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN § | |
| § | |
| Plaintiff § | |
| § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| § | |
| *Versus* § | |
| § | |
| REC MARINE LOGISTICS LLC, ET AL. § | **TRIAL BY JURY DEMANDED** |
| § | |
| Defendants § | |

### PLAINTIFF'S MOTION TO ENFORCE, COMPEL DISCOVERY, AND SANCTIONS FOR VIOLATING COURT ORDERS

For the reasons more fully set forth in his Memorandum in Support, Plaintiff, McArthur Griffin, respectfully seeks the following:

1. Against and/or from Defendant Rec Marine Logistics LLC ("Rec Marine"):

    a. Sanctions including the striking of pleadings and the establishment of negligence liability against Rec Marine for violating the written order of Judge Trudy White issued on October 13, 2019 ordering Rec Marine to respond to Plaintiff's requests for production and interrogatories served August 9, 2019 by October 23, 2019;[1]

    b. Enforcement of the aforementioned prior outstanding order;

    c. Order compelling complete Rule 26 disclosures; and

    d. Order requiring payment of attorneys' fees.

---

[1] To date, more than six months later and a year into this lawsuit, Rec Marine has produced nothing and has not answered a single interrogatory.

2. Against and/or from Defendant Gulf Offshore Logistics LLC ("Gulf Offshore"):

    a. Order compelling Gulf Offshore to provide disclosures mandated by Rule 26, which Gulf Offshore has wholly failed to provide;

    b. Order compelling Gulf Offshore to respond to requests for production and interrogatories sent January 9, 2020, which were not objected or responded to within 30 days (a period that expired before removal on February 17, 2020); and

    c. Order requiring payment of attorneys' fees.

3. Against and/or from Defendant GOL LLC ("GOL"):

    a. Order compelling GOL to provide disclosures mandated by Rule 26, which GOL has wholly refused to provide;

    b. Order compelling GOL to respond to requests for production and interrogatories sent January 9, 2020, which were not objected or responded to within 30 days (a period that expired before removal on February 17, 2020); and

    c. Order requiring payment of attorneys' fees.

4. Against and/or from Defendant Offshore Transport Services LLC ("OTS"):

    a. Order compelling OTS to respond to requests for production and interrogatories sent January 9, 2020, which were not objected or responded to within 30 days (a period that expired before removal on February 17, 2020);

    b. Order compelling complete Rule 26 disclosures; and

    c. Order requiring payment of attorneys' fees.

Plaintiff requests that the Court grant this Motion and the relief requested above along with any other relief Plaintiff may be justly entitled.

        Respectfully Submitted,

        MORROW & SHEPPARD LLP

            */s/ Daniel E. Sheppard*
            Daniel E. Sheppard
            Bar Roll No. 38076
            John D. Sheppard
            *Admitted Pro Hac Vice*
            3701 Kirby Dr, Ste 1000
            Houston, TX  77098
            713.489.1206 tel
            713.893.8370 fax
            All E-Service To:
            msfiling@morrowsheppard.com
            dsheppard@morrowsheppard.com
            jsheppard@morrowsheppard.com

        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff attempted to confer with Fred Salley, counsel for REC, GOL, Gulf Offshore, and OTS, on multiple occasions regarding the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on counsel of record via CM/ECF on May 14, 2020.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard