19th Judicial District Court for the Parish of East Baton Rouge

State of Louisiana

No: C-682146                                              Section 27

MACARTHUR GRIFFIN

*VERSUS*

REC Marine Logistics, LLC

FILED _____          CLERK _____

RULE TO SHOW CAUSE ORDER

Considering the Exceptions and Motion to Dismiss filed by Defendant, REC Marine Logistics, LLC.

**IT IS ORDERED** that Plaintiff, MacArthur Griffin, show cause on the **23** day of **Sept** 2019, at **9:30** AM, why judgment granting the Defendant's Motion on Exceptions, and to Dismiss Griffin's Petition for improper venue and jurisdiction, should not be granted, at Plaintiff's cost.

**THUS DONE AND SIGNED IN OPEN COURT** this **06** day of **June**, 2019 at Baton Rouge, LA.

_____
Judge, 19th JDC, East Baton Rouge

Judge Trudy M. White

**EXHIBIT**

**5**