EAST BATON ROUGE PARISH
Filed Sep 05, 2019 12:51 PM
Deputy Clerk of Court
C-682146
27

PX-3

**Daniel Sheppard**

**From:** fsalleyA <fsalley@acadiacom.net>
**Sent:** Monday, August 12, 2019 2:04 PM
**To:** Daniel Sheppard
**Subject:** Re: Griffin v. REC Marine Logistics, LLC et al

## SALLEY & ASSOCIATES
### Attorneys

Fred E. Salley

77378 Hwy 1081
P.O. Box 3549
Covington, LA 70434

Telephone: 1-985-867-8830
Facsimile: 1-985-867-3368
Cellular: 1-504-450-3880

Monday, August 12, 2019 13:55:18

If you persist in moving forward trying to force discovery in a suit that currently has no jurisdiction or venue, rest assured that the response will be an immediate motion for sanctions against you personally.

If you want to do so, you can dismiss your own improperly filed suit in East Baton Rouge Parish, and refile it where it will have La. jurisdiction and venue, as required in Louisiana. Then you may proceed with filing discovery.

Best regards,

Fred E. Salley

---

On 8/12/2019 10:57 AM, Daniel Sheppard wrote:

> Fred,
>
> Please see attached letter.
>
> Regards,
> Daniel
>
> ---
> **Daniel E. Sheppard**
> MORROW & SHEPPARD LLP
> *Trial Attorneys*
>
> Morrow & Sheppard LLP
> 3701 Kirby Drive, Suite 1000
> Houston, Texas 77098
> T: 713-489-4815  F: 713-893-8370
> E: dsheppard@morrowsheppard.com
>
> SEND ALL E-SERVICE TO:

1

**EXHIBIT 9**