EAST BATON ROUGE PARISH
Filed Jan 22, 2020 3:26 PM
Deputy Clerk of Court
C-682146
27

19th Judicial District Court for the Parish of East Baton Rouge

State of Louisiana

No: C-682146                                                Section 27

MCARTHUR GRIFFEN

*VERSUS*

REC Marine Logistics, LLC, et. al.

FILED_____        CLERK_____

                                                           DEPUTY CLERK

### EX-PARTE MOTION TO CONTINUE FOR MEDICAL DISABILITY

Undersigned Counsel previously requested in mid-November 2019, and obtained, a thirty day continuance based upon personal medical conditions, but now comes advising that he has also suffered an unexpected, extended, sciatic nerve injury related to his prior illness, which has currently disabled him from walking, driving and/or travelling; and upon further suggesting that he has continued to suffer from continued personal illness and medical disabilities for the past several weeks; is obliged to move for another short continuance of currently scheduled motions, including his own current Motion to Review and Reverse Judgment and Prior Rulings scheduled for 27th January, 2020, together with all other Motions currently scheduled for that day, to be continued and reset for hearings on the **2nd day March** ~~day February~~ 2020.

Submitted by:

_/s/ Fred E. Salley_
FRED E. SALLEY, T.A.    (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana 70434
Telephone: (985) 867-8830
Facsimile  (985) 867-8927
Counsel for Defendants, REC et. al.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 15th day of November 2019.

_/s/ Fred E. Salley_
FRED E. SALLEY, T.A.    (11665)

EXHIBIT 30