19th Judicial District Court for the Parish of East Baton Rouge

State of Louisiana

No: C-682146                          Section 27

MCARTHUR GRIFFEN

*VERSUS*

REC Marine Logistics, LLC, *et. al.*

FILED_____     CLERK_____

DEPUTY CLERK

## ORDER GRANTING DEFENSE COUNSEL'S REQUEST FOR CONTINUANCE FOR MEDICAL REASONS

Defense Counsel having filed a Motion seeking a Continuance in this case for personal medical reasons, the Motion is appropriate, and is hereby granted, and there will be a continuance of all motions scheduled for hearings on 27th January 2020, which will be continued and rescheduled for hearing on the **2nd day of March**, 2020.

THUS DONE AND SIGNED, this __23rd__ day of January 2020.

*Trudy M. White*
Hon. Trudy White, 19th JDC, EBRP

**EXHIBIT 31**