## Daniel Sheppard

**From:** Daniel Sheppard
**Sent:** Friday, October 25, 2019 5:00 PM
**To:** fsalleyA
**Cc:** John Sheppard; Brilliant Clayton
**Subject:** RE: Griffin
**Attachments:** Griffin - Judgment (Signed October 13, 2019).pdf

Fred,

Thank you for speaking with me.

Following our discussion, it remains unclear whether you have taken any steps to perform the discovery you told the Court you could complete by October 23, 2019.  You claim (among other things) that you have not received the Court's signed judgment.  I have attached the signed judgment here for your convenience.

We will be moving forward with preparing and filing our second motion to compel and motion for sanctions and contempt as you maintain the position that (a) you are under no obligation to respond to discovery and (b) that you will not be responding to discovery as ordered by Judge White.

Please feel free to call me if you would like to discuss this further.  My contact information is below.

Thank you,
Daniel

—
**Daniel E. Sheppard**



Morrow & Sheppard LLP
3701 Kirby Drive, Suite 1000
Houston, Texas 77098
**T**:  713-489-4815  **F**: 713-893-8370
**E**: dsheppard@morrowsheppard.com

SEND ALL E-SERVICE TO:
msfiling@morrowsheppard.com

---

**From:** Daniel Sheppard <dsheppard@morrowsheppard.com>
**Sent:** Thursday, October 24, 2019 10:30 AM
**To:** fsalleyA <fsalley@acadiacom.net>
**Cc:** John Sheppard <jsheppard@morrowsheppard.com>; Brilliant Clayton <bclayton@claytonfrugelaw.com>; msfiling <msfiling@morrowsheppard.com>
**Subject:** RE: Griffin

Fred,

EXHIBIT

43

See attached letter.  I would like to request a conference with you to discuss Defendant's failure to respond to Plaintiff's discovery requests.  This letter is being faxed and mailed to you.

Please contact me to arrange this conference within the next five (5) working days.

Thank you,
Daniel

—
**Daniel E. Sheppard**



Morrow & Sheppard LLP
3701 Kirby Drive, Suite 1000
Houston, Texas 77098
**T**:  713-489-4815  **F**: 713-893-8370
**E**: dsheppard@morrowsheppard.com

SEND ALL E-SERVICE TO:
msfiling@morrowsheppard.com

---

**From:** fsalleyA <fsalley@acadiacom.net>
**Sent:** Saturday, October 5, 2019 6:52 AM
**To:** Daniel Sheppard <dsheppard@morrowsheppard.com>
**Subject:** Re: Griffin

### SALLEY & ASSOCIATES
**Attorneys**

Fred E. Salley

_____

**77378 Hwy 1081**
P.O. Box 3549
Covington, LA  70434

Telephone:1-985-867-8830
Facsimile: 1-985-867-3368
Cellular  : 1-504-450-3880

Saturday, October 05, 2019 06:47:48

Daniel:

Your large packet of pleadings dated and mailed 11th September reached me Friday, 4th October.  I had not had access to ror read this material prior to the hearing in Baton Rouge.

Best regards,


Fred E. Salley


-----------------------------------------

On 9/24/2019 9:56 AM, Daniel Sheppard wrote:

    Fred,

My earlier email was truncated.  Please let me know whether you are opposed to the proposed judgment within 5 days.  If opposed, please indicate the basis for your opposition.


Thank you,
Daniel

Sent from my iPhone.  Please disregard any brevity or typos.

On Sep 24, 2019, at 08:58, Daniel Sheppard <dsheppard@morrowsheppard.com> wrote:

> Fred,
>
> Attached is the cover letter and judgment being sent to the clerk for filing (and onward to Judge White for signature).
>
> Thank you,
> Daniel
>
> ___
> **Daniel E. Sheppard**
>
> 
>
> Morrow & Sheppard LLP
> 3701 Kirby Drive, Suite 1000
> Houston, Texas 77098
> **T**:  713-489-4815  **F**: 713-893-8370
> **E**: dsheppard@morrowsheppard.com
>
> SEND ALL E-SERVICE TO:
> msfiling@morrowsheppard.com
>
> <Griffin - 9.24.19 (Letter to Clerk).pdf>
>
> <Griffin - Judgment.pdf>

---

Virus-free. www.avast.com