# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN | § |
| Plaintiff | § § § CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| *Versus* | § § § |
| REC MARINE LOGISTICS LLC, ET AL. | § **TRIAL BY JURY DEMANDED** |
| Defendants | § § |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNIFICATION ASSOCIATION <u>ONLY</u>

Plaintiff McArthur Griffin hereby dismisses all claims and causes of action asserted against the American Steamship Owners Mutual Protection and Indemnification Association (the "American Club") <u>*only*</u>, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff does not dismiss any other claims or parties. In support thereof, American Club has not served an Answer and has not filed a Motion for Summary Judgment. Voluntary dismissal is proper under Rule 41(a)(1)(A)(i) and may be done by the filing of the instant notice without need for an Order of this Honorable Court.

Respectfully Submitted,

MORROW & SHEPPARD LLP

*/s/ Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
3701 Kirby Dr, Ste 1000
Houston, TX  77098
713.489.1206 tel
713.893.8370 fax
All E-Service To:
msfiling@morrowsheppard.com
dsheppard@morrowsheppard.com
jsheppard@morrowsheppard.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on counsel of record via CM/ECF on May 14, 2020.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard