# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MCARTHUR GRIFFIN**                                          **CIVIL ACTION NO.**

**VERSUS**                                                    **20-92-BAJ-EWD**

**REC MARINE LOGISTICS, LLC,
ET AL.**

## TELEPHONE STATUS CONFERENCE REPORT AND ORDER

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on May 14, 2020 as a follow-up to the April 16, 2020 telephone conference, with the following participants:

| | | |
|---|---|---|
| **PRESENT:** | **Daniel Sheppard**<br>**John Sheppard**<br>Counsel for Plaintiff,<br>McArthur Griffin | **Fred E. Salley**<br>Counsel for Defendants,<br>REC Marine Logistics, LLC<br>GOL, LLC, Gulf Offshore Logistics,<br>LLC and Offshore Transport<br>Services, LLC |
| | **Alan R. Davis**<br>Counsel for Defendant,<br>QBE Insurance (Europe) Limited | |

The Court inquired into the status of the parties' discussions regarding resolution of the issues raised with respect to the Court's subject matter jurisdiction previously discussed during the parties' April 16, 2020 conference call with the Court.[1] Counsel for McArthur Griffin ("Plaintiff") advised that they have reviewed the insurance policy containing the arbitration clause that forms the basis for removal and have propounded formal discovery to Defendant QBE Insurance (Europe) Limited ("QBE") seeking information regarding whether there is an insurance coverage dispute between QBE and its insured, Defendant REC Marine Logistics, LLC ("REC Marine"), which is one of the types of disputes that would trigger arbitration per the insurance policy. Counsel for QBE advised that he has referred Plaintiff's discovery requests to his client for response and the requests are under review. Counsel for QBE is not coverage counsel and cannot

---

[1] *See* R. Doc. 13.

CV36aT0:30

provide an opinion on coverage issues, however, QBE contends that whether there is a coverage dispute between QBE and REC Marine has no bearing on the issue of subject matter jurisdiction because Plaintiff subjected himself to the terms of the insurance policy by suing QBE directly. As QBE disputes Plaintiff's claims, it is QBE's position that the arbitration clause is triggered. As the issue of subject matter jurisdiction remains unresolved, a follow-up telephone call shall be scheduled for June 19, 2020 at 10:30 a.m. to resume discussions. This will afford Plaintiff an opportunity to review QBE's discovery responses.[2]

A review of the docket reflects that some of the other issues raised at the previous telephone conference have been resolved,[3] *i.e.*, the filing of answers by Defendants GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC,[4] as well as the filing of a Notice of Voluntary Dismissal of Defendant American Steamship Owners Mutual Protection and Indemnification Association.[5] However, Plaintiff advised that he still has not received Fed. R. Civ. P. 26 disclosures by some of the Defendants. Counsel for REC Marine and GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transports Services, LLC advised that dispositive motions will soon be filed seeking dismissal of two of the Defendants[6] who have not provided initial disclosures, but the remaining Defendants will respond. The Court advised the parties that a stay of discovery must be sought by an appropriate motion, and absent a challenge to jurisdiction, discovery is not typically stayed by the filing of a dispositive motion.

Accordingly,

---

[2] Issues of subject matter jurisdiction will be resolved before action is taken on any additional motions, including Plaintiff's recently-filed Motion to Enforce Judgment, Motion to Compel, and Motion for Sanctions against Defendants. R. Doc. 15.
[3] *See* R. Doc. 13, p. 2.
[4] R. Doc. 14.
[5] R. Doc. 16.
[6] These parties were not identified during the conference, but Defendants' Answer and affirmative defenses suggest that the Defendants who will seek summary dismissal are GOL, LLC and Gulf Offshore Logistics, LLC. R. Doc. 14, p. 1.

**IT IS ORDERED** that a telephone conference is set for **June 19, 2020 at 10:30 a.m.** before the undersigned.  Counsel participating in the telephone conference shall call 877-336-1839 using access code 9565780 five minutes prior to conference.

Signed in Baton Rouge, Louisiana, on May 14, 2020.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**