UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** | § |
| | § |
| **Plaintiff** | §**CIVIL ACTION NO.: 3:20-92-BAJ-EWD** |
| | § |
| *Versus* | § |
| | § |
| **REC MARINE LOGISTICS LLC, ET AL.** | §   **TRIAL BY JURY DEMANDED** |
| | § |
| **Defendants** | § |

### EXPARTE MOTION TO STAY PENDING COURT DECISION ON JURISDICTION

Now into Court through undersigned Counsel comes REC, *et. al.*, seeking a temporary stay of any proceedings against it, pending the Court's final decision on whether this litigation, just removed from East Baton Rouge Parish Louisiana state court, was properly removed, and/or will or will not remain in this Federal Jurisdiction through trial, or will be returned to the state court for further proceedings on the matter, as proceedings pending against these defendants commenced in state court, and if further proceedings are needed, they should be returned to state court to be resolved according to Louisiana State Law in a Louisiana Court, and Movers hereby move therefor;

Respectfully submitted,

**/s/ Fred E. Salley**
_____
FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
77378 Hwy 1081

```
                                   Covington, LA.  70435
                                   Telephone: (985) 867-8830
                                   All Defendants
```

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid this 19th day of May 2020.

```
                                   _____
                                   Fred E. Salley
```