# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MCARTHUR GRIFFIN** | § | |
| | § | |
| **Plaintiff** | § | **CIVIL ACTION NO.: 3:20-92-BAJ-EWD** |
| | § | |
| *Versus* | § | |
| | § | |
| **REC MARINE LOGISTICS LLC, ET AL.** | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| **Defendants** | § | |

## ORDER PERMITTING SUBSTITUTION OF REC., *et. al*., MOTION TO STAY

It is Ordered that the Motion to Substitute pleadings filed by REC, *et. al.*, is hereby granted and the original ex-parte Motion to Stay filed by REC, *et.al.* is hereby deleted and replaced by the new contradictory Motion to Stay, filing and scheduling for hearing of which is hereby granted.

_____
**Judge, Middle District Louisiana**

Respectfully submitted,

**/s/ Fred E. Salley**

_____
FRED E. SALLEY, T.A. (11665)
SALLEY & ASSOCIATES
77378 Hwy 1081
Covington, LA. 70435
Telephone: (985) 867-8830
All Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid this 22nd day of May 2020.

_____
Fred E. Salley