```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **MCARTHUR GRIFFIN** | § |
| | § |
| **Plaintiff** | §CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § |
| *Versus* | § |
| | § |
| **REC MARINE LOGISTICS LLC, ET AL.** | §   TRIAL BY JURY DEMANDED |
| | § |
| **Defendants** | § |

### ORDER GRANTING STAY OF PROCEEDINGS AGAINST REC, ET. AL

The Motion of REC, *et. al.*, seeking a stay of Motions or other proceedings against it/them is hereby granted pending the Courts' determination of whether the removal of this case from Louisiana's East Baton Rouge Parish District Court was correct.

_____
**Judge Middle District Baton Rouge**

Respectfully submitted,

**/s/ Fred E. Salley**

_____
FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
77378 Hwy 1081
Covington, LA.  70435
Telephone: (985) 867-8830
All Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid this 22nd day of May 2020.

_____
Fred E. Salley