```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **MCARTHUR GRIFFIN** | § |
| | § |
| **Plaintiff** | §CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § |
| *Versus* | § |
| | § |
| **REC MARINE LOGISTICS LLC, ET AL.** | §   TRIAL BY JURY DEMANDED |
| | § |
| **Defendants** | § |

## **MEMORANDUM IN SUPPORT OF MOTION TO STAY**

Now comes REC *et. al.*, and submits that in view of the possibility that the Removal of this cause from the East Baton Rouge Parish Louisiana District Court might be returned to State Court for further proceedings, these parties seek to avoid unnecessary wastes of time and effort by attempting to respond to Plaintiffs motions which should be stayed pending this court's determination of whether this matter will be returned to the State Court for further proceedings; and defendants have moved to stay any and all further actions and proceedings until this issue is resolved by this forum.

                                                      Respectfully submitted,

                                                      **/s/ Fred E. Salley**

                                                      _____
                                                      FRED E. SALLEY, T.A.   (11665)
                                                      SALLEY & ASSOCIATES
                                                      77378 Hwy 1081
                                                      Covington, LA.  70435
                                                      Telephone: (985) 867-8830
                                                      All Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid this 22nd day of May 2020.

_____
Fred E. Salley