UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** | § |
| | § |
| Plaintiff | §  CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § |
| *Versus* | § |
| | § |
| **REC MARINE LOGISTICS LLC, ET AL.** | §   TRIAL BY JURY DEMANDED |
| | § |
| **Defendants** | § |

## NOTICE OF HEARING ON MOTION TO STAY

TO:  **Daniel Shepperd,** *Esq.*
     **Morrow & Shepperd, LLP**
     **La. Bar Roll #38076**
     **3701 Kirby Drive, Suite 1000**
     **Houston, Texas 77098**

PLEASE TAKE NOTICE that REC, *at. al.*, Defendants, through undersigned counsel, will file the attached Motion to Stay any further actions against Movers in the captioned litigation on the 25th day of June 2020, at which time you are invited to attend, participate and/or respond to the motion(s) as you deem fit and appropriate.

Submitted by:

_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana  70434
Telephone: (985) 867-8830
Facsimile  (985) 867-8927
Counsel for Defendants,REC *et. al.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 22nd day of May, 2020.

_____
**FRED E. SALLEY, T.A.   (11665)**