CLERK'S OFFICE
UNITED STATES DISTRICT COURT
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801-1712

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Fred E. Salley
Salley & Associates
3510 N. Causeway Boulevard
Suite 601
Metairie, LA 70002

RECEIVED
MAY 22 2020
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

SCREENED
OK
U.S. MARSHAL