**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | § | |
| | § | |
| Plaintiff | §CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § | |
| *Versus* | § | |
| | § | |
| REC MARINE LOGISTICS LLC, ET AL. | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| Defendants | § | |

**REC,*et.al.*WITNESSES AND DOCUMENTS**

    Now come Defendants, REC Marine Logistics, LLC, and Offshore Transport Services, LLC with its, their, initial FRCP Rule 26b Witness and Document lists, as follows:

**Witness Listing**

**1.**

Dr. Brett Casey

Gulf Coast Orthopeadics

1001 School Street

Houma, La. 70360

**2.**

Donald Fitzgerald, P.T.

Opelousas Physical Therapy

2218 Geome Dr.

Opelousas, La. 70570

**3.**

Captain Michael Haglund

8926 Rizutto Rd.

Panama City, FL 32404

**4.**

EXHIBIT

1

exhibitsticker.com

Captain Joshua Winhauer

14510 Saint Michael Street E.

Coden, AL 36523

5.

Casey Curole

Port Captain

4535 Hwy 308, P.O. Box 309

Raceland, La. 70394

**6.**

Deckhand William Badeaux

1115B Saltmine Hwy.

Breaux Bridge, LA 70517

**7.**

Brian Harris, Claims Mgr.

REC Marine Logistics, LLC

4535 Hwy 308, P.O. Box 309

Raceland, La. 70394

**8.**

Any witness listed or called by any party.

<u>**Document Listing**</u>

**1.**

Logs of <u>**M/V Dustin Danos**</u> 4/21/-5/13/2018;

**2.**

Medical records Dr. Casey;

**3.**

Therapy records of Donald Fitzgerald;

**4.**

Records showing amounts and times of M&C payments to Griffin;

**5.**

Records of REC showing wages or emoluments to Griffin during his employment.

**6.**

Any documents or exhibits offered by any other party.

Submitted by:

/s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A.  (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana  70434**
**Telephone: (985) 867-8830**
**Facsimile  (985) 867-8927**
**Counsel for Defendants,REC *et. al*.**



# DAILY BOAT LOG

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

VESSEL NAME: Destin Dawn   CODE NO.   NAME OF OWNER: GOL   FIELD: WAT   DATE: 4-22 20 18

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | | | | |
| 0000 | 0230 | | | | ST 316 | ST 316 | S/B RWP Rough | M HAGLUND |
| 0230 | 0830 | | | | ST 316 | ST 316 | O/L & B/L & P/H's Rough! | J WENHAVER |
| 0830 | 1000 | | | | ST 316 | EW 910 | E/R | M GRIFFIN |
| 1000 | 1015 | | | | EW 910 | EW 910 | O/L & O/L Cargo Windy/Rough STOP WORK | W BADEAUX |
| 1015 | 1215 | | | | EW 910 | EW 910 | RWP | |
| 1215 | 1300 | | | | EW 910 | EW 910 | O/L & B/L Cargo Rough!!! | |
| 1300 | 2400 | | | | EW 910 | EW 910 | RWP | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | | |

| FUEL & OIL RECORD | FUEL | LUBE | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 24 846 | 247 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 24 846 | 247 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 0 | | |
| BALANCE ON HAND | 24 846 | 247 | | |

*DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

SIGNATURE OF SKIPPER _____

FIELD SUPERVISOR _____

GOL DAILY BOAT LOG • 04-2015 • 600 CT



**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _Dustin Danos_  CODE NO. _____  NAME OF OWNER _GOL_  FIELD _W&T_  DATE _4-23_ 20_18_

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE * | | | | |
| 0000 | 0845 | | | | EW 910 | EW 910 | S/B | M HAGLUND |
| 0845 | 0900 | | | | EW 910 | EW 910 | B/L Cargo, & P/H w | J WENHAUER |
| 0900 | 1215 | | | | EW 910 | SS 300A 315 | E/R & B/L Cargo | M GRIFFIN |
| 1215 | 1230 | | | | SS 315 | SS 300A | E/R | W BADEAUX |
| 1230 | 1445 | | | | SS 300A | SS 300A | S/B & O/L Cargo | |
| 1445 | 2410 | | | | SS 300A | SHELLMORGAN CITY | E/R | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | FUEL | LUBE | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 24,846 | 247 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 24,846 | 247 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 8 | | |
| BALANCE ON HAND | 24,846 | 239 | | |

TOTAL

*DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR    GOL DAILY BOAT LOG • BI-3015 • NBI-CT

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME __D..T.. Danos__   CODE NO. _____   NAME OF OWNER __GOL__   FIELD __W&T__   DATE __4-24__  20 __18__

