## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN | § |
|     Plaintiff | § § § CIVIL ACTION NO.: 3:20-92-BAJ-EWD § |
| *Versus* | § § |
| REC MARINE LOGISTICS LLC, ET AL. | § **TRIAL BY JURY DEMANDED** § |
|     Defendants | § |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO ENFORCE, COMPEL DISCOVERY, AND SANCTIONS FOR VIOLATING COURT ORDERS

Plaintiff, McArthur Griffin, respectfully requests leave of Court to file the attached Reply Memorandum in further support of his Motion to Enforce, Compel Discovery, and Sanctions for Violating Court Orders previously filed.

The proposed Reply is not to rehash Plaintiff's underlying Motion, but is necessary to address (a) certain arguments in the Non-Insurance Defendants' Response which not legally or factually true and (b) the Non-Insurance Defendants' failure to state why the Court should not (a) compel Rule 26 disclosures from Gulf Offshore, GOL, and OTS; (b) compel a response to requests for production and interrogatories sent to Gulf Offshore, GOL, and OTS on January 9, 2020; and (c) require the payment of attorneys' fees by Gulf Offshore, GOL, and OTS.

Plaintiff prays the Court grant this Motion to file the attached Reply Memorandum in further support of his Motion to Enforce, Compel Discovery, and Sanctions for Violating Court Orders.

Plaintiff further prays for all other just and proper relief to which he may be entitled.

1

Respectfully Submitted,

MORROW & SHEPPARD LLP

*/s/ Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
3701 Kirby Dr, Ste 1000
Houston, TX  77098
713.489.1206 tel
713.893.8370 fax
All E-Service To:
msfiling@morrowsheppard.com
dsheppard@morrowsheppard.com
jsheppard@morrowsheppard.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on counsel of record via CM/ECF on August 5, 2020.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard