**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MCARTHUR GRIFFIN** | § | |
| | § | |
| **Plaintiff** | §**CIVIL ACTION NO.: 3:20-92-BAJ-EWD** | |
| | § | |
| *Versus* | § | |
| | § | |
| **REC MARINE LOGISTICS LLC, ET AL.** | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| **Defendants** | § | |

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**</u>

Gulf Offshore Logistics, LLC, a co-Defendant in the captioned and entitled litigation, has moved for Summary Judgment under FRCP Rule 56, supported by the Attached affidavit of Blaine Russell, because Gulf Offshore Logistics, LLC has not operated or conducted any business whatever, for about five years, and then it did not operate or conduct business, or have any business dealings, or have any relationship whatever with Plaintiff, Griffin, who, the available evidence indicates, and his complaint alleges, was employed as a seaman by REC Marine Logistics, LLC, on a vessel known as **M/V Dustin Danos**, naked owned by Offshore Transport Services, LLC, and contract operated by Griffin's employer, REC.

Blaine Russell's attached affidavit, clearly supports the lack of any involvement of Gulf Offshore Logistics, LLC, a long, idle company, with Griffin or his employmen, and Gulf Offshre Logistics, LLC should be promptly dismissed from the above entitled and numbered litigation.

Submitted by:

/s/ Fred E. Salley

---

**FRED E. SALLEY, T.A.   (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana  70434**
**Telephone: (985) 867-8830**
**Facsimile  (985) 867-8927**
**Counsel for Defendants,REC *et. al***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 4th day of September, 2020.


                            _____

                            **FRED E. SALLEY, T.A.  (11665)**