## AFFIDAVIT OF BLAINE RUSSELL

**STATE OF LOUISIANA**

**PARISH OF LAFOURCHE**

Before me, the undersigned, a Notary Public, in and for the State and Parish aforesaid, personally came and appeared:

### BLAINE RUSSELL

Who stated under oath that he is the business operations manager for Defendant, REC Marine Logistics, LLC, located in Lafourche Parish; and is familiar with the operations and accounting activities of both REC and Offshore Transport Services, LLC, as REC has had regular vessel charter activities with Offshore Transport Services, LLC. for several years;

That Offshore Transport Services, LLC, is the naked owner of the **M/V Dustin Danos**, an offshore supply vessel, which charters said vessel to offshore operators in South Louisiana and the Gulf of Mexico, under long term charter contracts;   That REC normally supplies a crew as needed under a monthly cash payment agreement;

That he is aware that OTS does not personally operate the **M/V Dustin Danos**, which is chartered for contract hire;   He is also aware that Gulf Offshore Logistics, LLC, does not participate in operation of any vessel, and does not employ or manage any vessel crew as it has been idle and not conducting any business for several years;

Affiant is also aware that GOL, LLC has no operational or management functions for REC or Offshore Transport Services, LLC; does not, and never has employed Griffin or other boat crew persons, or managed any vessel, including the **M/V Dustin Danos**; and it is only

utilized to process payments for services among various parties;

That the above and forgoing is true and correct to the best of his knowledge, information, and belief.

_____
Blaine Russell

Sworn and subscribed, before me,
the undersigned Notary Public.
This __2__th Day of September 2020

_____
Notary Public   #24570   Kristine M. Russell
My Commission is for Life