UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** | § |
| | § |
| **Plaintiff** | §CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § |
| *Versus* | § |
| | § |
| **REC MARINE LOGISTICS LLC, ET AL.** | §   TRIAL BY JURY DEMANDED |
| | § |
| **Defendants** | § |

**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

GOL, LLC, a co-Defendant in the captioned and entitled litigation, has moved for Summary Judgment under FRCP Rule 56, supported by the Attached affidavit of Blaine Russell, because GOL, LLC is an invoice clearing, bookkeeping facility for businesses operating in the boat and vessel activities in the Gulf of Mexico and adjacent waterways. Otherwise, GOL, LLC does not conduct any boat or vessel business whatever, and does not own, operate or charter any marine equipment, and has never had any business dealings, or have any relationship whatever with Plaintiff, Griffin, who, the available evidence indicates, and his complaint alleges, was employed as a seaman by REC Marine Logistics, LLC, on a vessel known as **M/V Dustin Danos**, naked owned by Offshore Transport Services, LLC, and contract operated by Griffin's employer, REC.

Blaine Russell's attached affidavit, clearly supports the lack of any involvement of GOL, LLC, with Griffin or his employment, and GOL, LLC should be promptly dismissed from the above entitled and numbered litigation.

    Submitted by:
    /s/ Fred E. Salley

    _____
    **FRED E. SALLEY, T.A.  (11665)**
    **SALLEY & ASSOCIATES**
    **P.O. Box 3549**
    **77378 Hwy 1081 Cretien Annex**
    **Covington, Louisiana  70434**
    **Telephone: (985) 867-8830**
    **Facsimile  (985) 867-8927**
    **Counsel for Defendants,REC *et. al***

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 4th day of September, 2020.

                                              _____
                                              **FRED E. SALLEY, T.A.   (11665)**