UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** § | |
| § | |
| Plaintiff §CIVIL ACTION NO.: 3:20-92-BAJ-EWD | |
| § | |
| *Versus* § | |
| § | |
| **REC MARINE LOGISTICS LLC, ET AL.** § TRIAL BY JURY DEMANDED | |
| § | |
| **Defendants** § | |

### GOL, LLC, FRCP RULE 56 MOTION FOR SUMMARY JUDGMENT

GOL, LLC, moves for FRCP Rule 56 Summary Judgment dismissing it from the above entitled and captioned matter as the referenced Affidavit from Blaine Russell and the attached memorandum and statement of undisputed facts, clearly show that this Defendant has been out of business, and idle, for several years; that it never employed the Plaintiff, McArthur Griffin, or had anything to do with operation or management of the M/V Dustin Danos, on which Griffin alleges he was employed, at any relevant time.

This Defendant is entitled to summary judgment pursuant to FRCP Rule 56, removing it from this litigation in which it has no involvement. GOL, LLC, moves for its dismissal from this litigation.

Submitted by:

/s/ Fred E. Salley
_____
**FRED E. SALLEY, T.A.  (11665)
SALLEY & ASSOCIATES**

**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana   70434**
**Telephone:  (985) 867-8830**
**Facsimile   (985) 867-8927**
**Counsel for Defendants,REC** *et. al*.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 4th day of September, 2020.

_____
**FRED E. SALLEY, T.A.   (11665)**