```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **MCARTHUR GRIFFIN** | § |
| | § |
| Plaintiff | §CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § |
| *Versus* | § |
| | § |
| **REC MARINE LOGISTICS LLC, ET AL.** | §   TRIAL BY JURY DEMANDED |
| | § |
| **Defendants** | § |

## Order Granting Motion for Summary Judgment

The Court having heard and considered the Motion for Summary Judgment brought on behalf of GOL, LLC; and also considered all opposition presented against the motion for summary judgment; hereby rules that the motion for summary judgment should be granted, and GOL, LLC should be dismissed from this litigation as having no involvement with the facts or issues.

Consdering the facts, and the Court's conclusion regarding same;

**It is the Order** of this Court that the Motion for Summary Judgment, be and hereby is granted, and that GOL, LLC, be and hereby is dismissed from this case.

_____
**Judge Dick, U. S. Middle District Court,
Baton Rouge, Louisiana**

Submitted by:

/s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana   70434
Telephone: (985) 867-8830
Facsimile   (985) 867-8927
Counsel for Defendants,REC *et. al*.**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 4th day of September, 2020.

_____
**FRED E. SALLEY, T.A.   (11665)**