UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** | § |
| | § |
| Plaintiff | §CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § |
| *Versus* | § |
| | § |
| **REC MARINE LOGISTICS LLC, ET AL.** | §   TRIAL BY JURY DEMANDED |
| | § |
| **Defendants** | § |

## EXPARTE MOTION TO REPLACE SPECIFIC MOTION PLEADINGS WITH CORRECTED COPIES

Now come, co-defendants Gulf Offshore Logistics, LLC. and GOL, LLC, in the above captioned and entitled litigation, and upon suggesting that Counsel sustained a computer failure while drafting pleadings for this case which resulted in specific documents which require replacement for correction, move for leave to file and replace:

a) Supporting Memorandum filed with Motion for Summary Judgment for Gulf Offshore Logistics, LLC in the proper page length required by Court Rules;

b) Supporting Memorandum filed with Motion for Summary Judgment for GOL, LLC in the proper page length required by Court Rules;

c) Replacement of Statement of Uncontested Facts filed with the motion concerning Gulf Offshore Logistics, LLC, to correct a typo contained in the document submitted.

Counsel seeks to correct these three documents, and the record, by replacing

the three documents, and hereby moves for this relief from the Court.

Submitted by:

/s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A.   (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana   70434**
**Telephone: (985) 867-8830**
**Facsimile   (985) 867-8927**
**Counsel for Defendants,REC *et. al.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 4th day of September, 2020.

_____
**FRED E. SALLEY, T.A.   (11665)**