```
            UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF LOUISIANA

MCARTHUR GRIFFIN                    §
                                    §
Plaintiff                           §CIVIL ACTION NO.: 3:20-92-BAJ-EWD
                                    §
Versus                              §
                                    §
REC MARINE LOGISTICS LLC, ET AL.    §   TRIAL BY JURY DEMANDED
                                    §
Defendants                          §
```

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SPECIFIC REVISED DOCUMENTS TO CORRECT SUMMARY JUDGMENT MOTIONS FILED OF RECORD ON 4TH SEPTEMBER 2020

The Court having reviewed the motion of Movers for Summary Judgment, Gulf Offshore Logistics, LLC, and GOL, LLC, to correct certain typographical errors in their initial filings, due to a sudden computer failure, their motion to make the corrections with replacements for three specific documents, viz.:

    a) Supporting Memorandum filed with Motion for Summary Judgment for Gulf Offshore Logistics, LLC in the proper page length required by Court Rules;

    b) Supporting Memorandum filed with Motion for Summary Judgment for GOL, LLC in the proper page length required by Court Rules;

    c) Replacement of Statement of Uncontested Facts filed with the motion concerning Gulf Offshore Logistics, LLC, to correct a typo contained in the document submitted.

The circumstances supporting Movers' request to replace faulty documents with corrected ones, the request for correction is granted,

**It is hereby Ordered** that the three specified corrected pleadings be filed of record and replace the original faulty documents.

_____
**Judge Dick, U. S. Middle District Court,
Baton Rouge, Louisiana**

Submitted by:

/s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A.   (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana   70434**
**Telephone: (985) 867-8830**
**Facsimile  (985) 867-8927**
**Counsel for Defendants, REC *et. al.***

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 4th day of September, 2020.


_____
**FRED E. SALLEY, T.A.   (11665)**