```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF LOUISIANA

MCARTHUR GRIFFIN                    §
                                    §
Plaintiff                           §CIVIL ACTION NO.: 3:20-92-BAJ-EWD
                                    §
Versus                              §
                                    §
REC MARINE LOGISTICS LLC, ET AL.    §   TRIAL BY JURY DEMANDED
                                    §
Defendants                          §
```

**Statement of Facts Not in Dispute**

The Mover's Statement of Facts not in Dispute is as follows:

a. Gulf Offshore Logistic, LLC has never employed or had any relationship with Plaintiff, McArthur Griffin;

b. Gulf Offshore Logistics, LLC, never owned or operated the **M/V Dustin Danos;**

c. Gulf Offshore Logistics, LLC has been totally dormant and inactive, doing no business whatever for about five years;

d. Gulf Offshore Logistics, LLC, has absolutely no access to or knowledge, information, documents, records, or information concerning MacArthur Griffin whatever;

**Wherefore**, Mover's statement of facts not in dispute is submitted.

Respectfully submitted,

**/s/ Fred E. Salley**

_____
FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
77378 Hwy 1081
Covington, LA.   70435
Telephone: (985) 867-8830
All Defendants

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid this 4th day of September 2020.

_____
Fred E. Salley