# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**MCARTHUR GRIFFIN**          **CIVIL ACTION**

**VERSUS**

                                               **NO. 20-92-BAJ-EWD**

**REC MARINE LOGISTICS,
LLC, ET AL.**

## ORDER

**The deadlines established below are based on the parties' submissions and are final deadlines.**  In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline to join other parties or to file a motion for leave to amend the pleadings is **November 18, 2020.**[1]

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): N/A

    b. **Filing** all discovery motions and **completing** all discovery except experts: **April 21, 2021**

    **NOTE:** Any motions filed regarding discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice. If a motion involves written discovery, the motion must also specifically state which requests are being objected to and the basis of each objection.

    c. Disclosure of identities and resumés of experts:
    **Plaintiff(s):**     **January 20, 2021**
    **Defendant(s):**     **February 19, 2021**

---

[1] Any proposed amended pleading shall be comprehensive and include all relevant allegations as revised, supplemented or amended such that it will become the operative pleading without reference to any other document in the record. Any amendment sought under Fed.R.Civ.P. 15(a)(2) requires leave of court whether or not the opposing party consents even if filed before this deadline, however the movant shall advise whether the opposing party consents. See LR 7(e).

Jury

      d.      Expert reports must be submitted to opposing parties as follows:
              **Plaintiff(s):**      **February 19, 2021**
              **Defendant(s):**     **March 22, 2021**

      e.      Discovery from experts must be completed by **April 21, 2021**

3. Deadline to file dispositive motions and Daubert motions: **June 7, 2021**

4. Deadline to file pre-trial order: **September 27, 2021**[2]

5. Deadline to file motions in limine: **October 25, 2021.** Responses to motions in limine shall be filed within the time period provided by the local rules.

6. Deadline to file an affidavit of settlement efforts: **November 8, 2021**

7. Pre-trial conference date: **October 14, 2021 at 3:00 p.m.** in the chambers of the Honorable Brian A. Jackson.

8. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **November 29, 2021**

    **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."**

9. A **5-day jury trial** is scheduled for **8:30 a.m. beginning on December 13, 2021 in Courtroom 2.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have

---

[2] Motions to extend or otherwise modify this date and the dates/deadlines that follow shall be directed to the district judge.

diligently pursued their discovery.  Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures.  The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on September 9, 2020.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**