# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN | § |
| Plaintiff | § § § |
| | §   CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| *Versus* | § § |
| REC MARINE LOGISTICS LLC, ET AL. | §   **TRIAL BY JURY DEMANDED** |
| Defendants | § § § |

## DECLARATION OF DANIEL E. SHEPPARD

1. My name is Daniel E. Sheppard. My date of birth is March 9, 1986, and my address is 3701 Kirby Drive, Suite 1000, Houston, Texas 77098. I declare under penalty of perjury that the following is true and within my personal knowledge.
2. I am an attorney for Plaintiff, McArthur Griffin, in Cause Number 3:20-cv-00092, *Griffin v. REC Marine Logistics LLC, et al.* in the United States District Court for the Middle District of Louisiana and have personally obtained the exhibits discussed below in connection with the prosecution of this case.
3. I make this declaration in support of Plaintiff's response to the motions for summary judgment of Gulf Offshore Logistics LLC ("Gulf Offshore") and GOL LLC ("GOL").
4. Exhibit 1 is a true and correct copy of Plaintiff's Petition.
5. Exhibit 2 is a true and correct copy of Plaintiff's Requests for Production and Interrogatories to Gulf Offshore and GOL.
6. Exhibit 3 is a true and correct copy of the Declaration of Daniel E. Sheppard.
7. Exhibit 4 is a true and correct copy of an email from Fred Salley dated August 12, 2020.
8. Exhibit 5 is a true and correct copy of a Gulf Offshore Logistics LLC brochure accessed on the internet.
9. Exhibit 6 is a true and correct copy of a GOL LLC brochure accessed on the internet.
10. Exhibit 7 is a true and correct copy of Gulf Offshore Logistics LLC's Information Certificate from the Louisiana Secretary of State.
11. Exhibit 8 is a true and correct copy of Gulf Offshore Logistics LLC's Certificate of Existence from the Louisiana Secretary of State.
12. Exhibit 9 is a true and correct copy of a Google Street View Image.
13. Exhibit 10 is a true and correct copy of the Equasis website for the MV Dustin Danos;
14. Exhibit 11 is a true and correct copy of an excerpt from Blaine Russell's deposition in Cause Number 2:19-cv-11149, *REC Marine Logistics LLC v. Richard*.

EXHIBIT 3

15. Exhibit 12, on information and belief, is a true and correct copy of GOL LLC's Operations Manual and Health, Safety, and Environmental Manual.
16. Plaintiff has specifically asked Gulf Offshore and GOL to (a) identify all of the owners and operators of the MV Dustin Danos at the time of Plaintiff's incident (Interrogatory 1); (b) identify the company or companies that chartered the MV Dustin Danos (Interrogatory 2); (c) identify the nature of the business relationship between Rec Marine, Gulf Offshore, GOL, and OTS (Interrogatory 8); (d) identify the company or companies that provide maintenance and cure benefits for Rec Marine, Gulf Offshore, GOL, and OTS (Interrogatory 10); (e) the name, address, phone number, and job title for the person responsible for making maintenance and cure payments to Plaintiff; (f) the name, address, phone number, and job title of the person who made the decision to terminate Plaintiff's maintenance and cure benefits (Interrogatory 11); (g) work and payroll records for employees, contractors, and/or staff/hired persons who were on duty on the MV Dustin Danos (RFP 14); (h) contracts between Rec Marine, Gulf Offshore, GOL, and OTS governing the work or relationships at the time of the incident (RFP 15); (i) produce documents reflecting the ownership of the MV Dustin Danos (RFP 16); (j) produce documents sufficient to reflect the person and/or entity/entities responsible for operating the MV Dustin Danos (RFP 17); (k) produce all agreements regarding this lawsuit or the incident (RFP 21); (l) produce personnel, employment, and training files for all supervisors present the day of the incident, one day prior to the incident, and one day after the incident (RFP 23). *See* Exhibit 2 (Plaintiff's Requests for Production and Interrogatories to Gulf Offshore and GOL).
17. To date, Gulf Offshore and GOL have not responded to Plaintiff's requests for production and interrogatories.
18. To date, Gulf Offshore and GOL have not provided disclosures pursuant to Federal Rule of Civil Procedure 26.
19. To date, Gulf Offshore and GOL have not produced any documents.
20. Without responses to Plaintiff's requests for production and interrogatories, Plaintiff cannot present the essential facts needed to further respond to Gulf Offshore and GOL's motions for summary judgment because Gulf Offshore and GOL are denying Plaintiff access to the very materials and information that are needed to further respond to Gulf Offshore and GOL's motions for summary judgment.

Executed in Harris County, State of Texas on the 25th day of September 2020.

_____
Daniel E. Sheppard