

# M/V DUSTIN DANOS



## 150' Mini Supply Vessel
## Built 2000

Gulf Offshore Logistics, LLC

4535 Highway 308 Raceland, LA 70394, USA
Tel: +1 866-532-1060 Fax: +1 985-532-0544

EXHIBIT

5

*M/V DUSTIN DANOS 150' MSV*

### REGISTRATION

| | |
|---|---|
| Operator | Gulf Offshore Logistics, LLC |
| Delivered | JUN – 2000 |
| Builder | Thoma-Sea Boat Builder, INC |
| Flag | USA |
| Classification | ABS International Class & Load line |
| Official Number | 1096385 |

### MAIN PARTICULARS

| | |
|---|---|
| Length Overall | 150 Ft |
| Beam | 36 Ft |
| Depth | 12 Ft |
| Light Draft | 7 Ft |
| Loaded Draft | 10 Ft |
| Gross Tonnage | 99 Tons / 498 ITC |

### CAPACITIES

| | |
|---|---|
| Drill / Potable Water | 98,000 USG |
| Fuel | 90,000 USG |

### CARGO DECK

| | |
|---|---|
| Length | 90 Ft |
| Width | 30 Ft |
| Clear Deck Area | 2,700 Sq Ft |

### MACHINERY

| | |
|---|---|
| Main Engines | (2) Caterpillar 3508 DTIA |
| Maximun BHP | 905 HP @ 1600 RPM Each |
| Reduction Gears | Twin Disc MG5301  4.96 : 1 |
| Generators | (2) Caterpillar 3306T, 1200 RPM |
| | 95 KW, 3 Phase 480 Volts |
| Bow Thruster | (1)  Caterpillar 3406 @ 300 HP |
| | Schottel SST110 |

### PERFORMANCE

| | |
|---|---|
| Speed Light Ship | 11 Kts |
| Speed 50 Tons | 9.5 Kts |
| Max Fuel Consumption | 95 GPH |
| Cruising Fuel Consumption | 60 GPH |

### DISCHARGE RATES

| | |
|---|---|
| Water | 400 GPM  @ 100 Ft Head |
| Fuel | 400 GPM  @ 100 Ft Head |

### ACCOMMODATIONS

| | |
|---|---|
| Cabins/Berths | 5 Cabins / 13 Berths |
| Mess | (1) Seating for 8 |
| Lounge | 1 |
| Heads | 5 |

### ELECTRONICS

| | |
|---|---|
| Radar | (2) Furuno 7062 & 7112 |
| Auto Pilot | Comnav 2001 |
| GPS | (1) Furuno GPS Navigator |
| SSB | Sea 223 |
| VHF | (3) Multi Channel VHF's |
| AIS | Furuno |
| Depth Sounder | Raytheon |
| Communications | Broad Point |
| Chart Plotter | Chart Navigator Pro |

### FIRE FIGHTING

Fire Monitor- 2000 GPM @ 260 Ft Head
Powered by Bow thruster Engine  Cat 3406 T
(14) Portable Fire Extinguishers
(5) 1-1/2" X  5' Deck Hoses

### OTHER  FEATURES

Walk-in Cooler/Walk-in Freezer
Washer/Dryer
 (2) 10-Ton Water Cooled A/C
Galley Fully Equipped
T/V Lounge

NOTICE:  The data contained herein is provided for convenience of reference to allow users to determine the suitability of the Company's Equipment.  The data may vary from the current condition of equipment which can only be determined by physical inspection.  Company has exercised due diligence to insure that the data contained herein is reasonably accurate. However, Company does not warrant the accuracy completeness of the data.  In no event shall Company be liable for any damages whatsoever arising out of the use inability to use the data contained herein.

