

# R. Kyle Ardoin
## SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

In response to your request we are pleased to provide the information on the subject Limited Liability Company which filed articles of organization in this office on April 23, 2003.

| | |
|---|---|
| **Name:** | GULF OFFSHORE LOGISTICS, L.L.C. |
| **Type:** | Limited Liability Company |
| **City:** | RACELAND |
| **Status:** | ACTIVE |
| **Business:** | GULF OFFSHORE LOGISTICS, L.L.C. |
| **Charter Number:** | 35469187K |
| **Registration Date:** | 4/23/2003 |

**Domicile Address**
 4535 HIGHWAY 308
 RACELAND, LA 70394

**Mailing Address**
 C/O TODD P. DANOS
 P. O. BOX 309
 RACELAND, LA 70394

| | |
|---|---|
| **Status:** | ACTIVE |
| **Annual Report Status:** | Not In Good Standing |
| **Last Report Filed:** | 1/8/2020 |
| **Type:** | Limited Liability Company |

**Registered Agent(s)**
 **Agent:** TODD P. DANOS
 **Address:** 4535 HIGHWAY 308

EXHIBIT 6

| | |
|---|---|
| City, State, Zip: | RACELAND, LA 70394 |
| Appointment Date: | 4/23/2003 |

### Officer(s)    Additional Officers: No

| | |
|---|---|
| Officer: | TODD P. DANOS |
| Title: | Manager, Member |
| Address: | 4535 HIGHWAY 308 |
| City, State, Zip: | RACELAND, LA 70394 |

| | |
|---|---|
| Officer: | JOEL NORRIS BROUSSARD |
| Title: | Member, Manager |
| Address: | 4535 HIGHWAY 308 |
| City, State, Zip: | RACELAND, LA 70394 |

### Amendments on file

| Date | Description |
|---|---|
| 5/29/2003 | Domestic LLC Agent/Domicile Change |
| 6/7/2004 | Amendment |
| 6/17/2010 | Appointing, Change, or Resign of Officer |

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

September 23, 2020



*Secretary of State*

Web 35469187K

Certificate ID: 11275492#6QK73

To validate this certificate, visit the following web site, go to **Business Services, Search for Louisiana Business Filings, Validate a Certificate**, then follow the instructions displayed.
www.sos.la.gov