

# UNITED STATES OF AMERICA
# State of Louisiana

## R. Kyle Ardoin
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the Articles of Organization of

**GULF OFFSHORE LOGISTICS, L.L.C.**

Domiciled at RACELAND, LOUISIANA,

Were filed in this Office and a Certificate of Organization was issued on April 23, 2003,

I further certify that no Certificate of Dissolution or Termination has been issued.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

September 23, 2020



*Secretary of State*

Web 35469187K

**Certificate ID:** 11275493#ESL73

To validate this certificate, visit the following web site, go to **Business Services**, **Search for Louisiana Business Filings**, **Validate a Certificate**, then follow the instructions displayed.
www.sos.la.gov

EXHIBIT 7