

EXHIBIT 8

