Back to Search (http://www.equasis.org/EquasisWeb/restricted/Search?fs=HomePage&lienFooter=true)

Go to My Equasis ➔

**Ship info**

# DUSTIN DANOS  -  IMO n° **8964458**

 See picture on MarineTraffic (http://www.marinetraffic.com/en/photos/of/ships/imo:8964458)

| | |
|---|---|
| Flag | 🇺🇸 (United States of America) |
| Call Sign | WDE9077 |
| MMSI | 367413160 |
| Gross tonnage | 498 (since 01/06/2000) |
| DWT | 976 |
| Type of ship | Offshore Supply Ship (since 01/06/2000) |
| Year of build | 2000 |
| Status | In Service/Commission (during 06/2000) |

**Last update of ship particulars 06/05/2020**

| Ship info | Inspections (0) | Ship History |
|---|---|---|

❓ **Overview**  ⌄

**Flag performance**

Paris MOU ◯ White

Tokyo MOU ◯ White

**Flag targeting**

USCG: not targeted

RO Performances ➔ (../restricted/ROPerf?fs=ShipInfo)

❓ **Management detail**  ⌃

**OFFSHORE TRANSPORT SERVICES** ➔

| | |
|---|---|
| IMO number | 1950213 |
| Role | Registered owner |
| Address | Care of Gulf Offshore Logistics LLC (GOL) , 4535, Highway 308, Raceland LA 70394-2410, USA. |
| Date of effect | during 11/2000 |

**GULF OFFSHORE LOGISTICS LLC** ➔

| | |
|---|---|
| IMO number | 4111062 |
| Role | Ship manager/Commercial manager |
| Address | 4535, Highway 308, Raceland LA 70394-2410, USA. |
| Date of effect | during 11/2000 |

**UNKNOWN**

| | |
|---|---|
| IMO number | 9991001 |
| Role | ISM Manager |
| Date of effect | since 01/06/2000 |

EXHIBIT 9

| | **Classification** | ∧ |
|---|---|---|

**Status**

Other

**Not applicable**

during 06/2000

| | **Geographical Information** | ∧ |
|---|---|---|

**September 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**August 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**July 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**June 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**May 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**April 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**March 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**February 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**January 2020**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**December 2019**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**November 2019**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**October 2019**

| Where | Middle America and Gulf of Mexico |
|---|---|
| Source | MarineTraffic |

**September 2019**

| Where | Middle America and Gulf of Mexico |
|---|---|

| | |
|---|---|
| Source | MarineTraffic |

**August 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**July 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**July 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | VesselTracker |

**June 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**May 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**April 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**March 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**February 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**January 2019**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**December 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**November 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**October 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**September 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**August 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**July 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**June 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**May 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**April 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**March 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**February 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**January 2018**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**December 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**November 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**October 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**September 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**August 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**July 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**June 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**May 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**April 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**March 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**February 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**January 2017**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**December 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**November 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**October 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**September 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**August 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**July 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**July 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | VesselTracker |

**June 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**May 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**April 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**March 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**February 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

**January 2016**

| | |
|---|---|
| Where | Middle America and Gulf of Mexico |
| Source | MarineTraffic |

## Convention, Association and Manning

   → **IMO Conventions signed by the state**

   International Labour Organization (http://www.ilo.org/dyn/normlex/en/f?p=1000:80021:0::NO:80021:P80021_ISO_CODE:USA)

   International Transport Worker's Federation (http://seafarers.oxfordwebapps.com/#/app/vessels/search/results?q=8964458)

**Equasis's contributors**

 (http://www.mar.mil.br/)
 (http://www.tc.gc.ca/eng/marinesafety/oep-inspection-menu-770.htm)
 (http://www.emsa.europa.eu/)
 (http://www.developpement-durable.gouv.fr/)

 (http://www.mofa.go.jp/)
 (http://www.korea.net/)
(http://www.norway.no/)
(https://www.fomento.gob.es/MFOM/LANG_CASTE

 (http://www.mcga.gov.uk/c4mca/mcga07-home)
 (http://www.uscg.mil/top/missions/MaritimeSafety.asp)

✉ Contact us (Moa?fs=ShipInfo&P_MOA=contact)          Join us on   f (//www.facebook.com/equasis.news)    🐦 (//twitter.com/equasis_news)

ℹ Help (Moa?fs=ShipInfo&P_MOA=help)                                      ❓ FAQ (Moa?fs=ShipInfo&P_MOA=faq)

**Site map**

| | |
|---|---|
| Home (../public/HomePage?fs=ShipInfo) | Statistics (../restricted/PublicStatistic?fs=ShipInfo) |
| About Equasis (../public/About?fs=ShipInfo) | News (../public/HomePage?fs=ShipInfo) |
| Search | My Equasis (../restricted/ShipSubcription?fs=ShipInfo) |
| Data providers (../public/About?fs=ShipInfo&P_ABOUT=Providers.html) | Equasis policy (../public/About?fs=ShipInfo&P_ABOUT=EquasisPolicy.html) |

© Copyright 2000-2016; Version : Prod v3.1.1; Developed and hosted by French Ministry for Transport -DAM/SI-Saint-Malo