

# GOL L.L.C.

P.O. Box 309 | 4535 Highway 308
Raceland, Louisiana 70394
Phone: (985) 532-1060 | Fax: (985) 532-0544
E-mail: sales@gulf-log.com
Website: www.gulf-log.com



# M/V DUSTIN DANOS | 150' MINI SUPPLY

### MAIN PARTICULARS

| | | |
|---|---|---|
| LENGTH OVERALL | 150 ft. | 45.7 m |
| BEAM | 36 ft. | 11.0 m |
| DEPTH | 12 ft. | 3.7 m |
| DRAFT (LIGHT) | 7 ft. | 2.1 m |
| DRAFT (LOADED) | 10 ft. | 3.0 m |

### CONSTRUCTION

| | |
|---|---|
| HULL | Steel |
| SUPERSTRUCTURE | Steel |

### PERFORMANCE

| | | |
|---|---|---|
| SPEED (MAXIMUM) | 11 knots | |
| SPEED (CRUISING) | 9.5 knots | |
| FUEL CONSUMPTION (MAXIMUM) | 95 gal/hr. | 432 l/hr. |
| FUEL CONSUMPTION (CRUISING) | 60 gal./hr. | 273 l/hr. |

### DECK CARGO

| | | |
|---|---|---|
| DECK DIMENSIONS | 90 ft. x 30 ft. | 27.4 m x 9.1 m |
| DECK AREA | 2,700 sq. ft. | 250.8 m² |

### CAPACITIES

| | | |
|---|---|---|
| DRILL/POTABLE WATER | 98,000 USG | 371.0 m³ |
| FUEL | 90,000 USG | 340.7 m³ |

### TRANSFER / DISCHARGE RATES

| | | |
|---|---|---|
| WATER | 400 GPM at 100 ft. | 1,818 LPM at 30.5 m |
| FUEL | 400 GPM at 100 ft. | 1,818 LPM at 30.5 m |

### ACCOMMODATIONS

| | |
|---|---|
| CABINS/BERTHS | 5/20 |
| MESS | (1) seating for 8 |
| LOUNGE | 1 |
| HEADS | 5 |

### MACHINERY

| | |
|---|---|
| MAIN ENGINES | (2) Caterpillar 3508 DTIA at 905 HP |
| GEARS | (2) Twin Disc MG5301, 4.96:1 ratio |
| GENERATORS | (2) Caterpillar 3306T at 480 VAC at 95kW |
| BOW THRUSTERS | (1) Schottel SST110 |
| BOW THRUSTER ENGINE | (1) Caterpillar 3406 at 300 HP |
| FIRE FIGHTING | Fire Monitor at 2,000 GPM at 260 ft. |
| | (14) Portable Fire Extinguishers |
| | (5) 1-1/2" x 50' Deck Hoses |

### ELECTRONICS

| | |
|---|---|
| RADAR | (1) Furuno 7062, (1) Furuno 7112 |
| GPS | (1) Furuno GPS Navigator |
| AUTOPILOT | (1) Comnav 2001 |
| VHF | (3) Multi Channel |
| AIS | (1) Furuno |
| DEPTH SOUNDER | (1) Raytheon |
| EMAIL & COMMS. | Broadpoint |
| ELECTRONIC CHARTS | Chart Navigator Pro |

### SPECIAL EQUIPMENT / FEATURES

Walk-in Cooler & Freezer
Washer/Dryer
(2) 10-Ton Water Cooled A/C
Fully Equipped Galley
TV Lounge

### DOCUMENTATION - CERTIFICATION

| | |
|---|---|
| OPERATOR | GOL, LLC |
| DELIVERED | June 2000 |
| BUILDER | Thoma-Sea Ship Builders, LLC |
| FLAG | USA |
| CLASSIFICATION | ABS Load Line |
| OFFICIAL NO. | 1096385 |
| TONNAGE | 98 Gross, 67 Net, 498 ITC |

EXHIBIT 10

GOL, LLC is proud to provide a diverse fleet of vessels to the maritime industry since being established in May of 2016 through the partnership of Rec Chaddock, Joel Broussard, and Todd Danos.

All information provided herein is believed to be true and accurate at the time of printing and can be used to determine if the vessel is applicable to your needs. The Company takes great care to ensure that the information provided is accurate and up to date. The Company does not warranty the accuracy of data and shall not be held liable for any damages that may incur from the use of the information provided herein. A physical inspection of the subject vessel can be carried out to confirm exact specifications.