# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| MCARTHUR GRIFFIN | § | |
| --- | --- | --- |
| | § | |
| Plaintiff | § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § | |
| *Versus* | § | |
| | § | |
| REC MARINE LOGISTICS LLC, ET AL. | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| Defendants | § | |

## ORDER DENYING GULF OFFSHORE LOGISTICS LLC AND GOL LLC'S MOTIONS FOR SUMMARY JUDGMENT

The Court having considered the motions for summary judgment filed by Defendant Gulf Offshore Logistics LLC ("Gulf Offshore") and GOL LLC ("GOL"), Plaintiff's response, replies and sur-replies, the evidence submitted by the parties, and arguments of counsel (if any), if of the opinion that the Motions for Summary Judgment filed by Gulf Offshore and GOL's should be denied.

The motions for summary judgment filed by Gulf Offshore and GOL are hereby denied in their entirety.

Baton Rouge, Louisiana, this _____ day of _____, 2020.

                                                                UNITED STATES DISTRICT COURT
                                                                MIDDLE DISTRICT OF LOUISIANA