# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　Plaintiff<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　Defendants | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come, Defendants, REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC who hereby move this Honorable Court for an order substituting, Salvador J. Pusateri (#21036) and Kyle A. Khoury (#33216) of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC, located at 1100 Poydras Street, Suite 2250, New Orleans, Louisiana 70163, as counsel of record for REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC, replacing Fred E. Salley (#11665) of the Salley & Associates in this litigation.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Salvador J. Pusateri*
　　　　　　　　　　　　　　　　　　Salvador J. Pusateri, T.A. (#21036)
　　　　　　　　　　　　　　　　　　Kyle A. Khoury (#33216)
　　　　　　　　　　　　　　　　　　Pusateri, Johnston, Guillot & Greenbaum
　　　　　　　　　　　　　　　　　　1100 Poydras Street, Suite 2250
　　　　　　　　　　　　　　　　　　New Orleans, LA 70163
　　　　　　　　　　　　　　　　　　Telephone: 504-620-2500
　　　　　　　　　　　　　　　　　　Facsimile: 504-620-2510
　　　　　　　　　　　　　　　　　　Salvador.Pusateri@pjgglaw.com
　　　　　　　　　　　　　　　　　　Kyle.Khoury@pjgglaw.com

/s/ **Fred E. Salley**
Fred E. Salley (#11665)
Salley & Associates
P. O. Box 3549
Covington, LA 70434
985-867-8830
Email: fsalley@charter.net