UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　　　　　**Defendants** | CIVIL ACTION NO: 3:20-cv-00092<br><br>DISTRICT JUDGE:<br>HON. BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE:<br>HON. ERIN WILDER-DOOMES |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS HEREBY ORDERED** Salvador J. Pusateri (#21036) and Kyle A. Khoury (#33216) of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC, located at 1100 Poydras Street, Suite 2250, New Orleans, Louisiana 70163, are hereby substituted as counsel of record in this litigation for REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC replacing Fred E. Salley (#11665) of the Salley & Associates in this litigation.

Baton Rouge, Louisiana, this ____ day of _____, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**JUDGE BRIAN A. JACKSON**