# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN | § |
| Plaintiff | § § § |
| | §  CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| *Versus* | § § § |
| REC MARINE LOGISTICS LLC, ET AL. | §  **TRIAL BY JURY DEMANDED** |
| Defendants | § § § |

## JOINT MOTION FOR AN AMENDED RULE 16 SCHEDULING ORDER

Plaintiff, McArthur Griffin, and Defendants, REC Marine Logistics, LLC, Gulf Offshore Logistics, LLC, GOL, LLC, Offshore Transport Services, LLC and QBE Insurance (Europe), Ltd. submit this Joint Motion for an Amended Rule 16 Scheduling Order and would respectfully show as follows:

On September 9, 2020, this Court entered the Rule 16 Scheduling Order. *See* ECF No. 41. Unfortunately, continued delays flowing from difficulties obtaining Plaintiff's medical, educational, and employment records, the pandemic and a winter storm in Texas (where Plaintiff's counsel is located) have delayed completion of remaining but necessary discovery, including depositions of Plaintiff, Defendants' corporate representatives, Plaintiff's treating medical providers, other key witnesses and Plaintiff and Defendants' retained experts.  Trial is currently set for the December 13, 2021 trial term and the parties assert that additional time to conduct discovery is needed to prepare the case for trial.  Plaintiff has scheduled depositions for the corporate representatives for REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC.  Plaintiff has also scheduled the deposition of Captain

Michael Haglund and has provided Defendants with dates for Plaintiff's deposition. The parties are not seeking a continuance of the existing trial date, but respectfully request the following new deadlines so that the remaining discovery can be conducted before the current discovery deadline with a reasonable amount of time thereafter to timely file appropriate motions.

This is the First Amended Scheduling Order requested by the Parties, who have met and conferred and propose the following deadlines:

- Disclosure of Identities and Resumes of Expert Witnesses
    - **Plaintiff(s):** February 19, 2021
    - **Defendant(s):** March 22, 2021
- Expert Reports must be submitted to opposing parties as follows:
    - **Plaintiff(s):** March 21, 2021
    - **Defendant(s)** April 21, 2021
- Filing All Discovery Motions and Completing All Discovery Except Experts: **June 10, 2021**
- Discovery from Experts: **June 25, 2021**
- Deadline to File Dispositive Motions and Daubert Motions: **July 16, 2021**

### Prayer

The Parties ask this Court to enter an amended Rule 16 Scheduling Order, and to grant any further relief, either in equity or at law, to which they are justly entitled to receive.

Respectfully submitted,

MORROW & SHEPPARD LLP

/s/*Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
*msfiling@morrowsheppard.com*
*dsheppard@morrowsheppard.com*
*jsheppard@morrowsheppard.com*
5151 San Felipe Street
Houston, Texas 77056
Telephone:  (713) 489-1206
Facsimile:  (713) 893-8370

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/Kyle A. Khoury* (with permission)
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
ATTORNEYS FOR GOL, LLC, GULF OFFSHORE LOGISTICS, LLC, REC MARINE LOGISTICS, LLC, and OFFSHORE TRANSPORT SERVICES, LLC

*/s/ Alan R. Davis* (with permission)
Alan R. Davis
Bar No. 31694
Miles C. Thomas
Bar No. 31342
Lorin R. Scott
Bar No. 38888
LUGENBUHL, WHEATON, PECK, RANKIN, & HUBBARD
2772 Pan-American Life Center
601 Poydras Street

New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: adavis@lawla.com
       mthomas@lawla.com
       lscott@lawla.com

- 5 -

**Certificate of Service**

I hereby certify that on April 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF filing system.  Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard
