# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN § | |
| § | |
| Plaintiff § | |
| § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| § | |
| *Versus* § | |
| § | |
| REC MARINE LOGISTICS LLC, ET AL. § | **TRIAL BY JURY DEMANDED** |
| § | |
| Defendants § | |

## AMENDED MOTION TO COMPEL DISCOVERY RESPONSES

For reasons more fully set forth in his Memorandum in Support, Plaintiff, McArthur Griffin, respectfully requests that the Court Order the Non-Insurance Defendants to respond fully, completely, without objection, and in writing to Plaintiff's Second Requests for Production and Second Interrogatories that were served upon them on March 2, 2021 within five (5) days of the Court compelling responses and for any other relief Plaintiff may be entitled.

Respectfully submitted,

MORROW & SHEPPARD LLP

/s/*Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
*msfiling@morrowsheppard.com*
*dsheppard@morrowsheppard.com*
*jsheppard@morrowsheppard.com*
5151 San Felipe Street
Houston, Texas 77056
Telephone: (713) 489-1206
Facsimile: (713) 893-8370

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF filing system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and the Non-Insurance Defendants have attempted to resolve this discovery dispute before the filing of this motion. The following attempts to resolve this dispute have been made:

- On May 5, 2021 and again on May 12, 2021 counsel for Plaintiff and the Non-Insurance Defendants met in person to discuss this discovery dispute and possible resolution.
- Counsel for Plaintiff and the Non-Insurance Defendants exchanged emails in an attempt to resolve this discovery dispute on May 10, 2021.
- On May 11, 2021, Counsel for Plaintiff and the Non-Insurance Defendants spoke on the phone to discuss the discovery dispute and possible resolution.

Counsel for the Non-Insurance Defendants has represented that he cannot agree to respond to the request for production and interrogatory identified above absent a Court Order compelling the Non-Insurance Defendants to respond to the request for production and interrogatory more fully described in Plaintiff's Memorandum in Support.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard