# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN | § |
| Plaintiff | § § § |
| | §  CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| *Versus* | § § § |
| REC MARINE LOGISTICS LLC, ET AL. | §  **TRIAL BY JURY DEMANDED** |
| Defendants | § § |

## ORDER

Plaintiff, McArthur Griffin's, Motion for Leave to File Reply Memorandum in Further Support of Amended Motion to Compel Responses to Plaintiff's Second Requests for Production and Second Interrogatories is hereby **GRANTED**. Plaintiff's Reply Memorandum in Further Support of Amended Motion to Compel Responses to Plaintiff's Second Requests for Production and Second Interrogatories shall be filed in the record herein.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana, on ___ day of _____, 2021.

_____
ERIN WILDER DOOMES
UNITED STATES MAGISTRATE JUDGE