## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>               **Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>               **Defendants** | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

### ORDER

Upon consideration of the foregoing Motion for Leave to Amend Answer;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the Motion is **GRANTED**. The Amended Answer shall be filed into the record of this case.

Baton Rouge, Louisiana, this _____ day of _____, 2021.

_____
**U.S. MAGISTRATE JUDGE ERIN WILDER-DOOMES**