

EAST BATON ROUGE PARISH  C-682146
Filed May 23, 2019 10:16 AM     27
Deputy Clerk of Court

19th Judicial District Court for the Parish of East Baton Rouge

State of Louisiana

No: C-682146                                             Section 27

MCARTHUR GRIFFEN

*VERSUS*

REC Marine Logistics, LLC, *et. al.*

FILED_____        CLERK_____

                                                         DEPUTY CLERK

### EXPARTE MOTION BY DEFENDANT FOR THIRTY DAY EXTENSION FOR RESPONSE

Now into Court through undersigned Counsel, comes Defendant, REC Marine Logistics, Inc., LLC, and suggests that REC was only served with this suit on 8th May 2019, and Counsel only received the suit by email on the 14th day of May 2019; and on examination found the suit complicated with multiple and questionable parties, and will need some additional time to obtain relevant materials from REC, to investigate, and to formulate a proper response; requests an additional thirty days from 20th May 2019 until 20th June 2019 to obtain necessary materials, to investigate, formulate, and file initial responsive pleadings in this Court, and moves therefor.

Submitted by:

*[signature]*
FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana  70434
Telephone: (985) 867-8830
Facsimile  (985) 867-8927

Counsel for Defendant, REC
Marine Logistics, LLC, *et. al.*

EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 17th day of May 2019.

_____
FRED E. SALLEY, T.A.    (11665)