EAST BATON ROUGE PARISH C-682146
Filed Jun 04, 2019 9:40 AM  27
Deputy Clerk of Court

19th Judicial District Court for the Parish of East Baton Rouge

State of Louisiana

No: C-682146                                               Section 27

MCARTHUR GRIFFIN

*VERSUS*

REC Marine Logistics, LLC, *et. al.*

FILED _____        CLERK _____

                                                DEPUTY CLERK

### DEFENDANT'S STATEMENT OF EXCEPTIONS AND MOTION TO DISMISS

Plaintiff erroneously and improperly sued REC Marine, GOL LLC, Gulf Offshore Logistics LLC and American Steamship Owners Mutual Protection and Indemnity Association, in this venue and in the captioned and entitled litigation. With the exception of REC, which employed Griffin, not a single other defendant was properly sued, properly existed, and/or properly incorporated as a legitimate party defendant into this litigation. REC must now be dismissed; or transferred by the Plaintiff; to its (REC's) proper parish of creation under the Louisiana Law, which is not East Baton Rouge Parish. **See LSA CCP Art 42** and **LSA CCP Art 925**.

Plaintiff's counsel speaks of Griffin being a Jones Act seaman, but never once identifies or lists <u>any</u> vessel; or his relationship to any vessel or group of vessels; and claims that insurance was provided by Defendant, American Steamship, without specifying what insurance was provided, or what vessel was insured. In fact, American Steamship did not insure anything connected to REC, Plaintiff, or any other alleged defendant in this litigation; has nothing to do with this litigation, and should be immediately dismissed. Moreover, neither of the listed defendants, GOL LLC, or Gulf Offshore Logistics LLC are known to exist or have anything whatever to do with this sui[t]

**EXHIBIT 3**

this plaintiff, or the operation of any vessel, party, or employer contained in this litigation, and they must be dismissed. See Affidavit of Mr. Chaddick, attached hereto.

Defendant, REC Marine Logistics, LLC, for the reasons more clearly enunciated in the attached memorandum of authorities, suggests that the Declinatory Exceptions of misjoinder and Plaintiffs' filing in a court of improper venue; *i.e.;*, not filing suit against Defendant in the Parish of its, LLC, registration as required under **La. CCP Art 42,** deprives this Court of requisite jurisdiction to proceed under **La. CCP Art. 925,** and requires dismissal of Plaintiff's suit against REC. Further, Defendant pleads the Declinatory Exceptions of **La. CCP Art. 925,** of non-conformity; vagueness; improper use of pleadings; and venue, by wrongfully alleging **a)** the existence **of** improper/non-existent parties; and **b)** the existence of improper, unsupported venue.

Submitted by:

[signature]

**FRED E. SALLEY, T.A.    (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana   70434**
**Telephone: (985) 867-8830**
**Facsimile  (985) 867-8927**

**Counsel for Defendant, REC**
Marine Logistics, LLC, *et. al.*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 28th day of May 2019.

[signature]

**FRED E. SALLEY, T.A.    (11665)**