EAST BATON ROUGE PARISH
Filed Nov 04, 2019 2:36 PM
Deputy Clerk of Court
C-682146
27

CIVIL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

| | |
|---|---|
| McArthur Griffin | * |
| *Plaintiff,* | * |
| | * |
| vs. | * Case No. C-682146 |
| | * Section: 27 |
| REC Marine Logistics LLC et al. | * |
| | * |
| *Defendants.* | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION FOR CONTEMPT AND FOR SANCTIONS RESULTING FROM DEFENDANT REC MARINE LOGISTICS, LLC'S REFUSAL TO FOLLOW THE COURT'S ORDER COMPELLING DISCOVERY

Plaintiff McArthur Griffin respectfully moves this Court for an order, pursuant to La. Code Civ. Proc. Articles 1470, 1471, and La. R.S. 13:4611, holding Defendant REC Marine Logistics LLC ("Defendant") in contempt of court and for issuance of appropriate penalties upon Defendant as this Court finds reasonable.

### BACKGROUND

On September 23, 2019, the Court held a hearing and granted Plaintiff's motion to compel and ordered Defendant to respond to Plaintiff's initial discovery by October 23, 2019. On October 24, 2019, Plaintiff sent a letter to Mr. Salley by email, fax, and mail to address the discovery issues. No response was received. On October 25, 2019, Plaintiff's counsel called Mr. Salley again to address the discovery issues. Mr. Salley stated without equivocation that (a) he (and his client) are under no obligation to respond to discovery and (b) that he will not be responding to discovery as ordered by the Court. Mr. Salley unilaterally terminated the call by hanging up the phone.

1

By refusing to comply with the judgment issued by this Court, Defendant abused the discovery process and, as such, should be sanctioned with the penalties allowed by law.

## CONCLUSION AND PRAYER

Plaintiff prays that this Court issue an order holding Defendant in contempt of court with appropriate fines and/or other appropriate penalties for its violation of this Court's rulings and Judgment, and in addition, for attorney's fees and other reasonable expenses.

Plaintiff further prays that this Court issue a judgment by default against Defendant, or, in the alternative, for an order prohibiting Defendant from offering or eliciting any testimony from Plaintiff, other defendants, their witnesses and/or experts and/or prohibiting Defendant from introducing any exhibits at the trial on the merits, or, in the alternative, for an order striking all of Defendant's claims and affirmative defenses. Plaintiff also requests that the Court strike all of Defendant's objections to discovery.

MORROW & SHEPPARD, LLP
Daniel E. Sheppard (#38076)
3701 Kirby Drive, Suite 1000
Houston, Texas 77098
713-489-1206 (Telephone)
713-893-8370 (Facsimile)

And

CLAYTON, FRUGÉ & WARD
Brilliant Clayton (#36829)
3741 La. Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

*Attorneys for Plaintiff, McArthur Griffin*