EAST BATON ROUGE PARISH
Filed Nov 20, 2019 1:46 PM
Deputy Clerk of Court

C-682146
27

19th Judicial District Court for the Parish of East Baton Rouge

State of Louisiana

No: C-682146                                    Section 27

MCARTHUR GRIFFEN

*VERSUS*

REC Marine Logistics, LLC, *et. al.*

FILED_____        CLERK_____

DEPUTY CLERK

## EX-PARTE MOTION TO CONTINUE FOR MEDICAL DISABILITY

Now comes Undersigned Counsel and upon suggesting that he has suffered from progressive illness and medical disabilities for the past several weeks involving the development of apparent blood clots in his lower legs, which has rendered walking, standing and climbing stairs painful and difficult;  is obliged to move for a short recess of litigation activity and a continuance of currently scheduled matters for thirty days, to permit counsel opportunity to seek more extensive medical review and care, with possible hospitalization, at St. Joseph Hospital in Lexington, Ky. which has treated him for similar illnesses in prior years, and hereby moves therefore.

Submitted by:

FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana  70434
Telephone: (985) 867-8830
Facsimile  (985) 867-8927
Counsel for Defendants, REC et. al.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid, or by other means, this 15th day of November 2019.

FRED E. SALLEY, T.A.   (11665)

**EXHIBIT**

**7**

EAST BATON ROUGE PARISH
C-682146
27
Filed Jan 22, 2020 3:26 PM
Deputy Clerk of Court

19th Judicial District Court for the Parish of East Baton Rouge

State of Louisiana

No: C-682146                                         Section 27

MCARTHUR GRIFFEN

*VERSUS*

REC Marine Logistics, LLC, *et. al.*

FILED_____        CLERK_____

                                           DEPUTY CLERK

## EX-PARTE MOTION TO CONTINUE FOR MEDICAL DISABILITY

Undersigned Counsel previously requested in mid-November 2019, and obtained, a thirty

day continuance based upon personal medical conditions, but now comes advising that he has

also suffered an unexpected, extended, sciatic nerve injury related to his prior illness, which has

currently disabled him from walking, driving and/ortravelling; and upon further suggesting that

he has continued to suffer from continued personal illness and medical disabilities for the past

several weeks;  is obliged to move for another short continuance of currently scheduled motions,

including his own current Motion to Review and Reverse Judgment and Prior Rulingsscheduled

for 27th January, 2020, together withall other Motionscurrently scheduled for that day, to be

continued and reset for hearings on the **2nd day March** ~~day October~~ 2020.

Submitted by:

_____
FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana70434
Telephone: (985) 867-8830
Facsimile  (985) 867-8927
Counsel for Defendants,REC*et. al.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has
been served on all counsel of record by facsimile, receipt
requested, or by depositing same in the United States Postal
Service, properly addressed and postage prepaid, or by other
means, this 15th day of November 2019.

_____
FRED E. SALLEY, T.A.   (11665)