UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>      Plaintiff<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>      Defendants | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF GULF OFFSHORE LOGISTICS, LLC AND GOL, LLC

**NOW INTO COURT**, through undersigned counsel, come defendants, Gulf Offshore Logistics, LLC and GOL, LLC. Defendants respectfully submit that there is no genuine issue of material fact and that there are entitled to summary judgment dismissing the plaintiff's claims against them all for the reasons more fully discussed in the attached Memorandum in Support of Motion for Summary Judgment.

**WHEREFORE**, the premises considered, defendants respectfully request that this Honorable Court grant this instant Motion and dismiss all claims asserted by the plaintiff against Gulf Offshore Logistics, LLC and GOL, LLC, with prejudice.

Respectfully submitted,

*/s/ Kyle A Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
**ATTORNEYS FOR GULF OFFSHORE LOGISTICS, LLC AND GOL, LLC**