# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>**Defendants** | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT,** through undersigned counsel, come defendants, Gulf Offshore Logistics, LLC ("Gulf Offshore") and GOL, LLC ("GOL"), which hereby submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment:

1. Plaintiff was hired by JNB Operating, LLC ("JNB") as a deckhand in 2012. (Exhibit D)

2. JNB served as a vessel operating company for Gulf Offshore. (Exhibit C, pg. 122-123)

3. Gulf Offshore was a boat brokerage which marketed vessels operated by JNB to various oil and gas companies that regularly chartered vessels in connection with their offshore activities. (Exhibit C, pg. 122-125)

4. Gulf Offshore had contracts with various oil and gas companies. However, Gulf Offshore did not own or operate any vessels, and did not have any maritime employees. (Exhibit C, pg. 122-125)

5. When Gulf Offshore and JNB were still in business, any vessels chartered through Gulf Offshore were operated by JNB and crewed by JNB employees. JNB was also responsible for hiring and training of all vessel crewmembers. (Exhibit C, pg. 122-125)

6. In 2016, JNB merged with REC Marine Logistics, LLC ("REC Marine"), and JNB ceased to operate. (Exhibit C, pg. 125)

7. With the above-referenced merger, the former employees of JNB, including the plaintiff, became employees of REC Marine. (Exhibit C, pgs. 32-33, 125)

8. At the time of the merger, a company named GOL, LLC was formed to be the new boat brokerage in place of Gulf Offshore. With the formation of GOL, LLC, Gulf Offshore ceased operations. (Exhibit C, pg. 126-127)

9. Gulf Offshore had ceased operating as a company well over a year before plaintiff's accident in 2018. (Exhibit C. pg. 125-127).

10. Neither Gulf Offshore nor GOL were the owner or operator of the M/V DUSTIN DANOS. (Exhibit F; Exhibit C, pg. 129-131)

11. At all relevant times, Offshore Transport Services, LLC ("OTS") was the owner, and REC Marine was the operator, of the M/V DUSTIN DANOS. (Exhibit F; Exhibit C, pg. 129-131)

12. At the time of his alleged accident, plaintiff was an employee of REC Marine Logistics, LLC. (Exhibit E)

Respectfully submitted,

*/s/ Kyle A Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com

**ATTORNEYS FOR GULF OFFSHORE LOGISTICS, LLC AND GOL, LLC**