# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** <br> **Plaintiff** <br><br> **VERSUS** <br><br> **REC MARINE LOGISTICS, LLC, ET AL** <br> **Defendants** | **CIVIL ACTION NO: 3:20-cv-00092** <br><br> **DISTRICT JUDGE:** <br> **HON. BRIAN A. JACKSON** <br><br> **MAGISTRATE JUDGE:** <br> **HON. ERIN WILDER-DOOMES** |

## ORDER

Upon consideration of the foregoing Motion for Summary Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the Motion is **GRANTED**. Plaintiff's claims against Gulf Offshore Logistics, LLC and GOL, LLC are hereby dismissed, with prejudice.

Baton Rouge, Louisiana, this _____ day of _____, 2021.


_____
**U.S. DISTRICT JUDGE BRIAN A. JACKSON**