UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN<br>    Plaintiff<br><br>VERSUS<br><br>REC MARINE LOGISTICS, LLC, ET AL<br>    Defendants | CIVIL ACTION NO: 3:20-cv-00092<br><br>DISTRICT JUDGE:<br>HON. BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE:<br>HON. ERIN WILDER-DOOMES |

## UNSWORN DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, Brian Harris, hereby make the following declarations:

1. I am an adult resident of the State of Louisiana. I am of sound mind and capable in all respects of executing this Declaration.

2. On May 12, 2021, I testified as the corporate representative of GOL, LLC for purposes of a corporate deposition pursuant to Fed. R. Civ. P. 30(b)(6).

3. I submit this Declaration in my capacity as GOL, LLC's corporate representative for the purpose of clarifying a portion of my testimony on May 12, 2021. More particularly, during my deposition, I testified that when JNB Operating, LLC merged with REC Marine Logistics, LLC in 2016, a new entity named GOL, LLC was "created" to be a vessel brokerage company replacing the former Gulf Offshore Logistics, LLC.

4. My testimony was intended to convey that GOL, LLC began actively engaging in business in 2016.

5. I wish to clarify that the name GOL, LLC was technically registered with the Louisiana Secretary of State in 2011. However, based upon documentation in the possession of

EXHIBIT B

GOL, LLC, including documentation showing GOL, LLC was not issued a tax identification number until 2016, my testimony remains accurate that GOL, LLC did not actively engage in business until 2016.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on this 4th day of November, 2021.

_____
BRIAN HARRIS