

**EIN Assistant**

Your Progress: 1. Identity  2. Authenticate  3. Addresses  4. Details  **5. EIN Confirmation**

**Congratulations! The EIN has been successfully assigned.**

EIN Assigned: **81-2287778**

Legal Name: **GOL LLC**

The confirmation letter will be mailed to the applicant. This letter will be the applicant's official IRS notice and will contain important information regarding the EIN. Allow up to 4 weeks for the letter to arrive by mail.

**We strongly recommend you print this page for your records.**

Click "Continue" to get additional information about using the new EIN.   [ Continue >> ]

**Help Topics**

Can the EIN be used before the confirmation letter is received?

EXHIBIT C