**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　　　　**Plaintiff** | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:** |
| **VERSUS** | **HON. BRIAN A. JACKSON** |
| **REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　　　　**Defendants** | **MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## DEFENDANTS' *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come defendants, REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC ("defendants"), which respectfully move this Honorable Court to enroll Kristian Blaine Dobard (Louisiana Bar No. 36997) of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC, as additional counsel of record for the defendants, along with Salvador J. Pusateri and Kyle A. Khoury of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC.

　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　*/s/Kyle A. Khoury*
　　　　　　　　　　　　　　　　　Salvador J. Pusateri (#21036)
　　　　　　　　　　　　　　　　　Kyle A. Khoury, T.A. (#33216)
　　　　　　　　　　　　　　　　　**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM**
　　　　　　　　　　　　　　　　　1100 Poydras Street – Suite 2250
　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　Telephone: (504) 620-2500
　　　　　　　　　　　　　　　　　Facsimile: (504) 620-2510
　　　　　　　　　　　　　　　　　Salvador.Pusateri@pjgglaw.com
　　　　　　　　　　　　　　　　　Kyle.Khoury@pjgglaw.com
　　　　　　　　　　　　　　　　　**Attorneys for REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC**

1