**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MCARTHUR GRIFFIN** <br>                **Plaintiff** | **CIVIL ACTION NO: 3:20-cv-00092** |
| **VERSUS** | **DISTRICT JUDGE:** <br> **HON. BRIAN A. JACKSON** |
| **REC MARINE LOGISTICS, LLC, ET AL** <br>                **Defendants** | **MAGISTRATE JUDGE:** <br> **HON. ERIN WILDER-DOOMES** |

**ORDER**

Upon consideration of the foregoing *Ex Parte* Motion to Enroll Additional Counsel;

**IT IS HEREBY ORDERED** that Kristian Blaine Dobard (Louisiana Bar No. 36997) of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC is hereby enrolled as additional counsel of record for the defendants, REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC, along with Salvador J. Pusateri and Kyle A. Khoury of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC.

New Orleans, Louisiana, this ____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

2