**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　　　　**Defendants** | **CIVIL ACTION NO:  3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

**UNOPPOSED MOTION TO CONTINUE DEADLINE**
**FOR FILING THE PRE-TRIAL ORDER**

**NOW INTO COURT**, through undersigned counsel, come defendants, REC Marine Logistics, LLC, GOL, LLC, Gulf Offshore Logistics, LLC, and Offshore Transport Services, LLC (hereinafter sometimes collectively referred to as "defendants"). According to this Honorable Court's Scheduling Order, the deadline for the parties to file a Pre-Trial Order is December 27, 2021. (See Rec. Doc. 70). Defendant's respectfully request that this deadline be extended for two weeks, making the Pre-Trial Order due on January 10, 2022. Counsel for the defendants was recently diagnosed with COVID-19, is currently experiencing symptoms, and is in strict isolation at home. The earliest date on which undersigned counsel's isolation period will expire (per CDC guidelines) is December 30, 2021. This is assuming counsel has been symptom free for 24 hours prior to that time. Accordingly, defendants respectfully request that this Honorable Court grant this brief extension of the deadline for filing the Pre-Trial Order. Counsel for all other parties have been contacted, and there is no opposition to the instant Motion.

Respectfully submitted,

*/s/ Kyle A Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
**PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
**ATTORNEYS FOR REC MARINE
LOGISTICS, LLC, GOL, LLC, GULF
OFFSHORE LOGISTICS, LLC, AND
OFFSHORE TRANSPORT SERVICES,
LLC**