# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| | § | |
| *Versus* | § | |
| | § | |
| REC MARINE LOGISTICS LLC, ET AL. | § | **TRIAL BY JURY DEMANDED** |
| | § | |
| Defendants | § | |

---

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE REPORTS OF JEFF CARLISLE AND STEPHANIE HAUPT

---

Plaintiff, McArthur Griffin, respectfully moves this Court to exclude certain evidence from trial:

- The parties' settlement negotiations or plaintiff's offers of settlement;

- References to persons or the purported testimony of persons who have not been properly and timely disclosed in defendants' responses to plaintiff's written discovery and in defendants' rule 26 disclosures;

- References or attempting to introduce documents or tangible things or the contents of documents or tangible things that have not been properly and timely produced or made available to plaintiff in defendants' rule 26 disclosures or in defendants' responses to plaintiff's written discovery;

- References to experts or the purported testimony of any expert who has not been identified or whose status as an expert has not been disclosed to plaintiff and expert-witness opinions that have not been disclosed to plaintiff or are otherwise outside the scope of the expert's written opinion produced during pretrial discovery or their depositions;

- References or questioning that suggest or implies that plaintiff or his expert witnesses, relatives, agents, employees, attorneys, or representatives have been accused of, or have been found guilty of, any crimes or criminal conduct;

- Any reference to, mention, testimony, or evidence of any personal habits, character traits, and any crimes, arrests, convictions, wrongs or acts of plaintiff, any witness called by plaintiff, or plaintiff's family members. Additionally, any reference to, testimony, or

evidence of plaintiff's criminal records and convictions, because this evidence is not relevant to this personal injury case and, even if relevant, is more prejudicial than probative;

- References to or questioning about what effect the verdict or judgment in this lawsuit will or could have on insurance rates, premiums or charges;

- That defendants not make reference to, mention, elicit, testimony, or present evidence of any prior lawsuits, claims, workers' compensation claims, disability claims, unemployment claims, or any similar claims made by or on behalf of plaintiff;

- References or arguments implying or suggesting to the jury that defendants' conduct must be the sole proximate cause of plaintiff's damages or injuries in order for defendants to be liable or for plaintiff to recover damages;

- That defendants be prohibited from claiming or stating that the nation's court systems are overloaded due to cases such as this or similar cases or references or statements like "there are too many lawsuits" or "too much litigation";

- That defendants be prohibited from making any reference to the jury that anyone can "pay some money and make up a lawsuit against another without any legal basis" trying to imply that this lawsuit is "frivolous" or "without merit";

- References to child support and plaintiff's prior and/or current marriages and/or relationships;

- Any argument, testimony, or reference to any notion that any third party is to blame for this incident or negligent in causing this incident other than the defendants;

- Any argument, testimony, or reference by defendants stating, inferring, or implying that plaintiff is in any way responsible for the incident; and,

- Any argument, testimony, or reference by any defendant to any medical amounts less than the amount charged by medical providers.

For the reasons more fully set forth in the accompanying memorandum, Plaintiff urges the Court to grant Plaintiff's Omnibus Motion in Limine and to exclude the above-listed evidence from the trial in this matter.

Respectfully submitted,

MORROW & SHEPPARD LLP

/s/*Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
*msfiling@morrowsheppard.com*
*dsheppard@morrowsheppard.com*
*jsheppard@morrowsheppard.com*
5151 San Felipe Street
Houston, Texas 77056
Telephone:  (713) 489-1206
Facsimile:  (713) 893-8370

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF filing system.  Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard