## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>**Defendants** | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF OBJECTION TO THE MAGISTRATE JUDGE'S RULING AND ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant, REC Marine Logistics, LLC ("REC Marine"), who hereby seeks leave of court to file a brief Reply Memorandum in Support of Defendants' Objection to the Magistrate Judge's Ruling and Order (the "Objection"). (Rec. Doc. 104). The Plaintiff has filed a Response to the Objection (the "Response"), in which extraordinary allegations are made that defense counsel has lied to the Court. Not only are such allegations categorically untrue and unsupported, the Magistrate Judge never held or even implied that counsel for REC Marine lied or had been untruthful in any manner. This Court has set a hearing for February 23, 2022 to conduct a *sua sponte* review of the Ruling and Order of Magistrate Judge Erin Wilder-Doomes. Defendant respectfully submits that the Court would benefit from allowing defendant to file a brief Reply Memorandum addressing some of the arguments made in the Plaintiff's Response.

In accordance with Local Rule 7(e), defense counsel has requested whether Plaintiff's counsel has any objection to the Court granting leave for defendant to file a Reply Memorandum. Plaintiff's counsel has advised there is no objection.

2

        Respectfully submitted,

        ***/s/ Kyle A Khoury***
        Salvador J. Pusateri, T.A. (#21036)
        Kyle A. Khoury (#33216)
        Kristian B. Dobard (#36997)
        **PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
        1100 Poydras Street, Suite 2250
        New Orleans, Louisiana 70163
        Telephone: (504) 620-2500
        Facsimile: (504) 620-2510
        Salvador.Pusateri@pjgglaw.com
        Kyle.Khoury@pjgglaw.com
        Kristian.Dobard@pjgglaw.com
        **ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**