**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | * | CIVIL ACTION NO.: 3:20-CV-00092 |
| | * | |
| VERSUS | * | JUDGE TRUDY M. WHITE |
| | * | |
| | * | |
| | * | |
| MARINE LOGISTIC, LLC, ET AL | * | MAGISTRATE ERIN WILDER-DOOMS |

**MOTION TO ENROLL**
**ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes the plaintiff, McArthur Griffin, who moves this Honorable Court for an Order to Enroll Brilliant P. Clayton, La. Bar Roll #36829 of the law firm of Clayton, Fruge, Ward, & Hendry, as additional counsel on his behalf in this proceeding.

Respectfully submitted:

CLAYTON, FRUGÉ, WARD & HENDRY
3741 LA Highway 1 South
Port Allen, Louisiana 70767
Telephone: (225) 344-7000
Facsimile: (225) 383-7631

_____
Brilliant P. Clayton (#36829)

*Attorneys for plaintiff, McArthur Griffin*

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | * | CIVIL ACTION NO.: 3:20-CV-00092 |
| | * | |
| VERSUS | * | JUDGE TRUDY M. WHITE |
| | * | |
| | * | |
| | * | |
| MARINE LOGISTIC, LLC, ET AL | * | MAGISTRATE ERIN WILDER-DOOMS |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2022 a copy of the foregoing Motion to Enroll Additional Counsel of Record and proposed Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Kyle Khoury of Pusateri, Johnston, Guillot & Greenbaum, 1100 Poydras, Suite 2250, New Orleans, Louisiana 70163 by operation of the court's electronic filing system.

    CLAYTON, FRUGÉ, WARD & HENDRY
    3741 LA Highway 1 South
    Port Allen, Louisiana 70767
    Telephone: (225) 344-7000
    Facsimile: (225) 383-7631

    Brilliant P. Clayton (#36829)

    *Attorneys for plaintiff, McArthur Griffin*

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| MCARTHUR GRIFFIN | * | CIVIL ACTION NO.: 3:20-CV-00092 |
|---|---|---|
| | * | |
| VERSUS | * | JUDGE TRUDY M. WHITE |
| | * | |
| | * | |
| | * | |
| MARINE LOGISTIC, LLC, ET AL | * | MAGISTRATE ERIN WILDER-DOOMS |

## ORDER

The ExParte Unopposed Motion to Enroll Additional Counsel of Record for Plaintiff, McArthur Griffin, having been considered:

**IT IS HEREBY ORDERED** that Brilliant P. Clayton and Burgundy C. Hammond of the law firm of Clayton, Frugé, Ward and Hendry be and is hereby enrolled as additional counsel of record for Plaintiff, McArthur Griffin.

Baton Rouge, Louisiana, this _____ day of _____, 2022.

_____
MAGISTRATE JUDGE ERIN WILDER-DOOMES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA