# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MCARTHUR GRIFFIN | § | |
| Plaintiff | § § § | |
| | § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| *Versus* | § § § | |
| REC MARINE LOGISTICS LLC, ET AL. | § | **TRIAL BY JURY DEMANDED** |
| Defendants | § § § | |

## PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff, McArthur Griffin, respectfully requests that the following verdict form be provided to the jury at the close of evidence in this case:

1. Do you find by a preponderance of the evidence that any of the defendants below were negligent and that such negligence was a cause, in whole or in part, of the damage or injury to Plaintiff, McArthur Griffin.

    REC Marine Logistics, LLC         Yes _____ No _____

    Offshore Transport Services, LLC  Yes _____ No _____

    *Go to Question 2*

2. Do you find from a preponderance of the evidence that the vessel, M/V Dustin Danos, was unseaworthy and that such unseaworthiness was a proximate cause of the damage or injury to Plaintiff, McArthur Griffin?

    Yes _____        No _____

    *If you answered "Yes" to one or both of the Defendants in Question No. 1, or answered "Yes" to Question No. 2, go to Question No. 3. If you answered No. to Questions 1 and 2, proceed to Question 6.*

3. Do you find from a preponderance of the evidence that Plaintiff, McArthur Griffin, was contributorily negligent and that such contributory negligence was a proximate cause of his damage or injury?

    Yes _____    No _____

    *If you answered "Yes" to Question No. 3, go to Question No. 4. If you answered "No" to Question No. 3, go to Question No. 5.*

4. Please allocate the percentage of negligence/fault you find each party had in causing the accident (total must equal 100%).

    | | |
    |---|---:|
    | REC Marine Logistics, LLC | _____ % |
    | Offshore Transport Services, LLC | _____ % |
    | McArthur Griffin | _____ % |
    | TOTAL | 100 % |

    *Go to Question 5*

5. What sum of money, if paid now in cash, would fairly and reasonably compensate McArthur Griffin for his injuries, if any, that resulted from the occurrence in question?

   a. Income lost in the past.

Answer: _____

   b. Loss of earning capacity that, in reasonable probability, McArthur Griffin will sustain in the future.

Answer: _____

   c. Medical care expenses in the past.

Answer: _____

   d. Medical care expenses that McArthur Griffin will incur inthe future.

Answer: _____

   e. Physical impairment sustained in the past.

Answer: _____

   f. Physical impairment that McArthur Griffin will sustain in the future.

Answer: _____

   g. Physical pain and suffering sustained in the past.

Answer: _____

      h.        Physical pain and suffering that McArthur Griffin will sustain in the future.

Answer: _____

      i.         Mental anguish sustained in the past.

Answer: _____

      j.         Mental anguish that McArthur Griffin will sustain in the future.

Answer: _____

      k.        Disfigurement sustained in the past.

Answer: _____

      l.         Disfigurement that, in reasonable probability, Tracy Strickland will sustain in thefuture.

Answer: _____

*Go to Question 6*

6. Do you find from a preponderance of the evidence that REC Marine Logistics, LLC acted unreasonably in failing to provide maintenance and cure to Plaintiff McArthur Griffin, resulting in some harm/injury to him?

    Yes _____      No _____

    *Go to Question 7*

7. Do you find by a preponderance of the evidence that REC Marine Logistics, LLC, in failing to provide maintenance and cure to McArthur Griffin, acted not only unreasonably, but also willfully and wantonly such that punitive damages are warranted?

    Yes _____      No _____

    *Go to Question 8*

8. What amount in punitive damages should Defendant REC Marine Logistics, LLC pay to Plaintiff McArthur Griffin for its willful and wanton failure to provide maintenance and cure?

    $_____

    *Go to Question 9*

9. Was the insurance policy between REC Marine Logistics, LLC and QBE Insurance (Europe) Limited in effect at the time of Mr. Griffin's injury?

    Yes _____      No _____

    *Go to Question 10*

10. Was the insurance policy between Offshore Transport Services, LLC and QBE Insurance (Europe) Limited in effect at the time of Mr. Griffin's injury?

    Yes _____      No _____

PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THE FORM BELOW AND RETURN IT TO THE COURTROOM BAILIFF.

New Orleans, Louisiana this _____ day of March, 2022. _____

                                                                                    _____
                                                                                    FOREPERSON