UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN § | |
| § | |
| Plaintiff § | |
| § | CIVIL ACTION NO.: 3:20-92-BAJ-EWD |
| § | |
| *Versus* § | |
| § | |
| REC MARINE LOGISTICS LLC, ET AL. § | **TRIAL BY JURY DEMANDED** |
| § | |
| Defendants § | |

**PLAINTIFF'S MOTION FOR LEAVE AND THIRD MOTION TO COMPEL PLAINTIFF'S THIRD MOTION TO COMPEL DOCUMENTS FROM REC MARINE LOGISTICS, LLC OR, IN THE ALTERNATIVE, MOTION TO STRIKE REC MARINE LOGISTICS, LLC'S *MCCORPEN* DEFENSE**

Plaintiff, McArthur Griffin, files this Motion for Leave and Third Motion to Compel Documents from REC Marine Logistics, LLC ("REC Marine") or, in the Alternative, Motion to Strike REC Marine Logistics, LLC's *McCorpen* Defense.

Plaintiff seeks leave to file a Third Motion to Compel Documents from REC Marine or, in the Alternative, Motion to Strike REC Marine Logistics, LLC's *McCorpen* Defense. REC Marine was granted leave to amend their Answer on January 14, 2022. On January 24, 2022, the Court provided guidance related to the documents that should be produced.

Pursuant to Fed. R. Civ. P. 37, Plaintiff requests an Order compelling REC Marine to provide complete responses to Plaintiff's Second Requests for Production and Second Interrogatories as further set forth in Plaintiff's memorandum. Alternatively, Plaintiff requests that REC Marine's *McCorpen* defense be stricken from their Answer as a consequence of the repeated and ongoing discovery abuses.

## I. CONCLUSION AND PRAYER

Plaintiff respectfully requests that the Court Order (a) REC Marine to fully respond to Plaintiff's Second Requests for Production and Second Interrogatories; (b) that REC Marine's *McCorpen* defense be struck from their Answer as a consequence of their repeated and ongoing discovery abuses; and/or (c) for any other relief Plaintiff may be entitled.

Respectfully submitted,

MORROW & SHEPPARD LLP

/s/*Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
*msfiling@morrowsheppard.com*
*dsheppard@morrowsheppard.com*
*jsheppard@morrowsheppard.com*
5151 San Felipe Street
Houston, Texas 77056
Telephone: (713) 489-1206
Facsimile: (713) 893-8370

AND

Brilliant Clayton (#36829)
**CLAYTON FRUGE WARD**
3741 La. Hwy 1 South
Port Allen, LA 70767
Telephone: 225.250.1435
Facsimile: 225.383.7631

*Attorneys for Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF filing system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard

**Certificate of Conference**

I certify that I have conferred with counsel for REC Marine over the phone regarding the outstanding discovery responses. Counsel for REC Marine will not agree to produce the requested documents.

*/s/Daniel E. Sheppard*
Daniel E. Sheppard