UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: DEFENSE COUNSEL IN 20-CV-92     MISCELLANEOUS ACTION

NO. 22-00039-BAJ

### DISMISSAL ORDER AND JUDGMENT

Following the hearing conducted August 10, 2022, and upon review of Defense Counsel's responses to the Court's Order to Show Cause of March 9, 2022, the Court concludes that the issues set forth in the order are resolved.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to Federal Rules of Civil Procedure 16 and 37 Defendants in Civil Action No. 20-cv-00092 shall pay to Plaintiff attorney's fees in the sum of $1,500.

**IT IS FURTHER ORDERED** that the above-captioned miscellaneous action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a copy of this Order shall also be entered in Civil Action No. 20-cv-000092.

Baton Rouge, Louisiana, this 17th day of August, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA