UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| MCARTHUR GRIFFIN | CIVIL ACTION NO: 3:20-cv-00092 |
| Plaintiff | |
| | DISTRICT JUDGE: |
| VERSUS | HON. BRIAN A. JACKSON |
| | |
| REC MARINE LOGISTICS, LLC, ET AL | MAGISTRATE JUDGE: |
| | HON. ERIN WILDER-DOOMES |
| Defendants | |

## EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE TRIAL

**Exhibit A**: Scheduling Order issued in *James Verret, Sr. v. REC Marine Logistics, LLC, et al* in Case 2:21-cv-00969 on the docket of the U.S. District Court for the Eastern District of Louisiana

**Exhibit B**: Amended and Restated Complaint *James Verret, Sr. v. REC Marine Logistics, LLC, et al* in Case 2:21-cv-00969 on the docket of the U.S. District Court for the Eastern District of Louisiana

Respectfully submitted,

*/s/ Kyle A. Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**