UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MCARTHUR GRIFFIN | CIVIL ACTION |
| VERSUS | |
| REC MARINE LOGISTICS LLC, ET AL. | NO. 20-00092-BAJ-EWD |

### ORDER

Considering Defendants' **Motion to Continue Trial (Doc. 142),**

**IT IS ORDERED** that a telephone status conference is **SET** for Thursday, January 12, 2023, at 1:30 p.m. to discuss the Motion. Dial-in instructions will be emailed to counsel prior to the conference.

Baton Rouge, Louisiana, this 1st day of December, 2022

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA