# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　　　　**Plaintiff** | **CIVIL ACTION NO: 3:20-cv-00092-BAJ-EWD** |
| **VERSUS** | **DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON** |
| **REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　　　　**Defendants** | **MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## MOTION TO RECONSIDER ORDER ON
## PLAINTIFF'S OMNIBUS MOTION IN LIMINE

**NOW INTO COURT,** through undersigned counsel, come Defendants, REC Marine Logistics, LLC and Offshore Transport Services, LLC (hereinafter sometimes referred to as "Defendants"), which respectfully request that this Honorable Court reconsider its recent Order (R. Doc. 148) granting Plaintiff's Omnibus Motion in Limine. The Court granted Plaintiff's Omnibus Motion in Limine as unopposed. However, the record reflects that the Motion was opposed. As such, Defendants submit that the Order was an inadvertent and understandable mistake on the part of this Honorable Court, as more fully explained in the attached Memorandum in Support.

WHEREFORE, for the reasons expressed herein and in the attached Memorandum in Support, Defendants request relief pursuant to Rule 60 of the Federal Rules of Civil Procedure, and request that the Court's recent Order (R. Doc. 148) be vacated. Defendants further request that their Opposition to Plaintiff's Omnibus Motion in Limine be considered on the merits.

Respectfully submitted,

***/s/ Kyle A. Khoury***
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**