UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　**Defendants** | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

### SUPPLEMENTAL PRELIMINARY DEPOSITION DESIGNATIONS – 3.01.2023[1]

Pursuant to the Court's January 26, 2023 Order, REC Marine Logistics, LLC and Offshore Transport Services, LLC supplement its February 24, 2023 Preliminary Deposition Designation [Rec. Doc. 160] with the following deposition transcript.

### William Badeaux

As designated by highlights in Exhibit 1 (previously submitted as REC Doc. 160-1);

### MICHAEL HAUGLAND

As designated by highlights in Exhibit 2 (previously submitted as REC Doc. 160-2);

### DR. BRETT E. CASEY

Full Deposition attached as Exhibit 3.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kyle A. Khoury*
　　　　　　　　　　　　　　　　　　　　Salvador J. Pusateri, T.A. (#21036)
　　　　　　　　　　　　　　　　　　　　Kyle A. Khoury (#33216)
　　　　　　　　　　　　　　　　　　　　Kristian B. Dobard (#36997)
　　　　　　　　　　　　　　　　　　　　**PUSATERI, JOHNSTON, GUILLOT**
　　　　　　　　　　　　　　　　　　　　**& GREENBAUM, LLC**
　　　　　　　　　　　　　　　　　　　　1100 Poydras Street, Suite 2250
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 620-2500

---

[1] REC Marine Logistics, LLC and Offshore Transport Services, LLC reserve the right to modify and/or supplement these designations and/or offer rebuttal designations based on Plaintiff's proffers

Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**