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | | | | |
| 0000 | 0530 | | | | SS300A | SHELL MORGAN | STRLE/R | M HAGLUND |
| 0530 | 0715 | | | | SHELL MORGAN | SHELL MORGAN | B/L Fuel & H2o | J WINHAVER |
| 0715 | 0745 | | | | SHELL morgan | W&T/Jcy | E/R | M GRIFFIN |
| 0745 | 2400 | | | | W&T/Jcy | W&T/Jcy | o/L Pargu & S/R | W BADEAUX |
| | | | | | | / | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | FUEL | LUBE | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 24,846 | 239 | | |
| RECEIVED | 3000 | 0 | | |
| TOTAL | 27,846 | 239 | | |
| TRANS. TO: | -0- | 0 | | |
| CONSUMED | 2,798 | 0 | | |
| BALANCE ON HAND | 25,048 | 239 | | |

TOTAL

DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

FIELD SUPERVISOR _____

GOL DAILY BOAT LOG • 04-2015 • 100 CT

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _Dustin Downs_   CODE NO. _____   NAME OF OWNER _GOL_   FIELD _WGT_   DATE _4-25_ 20_18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
| FROM | TO | TRIP | STAND BY | IDLE ∗ | (IF STANDING BY OR IDLE, SHOW LOCATION) | | OR PURPOSE OF TRIP | |
|---|---|---|---|---|---|---|---|---|
| 0000 | 2400 | | | | WGT/ICY | WGT/ICY | S/B | M HAGLUND |
| | | | | | | | | J WINHAUER |
| | | | | | | | | M GRIFFIN |
| | | | | | | | | W BADEAUX |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS | | FUEL | |
| | FUEL | LUBE | SUPPLIER | TICKET NOS. |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 25048 | 239 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 25,048 | 239 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 0 | | |
| BALANCE ON HAND | 25048 | 239 | | |

TOTAL

∗ DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR

GOL DAILY BOAT LOG • 04-2015 • KKI CT



**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _____ CODE NO. _____ NAME OF OWNER _GOL_ FIELD _W&T_ DATE _4-26_ 20 _18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | | |
| 0000 | 2400 | | | | W&T/LY | W&T/LY | S/B | M HAGLUND |
| | | | | | | | | J WINHAUER |
| | | | | | | | | M GRIFFIN |
| | | | | | | | | W BADEAUX |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS | | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| | FUEL | LUBE | | |
| STOCK ON HAND (INCLUDING DAY TANK) | 25,048 | 239 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 25,048 | 239 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 39 | | |
| BALANCE ON HAND | 25,048 | 200 | | |

TOTAL

*DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____ SIGNATURE OF SKIPPER

_____ FIELD SUPERVISOR

GOL DAILY BOAT LOG • 01-20X5 • KK-CT

# DAILY BOAT LOG

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

VESSEL NAME _Dustin Dawn_   CODE NO. _____   NAME OF OWNER _GOL_   FIELD _W&T_   DATE _4-27_  20 _18_

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | | | | |
| 0000 | 1500 | | | | W&T/JLY | W&T/JLY | S/D & B/K Cargo | M HAGLUND |
| 1500 | 2400 | | | | W&T/JLY | SS300 B | E/R | J WINDHAM |
| | | | | | | | | M GRIFFIN |
| | | | | | | | | W BADEAUX |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | FUEL | LUBE | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 25,048 | 200 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 25,048 | 200 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 0 | | |
| BALANCE ON HAND | 25,048 | 200 | | |

TOTAL

φ DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR

GOL DAILY BOAT LOG • DI-2005 • 100 CT

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

| VESSEL NAME | Dustin Davon | CODE NO. | | NAME OF OWNER | GOL | FIELD | W&T | DATE | 4-28 | 20 18 |

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | (IF STANDING BY OR IDLE, SHOW LOCATION) | OR PURPOSE OF TRIP | CREW ON BOARD |
| 0000 | 0430 | | | | WATT/LY | SS300B | STILL E/R | M HAGLUND |
| 0430 | 0645 | | | | SS300B | SS300B | S/B | N WINHAVER |
| 0645 | 0800 | | | | SS300B | SS300B | O/L & D/L Cargo + P/Up | M GRIFFIN |
| 0800 | 0915 | | | | SS300B | SS349 | E/R | W BADEAUX |
| 0915 | 1000 | | | | SS349 | SS349 | O/L + D/L Cargo | |
| 1000 | 1315 | | | | SS349 | SS316 EW910 | E/R | |
| 1315 | 1415 | | | | EW910 | EW910 | O/L + D/L Cargo | |
| 1415 | 1515 | | | | EW910 | ST316 | E/R | |
| 1515 | 1545 | | | | ST316 | ST316 | O/L + D/L Cargo | |
| 1545 | 1800 | | | | ST316 | SS233B | E/R | |
| 1800 | 1930 | | | | SS233 | SS233 | O/L + D/L Cargo + P/Up | |
| 1930 | 2000 | | | | SS233 | SS214K | E/R | |
| 2000 | 2400 | | | | SS214K | SS214K | S/B | |

| | | | | | | | FUEL & OIL RECORD | GALLONS | | | FUEL | |
| | | | | | | | | FUEL | LUBE | SUPPLIER | TICKET NO. |
| | | | | | | | STOCK ON HAND (INCLUDING DAY TANK) | 25,048 | 200 | | |
| | | | | | | | RECEIVED | 0 | 0 | | |
| | | | | | | | TOTAL | 25,048 | 200 | | |
| | | | | | | | TRANS. TO: | | | | |
| | | | | | | | CONSUMED | 0 | 0 | | |
| | | | | | | | BALANCE ON HAND | 25,048 | 200 | | |

| TOTAL | | | | | | | | |

∂ DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

SIGNATURE OF SKIPPER

FIELD SUPERVISOR

GOL DAILY BOAT LOG • 04-2015 • R00 CY



**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _____ CODE NO. _____ NAME OF OWNER _GOL_ FIELD _W&T_ DATE _4-29_ 20_18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE * | (IF STANDING BY OR IDLE, SHOW LOCATION) | | OR PURPOSE OF TRIP | |
| 0000 | 0645 | | | | SS214K | SS214K | S/B | M HAGLUND |
| 0645 | 0830 | | | | SS214K | SS214K | O/L & B/L Fuel & P/Fuel | J WINHAUER |
| 0830 | 1230 | | | | SS214K | ST229 | E/R | M GRIFFIN |
| 1230 | 1415 | | | | ST229 | ST229 | O/L & B/L Cargo & P/H2O | W BADEAUX |
| 1415 | 1900 | | | | ST229 | Fourchon | E/R | |
| 1900 | | | | | Stone Fuel | Stone Fuel | S/B | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | | | FUEL & OIL RECORD | GALLONS | | | FUEL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Pump 2020 GAL Fuel SS214K | | FUEL | LUBE | SUPPLIER | TICKET NOS. | |
| | | | | | | | STOCK ON HAND (INCLUDING DAY TANK) | 25,045 | 200 | | | |
| | | | | | | | RECEIVED | 0 | 0 | | | |
| | | | | | | | TOTAL | 25,048 | 200 | | | |
| | | | | | | | TRANS. TO: | 2020 | 0 | | | |
| | | | | | | | CONSUMED | 1440 | 3 | | | |
| | | | | | | | BALANCE ON HAND | 21,588 | 197 | | | |

TOTAL _____

*DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

Correction MH 21,687

_____ SIGNATURE OF SKIPPER

_____ FIELD SUPERVISOR     GOL DAILY BOAT LOG • 03-2015 • 100 CT

# DAILY BOAT LOG

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

VESSEL NAME: Dustin Danos    CODE NO.: _____    NAME OF OWNER: GOL    FIELD: Stone Eng    DATE: 4-30 20 18

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE * | | | | |
| 0000 | 0030 | | | | MARTIN NORTH | MARTIN NORTH SS114H | S/B | M HAGLUND |
| 0030 | 0530 | | | | MARTIN NORTH | SS114H | E/R | J WENHAUER |
| 0530 | 0650 | | | | SS114H | SS114H | S/B + B/L 2 Pass | M GRIFFIN |
| 0650 | 0710 | | | | SS114H | SS117#4 | E/R O/L + O/L 2 Pass | W BADEAUX |
| 0710 | 0750 | | | | SS117#4 | SS117#7 | E/R O/L + O/L 2 Pass | |
| 0750 | 0815 | | | | SS117#7 | SS113#41 | E/R +O/L + B/L 2 Pass | |
| 0815 | 0820 | | | | SS113#41 | SS114H | E/R + O/L 2 Pass | |
| 0820 | 0835 | | | | SS114H | SSLBJ | E/R | |
| 0835 | 0900 | | | | SSLBJ | SS114#8 | B/L 2 Pass E/R + O/L 2 Pass | |
| 0900 | 0915 | | | | SS114#8 | Ram 6 | E/R + O/L Cargo | |
| 0915 | 0945 | | | | Ram 6 | SS114H | E/R + B/L 2 Pass | |
| 0945 | 0950 | | | | SS114H | SS114H | E/R + O/L 2 Pass | |
| 0950 | 1015 | | | | SS114H | SS114#8 | E/R + B/L 2 Pass | |
| 1015 | 1035 | | | | SS114#8 | SS114#63 | E/R + O/L + B/L 1 Pass | |
| 1035 | 1050 | | | | SS114#63 | SSLBJ | E/R +O/L 2 Pass | |
| 1050 | 1245 | | | | SSLBJ | SSLBJ | S/B | |
| 1245 | 1300 | | | | SS LBJ | SS LBJ | O/L + B/L Cargo | |
| 1300 | 1400 | | | | SS LBJ | SS LBJ | S/B | |
| 1400 | 1415 | | | | SSLBJ | SS114#8 Ram6 | E/R | |
| 1415 | 1430 | | | | Ram 6 | Ram 6 | O/L + O/L Cargo | |
| 1430 | 1445 | | | | Ram 6 | LBJ | E/R + O/L Cargo | |
| TOTAL | | | | | | | | |

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

| FUEL & OIL RECORD | GALLONS | | | | |
|---|---|---|---|---|---|
| | FUEL | LUBE | SLIPPER | FUEL | TICKET NO. |
| STOCK ON HAND (INCLUDING DAY TANK) | 21687 | 197 | | | |
| RECEIVED | 0 | 0 | | | |
| TOTAL | 21687 | 197 | | | |
| TRANS. TO: | | | | | |
| CONSUMED | | | | | |
| BALANCE ON HAND | | | | | |

SIGNATURE OF SKIPPER: _____

FIELD SUPERVISOR: _____

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _Dustin Danos_   CODE NO. _____ NAME OF OWNER _GOL_   FIELD _STONE ENER_   DATE _4-30_ 20 _18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE * | (IF STANDING BY OR IDLE, SHOW LOCATION) | | | |
| 1445 | 1515 | | | | LBJ | LBJ SS114A | E/R + O/L Cargo | M HAGLUNM |
| 1515 | 1545 | | | | SS114A | RAM6 | E/R + B/L / Pass | J WINHAUER |
| 1545 | 1610 | | | | RAM6 | LBJ | E/R + O/L / Pass + B/L Cargo | M GRIFFIN |
| 1610 | 1630 | | | | LBJ | SS114A | E/R + O/L Cargo | W BADEAUX |
| 1630 | 1715 | | | | SS114A | LIFTBOAT GRAND ISLE 2018 269F | E/R + P/H2O | |
| 1715 | 1730 | | | | LB GRAND ISLE | LBJ | E/R + B/L / Pass | |
| 1730 | 2100 | | | | LBJ | Fourchon | E/R | |
| 2100 | 2400 | | | | Fourchon | Fourchon | S/B | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS FUEL | LUBE | SUPPLIER | TICKET NOS. |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 21687 | 197 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 21687 | 197 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 0 | | |
| BALANCE ON HAND | 21687 | 197 | | |

**TOTAL**

\* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR

GOL DAILY BOAT LOC • B-2015 • 100-CT

# DAILY BOAT LOG

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

VESSEL NAME: _Dustin Dawn_  CODE NO. _____  NAME OF OWNER _GOL_  FIELD _Stone Encr_  DATE _5-1_ 20 _18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE * | (IF STANDING BY OR IDLE, SHOW LOCATION) | | | |
| 0000 | 0030 | | | | Fourchon | Fourchon | S/B | M Haglund |
| 0030 | 0530 | | | | Fourchon | SS114A | E/R | J Winhauer |
| 0530 | 0600 | | | | SS114A | SS114A | S/B | M Griffin |
| 0600 | 0630 | | | | SS114A | LB Grand Island Sgd 0065F | E/R + O/K + B/L Cargo | W Badeaux |
| 0630 | 0715 | | | | LB Grand Isle | LBJ | E/R + O/L 2 Pass + B/L 3 Pass | |
| 0715 | 0750 | | | | LBJ | 9346 #E | E/R O/L + B/L 3 Pass S/B | |
| 0750 | 0800 | | | | 93 #16E | LB Ram 6 | E/R + O/L 1 Pass | |
| 0800 | 1010 | | | | LB Ram 6 | 93 M | E/R + O/L 2 Pass + B/L 2 Pass | |
| 1010 | 1045 | | | | 93 M | SS118R | E/R + B/L 1 Pass | |
| 1045 | 1110 | | | | SS118R | 114A | E/R + O/L 1 Pass | |
| 1110 | 1130 | | | | 114A | 93 M | E/R B/L 2 Pass | |
| 1130 | 1150 | | | | 93 M | LBJ | E/R + O/L 2 Pass + B/L 1 Pass | |
| 1150 | 1330 | | | | LBJ | 114A | E/R + O/L 1 Pass + Cargo + P/H2O + B/L 1 Pass | |
| 1330 | 1350 | | | | 114A | LBJ | E/R + O/L 1 Pass | |
| 1350 | 1450 | | | | LBJ | LBJ | S/B + B/L 1 Pass | |
| 1450 | 1545 | | | | LBJ | 93 #61 | E/R + O/L 1 Pass + B/L 1 Pass | |
| 1545 | 1600 | | | | 93 #61 | LBJ | E/R + O/L 1 Pass | |
| 1600 | 1630 | | | | LBJ | LB Grand Isle Sgd 0060F | E/R + B/L Paper Work | |
| 1630 | 1700 | | | | LB Grand Isle | LBJ | E/R + O/L Paper Work | |
| 1700 | 2000 | | | | LBJ | 114 #E | E/R + O/L 1 Pass + B/L 1 Pass | |
| 2000 | 2030 | | | | 114A | LBJ | E/R + O/L 1 Pass | |
| TOTAL | | 2030 - 2 | | | LBJ | LBJ | S/B | |

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

| FUEL & OIL RECORD | GALLONS | | | FUEL | |
|---|---|---|---|---|---|
| | FUEL | LUBE | SUPPLIER | TICKET NOS. | |
| STOCK ON HAND (INCLUDING DAY TANK) | 21,687 | 197 | | | |
| RECEIVED | 0 | 0 | | | |
| TOTAL | 21,687 | 197 | | | |
| TRANS. TO: | 0 | 0 | | | |
| CONSUMED | 0 | 2 | | | |
| BALANCE ON HAND | 21687 | 195 | | | |

SIGNATURE OF SKIPPER

FIELD SUPERVISOR

GOL DAILY BOAT LOG • © 2015 • 690 CT

# DAILY BOAT LOG

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

VESSEL NAME: Dustin Drew    CODE NO. _____    NAME OF OWNER: GOL    FIELD: Stone Encr    DATE: 5-2 20 18

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | | | | |
| 0600 | 0630 | | | | LBJ | LBJ | S/B | M Haguna |
| 0630 | 0200 | | | | LBJ | 114A | E/R + B/L Cargo | J Wininger |
| 0200 | 0710 | | | | 114A | 114A | D/L Cargo + B/L 2 Pass | M Greffen |
| 0710 | 0730 | | | | 114A | LB Grand Isle | E/R + O/L 2 Pass | W Budeaux |
| 0730 | 1045 | | | | LB(GI) | LB(GI) | S/B + B/L 2 Pass | |
| 1045 | 1050 | | | | LB(GI) | 93#66 | E/R + O/L 2 Pass | |
| 1050 | 1115 | | | | 93#66 | 93#66 | S/B + B/L 2 Pass | |
| 1115 | 1200 | | | | 93#66 | 114#8 | E/R + O/L 2 Pass + S/B + B/L 2 Pass, | |
| 1200 | 1250 | | | | 114#8 | LB(GI) | E/R + O/L 2 Pass S/B + B/L 2 Pass + Cargo, | |
| 1250 | 1300 | | | | LB(GI) | RAM 6 | E/R + O/L 1 Pass, | |
| 1300 | 1330 | | | | RAM 6 | LBJ | E/R + O/L 3 Pass + Cargo, | |
| 1330 | 1345 | | | | LBJ | LBJ | S/B | |
| 1345 | 1355 | | | | LBJ | 114A | E/R + B/L Cargo | |
| 1355 | 1430 | | | | 114A | 118R | E/R + O/L + B/L Cargo | |
| 1430 | 1500 | | | | 118R | RAM 18 | S/B + E/R + O/L Cargo | |
| 1500 | 1515 | | | | RAM 18 | 114A | E/R + O/L Cargo | |
| 1515 | 1600 | | | | 114A | 114A | S/B + R/U P | |
| 1600 | 1630 | | | | 114A | 114A | D/L Cargo | |
| 1630 | 1720 | | | | 114A | LBJ | E/R + B/L Cargo, | |
| 1720 | 1730 | | | | LBJ | RAM 6 | E/R + B/L Cargo, | |
| 1730 | | | | | RAM 6 | Fourchon | E/R | |
| TOTAL | | | | | | | | |

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

| FUEL & OIL RECORD | GALLONS | | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| | FUEL | LUBE | | |
| STOCK ON HAND (INCLUDING DAY TANK) | 21687 | 195 | | |
| RECEIVED | 0 | | | |
| TOTAL | | 195 | | |
| TRANS. TO: | | | | |
| CONSUMED | | | | |
| BALANCE ON HAND | | | | |

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR

GOL DAILY BOAT LOG • BI-2015 • 100 CT

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

## DAILY BOAT LOG

VESSEL NAME: Dustin Danos   CODE NO.: _____   NAME OF OWNER: GOL   FIELD: Stone Energy   DATE: 5-4 20 18

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE * | | | | |
| 2000 | 2130 | | | | Stone Base | Stone Base | S/B | M Haglund |
| 2130 | 0545 | | | | Stone Base | ss 114 A | E/R | C Ryan |
| 0545 | 0645 | | | | ss 114 A | ss 114 A | S/B | D Griffin |
| 0645 | 0700 | | | | ss 114 A | ss 114 A | O/L | M Griffin |
| 0700 | 0730 | | | | ss 114 A | 4B Grand Isk | E/R  AFE* 2018-0069F | |
| 0730 | 0745 | | | | 4B G.Isle | 4B G/Isle | O/L  B/L | |
| 0745 | | | | | ss 114 A | ss 114 A | R/F: ss 114 A , ss 118 R, ss 112V | |
| | | | | | | | ss LBT, ss 118 R, ss LBJ, 4B Charleston, ss LBT | |
| | 1300 | | | | | | ss 118 R | |
| 1300 | 1345 | | | | 118 R | 4B GIsk | E/R & 4B Grand Isk AFE* 2018-0069F | |
| 1315 | | | | | ss 114 A | ss 114 A | R/F  ss 118 R, ss 114 A, Ram 6, | |
| | | | 1445 | | | | 114 A | |
| 1445 | 1700 | | | | ss 114 A | ss 114 A | S/B  on Line | |
| 1700 | 2400 | | | | 4B ss 114A | 4B Grand I | E/R  O/L  B/L  P/H2O | |

| FUEL & OIL RECORD | GALLONS | | | | |
|---|---|---|---|---|---|
| | FUEL | LUBE | SUPPLIES | OXY | POTABLE WATER |
| STOCK ON HAND (INCLUDING DAY TANK) | 21687 | 192 | | | |
| RECEIVED | Ø | Ø | | | |
| TOTAL | 21687 | 192 | | | |
| TRANS. TO: | -Ø- | Ø | | | |
| CONSUMED | 2664 | 3 | | | |
| BALANCE ON HAND | 19,023 | 189 | | | |

TOTAL |

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

SIGNATURE OF SKIPPER _____

FIELD SUPERVISOR _____

GOL DAILY BOAT LOG • 01-2015 • 100-CT

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME: Dustin Davis  CODE NO.: _____  NAME OF OWNER: GOL  FIELD: Stone Ener  DATE: 5-5 20 18

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | OR PURPOSE OF TRIP | |
| 0000 | 0200 | | | | SS 114A | SS 114A | S/B | M HAGLUND |
| 0200 | | | | | SS 114A | SS 114A | R/F : +2 pass, SS117 #4, SS 117 #7, 8114A, | C RYON |
| | | | | | | | -2 pass, SS 114 A, SS LBJ, SS 93 #66 | M GRIFFIN |
| | | | | | | | SS 93 #16, SS LBJ, SS 114A, SS 118R | D GRIFFIN |
| | 1130 | | | | | | SS 113 #52  SS 119Q | |
| 1130 | 1200 | | | | 4/B Grand I | 4/B Grand I | E/R  O/L e 4/B GRANDISLE AFE#2013-0069F | |
| 1200 | | | | | | | R/F  SS 112V, SS 119Z, SS 119 w, SS 119Q | |
| | | | | | | | SS 119 #12, SS 119 #24 8192, SS 118R | |
| | 1430 | | | | | | SS 93 #16, SS LBJ, SS 114A, | |
| 1430 | 1615 | | | | SS 114A | SS 114A | S/B | |
| 1615 | 1700 | | | | 4/B Grand I | 4/B Grand Isle | AFE # 2013-0069F / Cargo +1 pass | |
| 1700 | 1745 | | | | SS 114A | SS 114 A | R/F  B/L, +1 pass | |
| 1745 | 2200 | | | | SS 114A | SS 114A Stone Base | E/R | |
| 2200 | 2400 | | | | | Fourchon | S/B | |

| FUEL & OIL RECORD | FUEL GALLONS | LUBE GALLONS | SLOP/OIL GALLONS | FUEL QUARTS |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 18023 | 189 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 18023 | 189 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 4 | | |
| BALANCE ON HAND | 18023 | 185 | | |

| TOTAL | | | | | | | | |

\* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

SIGNATURE OF SKIPPER

FIELD SUPERVISOR

GOL DAILY BOAT LOG • (8-2015) • 100 CT

# GOL, LLC

GOL, LLC
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME: Dustin Danos   CODE NO.: _____   NAME OF OWNER: GOL   FIELD: Stone Ewer   DATE: 5-6   20 18

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | | |
| 0000 | 0100 | | | | Stone Base | Stone Base | S/B | M Haglund |
| 0100 | 0800 | | | | Stone Base | SS 114A | E/R | C Ryon |
| 0800 | 0745 | | | | SS 114A | Run Field | E/R Ram6, 118R B/L Run 1194A | M Griffin |
| 0745 | 0800 | | | | Grand Isle | Grand Isle | E/R    AFE 2018-0069F | D Griffin |
| 0800 | 1415 | | | | Grand Isle | Run Field | E/R 1190, 118R, 114A, 117#4, 117#7 114H | |
| . | | | | | Run Field | RF " | Ram6, LBJ, 93#66, 93#16, 93#43, 930 | |
| | | | | | " | " | LBS, Ram6, 114A, 118R | |
| 1615 | 1745 | | | | Grand Isle | Grand Isle | B/O, O/L B/L   AFE 2018-0069F | |
| 1745 | 1800 | | | | 114A | Run Field | R/F 118R, 117#7 114A | |
| 1800 | 1745 | | | | SS 114A | Stone Base | E/R | |
| 2145 | 2400 | | | | Stone Base | Stone Base | S/B | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | FUEL | LUBE | SUPPLIER | FUEL | TICKET NOS. |
|---|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 18023 | 185 | | | |
| RECEIVED | 4950 | Correction | | | |
| TOTAL | 22970 | +4 Gall Lube | | | |
| TRANS. TO: | 0 | 0 | | | |
| CONSUMED | 1286 | 0 | | | |
| BALANCE ON HAND | 21687 | 189 | | | |

TOTAL

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

SIGNATURE OF SKIPPER

FIELD SUPERVISOR

GOL DAILY BOAT LOG • 01-2015 • 100 CT

# DAILY BOAT LOG

VESSEL NAME _Dustin Dawn_  CODE NO. _____  NAME OF OWNER _GOL_  FIELD _MARUBENI_  DATE _5-8_  20 _18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
| FROM | TO | TRIP | STBND BY | IDLE * | (IF STANDING BY OR IDLE, SHOW LOCATION) | | OR PURPOSE OF TRIP | |
|---|---|---|---|---|---|---|---|---|
| 0700 | 0500 | | | | Fourchon | Fourchon | 5/3 | M HAGLUND |
| 0500 | 0600 | | | | Fourchon | MARTIN N | E/r | C RYAN |
| 0600 | 2400 | | | | MARUBENI | MARUBENI | ON CHARTER @ 0600 5/3 | M GRIFFIN |
| | | | | | | | | D GRIFFIN |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS | | FUEL | |
| | FUEL | LUBE | SUPPLIER | TICKET NO. |
|---|---|---|---|---|
| STOCK ON HAND (INCLUDING DAY TANK) | 21687 | 189 | | |
| RECEIVED | 1254 | 0 | | |
| TOTAL | 22941 | 189 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 0 | 9 | | |
| BALANCE ON HAND | 22941 | 180 | | |

TOTAL

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____ SIGNATURE OF SKIPPER

FIELD SUPERVISOR   GOL DAILY BOAT LOG • 01-2015 • 008 CT

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _Dustin Danos_  CODE NO. _OCS-G-14005_  NAME OF OWNER _GOL_  FIELD _MARUBENI_  DATE _5-9_ 20 _18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | OR PURPOSE OF TRIP | |
| 0000 | 2400 | | | | MARUBENI B | MARUBEN. BARge | 5/3 | M HAGLUNA |
| | | | | | | | | C RYON |
| | | | | | | | | M GRIFFIN |
| | | | | | | | | D GRIFFIN |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS | | FUEL | |
|---|---|---|---|---|
| | FUEL | LUBE | SUPPLIER | TICKET NOS. |
| STOCK ON HAND (INCLUDING DAY TANK) | 22941 | 186 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 22941 | 186 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 361 | 0 | | |
| BALANCE ON HAND | 22580 | 186 | | |

TOTAL

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____ SIGNATURE OF SKIPPER

FIELD SUPERVISOR

GOL DAILY BOAT LOG • 04-2015 • 100-CT

# GOL, LLC

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _Dustin Dean_   CODE NO. _OCS-G-14005_   NAME OF OWNER _GOL_   FIELD _MARUBENI_   DATE _5-10_ 20 _18_

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | | | | |
| 0000 | 1500 | | | | Marubeni Base | Marubeni Base | S/B | M HAGLUND |
| 1500 | 1800 | | | | Marubeni Bas | M'beni Base | B/L DECK CARGO | C RYAN |
| 1800 | 2400 | | | | Marubeni Base | Marubeni Bax | S/B | D GRIFFIN |
| | | | | | | | | M GRIFFIN |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS | | | FUEL | |
|---|---|---|---|---|---|
| | FUEL | LUBE | SUPPER | TICKET NOS. | |
| STOCK ON HAND (INCLUDING DAY TANK) | 22580 | 186 | | | |
| RECEIVED | 0 | 0 | | | |
| TOTAL | 22580 | 186 | | | |
| TRANS. TO: | 0 | 0 | | | |
| CONSUMED | 157 | 10 | | | |
| BALANCE ON HAND | 22423 | 176 | | | |

TOTAL

\* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR    GOL DAILY BOAT LOG • 01-2015 • 500 CT

# DAILY BOAT LOG

**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

VESSEL NAME _Dustin Danos_  CODE NO. _OCS-G-14085_  NAME OF OWNER _GOL_  FIELD _MARUBENI_  DATE _5-11_ 20_18_

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | OR PURPOSE OF TRIP | |
| 0000 | 0830 | 6½ | | | MARUBENI Base | SP 89 B | E/R | M HAGLAND |
| 0830 | 0830 | | | 2 | SP 89 D | SP 89 B | O/L & B/L Cargo | C RYON |
| 0830 | 1515 | | 6.75 | | SP 89 D | SP 89 B | Run WEATHER Patterns | M GRIFFIN |
| 1515 | 1530 | .25 | | | SP 89 B | SP 37 | E/R | D GRIFFIN |
| 1530 | 1545 | | | .25 | SP 37 | SP 37 | B/L + 7 PASS | |
| 1545 | 1615 | .5 | | | SS 37 | SP 39 | E/R | |
| 1615 | 1630 | | | .25 | SP 89 | SP 39 | O/L - 7 PASS | |
| 1630 | | | | | SP 39 | SP 39 | S/B ON lINS | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS | | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| | FUEL | LUBE | | |
| STOCK ON HAND (INCLUDING DAY TANK) | 22423 | 176 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 22423 | 176 | | |
| TRANS. TO: | 0 | 0 | | |
| CONSUMED | 618 | 0 | | |
| BALANCE ON HAND | 21805 | 176 | | |

**TOTAL**

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR

GOL DAILY BOAT LOG • DI-3015 • 600 CT



GOL, LLC
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME Dustin Dennis   CODE NO. OCS-G-14005   NAME OF OWNER GOL   FIELD MARVOENI   DATE 5-12 20 18

| ACTUAL TIME | | HOURS | | | FROM | TO | COMMODITY HAULED | CREW ON BOARD |
| FROM | TO | TRIP | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | OR PURPOSE OF TRIP | |
|------|------|------|------|------|------|------|------|------|
| 0000 | 0610 | | | | SP 89B | SP 89B | S/B /RWD | M HAGLUND |
| 0610 | 0620 | | | | SP 89B | SP 89B | B/L 7 PASS | C RYON |
| 0620 | 0645 | | | | SP 89B | SP 87 | E/R | M GRIFFIN |
| 0645 | 0700 | | | | SP 87 | SP 87 | O/L 7 PASS | D GRIFFIN |
| 0700 | 1900 | | | | SP 87 | SP 89B | E/R , W/P | |
| 1900 | 2400 | | | | SP 89B | SP 89B | S/B BOW LINE | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| FUEL & OIL RECORD | GALLONS | | SUPPLIER | FUEL TICKET NOS. |
| | FUEL | LUBE | | |
|------|------|------|------|------|
| STOCK ON HAND (INCLUDING DAY TANK) | 21805 | 176 | | |
| RECEIVED | 0 | 0 | | |
| TOTAL | 21805 | 176 | | |
| TRANS. TO: | | | | |
| CONSUMED | 523 | 10 | | |
| BALANCE ON HAND | 21282 | 166 | | |

1 GEN OIL CHANGE

TOTAL

‡ DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR

GOL DAILY BOAT LOG • 09.2015 • 100 CT



**GOL, LLC**
4535 Highway 308, P.O. Box 309
Raceland, LA 70394
Phone: (985) 532-1060 • Fax: (985) 532-1870

# DAILY BOAT LOG

VESSEL NAME _Dustin Dawn_   CODE NO. _OCS-G-14005_   NAME OF OWNER _GOL_   FIELD _MARUBENI_   DATE _5-13_ 20 _18_

| ACTUAL TIME | | HOURS | | | FROM (IF STANDING BY OR IDLE, SHOW LOCATION) | TO | COMMODITY HAULED OR PURPOSE OF TRIP | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STAND BY | IDLE | | | | |
| 0001 | 1015 | | | | SP 89B | SP 89B | 5/13 | M HAGLUND |
| 1015 | 1445 | | | | SP 89D | SP 89D | O/L & B/k & P/ro & Fuel & B/k S Pas | C RYON |
| 1445 | 2015 | | | | SP 89D | MARUBENI BASE | E/L | M GRIFFIN |
| 2015 | 2400 | | | | MARUBENI Base | MARUBENI Base | O/L & CARGo & B/k Fuel & H²ᵒ | D GRIFFIN |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

| FUEL & OIL RECORD | GALLONS | | SUPPLIER | FUEL TICKET NOS. |
|---|---|---|---|---|
| | FUEL | LUBE | | |
| STOCK ON HAND (INCLUDING DAY TANK) | 21,282 | 166 | | |
| RECEIVED | 2964 | 0 | | |
| TOTAL | 24,246 | 166 | | |
| TRANS. TO: | 1023 | 0 | | |
| CONSUMED | 282 | 0 | | |
| BALANCE ON HAND | 22,941 | 166 | | |

TOTAL

* DO NOT INCLUDE HOURS IDLE IN ACCOUNTING CHARGE

_____
SIGNATURE OF SKIPPER

_____
FIELD SUPERVISOR

GOL DAILY BOAT LOG • 04-2015 • 900 CT