Transcript of the Testimony of
# Video Deposition of Brett E. Casey, M.D.

## Date taken: February 27, 2023

## McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF LOUISIANA


McARTHUR GRIFFIN          *      CIVIL ACTION

          Plaintiff  *    NO. 3:20-cv-00092

                          *

VERSUS                    *      DISTRICT JUDGE:

                          *      HONORABLE BRIAN

REC MARINE LOGISTICS,     *      A. JACKSON

L.L.C., et al             *    MAGISTRATE JUDGE:

          Defendants *    HONORABLE ERIN

*    *    *    *    *      WILDER-DOOMES



Transcript of the VIDEO

deposition of BRETT E. CASEY, M.D., 1001

School Street, Houma, Louisiana, 70360, taken

in the offices of GULF COAST ORTHOPEDICS, on

Monday, the 27th day of February, 2023,

commencing at 5:14 p.m., and concluding at

6:57 p.m.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 2

1    APPEARANCES:

2

3            MORROW & SHEPPARD

4            Attorneys at Law

5            (BY:  DANIEL E. SHEPPARD, ESQUIRE)

6            5151 San Felipe, Suite 100

7            Houston, Texas              77056

8            (713) 489-4815

9            E-mail: dsheppard@morrowsheppard.com

10      (Attorneys representing McArthur Griffin)

11

12

13            PUSATERI, JOHNSTON, GUILLOT &

14               GREENBAUM

15            Attorneys at Law

16            (BY:  KYLE A. KHOURY, ESQUIRE)

17            1100 Poydras Street

18            Suite 2250 Energy Centre

19            New Orleans, Louisiana        70163

20            (504) 620-2500

21            E-mail:  Kyle.Khoury@pjgglaw.com

22      (Attorneys representing REC Marine Logistics,

23         L.L.C. and Offshore Transport Services,

24               L.L.C.)

25

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 3

1   APPEARANCES (CONTINUED):

2

3         ***** PARTICIPATING VIA TELEPHONE *****

4             LUGENBUHL, WHEATON, PECK & RANKIN

5             Attorneys at Law

6             (BY:  LORIN R. SCOTT, ESQUIRE)

7             601 Poydras Street

8             27th Floor Pan American Life Center

9             New Orleans, Louisiana        70130

10            (504) 568-1990

11            E-mail:  lscott@lawla.com

12            (Attorneys representing QBD)

13

14   ALSO PRESENT: (Via telephone) Kristian Dobard

15                 Michael Bergeron - Videographer

16

17

     REPORTED BY:
18   KATHY A. MARTINY, CSR
     Certified Court Reporter
19   State of Louisiana

20

21

22

23

24

25

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 4

```
 1                EXAMINATION INDEX

 2   EXAMINATION BY MR. KHOURY:  Page 8 Line 4;
     Page 105, Line 11; Page 116, Line 12
 3
     EXAMINATION BY MR. SHEPPARD:  Page 57, Line
 4   9; Page 111, Line 22

 5
                     EXHIBITS
 6
     BRETT CASEY, M.D. DEPOSITION EXHIBIT
 7             NUMBER 1:       Page 9, Line 2

 8    (Curriculum vitae of Brett E. Casey, M.D.)

 9
     BRETT CASEY, M.D. DEPOSITION EXHIBIT
10             NUMBER 2:       Page 10, Line 11

11    (Medical records of Gulf Coast Orthopedics
           concerning McArthur Griffin; Bates
12       Griffin000625 through Griffin000736)

13
     BRETT CASEY, M.D. DEPOSITION EXHIBIT
14             NUMBER 3:       Page 52, Line 3

15    (Medical records of The Baton Rouge Clinic
           concerning McArthur Griffin; Bates
16       Griffin001048 through Griffin001058)

17
     BRETT CASEY, M.D. DEPOSITION EXHIBIT
18             NUMBER 4:       Page 96, Line 8

19     (Baton Rouge Orthopaedic Clinic MRI of
       Cervical Spine without Contrast report of
20      Karl M. Nettles, M.D., dated 01/31/2020;
        Bates Griffin000086 through Griffin000087)

21
22   BRETT CASEY, M.D. DEPOSITION EXHIBIT
               NUMBER 5:       Page 98, Line 23
23
       (Baton Rouge Orthopaedic Clinic December 29,
24      2020 report of David G. Ferachi, M.D. Re:
        McArthur J. Griffin; Bates Griffin000067
25             Through Griffin000069)
```

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 5

1                S T I P U L A T I O N

2

3          It is stipulated by and agreed by

4    and between counsel for the parties hereto

5    that the deposition of the aforementioned

6    witness is hereby being taken for all

7    purposes allowed under Article 1421, et seq.,

8    of the Louisiana Code of Civil Procedure, in

9    accordance with law, pursuant to notice;

10          That the formalities of reading and

11   signing are specifically waived;

12          That the formalities of filing,

13   sealing, and certification are specifically

14   waived;

15          That all objections, save those as

16   to the form of the question and the

17   responsiveness of the answer, are hereby

18   reserved until such time as this deposition,

19   or any part thereof, may be used or sought to

20   be used in evidence.

21

22          KATHY A. MARTINY, CSR, Certified

23   Court Reporter in and for the State of

24   Louisiana, officiated in administering the

25   oath to the witness.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 6

1

2    after having been first duly sworn by the

3    above-mentioned Certified Court Reporter, was

4    examined and testified as follows:

5         VIDEOGRAPHER:

6              We're on the record.  Today's

7    the 27th day of February, 2023.  This is the

8    video recorded deposition of Dr. Brett Casey,

9    in the case entitled McArthur Griffin versus

10    REC Marine Logistics, L.L.C., et al.  Would

11    Counsel, please, identify themselves, and

12    which parties they represent?

13         MR. SHEPPARD:

14              Daniel Sheppard, for the

15    Plaintiff, McArthur Griffin.

16         MR. KHOURY:

17              Kyle Khoury, for the Defendant,

18    REC Marine Offshore Transport Services.

19         VIDEOGRAPHER:

20              You can take it.

21         MR. KHOURY:

22              And, uh, Lorin, do you want to

23    make an appearance?

24         MS. SCOTT:

25              Uh, yeah; Lorin Scott, on behalf

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 7

1    of Quality First Marine.

2         VIDEOGRAPHER:

3              Swear the witness, please,

4    Kathy.

5         MR. SHEPPARD:

6              Wait.  Did they -- did they

7    change; aren't you QBD?

8         MS. SCOTT:

9              Oh, am I -- I'm looking at

10   something else; I'm sorry.

11        MR. SHEPPARD:

12             Ha, ha, ha!

13        MS. SCOTT:

14             Put it down as QBD.

15        MR. SHEPPARD:

16             And, Kyle, objection to form

17   works throughout --

18        MR. KHOURY:

19             Yes.

20        MR. SHEPPARD:

21             -- for all objections?  Okay.

22        MADAME REPORTER:

23             Raise your right hand, please.

24   Do you solemnly swear the testimony you are

25   about to give is the truth, the whole truth,

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 8

1    and nothing but the truth, so help you God?

2         WITNESS:

3              I do.

4    EXAMINATION BY MR. KHOURY:

5         Q.    Um, Doctor Casey, my name's Kyle

6    Khoury; as I mentioned, I represent a company

7    called REC Marine in connection with a

8    lawsuit filed by one of their former

9    employees, McArthur Griffin.  Um, I know

10   you've, probably, done this before; the only

11   thing I'll just remind you of -- and

12   especially because this is gonna' be played

13   in trial in about a week, so we're gonna'

14   have minimal time -- so if you forget to give

15   a verbal answer, or give an "Uh-huh", or an

16   "Unh-unh", I might prompt you to say "Yes",

17   or "No" --

18        A.    Okay.

19        Q.    -- just because I want to make

20   sure the Jury's gonna' hear this.

21        A.    Yeah; no problem.

22        Q.    So, just quickly, can you just

23   --

24   MR. KHOURY:

25              I think you've handed me a copy

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 9

1    of your C.V.

2         (Whereupon, the instrument referred

3    to was marked BRETT CASEY, M.D. DEPOSITION

4    EXHIBIT NUMBER 1 and is attached to the

5    transcript).

6         Q.    (BY MR. KHOURY).  Your

7    educational background, from college to

8    present, if you don't mind?

9         A.    Undergraduate degree in Bachelor

10   of Science at LSU; LSU Medical School, in New

11   Orleans; um, orthopaedic residency at Scott

12   White, um, in Temple, Texas; which was Texas

13   A & M at the time; but now it's Baylor; and

14   then, um, I did, uh, an MBA, which is

15   unrelated to medical background, later on.

16        Q.    Okay.  Um, and you are board

17   certified by the American Board of

18   Orthopaedic Surgery?

19        A.    Yes; I am.

20        Q.    Okay.  Um, and, according to

21   your C.V., you were certified in 2006?

22        A.    And again in '16 -- uh, '16, or

23   '18; I can't remember.

24        Q.    Okay.

25        A.    But whatever the time was; I'm,

Page 10

1    currently, certified; yes.

2         Q.    Okay.  And you've been

3    continuously certified since 2006?

4         A.    Yes.

5         Q.    Okay; all right.

6    MR. KHOURY:

7              Um, prior to the deposition, we

8    had handed you a stack of medical records,

9    um, which is what was produced by Gulf Coast

10   Orthopaedic; uh, your clinic.

11             (Whereupon, the instrument referred

12   to was marked BRETT CASEY, M.D. DEPOSITION

13   EXHIBIT NUMBER 2 and is attached to the

14   transcript).

15   MR. KHOURY:

16             Um, it goes through, if you'll

17   look at the bottom, 'cause I might refer to

18   these numbers when I'm referring you to

19   different pages; the bottom of each page is

20   labeled "Griffin", and then a number; and

21   they go sequentially from 000625 through, uh

22   --

23   MR. SHEPPARD:

24             736.

25        Q.    (BY MR. KHOURY) -- 736; so if I

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 11

1    refer you to a page, I might use that number,

2    just so you know.

3         A.    Yes; I see it.

4         Q.    All right.  Um, do you have, um,

5    a recollection of treating McArthur Griffin?

6         A.    Vaguely; but -- I couldn't pick

7    him out of a lineup; but I do recognize the

8    name; and I do remember he -- he worked on a

9    supply boat.

10        Q.    Okay.  Um, so, I'm gonna' kind

11   of go -- what I'm gonna' do is I'm gonna'

12   kind of go through your -- your treatment

13   history of him from when he first came to the

14   clinic until you stopped treating him, I

15   believe in, um, around June of 2019; um, and

16   I'm gonna' refer you, um, to, it's 628 and

17   629, I believe, of these records.

18             Um, there's some -- these

19   particular records -- well, actually,

20   particularly, Page 629, is a "MEDICAL

21   HISTORY" for open MRI of Louisiana.  Is that

22   a MRI facility that's associated with Gulf

23   Coast Orthopaedics?

24        A.    Yes; it's our MRI.

25        Q.    Okay.  Um, and it looks like,

Page 12

1    um,  Mr. Griffin had filled out some

2    paperwork on June 29th of 2018; is that

3    correct?

4         A.    Yes.

5         Q.    All right.  Um, and is this,

6    like, a standard form that a patient fills

7    out before they're about to get an MRI?

8         A.    Yes; it is.

9         Q.    Okay.  Um, do you know if you

10   had ordered -- 'cause I believe this is --

11   and we'll get to it -- but I think this was

12   before you, actually, saw him on July 2nd for

13   the first time.  So did you order the MRI to

14   be done before you saw him?

15        A.    If -- it may have been, like, a

16   call-in; a lot -- you know, I treat a lot of

17   these guys; and, sometimes, they'll call in

18   and say:  "Look, we want an MRI on him", that

19   day; and just to expedite things, we'll just

20   get the MRI before; which is, probably, what

21   happened in this case.

22             And, 'cause I know Mr. Aucoin;

23   and, um, he, probably, said:  "Look, we want

24   an MRI on a guy, no matter what"; so we,

25   probably, just put him in the MRI, because

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 13

1   they approved it; and then we saw the

2   patient.

3           Q.      Okay.   Um, and, according to

4   this, I guess Page 629, Griffin000629, the

5   "ORDERING PHYSICIAN" would have been you;

6   correct?

7           A.      Yes; 'cause they would have

8   called and said:  "We got a guy we want you

9   to evaluate"; and I would have said:  "Yeah;

10  just get it taken care of".

11          Q.      Okay.   And on this page I'm

12  referring you to, um, can you read the

13  description?  It says:  "IS YOUR CONDITION A

14  RESULT OF ANY INJURY?"  "PLEASE DESCRIBE AND

15  GIVE DATES".  Do you mind reading that for

16  me?

17          A.      "I was picking up a battery and

18  hit my shoulder under the fire station.  And

19  a few days later I was smashed between a

20  large box and a man basket with four men on

21  it".

22          Q.      Okay.   Um, and it looks like the

23  MRI was accomplished on -- on that date;

24  correct?  Which was June 29th --

25          A.      Yes.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 14

1       Q.      -- of 2018?

2       A.      Yes.

3       Q.      Okay.  And the physician who

4    read the MRI; Adam Olmsted.  Is that someone

5    affiliated with the facility?

6       A.      No; we third-party out the

7    reads.

8       Q.      Okay.

9       A.      So that's -- that's a

10   musculoskeletal imaging service, I believe

11   out of Cincinnati; but they're all over the

12   place.

13      Q.      Okay.  Um, and it looks like

14   there's some other additional paperwork that,

15   um, I'm assuming Mr. Griffin filled out in

16   connection with the MRI; there's --

17      A.      Yes; that's our office work that

18   you're referring to.

19      Q.      Okay.

20      A.      That's office paperwork; the MRI

21   is one entity; the office is another; so it's

22   just for -- 'cause not everybody gets an MRI;

23   so there's office paperwork, and there's MRI

24   paperwork.

25      Q.      Okay.  So this paperwork, I

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 15

1   guess that's, um, filled out from

2   Griffin000634 through Griffin00063 -- 640,

3   would have been filled out -- well, I'm

4   sorry; not 640; 639 -- would have been filled

5   out by Mr. Griffin whenever he came in to get

6   the MRI?

7         A.      That is correct.

8         Q.      All right.  And referring you to

9   Page 633, um, there's a "HISTORY" presented

10  for the MRI.  Can you read that for me into

11  the record?

12        A.      "Trapezius and anterior left

13  shoulder pain.  Triceps burning.  Limited

14  range of motion.  Crepitus.  Weakness.

15  Increased pain reaching posteriorly.  All

16  since 05/25/2018.  Pain since hitting

17  superior aspect of shoulder while moving

18  towards" a "standing position".

19        Q.      Okay.  Um, and is that history

20  -- is that taken by the, um, physician who

21  reads it; Dr. Olmsted?

22        A.      No; that would have been just by

23  our admission people, because we -- they want

24  to know something of how the accident

25  happened; so he'll just tell our girls at the

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 16

1    desk what happened; and then they'll type

2    that in, so that, since the -- since the

3    radiologist is off site, he will have that

4    bit of information, so he can kind of

5    correlate the findings.

6        Q.    Okay.  So the "HISTORY" would

7    have been related to Dr. Olmsted through

8    someone --

9        A.    Our staff.

10       Q.    -- on your office staff?

11       A.    Correct.

12       Q.    Okay.  Um, all right.  And

13   referring you to Page, um, 637, there's -- I

14   guess, would you call that; a pain diagram?

15       A.    Yes.

16       Q.    Okay.  Um, and there's circles

17   on, um, Mr. Griffin's shoulder and biceps

18   area; is that fair?

19       A.    Correct.

20       Q.    Okay.  And there's a mark on,

21   I'm assuming what will be the trapezius; is

22   that fair?

23       A.    Yes.

24       Q.    All right.  And what was the

25   results of the MRI?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 17

1        A.       He had a partial thickness

2   rotator cuff tear; a labral tear; and just

3   inflammation.

4        Q.       Okay.   And then I'm gonna' refer

5   you to, um, Griffin000641, which I think is

6   the first date you, actually, saw Mr.

7   Griffin.

8        A.       Okay.

9        Q.       Um, can you tell me a little bit

10  about how -- what he presented to you when

11  you first saw him?  And I notice that one

12  thing I want to just get correct, first, is

13  the "Chief Complaint" mentions "Right

14  Shoulder Pain"; um, but everything else

15  pertains to the left shoulder; and the MRI --

16       A.       Okay.

17       Q.       -- was left shoulder.   Do you

18  think that was, maybe, a typo?

19       A.       That thing -- that system was a

20  lot of pre-entered data; so I would refer you

21  to whatever I, personally, said; which is,

22  generally, in the box at the end

23  (indicating).

24       Q.       Okay.

25       A.       But, yes; that would be just an

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 18

1    error.

2        Q.      Okay; all right.  So, um, what

3    did, um, Mr. Griffin report to you the first

4    time you saw him?

5        A.      He reported right shoulder pain

6    after two separate instances while working on

7    his most recent hitch.

8        Q.      Sorry.  Just to correct.  Do you

9    mean left shoulder?

10       A.      I'm sorry; yes.

11       Q.      Ha, ha, ha!

12       A.      I apologize.  He came in for

13   left shoulder pain.

14       Q.      Right.

15       A.      He hurt it in two separate

16   instances on his most recent hitch; the first

17   was when he was picking up on a starter; and

18   the second was about three days later, when

19   he was struck by a basket hauling supplies on

20   and off the boat.  He had trouble that night

21   raising his hand above chest -- above his

22   chest.

23       Q.      Okay.  And you were reading,

24   just to clarify, from Griffin000643?

25       A.      Yes; and I just -- just because

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 19

1    -- and I want you -- since, obviously, this

2    is going to trial -- a lot of this stuff is

3    just repeated over, and over, and over again.

4        Q.     Uh-huh.

5        A.     So, when you ask me specific

6    questions, unless it's just a generic

7    shoulder issue, or a question, I need to go

8    back to that; because that tells me what I

9    was thinking at the time.

10       Q.     Okay.  So the bottom -- and

11   you're referring to the box at end --

12       A.     Yes.

13       Q.     -- of each of these reports?

14       A.     Yes; that's the dictated

15   portion; that's what I said.

16       Q.     Okay.

17       A.     Those are my words.

18       Q.     Got you.  All right.  And did

19   you, uh, review the MRI in connection with

20   this first visit?

21       A.     Yes; I did.

22       Q.     Okay.  Um, and what did you

23   recommend?  Did your -- your -- let me back

24   up a little it.  Did your physical

25   examination of Mr. Griffin, um, confirm

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 20

1    suspicions from what the MRI showed as far as

2    what was wrong with his shoulder?

3        A.    Yes; the -- the physical exam --

4    I'm reading through it right here --

5    definitely corresponds to his complaint.

6        Q.    Okay.  Which is that he had

7    partially -- that he would have a partial

8    thickness rotator cuff tear, as well as a

9    SLAP tear?

10       A.    Yes.

11       Q.    Okay; all right.  And what did

12   you recommend?

13       A.    I recommended an injection on

14   that day, which was performed; and then I

15   sent him to physical therapy.

16       Q.    Okay.  Um, was there any

17   mention, when you, initially, saw Mr.

18   Griffin, of any pain in his neck?

19       A.    No.

20       Q.    Okay.  Was there any -- um, did

21   he mention to you any pain in his low back?

22       A.    No.

23       Q.    Okay.  Um, just as a -- as a

24   practical matter, and a part of your standard

25   practices, if someone is coming to you for a

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 21

1    primary problem -- I'm assuming, in this

2    case, a shoulder -- but they mention

3    another -- another orthopaedic condition, or

4    complaint, do you always write that down into

5    your report?

6         A.    Yes.

7         Q.    Okay; all right.  So, uh, you

8    mentioned that you performed an injection;

9    and ordered physical therapy.  Um, I think we

10   have, included within these records, you'll

11   see interspersed, I think, usually in between

12   your visit notes, there's some, um, records

13   from physical therapy, which he did at

14   Opelousas Physical Therapy, which I think

15   was, uh -- was close to his home.

16              Did the -- was that something

17   that the facility just sent straight to you;

18   their up-dated reports?

19        A.    Yes.

20        Q.    All right.  So you could monitor

21   how he was progressing?

22        A.    And I'll be honest; I don't read

23   those reports unless the patient's having

24   trouble.

25        Q.    Okay.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 22

1          A.      'Cause I talk with the patient;

2    I mean, a therapist's notes is, you know,

3    what they're, once again, coaching

4    themselves; that's not meant for me; the

5    patient tells me how he's doing; and I

6    monitor the patient.

7          Q.      Okay; all right.  Um, the next

8    time you saw, um, Mr. Griffin was, I

9    believe -- let me see if I can get there

10   first -- um, September 6th of 2018; is that

11   right?

12         A.      Okay.

13         Q.      And I think that corresponds

14   with Griffin000659.

15         A.      Okay.

16         Q.      All right.  Is that -- just to

17   ask you, is that accurate; is that --

18         A.      Yes.

19         Q.      -- the next time you saw him?

20         A.      Yeah; I found it in computer, as

21   well, so.

22         Q.      Okay.  Um, and that was,

23   basically, I guess you scheduled that follow-

24   up to see how he was doing; and if the

25   physical therapy had provided any benefit?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 23

1          A.     Correct.

2          Q.     All right.   Um, what were, um,

3    Mr. Griffin's complaints on September 6 of

4    2018?

5          A.     He, basically, complained of

6    continued pain, and weakness, in the left

7    shoulder.

8          Q.     Okay.

9          A.     After -- and he completed his

10   therapy course.

11         Q.     Okay.  And when you -- I think,

12   several places in your reports, you mention

13   that he's, you know, having pain in his

14   shoulder; and you mention weakness, as well.

15   What do you do to test for, like, weakness?

16         A.     You hold the arm out (indicating

17   to side) to the side, and push down

18   (indicating); you, also, hold it here

19   (indicating in front of abdomen), and make

20   'em pull to their abdomen; and then hold it

21   on their abdomen; and, also, push out this

22   (indicating to side) way; that's your rotator

23   cuff --

24         Q.     Okay.

25         A.     -- muscle assessment.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 24

1          Q.      Okay.  So the --

2          A.      Against resistance; so, like,

3    he'll push against my hand this (indicating)

4    way; he'll pull against my hand this

5    (indicating) way; we'll go up here

6    (indicating), and make him push down.

7          Q.      Okay.  And so the weakness was

8    related, in your opinion, to the rotator cuff

9    tear?

10          A.      Yes.

11          Q.      Okay; all right.  And, um, what

12    did you prescribe for Mr. Griffin on

13    September 6 of 2018?

14          A.      I recommended surgery.

15          Q.      All right.  And, specifically,

16    what procedures did you want to do, or

17    recommend?

18          A.      A left shoulder arthroscopy;

19    which means look inside the shoulder;

20    intra-articular debridement, which is kind of

21    clean up inflammation; it's any kind of

22    tissue that needs to come out; then, um, cut

23    his biceps, and move it to a different

24    location, versus a SLAP repair; and I don't

25    remember which one I did; we'll have to get

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 25

1    to the Operating Notes to determine that.

2         Q.    Uh-huh.

3         A.    Which is fix the cartilage; and

4    then move the biceps tendon so that it

5    doesn't pull on it anymore; and then you did

6    a rotator cuff repair, which is to take the

7    cuff tendon, and pull it back to the bone.

8         Q.    Uh-huh.

9         A.    And then the rest of the stuff

10   is bony work; there's a spur in front of the

11   shoulder, it kind of curves down; you smooth

12   that off with a -- with a berm, like a Dremel

13   Tool; and then you, uh, take the clavicle

14   out, where it's arthritic; take about a

15   centimeter of that off to take care of the

16   arthritis.

17        Q.    All right.  Um, did you ever

18   develop an opinion -- I know, in your initial

19   report, um, Mr. Griffin had related two

20   separate accidents to you.  Um, Did you ever

21   develop an opinion as to which was the cause

22   of his shoulder issues?

23        A.    Not really; I just -- he came in

24   with a shoulder problem; and -- and I fixed

25   it; you know, both could cause that problem.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 26

1        Q.      Okay.  So you didn't have,

2    really, any independent, um -- any way of

3    independently determining which one had

4    caused it --

5        A.      No.

6        Q.      -- is that fair?

7        A.      No; I have no way of doing that.

8        Q.      All right.  Do you recall if he,

9    specifically, himself, related it to one over

10   the other; or --

11       A.      I don't have an independent

12   recollection of that.

13       Q.      Okay; all right.  And it looks

14   like, I think you performed surgery on

15   September 25th of 2018; is that right?

16       A.      Yes.

17       Q.      All right.  And the procedures

18   you performed -- I think the, um, -- the

19   Operative Report is 677 through 678.

20       A.      Yeah.

21       Q.      And the -- is the, um, the

22   actual procedures that you performed

23   consistent with the prior report on what you

24   recommended?

25       A.      Yes; it was.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 27

1        Q.      All right.   What is -- Dr.

2    Casey, what is the typical recovery from the

3    procedure that you performed on Mr. Griffin?

4    And by that "typical recovery", I mean, like,

5    to the point where you determine someone's at

6    maximum medical improvement?

7        A.      Six months to a year.

8        Q.      Okay; all right.   And when was

9    the next time, uh, you saw Mr. Griffin?   I

10   think it was October 4th of 2018; but if I'm

11   wrong, correct me.

12       A.      Yes; October 4th of 2018.

13       Q.      All right.   And what was

14   reported to you, um, on that date?

15       A.      He was doing okay; I mean, it

16   was just a simple post-op visit; he had, uh,

17   no significant symptoms; those visits tend to

18   be really quick; just look, and make sure

19   there's, obviously, no infection; the first

20   couple of weeks we're not gonna' do a whole

21   lot, anyway.

22       Q.      Right.

23       A.      So his wounds looked good; they

24   took the stitches out; and set him up; and

25   sent him away.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 28

1        Q.      All right.  Um, one thing I

2   forgot to ask you.  Um, on the visit -- the

3   prior visit; um, not the post-op visit; I'm

4   sorry; I'll go back to it.  Um, the September

5   6th visit.

6        A.      Yes.

7        Q.      Was there any mention to you of

8   pain anywhere in Mr. Griffin's neck?

9        A.      No.

10       Q.      Okay.  And what about his low

11  back?

12       A.      No.

13       Q.      All right.  And then same

14  question, flipping back to where we were;

15  October 4th.  Was there any mention of pain

16  in Mr. Griffin's, uh, neck?

17       A.      No.

18       Q.      Okay.  Um, did he mention

19  anything about pain in his low back?

20       A.      No.

21       Q.      And as of, um, the October 4th

22  visit, what was your recommendation?

23       A.      Uh, most likely, I sent him to

24  therapy; hang on one second, while I flip

25  through it; we ordered physical therapy; and

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 29

1    gave him some Norco on that date.  On

2    which -- and you're talking about 10/4 visit?

3         Q.     Yeah; 10/4.

4         A.     Yeah; that's what we did.

5         Q.     Okay; all right.  And then it

6    looks like, uh, at least according to these,

7    uh, records that we have, um, Mr. Griffin

8    attended physical therapy; and we've got a

9    couple of reports -- or at least one

10   report -- from October 17th.

11          Um, I think there's more -- a

12   more full set of reports; but you, probably,

13   didn't have those.  But the next time you saw

14   saw, uh, Mr. Griffin, personally, was

15   November 1st of 2018; is that correct?

16        A.     Yeah; he was seen -- seen in

17   conjunction with my PA, Joel Bourgeois.

18        Q.     Okay.

19        A.     But, he's -- yes; you know, he

20   was doing well.

21        Q.     Okay.

22        A.     He was actively foreflexing to

23   90 degrees, which is good for his coming out

24   the brace; and, um, I gave him a follow-up in

25   six weeks.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 30

1          Q.      Okay.  And it was as of this

2     date that he would -- he would no longer need

3     the shoulder immobilizer?

4          A.      That's correct.

5          Q.      All right.  Is that, like,

6     standard after six weeks?

7          A.      Yeah; after a cuff; unless

8     there's something unexpected going on.

9          Q.      Okay.  Um,did Mr. Griffin, um,

10    mention any neck pain on the November 1st

11    visit?

12         A.      Uh, not to my knowledge.

13         Q.      Okay.  Any low back pain?

14         A.      No.

15         Q.      Okay.  And, again, if he had,

16    would it have been standard practice to note

17    it in the record?

18         A.      I mean, it, definitely, is, in

19    these cases; yes.

20         Q.      Okay.  And what do you mean by

21    "in these cases"; cases that are in

22    litigation --

23         A.      But -- well, I mean, it's a comp

24    case.

25         Q.      -- or Worker's Comp cases?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

                                        Page 31

1        A.      I don't know that it was in

2    litigation at that point in time; I have no

3    clue; it was comp, so.

4        Q.      Okay.

5        A.      I tend to be a little more --

6        Q.      Descriptive?

7        A.      Yes; and not overlook anything,

8    you know, that he tells me.

9        Q.      Okay.

10       A.      Yeah.

11       Q.      All right.  Um, the next date

12   that you saw Mr. Griffin, I believe, was

13   December 13th of 2018; is that correct?

14       A.      Yes.

15       Q.      All right.  And what did he

16   report as far as, um, how he was doing that

17   date?

18       A.      He had, um, no significant

19   complaints on that date; he had full fore- --

20   he had full range of motion on that day,

21   which is really good at this point in time

22   and I think we continued his physical

23   therapy.

24       Q.      Okay.  Um, when you -- in these,

25   um, post-surgical follow-ups, and around this

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 32

1    time frame, when you do a physical

2    examination, can you kind of just give me a

3    description of what you do to, um, see how

4    they're doing?

5         A.    I don't push 'em too hard,

6    because the, uh -- we just want to see what

7    his motion is; I mean, we know that he's not

8    gonna' have full strength at that time; it's

9    still healing.

10         Q.    Right.

11         A.    So we just see how far he can

12    move it; you know, it's -- I would tell you

13    this is really good; if he -- he has full

14    active motion, that's excellent.

15         Q.    Okay.

16         A.    Most patients, at three months,

17    don't have that; they -- they get up here

18    (indicating with arm up); they get about

19    right here (indicating); this guy forearm was

20    up here (indicating straight up); so I think

21    he's improving.

22              I mean, I'll assess his strength

23    a little bit, and make sure his cuff's not

24    torn; but I'll be honest with you; at this

25    point in time, you, really, can't make much

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 33

1    of an assessment on strength, simply because

2    they're still in the early recovery phase.

3         Q.    Okay.  And it mentions, in

4    the -- the report, that he's begun to start

5    working on weight training with the

6    therapist.  Is that what you would consider

7    working on, um, I guess, the strength of the

8    rotator cuff; and testing its --

9         A.    Yes; they work on shoulder

10   girdle strengthening, and rotator cuff

11   strengthening; and it's just acceptable; he's

12   doing well.

13        Q.    Okay; all right.  And as of this

14   date, he was still out of work; correct?

15        A.    Yes.

16        Q.    All right.  And then I have that

17   you saw him again on January 30th of 2019 --

18        A.    Yes.

19        Q.    -- is that right?  And how was,

20   uh, Mr. Griffin doing on that date?

21        A.    He had complained of some pain;

22   uh, he said that he had moderate, uh, pain in

23   his shoulder; and then, with the treatments,

24   had improved his symptoms, including his

25   surgery.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 34

1              He was sent back to therapy; and

2    then my words were:  "He" came "comes in for

3    his left upper extremity; has full range of

4    motion, but still has diffuse weakness

5    throughout the shoulder".

6              I said:  "It was better than it

7    was a couple of months ago", but was still

8    not ready to return to work in an offshore

9    capacity.  We refilled his meds; gave him

10   some sleeping pills; and sent him back to

11   therapy.

12        Q.    Okay.  Um, was there any mention

13   of, um, neck pain by Mr. Griffin?

14        A.    No.

15        Q.    Was there any mention of low

16   back pain?

17        A.    No.

18        Q.    Um, on, I'm gonna' refer you to

19   Page 705 that contains sort of the, um,

20   "Physical Examination" portion; um, it looks

21   like you tested the -- the range of motion;

22   um, then there's a section on, um,

23   "Inspection/Palpation".  Is that you just

24   kind of feeling around --

25        A.    Yeah.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 35

1          Q.      -- the shoulder; and asking him
2    where it hurts?
3          A.      Correct.
4          Q.      All right.  Um, and then
5    "Strength" testing.  Is that sort of, like,
6    actually, you know, um, testing his rotator
7    cuff against resistance?
8          A.      That's correct.
9          Q.      All right.  And so then he was
10   still having some issues with that at this
11   point?
12         A.      Yes; but I think that's to be
13   expected.
14         Q.      Okay; all right.  And he was
15   continuing therapy after that visit, I
16   believe; is that correct?
17         A.      Correct.
18         Q.      Okay.  And then you saw Mr.
19   Griffin, I think, for the next time, on March
20   13th of 2019; is that right?
21         A.      Correct.
22         Q.      And how was he doing on that
23   date?
24         A.      Uh, he was getting a little
25   better, but still had some pain; and had

Page 36

1    little bit of shoulder weakness.

2         Q.    Okay.  Was that still to be

3    expected at this point in the recovery?

4         A.    Yes; these -- these can go on;

5    this can lag on for up to a year, as we said

6    earlier.

7         Q.    Okay.  Um, in the "History Of

8    Present Illness", um, there's mention of

9    "night pain", and "stiffness".  Do you know

10   what that's in reference to; just having

11   trouble sleeping?

12        A.    Yeah; that's, usually, nocturnal

13   discomfort; can't sleep.

14        Q.    Okay.  Um, I'm assuming after,

15   like, a rotator cuff surgery, for instance,

16   if it's on your left side, patients,

17   probably, have difficulty sleeping on that

18   side for quite a while?

19        A.    Yes.

20        Q.    Um, do you advise -- is there --

21   like, do you advise them not to sleep on that

22   side for a while?

23        A.    No; that's a hard -- I think

24   that's the hardest recommendation of all

25   these procedures, is they want a secret to

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 37

1    how to sleep; and there isn't one; you just

2    kind of jam yourself up with some pillows

3    (indicating holding arms against chest); or

4    sleep on a recliner, because of -- because of

5    the discomfort.

6         Q.    Okay; all right.  Um, when you

7    saw Mr. Griffin on, um, March 13th, did he

8    report any, um, neck pain, or symptoms?

9         A.    No; he did not.

10        Q.    All right.  Did he report any

11   low back pain, or symptoms?

12        A.    No; he did not.

13        Q.    I notice, in, um, some of your

14   reports, um, on the "Physical Examination",

15   the "Reflexes" -- you test the reflexes?

16        A.    Some of that's cloned; but, yes;

17   I check 'em early on; but, probably, not

18   later on; a lot of that's cloned through.

19        Q.    Okay.

20        A.    That's why I tell you to be

21   careful with that.

22        Q.    Okay.

23        A.    That's the problem with computer

24   medical records.

25        Q.    Sometimes they have prefilled --

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 38

1      A.     It just -- it just fills all
2  kind of stuff in, so.
3      Q.     Okay; all right.  And as of this
4  date, you wanted him to continue his physical
5  therapy?
6      A.     Uh, yes.
7      Q.     Okay; all right.  And then the
8  next visit date I have, um, is April 10th of
9  2019; and if you'll look, actually, a few
10 pages before that; I think bef- -- um, it's
11 Griffin000715.
12            There was a note from Mr.
13 Griffin's physical therapist, um, about him
14 experiencing -- he -- he arrived for an
15 appointment on April 8th, 2019, and told the
16 physical therapist that he was having
17 cervical right shoulder, and left shoulder,
18 uh, pain, and discomfort; um, and he asked
19 that you evaluate the patient for that.  Do
20 you see that?
21     A.     Yes; I see it.
22     Q.     All right.  And then you saw --
23 actually saw Mr. Griffin on two days later;
24 April 10th; correct?
25     A.     Correct.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 39

1      Q.      Okay.  And what did Mr. Griffin

2   report to you that date?

3      A.      He was, mainly, complaining of

4   neck pain; he had some pain in the

5   periscapular muscles of the shoulder, and the

6   axial aspect of the neck, with some posterior

7   head pain.

8      Q.      Okay.  Um, can you describe, for

9   the Jury, just briefly, what axial neck pain

10  is?

11     A.      Axial neck pain is pain along

12  the central axis (indicating back of neck) of

13  the neck.

14     Q.      Okay.  Kind of, like, following

15  the spinal column?

16     A.      Yes.

17     Q.      Okay.  Is there any -- was

18  the -- was the pain of a radicular nature, in

19  any way, based on -- on your reports?

20     A.      No; the only -- the only

21  neurogenic pain issues I see is the

22  periscapular pain.

23     Q.      Okay.  Can you describe what

24  periscapular pain is?

25     A.      Periscapular pain hurts in the

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 40

1    back (indicating shoulder) of the scapula,

2    along the medial border of the scapula

3    (indicating), inside portion, down to the

4    angle of the scapula (indicating).

5         Q.    Okay.  And, um, is there any

6    indication of what that pain was -- uh, what

7    was causing that pain that he was

8    experiencing in his neck, based on your

9    examination?

10        A.    Well, we don't have any neck

11   x-rays on this date; um, you do worry about

12   neck pain when that comes up; and so I just

13   gave him some anti-inflammatories; muscle

14   relaxers; and said:  "Let's see how it feels;

15   and if it's not better, we'll get an MRI".

16        Q.    Okay.  Was this the first time,

17   um, that Mr. Griffin had ever reported neck

18   pain to you?

19        A.    Yes; it was.

20        Q.    Okay.  And did you you believe

21   that that neck pain was, in any way, related

22   to the accident that he, um, referred you to

23   that happened on the boat, um, in,

24   approximately, the eleven months prior; in

25   May of 2018?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 41

1        A.      No.

2        Q.      Okay.  Are you still of the

3   opinion that, um, the neck pain was not

4   related to the accidents in May of -- the

5   neck pain that he was reporting to you on

6   April 10th of 2019 was not related to the

7   accident in May of 2000 -- or the accidents

8   in May of 2018?

9        A.      Yes; based on what I'm looking

10  at right now.

11       Q.      Right; okay.  You don't believe

12  they were related?

13       A.      I don't.

14  MR. SHEPPARD:

15          Object to form.

16       Q.      (BY MR. KHOURY).  And what is

17  the basis for not thinking they're related?

18       A.      Because I have no prior

19  representation of true neck, or

20  radiculopathic, pain prior to that date.

21       Q.      Okay.  Um, I think the next time

22  you saw Mr. Griffin was May 1st of 2019; is

23  that right?

24       A.      Yes.

25       Q.      All right.  And what did he

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 42

1    report to you on that date?

2        A.    I said "right shoulder" in

3    there, but it's left:  "He says today his

4    neck does not hurt.  It is just the shoulder

5    pain.  He has weakness still present but has

6    improved.  He is not ready to go back ...

7    offshore.  We will continue physical

8    therapy".

9        Q.    Okay.  Um, one thing I forgot to

10   ask you.  On the April 10th visit, um, I note

11   that there -- you know, that was, as you

12   mentioned, the first time he had reported to

13   you the neck pain.

14             And then I was looking under the

15   "Physical Examination", um, section; and

16   there was, you know, an actual examination

17   that you performed of his cervical area; his

18   neck; correct?

19       A.    Yes.

20       Q.    All right.  And is that your

21   standard practice is that, if someone's

22   coming in to see you for, let's say, shoulder

23   pain, but they report neck, or back, pain,

24   that you would, then, examine that; and note

25   that in the notes?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 43

1         A.      Yes.

2         Q.      Okay.   So if Mr. Griffin had

3    reported neck pain to you previously, you

4    would expect to see a section in your report

5    referring to an examination of the neck area?

6         A.      I agree; yes.

7         Q.      All right.   Um, and I think

8    we're to the end of your treatment.   Um, is

9    the last time you saw Mr. Griffin, um, June

10   5th of 2019?

11        A.      Correct.

12        Q.      All right.   And how was he doing

13   on that date?   It looks like the record's a

14   little different on this date; um, the word

15   --

16        A.      Yeah.

17        Q.      Is that --

18        A.      'Cause I think I told ya'll,

19   earlier, we switched complete medical record

20   systems.

21        Q.      Okay.

22        A.      So that's why I -- anyway,

23   that's why I'm glad you had these (indicating

24   Exhibit 2) papers; and it helped out a lot;

25   but, um --

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 44

1        Q.      Okay.

2        A.      -- we -- we switched to a

3    different recordkeeping system.

4        Q.      Got you.

5        A.      Okay.  And so I saw him for his

6    shoulder; he was doing very well with his

7    shoulder; had full range of motion, and

8    improving strength; I said he was at maximum

9    medical improvement for his shoulder; he was

10   still complaining of neck pain on that date

11   into the left periscapular region.

12             He did have -- I went back and

13   looked at his x-rays, which showed some

14   straightening of the lordosis, as well as

15   degenerative disc disease throughout; I think

16   these are incidental findings are not related

17   to the accident but will order an MRI of his

18   neck because of the persisting complaints; we

19   will await for approval from Worker's

20   Compensation.

21       Q.      Okay.  Um, you refer to the --

22   you went back and looked at some x-rays.   Do

23   you know what those were?

24       A.      At some point in time, we got

25   neck x-rays of him; and I looked at 'em.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 45

1        Q.      Okay.  Um, do you know, is there
2   any way to tell, from your records, when that
3   was done?  'Cause I don't think I saw that.
4        A.      I would have to go to the, uh,
5   radiology server, and see.
6        Q.      Okay.
7        A.      I don't even know if they were
8   from here; but I -- once again, let me look
9   through all the notes first --
10       Q.      Okay.
11       A.      -- and I can at least see if we
12  ordered them.
13       Q.      Yeah.
14  MR. KHOURY:
15              We can, probably, stop the video
16  while he does this, just so we're not taking
17  up time.
18       VIDEOGRAPHER:
19              We're off the record.
20          (Whereupon, there was a discussion
21  out of the hearing of the reporter).
22       WITNESS:
23              I don't see where I ordered 'em;
24  they could have come from one of the
25  outlying --

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 46

1           VIDEOGRAPHER

2                Wait.

3        WITNESS:

4                Oh.

5        MR. KHOURY:

6                Sorry.  We've got to go back on.

7        WITNESS:

8                Are we back on?

9        VIDEOGRAPHER:

10                We're back on record.

11        WITNESS:

12                I don't see, precisely, where

13   they ordered 'em here; sometimes, the

14   patients will come from an occupational

15   medical clinic; and they'll send us over the

16   x-rays; and I may have looked at those.

17        Q.    (BY MR. KHOURY).  All right.

18        A.    Um, I don't see 'em in here.

19        Q.    Okay.  But, in any event, as of

20   this date, according to your report, you

21   thought that any findings in his cervical

22   spine were not related to the accident that

23   he was here to treat with you for; correct?

24        A.    That's correct.

25        MR. SHEPPARD:

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 47

1          Object to form.

2     MR. KHOURY:

3          All right.

4     Q.     (BY MR. KHOURY).  And as of, um,
5     this visit date, June 5th, 2019, the last
6     time you saw him, uh, Mr. Griffin, did he
7     report any low back pain to you?

8     A.     He did not.

9     Q.     Okay.  At any time that you saw
10    Mr. Griffin, was there a report of low back
11    pain to you?

12    A.     No.

13    Q.     Okay.  And according to the
14    records that we've gone through, um, the only
15    time -- the only two times Mr. Griffin
16    reported neck pain to you was at the April
17    10th, 2019 visit; and the final visit, on
18    June 5th of 2019; is that right?

19    A.     That is correct.

20    Q.     All right.  Um, setting aside
21    the -- the issue of the complaints with
22    respect to Mr. Griffin's neck, as of the date
23    you last saw him, um, on June 5th, 2019,
24    and -- and mentioned that his shoulder was at
25    MMI, strictly from the perspective of his

Page 48

1    shoulder, did you feel like he was capable of

2    going back to work as a deckhand?

3          A.    Yes.

4          Q.    And is that still your opinion,

5    sitting here today?

6          A.    Yes.

7          Q.    I want to ask you a couple of

8    questions about, um, sort of cervical issues,

9    in general; and then I'll -- I'll be a little

10   more specific.  But could you describe, for

11   the Jury, just in general, what cervical

12   radiculopathy is?

13         A.    Yeah; it's, uh, where the nerve

14   root, at its origin off of the cervical

15   spine; so it's kind of like hairs coming off

16   the (indicating with hands) off of a column,

17   or wires coming out of a column (indicating).

18               And, sometimes, blood, or

19   chemical irritants, can get on the nerve

20   root, or a disc, or bone spur, get on the

21   nerve root; and it can go make that -- it can

22   send a signal in that nerve root's

23   distribution, causing pain, or numbness, or

24   tingling, or weakness.

25               And, wherever the never root

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 49

1   goes, wherever it terminates to power

2   muscles, or deliver sensation; so, it's,

3   usually -- it's pain in a distribution of a

4   known nerve root.

5        Q.    Okay.  Um, and so, occasionally,

6   I'm assuming, based on what you're telling

7   me, is that, um, a -- an issue in your

8   cervical spine where the nerve roots come off

9   of -- of the neck, um, can cause symptoms

10  into your upper extremities; your arms;

11  correct?

12       A.    Yes.

13       Q.    All right.  And that includes

14  your -- your shoulder, all the way down to

15  your fingertips; correct?

16       A.    That's correct.

17       Q.    All right.  Um, and that's sort

18  of what is called radiculopathy; or cervical

19  radiculopathy?

20       A.    Yes.

21       Q.    All right.  Is there any

22  indication, um, from your treatment of Mr.

23  Griffin, that any of the ongoing pain, or

24  weakness, that he would, occasionally, report

25  to you after the surgery, or before, was, in

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 50

1    any way, caused by cervical radiculopathy?

2         MR. SHEPPARD:

3              Object to form.

4         WITNESS:

5              Only the two visits that you,

6    previously, mentioned, where he mentioned

7    neck, and periscapular pain.

8         MR. KHOURY:

9              Okay.

10        Q.    (BY MR. KHOURY).  When someone

11   has, let's say, for instance, um, cervical

12   radiculopathy that is causing symptoms in,

13   let's say, a shoulder; um, and they report

14   either pain, or other sort of sensation --

15   sensations in their shoulder, um, is it

16   typical for those complaints to only -- in

17   other words, is it typical for, um, cervical

18   radiculopathy to only produce pain in a

19   shoulder, or an extremity; or is it -- is

20   the -- the extremity symptoms, usually, in

21   conjunction with neck pain?

22        A.    I don't know if I understand,

23   exactly, how you're asking the question.

24        Q.    Yeah; that was poorly asked.

25   When someone is having cervical

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 51

1    radiculopathy, and they're experiencing

2    symptoms in their shoulder, let's say, is it,

3    usually, in conjunction with neck pain, as

4    well; or is it, usually, just shoulder pain?

5         MR. SHEPPARD:

6              Object to form.

7         WITNESS:

8              You will have some neck pain, in

9    most cases; but not all.

10        MR. KHOURY:

11             Okay.

12        Q.    (BY MR. KHOURY).  So the

13   majority of the time, if someone was

14   experiencing cervical radiculopathy that was

15   causing some shoulder symptoms, they would,

16   also, have neck pain --

17        A.    Yes.

18        Q.    -- in most cases?

19        A.    In most cases.

20        MR. SHEPPARD:

21             Object to form; leading.

22        MR. KHOURY:

23             Um, if you -- I'm not sure if

24   you've seen, um, these records; but I'm

25   gonna' hand you, um, records that are

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 52

1    identified as Griffin001048 through

2    Griffin001058.

3            (Whereupon, the instrument referred

4    to was marked BRETT CASEY, M.D. DEPOSITION

5    EXHIBIT NUMBER 3 and is attached to the

6    transcript).

7            MR. KHOURY:

8                    They're records from (handing to

9    Witness) Baton Rouge Clinic -- The Baton

10   Rouge Clinic; um, and Mr. Griffin was

11   referred by the physician that he started

12   treating with after, um, your treatment with

13   him had concluded.

14       Q.    (BY MR. KHOURY).  That physician

15   referred him to Dr. Brian Murphy, who's at

16   The Baton Rouge, um, Clinic; I believe he's a

17   neurologist who did a EMG/nerve conduction

18   study.

19       A.      Okay.

20       Q.      Um, I might just give you a

21   couple of minutes, just to read through these

22   before I ask you just the --

23       A.      The EMG?

24       Q.      Yeah.  Just a couple of

25   questions on it.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 53

1        MR. KHOURY:

2              Um, we might just go off the

3    record --

4        VIDEOGRAPHER:

5              Off the record.

6        MR. KHOURY:

7              -- a minute, so he can take a

8    look.

9        (Whereupon, there was a discussion

10   out of the hearing of the reporter).

11       WITNESS:

12             Okay.  I've read it.

13       VIDEOGRAPHER:

14             We're back on record.

15       MR. KHOURY:

16             All right.

17       Q.   (BY MR. KHOURY).  And if you'll

18   look at Griffin001051; the "Conclusion" from

19   the, um, nerve conduction study -- or, I'm

20   sorry -- the EMG/nerve conduction study, what

21   was the conclusion?

22       A.     "Normal study with no evidence

23   of left-sided cervical radiculopathy,

24   brachial plexopathy, or any peripheral nerve

25   pathology involving left upper extremity".

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 54

1        Q.      Okay.  Um, and if you'll, also,
2    look on Griffin001054?
3        A.      Okay.
4        Q.      Um, I'm assuming you've looked
5    at these types of reports before; is that
6    fair?
7        A.      Yes.
8        Q.      All right.  Um, the EMG studies.
9    Had -- what are these different, um -- the
10   list that is being tested under the "EMG
11   Study"; can you just give a general
12   description of what that is?
13       A.      Those are different muscles.
14       Q.      Okay.
15       A.      They stick a needle in it; and
16   they measure the conduction coming back
17   through the needle on the EMG; and they can
18   tell whether there's denervation present in
19   the muscle based on how that signal is
20   referred back to the machine through the
21   needle.
22       Q.      Okay.
23       A.      And those are all muscles that
24   the -- the study person -- and I'm assuming
25   it was Dr. Murphy -- uh, put the needle into

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 55

1    each of these muscles; and then recorded its

2    feedback on -- on an electrical myography --

3         Q.    Okay.

4         A.         -- and looked at what it is; and

5    he reported them all as "Normal".

6         Q.    All right.  And one of -- again,

7    all of these were listed as "Normal"; but,

8    um, one of them is the "Left Cervical

9    Paraspinal".  Is that --

10        A.    Yep.

11        Q.         -- like, what is being tested

12   there?

13        A.    Well, that's up to him; but

14   it's, usually, in the axial aspect of the

15   neck (indicating); and there's a cervical

16   paraspinous; so those are muscles close to

17   the central aspect of the spine (indicating).

18        Q.    Okay.  If, um, one wanted to

19   know, um, whether any symptoms that Mr.

20   Griffin was still experiencing at the time he

21   had this procedure, any -- if one wanted to

22   know if any of his symptoms he was

23   experiencing in his left upper extremity,

24   shoulder, all the way to his hand, was being

25   caused, um, by a certain cervical issue, is

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 56

1   this the test that you would do to determine

2   that?

3        A.      This is the test that determines

4   its related to the nerve root.

5        Q.      Okay.  And based on, um, this

6   report, the findings would be that it was not

7   related to the nerve root; correct?

8        A.      That's correct.

9        Q.      All right.

10   MR. KHOURY:

11           Um, I'm gonna' make the first

12   set of records, um, Exhibit 1 to the

13   deposition; and then this will --

14   MADAME REPORTER:

15           (Indicating C.V.).

16   MR. KHOURY:

17           Two?

18   MR. SHEPPARD:

19           Yeah; she labeled the C.V. as 1.

20   MR. KHOURY:

21           Okay.  The C.V. will be Exhibit

22   1 (previously identified); the full set of

23   Gulf Coast records will be Exhibit 2

24   (previously identified); and then the Baton

25   Rouge Clinic records will be Exhibit 3

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 57

1    (previously identified); um, and that's, for

2    now at least, all the questions I have.

3    Thank you.

4         WITNESS:

5              Okay.

6         MR. SHEPPARD:

7              Okay.  Let me get to this at the

8    end; but I'll just jump forward.

9    EXAMINATION BY MR. SHEPPARD:

10        Q.    I want you to go to the "PATIENT

11   HISTORY" that you took of Mr. Griffin -- or

12   that Mr. Griffin provided to you; and on the

13   paper documents, I believe that is -- all

14   right.  That is Griffin000636.

15        A.    Okay.

16        Q.    Okay.  Some of the -- in the

17   "Review of Systems" section, it is noted as

18   having:  "Blurred or double vision"; right?

19        A.    Yes.

20        Q.    In the, uh, "Musculoskeletal"

21   system, he indicates that he has:  "Joint

22   pain"; right?

23        A.    Yes.

24        Q.    "Joint stiffness and swelling"?

25        A.    Yes.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 58

1        Q.      "Morning stiffness"?

2        A.      Yes.

3        Q.      "Difficulty walking"; and

4    "Muscle cramping"?

5        A.      Yes.

6        Q.      In the "Neurological" section of

7    the "Review of Symptoms", he indicates that

8    he has:  "Frequent headaches"; and gets:

9    "Light headed or dizzy"; right?

10       A.      Yes.

11       Q.      Okay.  Um, when you were, um,

12   visiting with Mr. Griffin, was there anyone

13   that was present there with him?

14       A.      I don't remember.

15       Q.      Okay.  Would that be noted in

16   the report somewhere?

17       A.      No.

18       Q.      Okay.

19       A.      Not necessarily; sometimes, I'll

20   put it in; sometimes I'll not; but I wouldn't

21   testify to the accuracy of if anybody was

22   there.

23       Q.      Okay.  And going forward to the

24   next page; Griffin000637.  He was asked to

25   indicate where he was, um, sensing pain?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 59

1          A.     Yes.

2          Q.     Okay.  And I'm seeing that --

3    and let me know if you see it differently.

4    I'm seeing a mark on his, uh, left hand palm,

5    open faced.  Do you see that?

6          A.     Yes; yes; I do.

7          Q.     Okay.  So he's -- he's

8    indicating that he has, with an "X", that

9    would be "BURNING" pain; right?

10         A.     Yes.

11         Q.     Okay.  And he indicates that he

12   has, uh, "PINS & NEEDLES" kind of in the

13   biceps/triceps area; right?

14         A.     Uh, it looks -- on that circle,

15   it looks biceps, and anterior deltoid.

16         Q.     Okay.  Biceps, and anterior

17   deltoid.  Oh, I was meaning the -- the first

18   circle.  Was that the biceps/triceps region?

19         A.     Well, that's the biceps; 'cause

20   the back is the triceps.

21         Q.     Perfect.  And then he has it in

22   the, uh, deltoid region; right?

23         A.     The anterior deltoid; yes.

24         Q.     Okay.  And then he puts an "X"

25   up near his neck.  Do you see that?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 60

1        A.      Correct.

2        Q.      Okay.  Is that the neck region?

3        A.      Yeah; it's the junction of

4   the -- the neck and the trapezius; yes.

5        Q.      Okay.  What sort of, uh,

6   shoulder injury causes, um -- causes a person

7   to have difficulty walking?

8        A.      Ha, ha, ha!  None.

9        Q.      Okay.  Would that be indicative

10  of, maybe, low back pain of some sort?

11       A.      It could be anything.

12       Q.      Okay.  Is low back pain one of

13  the things it could be?

14       A.      Yes; it could be.

15       Q.      Okay.  Um, what sort of shoulder

16  injury causes a person to become -- uh, to

17  have headaches; or be lightheaded, or dizzy?

18       A.      Uh, well, this injury could

19  have; I mean, he could have had popped his

20  neck, too; I don't know; I mean, he -- is

21  that acute?  Do we know if it's acute; or is

22  that just a review of systems for --

23       Q.      Just a review of systems that he

24  has on there; I'm not saying acute, or not.

25       A.      All right.  So, just for

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 61

1    clarification, a review of systems is your

2    general, overall feeling.

3        Q.    Okay.

4        A.    So it may not be specific to an

5    injury.

6        Q.    You don't know, one way or the

7    other?

8        A.    Correct.  But, in reference to

9    your specific question, there's no shoulder

10   injury that's gonna' do that.

11       Q.    Okay.  If Mr. Griffin is saying

12   this was kind of an acute onset after the

13   incident where he was thrown into the -- the

14   box, would that be something that would be

15   caused by a shoulder injury?

16       A.    No.

17       Q.    Okay.

18       A.    But, once again, just to be

19   clear, the "Review of Systems" is a general

20   overview of all your symptoms; just for the

21   record, I'm not gonna' ask him if he has

22   bruising tendency in relation to his

23   shoulder; so this is just something --

24       Q.    Right.

25       A.    -- that the patient reviews for

Page 62

1    their general overall health; it's not a --

2    it's not a specific to the injury.

3         Q.    I understand.

4         A.    It's -- it's a -- it's what

5    doctors do every time you come in as a new

6    patient.

7         Q.    Absolutely.  I was -- what I was

8    more asking is if Mr. Griffin said he had

9    headaches, or was lightheaded, or dizzy,

10   following the incident, that wouldn't be

11   something that would be related to a shoulder

12   injury?

13        A.    That's correct.

14        Q.    Okay.  Um, the same thing if he

15   says that he was having difficulty walking.

16   That's not something that would be related to

17   a shoulder injury?

18        A.    No.

19        Q.    Okay.  And Mr. Khoury covered a

20   lot of ground; I'm not go gonna' try to

21   retread it --

22        A.    Okay.

23        Q.    -- so I might jump around a

24   little bit.  Okay.  At, uh, Griffin000640,

25   this was following your first visit with Mr.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 63

1    Griffin on July 2nd, 2018.

2         A.    Yes.

3         Q.    Is there a reason why -- was it

4    a mistake to clear him for duties without any

5    restrictions?

6         A.    Not really; a lot of times

7    they'll keep him off work; and to continue

8    paying him, I have to keep him regular duty;

9    but that's an agreement between the company

10   and the -- the -- the, um, employee.

11        Q.    Okay.  So --

12        A.    So, no; it's not a mistake; it's

13   just, if they're paying him his full salary,

14   he needs to be full duty.

15        Q.    I understand.

16        A.    So, it's, usually -- it's

17   actually, in general, it's a good will thing

18   from the employer to the -- to the client.

19        Q.    Okay.

20        A.    Once they -- once they determine

21   that he's gonna' be out for a long period of

22   time, then, a lot of times, they'll --

23   sometimes, they'll pay him; and sometimes,

24   they won't.

25        Q.    Okay.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 64

1          A.       And if they don't pay him,

2    obviously, you have to take him off work.

3          Q.       Okay.  So but as of July 2nd,

4    2018, you wouldn't -- you wouldn't say that

5    Mr. Griffin was cleared for duty; you know,

6    he -- he needed to get some medical

7    treatment?

8          A.       Yes.

9          Q.       Okay.

10         A.       But, once again, I want to be

11   fair to what that, really, means.

12         Q.       Sure.  Okay.  Some of the first,

13   uh, prescriptions that you gave to Mr.

14   Griffin was, uh, Cyclobenzaprine, I believe;

15   if you turn to Griffin000643, you'll see

16   that.

17         A.       Yeah.

18         Q.       Okay.  And Cyclobenzaprine is a

19   medication that, uh, is a muscle relaxant;

20   and it's used to treat musculoskeletal pain,

21   and stiffness; is that fair?

22         A.       Yes.

23         Q.       Okay.  Um, is it used to -- used

24   to treat, uh, shoulder pain?

25         A.       Yes.

Page 65

1        Q.      Neck pain?

2        A.      Yes.

3        Q.      Back pain?

4        A.      Yes.

5        Q.      Okay.  It's available -- it's

6    available in, uh, different dosages, ranging

7    from five to ten milligrams; right?

8        A.      Yes.

9        Q.      Okay.  You had Mr. Griffin on

10   the ten-milligram dose?

11       A.      Yes.

12       Q.      Okay.  And it's a moderately

13   potent, uh, medication?

14       A.      Yes; it can induce some, uh,

15   lethargy.

16       Q.      Okay.  Um, but it helps -- helps

17   reduce pain; and the sensation of feeling

18   pain?

19       A.      Yes; it's -- it's a -- it helps

20   with spasm.

21       Q.      Okay.  You, also, prescribed

22   Mobic; is that right?

23       A.      Yes.

24       Q.      And that's a -- that's a name

25   brand for, uh, Meloxicam?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 66

1          A.      Yes; it is.

2          Q.      Okay.   And that's a nonsteroidal

3    anti-inflammatory drug?

4          A.      That's correct.

5          Q.      And it's used to treat pain, and

6    inflammation?

7          A.      That is correct.

8          Q.      Would that -- so it be used to

9    treat shoulder pain?

10         A.      Yes; it's -- it's a mainline

11   first treatment medication for

12   musculoskeletal pain.

13         Q.      Okay.   And so it could be

14   shoulder pain; back pain; neck pain?

15         A.      That's correct.

16         Q.      Okay.   And you had, uh, Mobic is

17   available from seven and a half milligrams to

18   fifteen --

19   MADAME REPORTER:

20              Sorry.   What was that?

21   MR. SHEPPARD:

22              Sorry.

23         Q.      (BY MR. SHEPPARD).   Mobic is

24   available from seven and a half milligrams to

25   fifteen milligrams; is that fair?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 67

 1        A.        That's correct.

 2        Q.        Okay.  And you had him on the

 3    fifteen-milligram; the highest dosage for

 4    Mobic?

 5        A.        Yes.

 6        Q.        Okay.  Now, I was going through

 7    some of these notes; uh, and I had realized

 8    that, you know, for example, you -- the first

 9    time you saw Mr. Griffin was July 2nd; um,

10    but it appears the notes aren't entered until

11    a few days later.

12        A.        Because there's a -- there's a,

13    um, typo -- there's a typing part.

14        Q.        Okay.

15        A.        So a lot of this stuff -- once

16    again, I think I explained this earlier -- is

17    computer generated.

18        Q.        Uh-huh.

19        A.        And then the dictation part

20    I'll, actually, talk; and then the -- then

21    our transcriptionist --

22        Q.        Okay.

23        A.        -- will have to get that;

24    download it; type it; and put it in the note.

25        Q.        Understood.  I was just trying

Page 68

1    to make sure I understood what that was

2    about.

3           A.      That's correct.

4           Q.      Okay.  And it looks, uh, like,

5    on July 11th -- this is Griffin000644 -- uh,

6    you ordered him to physical therapy?

7           A.      I did.

8           Q.      Okay.  Is there a reason, uh,

9    for not ordering him to physical therapy

10   sooner?

11          A.      No.

12          Q.      Okay.  Did you have to wait for

13   the physical therapy to get approved by

14   anyone?

15          A.      Yes; but, I mean, I know this

16   adjustor; he's very good about, generally,

17   getting that taken care of.

18          Q.      Okay.  Does he have any medical

19   background, or training, that you're aware

20   of?

21          A.      The adjustor?

22          Q.      Yeah.

23          A.      No; he's an insurance guy.

24          Q.      Okay.  Um, so, I'm gonna' use

25   his name, 'cause I'm trying -- one of the

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 69

1    things I don't like doing in lawsuits is

2    mentioning insurance a lot of times.

3        A.    Uh-huh.

4        Q.    So I'm just gonna' refer to him

5    as under his name?

6        A.    Yeah.

7        Q.    If you're able to answer without

8    saying "insurance", let's try to do that.

9        A.    Okay.

10       Q.    Um, how do you pronounce his

11   name?

12       A.    I think it was Drew Aucoin on

13   this one; wasn't it?

14       Q.    Sure; it is; I just wasn't sure

15   if it's Aucoin, or Aucoin; so I just want to

16   make sure I say it right.  Um, do you know

17   Mr. Aucoin?

18       A.    I do.

19       Q.    Does Mr. Aucoin have any, uh,

20   medical background, or training, that you're

21   aware of?

22       A.    No.

23       Q.    Okay.  Um, he's unable to

24   prescribe treatment, or anything like that?

25       A.    No.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 70

1        Q.        Okay.  Um, when Mr. Griffin is

2    referred to physical therapy -- and this is

3    on Griffin000647.

4        A.        Yes.

5        Q.        Um, Mr. Griffin's noted to be:

6    "Alert and oriented in all spheres -

7    cooperative and motivated"; correct?

8        A.        Yes.

9        Q.        That's under the "Mental

10   Status"?

11       A.        Yes.

12       Q.        Um, you sent him to physical

13   therapy for three times a week for the first

14   three weeks.  Does that sound about right?

15       A.        Yes.

16       Q.        Okay.

17       A.        Maybe -- it's, usually, three

18   for six weeks; but, yeah; it's number -- the

19   number of visits approved is "12".

20       Q.        Okay.  I'll show you, if you go

21   to --

22       A.        So, three times four.

23       Q.        If you go to Griffin000649, and

24   you look towards the bottom, it'll say:

25   "Frequency of PT:  Three times weekly";

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 71

1    "Duration of PT:  4 weeks"?

2          A.     Yes; that's correct.

3          Q.     Okay.  And then the "Plan of

4    Treatment" consisted of an:  "Evaluation;

5    Manual Therapy Techniques; Functional

6    Electrical Stimulation; Electrical Muscle

7    Stimulation; and Therapeutic Exercises"?

8          A.     Correct.

9          Q.     Okay.  Is there a reason why

10   therapeutic exercises is down there twice; is

11   that just kind of a -- a double error; you

12   don't know?

13         A.     Yeah; exactly; twice.

14         Q.     Okay.  I didn't know if that

15   meant he was doing more therapeutic

16   exercises?

17         A.     Oh, no.

18         Q.     Okay.

19         A.     Once again, I'm not PT billing;

20   so that could have something to do with it;

21   but it, certainly, has nothing to do with my

22   order.

23         Q.     Okay.  Fair enough.  For the --

24   the "Range of Motion" that's on here; like,

25   for "Flexion", it says "140p"?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 72

1          A.      Yes.

2          Q.      What does that mean?

3          A.      140 passively.

4          Q.      Uh, is -- where does that fall

5    within the, like, a normal -- it looks like a

6    range of motion, normally, would be 180?

7          A.      That's (indicating arm up).

8          Q.      Uh-huh.

9          A.      That's (indicating arm out) 140.

10         Q.      Okay.  And then for "Extension"

11   at "35p".  What would that look like?

12         A.      That's back this (indicating)

13   way.

14         Q.      Back.  And you wanted him to get

15   to 45p; right?

16         A.      Extension's not a big deal --

17         Q.      Okay.

18         A.      -- in this recovery.

19         Q.      For "Abduction", uh, he was at

20   "90p"?

21         A.      (Indicating arm straight out).

22         Q.      Straighten it out; so he's

23   making a -- a ninety degree --

24         A.      No; this (indicating) 90

25   degrees.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 73

1       Q.      So that's ninety degrees; okay.

2       A.      This (indicating) is elbow.

3       Q.      Uh-huh.

4       A.      This (indicating) is shoulder;

5   so this (indicating) doesn't matter.

6       Q.      Okay.

7       A.      So this (indicating) is 90

8   degrees.

9       Q.      Okay.

10      A.      He can get abduction, depending

11  on how you place your palm --

12      Q.      Uh-huh.

13      A.      -- up 160 to 180 (indicating arm

14  straight up), if you really; but I'd say

15  around above 150 is good on abduction.

16      Q.      Okay.  Um, is there -- because

17  if we go to the next one, we'll have -- uh, I

18  guess I'll use that one.  Uh, if you turn to

19  Page Griffin000651.

20      A.      Uh-huh.

21      Q.      And it has your signature on

22  here, as well; correct?

23      A.      Yes.

24      Q.      Okay.  So you're agreeing with

25  this plan of care with, uh, Mr. Griffin's

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 74

1    physical therapist; Mr. FitzGerald?

2          A.      Yes.

3          Q.      Okay.  Um, are you, also,

4    agreeing with the "Physical Goals", and

5    things like that?

6          A.      Yes.

7          Q.      Okay.  The "Physical Goals" for

8    "Abduction" was for "180p"; is that correct?

9          A.      Yeah; but I'm telling you,

10   160 --

11         Q.      Okay.

12         A.      155, 160's good.

13         Q.      Okay.  And then, for "Internal

14   Rotation", uh, Mr. Griffin had a "50p"; and a

15   direct one -- the "Physical Goals" was "80";

16   is that correct?

17         A.      Yes.

18         Q.      Okay.

19         A.      Uh-huh.

20         Q.      And then for "External

21   Rotation", the -- he was able to get -- he

22   was at "45p"; and the goal was to get him at

23   90p?

24         A.      Yeah; but 90's a dream.

25         Q.      Okay.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 75

1        A.      I mean, I can't even get 90

2   (indicating); I mean, a normal shoulder,

3   that's (indicating) 80.

4        Q.      Understood.  Um, Mr. Griffin,

5   uh, you see him again on July 27th, 2018;

6   and, uh, this is on Griffin000653.  And you

7   note that you restricted him from duty --

8        A.      Yes.

9        Q.      -- to:  "No work"?

10       A.      Yes.

11       Q.      Okay.  And you see Mr. Griffin

12   again on September 6th; and that'll be for

13   Griffin000659.

14       A.      Yes.

15       Q.      Okay.  Here he's still

16   reporting, uh, pain, and weakness, associated

17   with his shoulder?

18       A.      Yes.

19       Q.      Okay.  Uh, the "Plan", uh, after

20   this visit for Mr. Griffin was to proceed,

21   uh, with a left shoulder arthroscopy; a

22   intra-articular debridement; subacromial

23   decompression; distal clavicle excision;

24   rotator cuff repair; SLAP repair; and a

25   lateral humeral microfracture with proximal

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 76

1    biceps tenodesis?

2         A.    Yes.

3         Q.    Tendonesis.  Um, so as part of

4    the -- part of the surgery, uh, you were,

5    also -- you have to fracture, um -- you have

6    to fracture part of his -- his humerus bone;

7    is that how that would go?

8         A.    That's --

9         Q.    That's not how it works?

10        A.    -- not accurate; no.

11        Q.    Okay.

12        A.    That -- that's just -- all that

13   is is that, in a lot of cuff repairs, we like

14   to add bleeding --

15        Q.    Uh-huh.

16        A.    -- from bone.

17        Q.    Okay.

18        A.    And so you only drill -- I don't

19   know how many anchors I put in; I don't

20   remember; but you put an anchor in; and you

21   get some bleeding from there; and we'll just,

22   additionally, either take a punch, and punch

23   into that bone; and that bone's soft; it's

24   not cracking the bone.

25                   It's just going in, and

Page 77

1    creating, like a -- for lack of a better

2    term, a vent for the blood to come out of the

3    -- to get the blood with the -- with the nice

4    healing -- healing elements that come from

5    bone to lay on the edge of the -- of the cuff

6    repair to allow for healing.

7         Q.    Understood.  Following the

8    surgery, Mr. Griffin is prescribed, uh,

9    Percocet; is that correct?

10        A.    Correct.

11        Q.    Okay.  And he's prescribed, um,

12   7.5/3.25 Percocet; right?

13        A.    Yes.

14        Q.    And that would be, uh, seven and

15   a half perc- -- seven -- not percent; ha, ha,

16   ha!  Seven point -- I'll start my question

17   over again.

18              That means there's a seven-and-

19   a-half-milligram dosage of OxyCodone; and a

20   325-milligram dosage of Acetaminophen per

21   tablet?

22        A.    That's correct.

23        Q.    Okay.  And you had him taking

24   one a day for fourteen days?

25        A.    Right after surgery?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 78

1          Q.      Oh, sorry.   Four a day for

2     fourteen days?

3          A.      Well, that's -- there's no set

4     amount he takes; he can take up to that, if

5     he's hurting.

6          Q.      Sure.

7          A.      But he doesn't have to take

8     them; and he can take zero if he's hurt --

9     not hurting.

10         Q.      Understood.   Does -- wouldn't

11    you have the -- I may not be using the right

12    thing here.   But you have a number that looks

13    like a 7, with a dot over it; POq6h.   That

14    just means, uh, that you're gonna' have --

15    have it taken, uh, one tablet by mouth every

16    six hours, as needed for pain?

17         A.      Yes.

18         Q.      Okay.

19         A.      It's not a 7 with a dot; it

20    looks like that; it's --

21         Q.      It's a 1 over?

22         A.      -- a dot, with a line; and --

23    and then a line underneath it, to show that

24    it's a 1.

25         Q.      Yep; that's why I said 1; I --

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 79

1       A.      Yeah.

2       Q.      At first I thought it was 7

3   myself; and I was, like:  "That seems like a

4   lot"; but I talked to a few friends; and they

5   said:  "No; that's a one".

6       A.      That's a standard -- standard

7   way of writing a prescription.

8       Q.      Oh, yeah; I'm not fussing at you

9   for it; that's why I said 1?

10      A.      Yeah.

11      Q.      And, uh, it's not uncommon for a

12  person to continue to, uh, experience pain

13  once surgery is performed; right?

14      A.      No; it's normal.

15      Q.      All right.  Uh, during the

16  surgery, you found extensive labral fraying,

17  and joint synovitis?

18      A.      Yes.

19      Q.      Um, and you "debrided" the area.

20  What does that mean?

21      A.      Just cleaned it up.

22      Q.      Okay.

23      A.      Sucked that all out; and there's

24  a little device that you hook suction up to;

25  and it's got a blade that oscillates back and

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 80

1    forth; so whatever you want to take out, you

2    turn the suction on; and you get it close to

3    that tissue; and it'll suck it inside; and

4    the little blade'll cut it, and suck it out;

5    so you don't have to, like, go inside the

6    shoulder; you can do it all percutaneously.

7         Q.    Okay.  And part of the, during

8    your surgery, you observed capsulitis?

9         A.    Yes.

10        Q.    And that's, you know, what

11   people call frozen shoulder?

12        A.    Yes.

13        Q.    Okay.  And it's a condition

14   where the shoulder joint capsule becomes

15   inflamed, and stiff; right?

16        A.    Yes.

17        Q.    And as a result, there's a

18   limited range of motion, and pain?

19        A.    Yes.

20        Q.    Okay.  And the shoulder -- well,

21   let me go back.  He, also, had a tendonesis?

22        A.    Well, that's the procedure

23   performed; yes.

24        Q.    You're right; sorry.  So, one of

25   the procedures that you performed is

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 81

1    tendonesis?

2        A.      Correct.

3        Q.      And that's a surgical procedure

4    that involves reattaching a tendon to a bone;

5    or moving the tendon to a different location

6    in the body?

7        A.      That is correct.

8        Q.      Okay.  And he had a

9    tendenopathic biceps?

10       A.      Correct.

11       Q.      And a severely tendenopathic

12   biceps?

13       A.      That's correct.

14       Q.      Okay.  And is a -- is that a

15   condition where the biceps tendon, which

16   attaches to the bone, becomes damaged, um,

17   because of an injury, or something like that?

18       A.      It could be degenerative; it

19   could be damaged; it doesn't attach to the

20   bone there; it, actually, attaches to the

21   superior labrum.

22       Q.      Okay.

23       A.      And he had a labral tear in

24   conjunction with that; so the biceps

25   tendonesis is -- treats two conditions at one

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 82

1    time; the biceps tendonopathy, as well as the

2    labral tear.

3         Q.     Got it.  And you used a --

4    performed a rotator cuff repair using a

5    double row technique; right?

6         A.     Yes.

7         Q.     Can you describe what that is,

8    for the Jury?

9         A.     Just when you take the hole, and

10   the tear, and pass sutures through it.

11        Q.     Uh-huh.

12        A.     And then we pass in a specific

13   way; tie knots down; and then we pass the

14   sutures through a second row anchor --

15        Q.     Uh-huh.

16        A.     -- that goes in a different

17   location, and kind of lays it flat.

18        Q.     Okay.  And then, typically, as

19   part of the -- as part of that procedure, the

20   patient will need to undergo a period of

21   rehabilitation, and physical therapy, in

22   order to, uh, restore range of motion,

23   strength, and function?

24        A.     Yes.

25        Q.     Okay.  And, as you said, the

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 83

1    physical therapy can last anywhere from six

2    months to a year, typically?

3          A.      Yes.

4          Q.      Can it take longer?

5          A.      Yes.

6          Q.      You see Mr. Griffin again on

7    October 4th, 2018; and I'm looking at

8    Griffin000679 here.  And you still recommend

9    that he stay off work?

10          A.      Yes.

11          Q.      Um, if you go to 680; um, under

12    the "History Of Present Illness", you note in

13    there that he doesn't "complain of any

14    incision problems".  That wouldn't be pain;

15    that would be infection; right?

16          A.      Correct.

17          Q.      Okay.  And on October 4th, you

18    prescribed him Norco again; correct?

19          A.      Correct.

20          Q.      And he was, also, prescribed

21    Valium; correct?

22          A.      Correct.

23          Q.      And he was to take the Norco,

24    um, one tablet every six hours as needed for

25    pain for fourteen days?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 84

1        A.      Yes.

2        Q.      And for the Valium, he was, uh,

3   instructed to take one tablet, orally, three

4   times a day for ten days?

5        A.      Yes.

6        Q.      Okay.  Um, Griffin000682, you

7   prescribe him a "Shoulder Brace"; um, a

8   "Iceman"; and a "DVT".  Could you explain

9   what the, um, "Iceman", and "DVT", are?

10        A.      The -- all this stuff is what we

11   do for a surgery.

12        Q.      Okay.

13        A.      This is, obviously, the visit

14   prior to a surgical procedure.

15        Q.      Okay.

16        A.      And so, um, the Iceman is just a

17   cold pack; cold compression therapy --

18        Q.      Uh-huh.

19        A.      -- that allows decrease of

20   swelling, and pain, in the postoperative

21   period.  The DVT device compresses the

22   vessels in his arm (indicating); and lowers

23   the risk of having a blood clot.

24        Q.      Is that that little foam ball

25   that's on the --

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 85

1      A.      No; no; no; it's a different
2  thing.
3      Q.      Okay.  I had quite a few friends
4  in college playing football; and it messed
5  with their shoulders; and they always have
6  that --
7      A.      Little ball.
8      Q.      Ha, ha, ha!
9      A.      Yeah.
10     Q.      All right.  On Griffin000683,
11 you see him, again, on November 1st, 2018.
12 And you still recommend that he stay off
13 work?
14     A.      Yes.
15     Q.      On January 10th, uh, 2019, uh --
16 and that's on Griffin000711 -- uh, you
17 prescribed him Ambien; correct?
18     A.      Yes.
19     Q.      Um, Ambien, uh, helps -- helps a
20 person fall asleep?
21     A.      Correct.
22     Q.      Um, was Mr. Griffin reporting,
23 uh, issues with being able to fall asleep?
24     A.      He, probably, was; that's why I
25 gave him Ambien.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 86

1       Q.      Right.

2       A.      Ha, ha, ha!

3       Q.      And if you go to Griffin000707;

4    it's one of the physical therapy notes; if

5    you go down to -- uh, there's a section that

6    says:  "Specific Impairments Changes"; it

7    says that, um, you know, that he believes

8    that he'll have a "good shoulder at the

9    conclusion of rehab, just needs to continue

10   to listen to our directions and not be overly

11   in a hurry to", um, "stress shoulder".

12              Did I read that right?

13      A.      Yeah.

14      Q.      Okay.  And it's, also, saying

15   that Mr. Griffin's a "Very good patient";

16   correct?

17      A.      Yes.

18      Q.      Is it -- do you have any

19   recollection of whether or not, for you, Mr.

20   Griffin was a good patient, or not?

21      A.      I, usually, remember the bad

22   ones; and I don't remember this one; so he

23   seems fine to me.

24      Q.      Ha, ha, ha!  Okay.  When you

25   were treating Mr. Griffin, did it appear that

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 87

1    he wanted to return to work?

2          A.      Uh, yeah; I don't -- once again,

3    I don't have any independent recollection;

4    but I kinda' know the guys that don't want to

5    return to work, so.

6          Q.      He didn't appear to be

7    malingering, or anything like that?

8          A.      No.

9          Q.      Okay.  And at Griffin000709;

10   this was the "Work Release Form"; this is

11   March 13th, 2009 (sic).  Uh, still

12   restricting Mr. Griffin's duties?

13         A.      Yes.

14         Q.      And if we go to 711 --

15   Griffin000711 -- uh, you -- you prescribe him

16   Norco, ten milligrams; is that correct?

17         A.      Um, that's what he's on already.

18         Q.      Okay.  There's a "Date Started"

19   for March 13th.

20         A.      Yeah; so that would be the last

21   time we refilled it.

22         Q.      Okay.  So he got a refill on

23   March 13th?

24         A.      Yes.

25         Q.      Okay.  So if he was taking Norco

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 88

1    -- was he -- I can't remember if he was

2    taking Norco, previously; I think he was, uh,

3    prescribed Norco in October of 2018.  Would

4    he have been continually prescribed it?

5         A.    Potentially; I'm pretty lenient

6    on shoulders; they can go through a lot of

7    therapy; and they hurt; so --

8         Q.    Okay.

9         A.    -- I give 'em that.

10        Q.    So there's a potential that he's

11   being prescribed -- because what I'm trying

12   to make sure I understand correctly is

13   there's this "Medication List"; uh, if Mr.

14   Griffin is -- if he was prescribed it in

15   October, and then there's another one saying

16   he was prescribed it in March, can we

17   ascertain from that that he had been on this

18   particular medication from October to March?

19        A.    No; there's a whole record of

20   when they call in and refill it; if he got

21   refills, you would know; it's noted; so he

22   may have just asked me when he came back.

23        Q.    Okay.  Is it noted in -- in a,

24   specific, medical record?

25        A.    You would have gotten it.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 89

1        Q.      Okay.  And, uh, Norco is a -- is
2   a, uh, drug that has -- sorry; strike that.
3              Norco has a combination of
4   Hydrocodone and Acetaminophen?
5        A.      Yes; that's correct.
6        Q.      Okay.  Is Hydrocodone,
7   particularly, strong?
8        A.      It's not as strong as the
9   OxyCodone he was on before; but, yes; it's a
10  -- it's a pain pill; I don't -- I don't hand
11  it out wantonly.
12       Q.      Not -- not at all what I'm
13  trying to suggest; I'm just asking --
14       A.      No; I'm trying to answer your
15  question appropriately; it's not the
16  strongest; but it is a pain medication that I
17  give for people who are having, you know,
18  pain beyond an ache.
19       Q.      Okay.  And do you put him back,
20  uh -- you, also, put him on Amrix; I may have
21  that wrong.  Uh, it, also, looks like you
22  prescribed him Amrix on March 13th, 2009
23  (sic); that's on Griffin000712?
24       A.      Yes.
25       Q.      Amrix is a muscle relaxer?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 90

1        A.     A delayed-release Flexeril,
2    which he was on earlier.
3        Q.     Okay.  So is that, like, an
4    extended release --
5        A.     Yeah.
6        Q.     -- where it goes all day?
7        A.     Yeah.
8        Q.     Okay.  Um, and that's something
9    that, uh -- that treats both pain, and muscle
10   spasms?
11       A.     More spasm; but, I mean, the
12   pain -- if you relieve the spasm, it relieves
13   the pain.
14       Q.     Okay.  He was, also, put on
15   Nalfon?
16       A.     Yes; an anti-inflammatory.
17       Q.     Okay.  And that's -- that's
18   designed to treat pain?
19       A.     Yes.
20       Q.     Okay.  And that treats pain,
21   regardless of where it is in the body; if
22   it's the neck; the shoulder; or the back?
23       A.     Correct.
24       Q.     And on Griffin000718, it looks
25   like he's, uh, prescribed -- strike that.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 91

1                On April 8th, it looks like, um,
2      Mr. Griffin was prescribed more Norco; is
3      that correct?
4           A.    Uh, what -- where is that?
5           Q.    I am on, uh, 718.
6           A.    Yes.
7           Q.    And I was looking --
8           A.    Yes; you're correct.
9           Q.    Okay.  And then, on October --
10     I'm sorry.  On April 10th, you, uh,
11     prescribed him the Nalfon again?
12          A.    Yes.
13          Q.    Are you familiar with a -- I
14     don't know if I'm using the right term -- but
15     a phenomenon called "pain masking"?
16          A.    Maybe; go ahead.
17          Q.    Okay.
18          A.    Go ahead and explain what you're
19     asking me; and I'll tell you.
20          Q.    Sure.  Uh, you know, there can
21     be a period of -- like, if you stub your toe,
22     you may not feel a headache for a period of
23     time?
24          A.    Yeah; we call that distracting
25     pain.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 92

1        Q.      Distracting pain.  Okay.  Um, is

2    it possible for a person to, uh, have

3    overwhelming pain in their shoulder, and not,

4    necessarily, feel pain in other parts of

5    their body?

6        A.      Yes; that's possible.

7        Q.      Okay.  Is a, um -- is the type

8    of pain associated with a rotator cuff tear,

9    uh, a significant source of pain?

10       A.      It's uncomfortable.

11       Q.      Is that something that could

12   cause a distraction of pain in other parts of

13   the body?

14       A.      Not generally; but I wouldn't

15   say no, completely.

16       Q.      Okay.  When you examined Mr.

17   Griffin, you performed a Spurling's Test;

18   correct?

19       A.      Yes.

20       Q.      And what is that --

21       A.      What --

22       Q.      -- designed to do?

23       A.      Which visit?  Just so I know

24   where we are.

25       Q.      Sure; I believe that's on Page

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 93

1    719.

2         A.      Okay.

3         Q.      If you go to the report, it's,

4    uh, "Cervical Neck Spine"?

5         A.      Yes.

6         Q.      And it says, on the page,

7    "Cervical Spine Tests/Signs:  Spurling's test

8    positive".  What does that mean?

9         A.      That's manipulating the neck;

10   and seeing if there's is a associated pain

11   with -- because, sometimes, they're

12   radicular; but sometimes referred.

13        Q.      Okay.

14   MR. KHOURY:

15            What date are we on?

16   MR. SHEPPARD:

17            We are on -- let me see the page

18   number; this is April 10th; it's on

19   Griffin000719.

20        Q.      (BY MR. SHEPPARD).  Uh, one of

21   the things that I think you testified to

22   before is that radicular pain, uh, will --

23   can start at the nerve root; and then, I

24   guess, it moves distally?

25        A.      Yes; so we have -- you have --

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 94

1    radicular pain is in the distribution of the

2    nerve root.

3        Q.    Okay.  And it moves from the --

4    the nerve root, uh, through the extremity?

5        A.    Yes.

6        Q.    Okay.  And I believe you

7    testified, earlier, that, uh, you won't

8    always, necessarily, have pain, uh, where the

9    nerve root is; you could have -- or sorry;

10   strike that.

11            I believe you testified,

12   earlier, that you don't always have pain, uh,

13   at the nerve root?

14       A.    Correct.

15       Q.    Okay.  Uh, the pain can, uh,

16   start, uh, distally, from the nerve root as

17   it moves toward the extremity?

18       A.    Um, and I want to answer this

19   correctly.  You're just saying nerve root

20   pain, where does it go?  Is that -- is that

21   what you're asking me?

22       Q.    Could you -- if -- if you don't

23   -- I'll ask it this way.  If you don't feel

24   the -- the, uh, pain in the nerve root, and

25   let's say you feel it in the neck, or

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 95

1    trapezius area (indicating), uh, would that

2    be something that's uncommon?

3         A.    No; that's common.

4         Q.    Okay.  So you could have no pain

5    in the, uh, cervical spine; but you could

6    have pain in the trapezius area (indicating)

7    caused by something in the cervical spine?

8         A.    You could; yes.

9         Q.    Okay.  And I believe you used

10   the term, uh, for the pain for the cervical

11   pain, is that "axial" pain?

12        A.    Axial pain is the pain in the

13   actual spine (indicating neck) itself.

14        Q.    Okay.  Can you have, uh, no

15   axial pain, but still have, uh, pain in the

16   neck (indicating), uh, or the trapezius

17   muscle?

18        A.    Yes; you could.

19        Q.    Okay.  You had asked to perform

20   a cervical MRI of Mr. Griffin?

21        A.    I did.

22        Q.    Uh, was that -- was that denied,

23   or approved?

24        A.    It's not in here; so, obviously,

25   it never got done.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 96

1      Q.      Okay.  I'll let you know that
2  Mr. Griffin, eventually, did get an MRI of
3  the cervical spine; I'll show you a few pages
4  of that (handing to Counsel).
5      MR. SHEPPARD:
6              I'm gonna' hand you what I'll
7  mark as Exhibit Number 3 -- 4.
8          (Whereupon, the instrument referred
9  to was marked BRETT CASEY, M.D. DEPOSITION
10  EXHIBIT NUMBER 4 and is attached to the
11  transcript).
12      MR. SHEPPARD:
13              Uh, this is a record from Baton
14  Rouge Orthopaedic Clinic; it is a MRI of, uh,
15  Mr. Griffin's cervical spine; it's Bates
16  Griffin000086 and 000087 (handing to
17  Witness.)
18      Q.      (BY MR. SHEPPARD).  And --
19      A.      Okay.
20      Q.      At the C4-C5 level, are there --
21  is there any findings?
22      A.      Not much; a little bit of
23  foraminal stenosis.
24      Q.      Okay.  In C5-C6, pretty much the
25  same thing?

Page 97

1          A.      Correct.

2          Q.      Except no foraminal stenosis?

3          A.      Correct.

4          Q.      Okay.  I think the big finding

5    is at C6-C7?

6          A.      Yes.

7          Q.      What does -- what do those

8    findings mean?

9          A.      He's got a disc extrusion; uh,

10   so there's a disc out, and in the canal; and

11   it's, uh, going up and down the cord; it

12   indents the cord; with, uh -- and he's got

13   some arthritis, as well.

14         Q.      Okay.  And the -- the disc

15   material that's, uh, going -- it's going into

16   the canal?  Is that -- am I saying that

17   right?

18         A.      It's in the canal; yeah.

19         Q.      Okay.  And it's -- uh, the

20   material that is, uh, pressing against the

21   cord is 19 millimeters by 8 millimeters by 4

22   millimeters?

23         A.      Yeah; so it's like a --

24         Q.      Small little toy car (indicating

25   with fingers)?

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 98

1        A.      No.

2        Q.      Like those micro-racers

3   (indicating with fingers)?

4        A.       Ha, ha, ha!  Yeah; it's an inch

5   long -- almost an inch long.

6        Q.      Okay.

7        A.       This (indicating with fingers)

8   long; about that (indicating) thick; and

9   about that (indicating) wide.

10       Q.      Okay.  Earlier, you were asked

11  questions about the, uh, EMG study that was

12  done.  Do you remember that?

13       A.      Yes; I do.

14       Q.      Okay.  Um, you weren't provided

15  documents from the -- from one of the doctors

16  that's, currently, treating, um, Mr. --

17       A.      No; I wasn't.

18       Q.      The orthopaedic doctor that's

19  treating Mr. Griffin?

20       MR. SHEPPARD:

21             (Handing to Counsel).  I'll

22  make this Exhibit 5 (Handing to Witness).

23             (Whereupon, the instrument referred

24  to was marked BRETT CASEY, M.D. DEPOSITION

25  EXHIBIT NUMBER 5 and is attached to the

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 99

1    transcript).

2         Q.    (BY MR. SHEPPARD).  This is

3    Bates labeled Griffin000067, 000068, and

4    000069?

5         A.    Yes.

6         Q.    Okay.  The reason I'm asking you

7    some questions about this is, on the -- if

8    you go to the last page, where it says

9    "PLAN"; and it looks like this is written by

10   Dr. David Ferachi.  Are you familiar with

11   him?

12        A.    Yes.

13        Q.    Um, is he a good doctor?

14        A.    Yeah.

15        Q.    Um, you know, would you -- would

16   you adopt the opinions that he would -- that

17   he would, generally, make; or do you --

18        A.    I like --

19        Q.    -- take issue?

20        A.    I like Dr. Ferachi.

21   MR. KHOURY:

22             Object to the form.

23   WITNESS:

24             I think he's an adequate

25   surgeon.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 100

1          MR. SHEPPARD:

2               Okay.

3          Q.    (BY MR. SHEPPARD).  Um, in one

4     of the opinions that he's -- or at least in

5     the "PLAN" -- he says:  "I think there is

6     some component of his pain is coming from the

7     left shoulder pathology status post-surgery;

8     however, I do feel he has a radicular

9     component to his pain".

10               Did I read that correctly?

11         A.    Yes; you did.

12         Q.    Would you have any reason to

13    dispute that?

14         A.    No.

15         Q.    Okay.  Um, is it possible for

16    there to be radicular symptoms in a negative

17    EMG?

18         A.    Yes.

19         Q.    Does that happen -- has that

20    happened in your experience?

21         A.    Yes; it has.

22         Q.    Okay.  Uh, you were asked some

23    questions about, uh, MMI.  Do you remember

24    that?

25         A.    Yes.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 101

1        Q.      MMI doesn't mean pain-free; does
2   it?
3        A.      No; it does not mean that.
4        Q.      Okay.  A person can be improved
5   as they can be, but still be in, uh, a
6   significant amount of pain?
7        A.      Yes.
8        Q.      Okay.  Um, when Dr. Ferachi says
9   that there's, uh, some -- there -- a
10  component of his pain could be coming from
11  his left shoulder pathology, um, is that --
12  do people that go through a rotator, uh, cuff
13  surgery, do they still have pain, sometimes,
14  afterwards?
15       A.      Yes.
16       Q.      Okay.  Um, that's not uncommon,
17  at all?
18       A.      I've had two.
19       Q.      You've, personally, had two --
20       A.      Yeah.
21       Q.      -- rotator cuffs?
22       A.      Things still hurt.
23       Q.      Okay.  Um, so even though Mr.
24  Griffin reached MMI, um, he could still have
25  a component of pain coming from his shoulder,

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 102

1    still?

2         A.    Yes.

3         Q.    Okay.  For the -- at the -- when

4    we were talking about, I believe it was the

5    C-6, C-7 level, do those nerve roots go into

6    the, um, trapezius area of the neck, and the

7    shoulder; and down the shoulder, to the hand?

8         A.    Not, specifically, in those

9    regions; but you can have referred pain

10   there.

11        Q.    You can have referred pain

12   there?  Okay.  And you were asked questions,

13   uh, earlier, about whether or not Mr.

14   Griffin, uh, presented with any radicular

15   symptoms.   I was just curious; uh, 'cause I

16   had noted on the -- I think you would agree

17   that he had some, uh, pain in his, uh,

18   shoulder (indicating); in the, uh, biceps

19   (indicating); and, also, in the hand

20   (indicating).  Would that be indicative of

21   radicular pain?

22        A.    It would be, specifically, the

23   thumb, and the index finger; yeah.

24        Q.    Okay.  And that radicular pain

25   could be coming from the shoulder, or the

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 103

1    neck?

2         A.    Well, if it's true radicular

3    pain, it's not coming from the shoulder.

4         Q.    Okay.  If it's radicular pain,

5    then it's coming from the neck?

6         A.    Yeah; radicular is the pain in

7    the nerve root distribution.

8         Q.    Got it.  So if he's got -- he's

9    got stuff going on in his neck, um, he could

10   have pain -- he could have, like, a burning

11   sensation in his hand?

12        A.    He certainly could.

13        Q.    Okay.  But if he had just pain

14   in his shoulder, he wouldn't have burning

15   sensations in his hand?

16        A.    In general, no; but the body

17   doesn't read the book, so.

18        Q.    Sure.

19        A.    Um.

20        Q.    Um, you were asked questions,

21   specifically, as to whether or not Mr.

22   Griffin could work as a deckhand, um, as it

23   related to his shoulder.  You don't have any

24   opinions whether or not he could work as a

25   deckhand as it relates to pain in his, uh,

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 104

1    neck, or back?

2         A.    No.

3         Q.    If he's still experiencing, uh,

4    shoulder pain, is that something that he

5    should -- could he still continue to work as

6    a deckhand?

7         A.    Yes.

8         Q.    Okay.  Is it possible that a

9    person's, uh, pain could be masked when

10   they're, um, prescribed medication?

11        A.    Absolutely.

12        Q.    Okay.  So if Mr. Griffin was

13   prescribed medication for pain, that would

14   alleviate symptoms throughout the entire

15   body, whether it's the shoulder, or the neck?

16        A.    Yes.

17        Q.    And that could be a reason why,

18   maybe, some days he doesn't experience pain

19   in the neck; right?

20        A.    It could be.

21   MR. SHEPPARD:

22             Okay.  I believe that's, uh, all

23   I have; I appreciate your time.

24   WITNESS:

25             Okay.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 105

```
 1        MR. SHEPPARD:

 2             I'll pass the Witness.

 3        MR. KHOURY:

 4             Lorin, do you have any

 5    questions?

 6        MS. SCOTT:

 7             No; I don't.

 8        MR. KHOURY:

 9             Okay.  Just a couple of follow-

10    up.

11    EXAMINATION BY MR. KHOURY:

12        Q.    I wanted to ask you about

13    something I didn't ask you about in the, um,

14    the records; the Gulf Coast records; it's on,

15    uh, Page 730; it's a letter from you to Mr.

16    Aucoin.

17             Um, and I understand Mr. Aucoin

18    is someone who, on behalf of Mr. Griffin's

19    employer, would arrange for payment of

20    medical treatment.  And is that -- and

21    scheduling of medical treatment.  Is that --

22        A.    Yes; he's kinda' like -- he's

23    the adjustor; I don't know; I know ya'll

24    don't want me to say the "insurance guy";

25    but, I mean, he's the insurance -- he's the
```

Page 106

1    adjustor; so he is -- he's the facilitator

2    between the company and the revenue.

3        Q.    Okay.  And, um, this is dated

4    June 12th of 2019.  So, that was the -- two

5    days after the last day that you saw Mr.

6    Griffin; and I believe -- and you can correct

7    me if I'm wrong.

8            So, in your, um -- your report

9    of June 5th of 2019, you had indicated that

10   you didn't feel the -- Mr. Griffin's neck

11   complaints were related to his boat accident;

12   but you still felt that he needed work-up of

13   his complaints of neck pain?

14       A.    I did; yeah.

15       Q.    Right.  And so, um, I'm assuming

16   this letter to you from Mr. Aucoin was

17   because Mr. Aucoin had asked you, um, to

18   render -- 'cause he was considering whether

19   REC Marine would need to pay for this

20   cervical MRI that you had recommended.

21           And I'm assuming this letter was

22   written to him to respond to him; and ask

23   whether you felt that the -- the

24   recommendation for the cervical MRI was

25   related to the accident on the boat; is that

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 107

1   right?

2        A.     That's correct.

3   MR. SHEPPARD:

4              Object to form.

5        Q.     (BY MR. KHOURY).   Okay.

6        A.     That's right.

7        Q.     All right.   And, um, what -- can

8   you read what you wrote to, uh, Mr. Aucoin in

9   this letter?

10       A.     "Dear Mr. Aucoin:   I am in

11  receipt of your request regarding my opinion

12  as to whether Mr. Griffin's neck condition is

13  related to his shoulder condition.

14  Currently, his shoulder is at maximum medical

15  improvement and he is doing quite well.   He

16  has continued to complain" off and on "of off

17  and on neck pain, but that did not start

18  until well after his initial injury;

19  therefore, based on that information it is my

20  opinion that Mr. Griffin's neck condition

21  although present is not related to his injury

22  on the boat.   Should you have any questions,

23  please feel free to contact me.   Sincerely".

24       Q.     Um, and a few minutes ago, you

25  were asked a couple of questions about a

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 108

1    report from Dr. Ferachi, um, where Dr.

2    Ferachi had mentioned, um, that he felt that,

3    um, Mr. Griffin was continuing to have

4    shoulder pain; but he thought that there was

5    an element of his pain that was, um, coming

6    from radiculopathy; and you were asked

7    whether you have any reason to disagree, um,

8    with Dr. Ferachi's opinion.  And I believe

9    you said no; correct?

10          A.     That's correct.

11          Q.     All right.  Um, but when you

12   answered that question, you weren't, in any

13   way, trying to imply that you feel that any

14   pain in Mr. Griffin's shoulder, um, that was

15   radiculop- -- radiculopathic was related to

16   an incident on the boat; were you?

17          A.     No; I -- at this point in

18   time -- and once again, I want to be clear,

19   'cause I know it's going to trial -- is that

20   his first complaints to me of true neck pain

21   as -- as a work-up were many months after I

22   treated him; and that's basis of that

23   opinion.

24          Q.     Okay.  Mr. Griffin had

25   testified, at a deposition, that he had

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 109

1    consistently, um, prior to having surgery,

2    had reported neck pain; and that it was

3    always told to him that:  "Oh, once we fix

4    your shoulder, the neck pain will go away".

5    Would you disagree with that?

6         A.    Only to the degree that -- and

7    this is in fairness of both sides -- is that

8    the shoulder, and neck, pathology can

9    overlap; and you can treat one; and then:

10   "Oh, well; it didn't get better"; and you

11   have to look at the other.

12        Q.    Okay.  Um, is there any

13   indication, um, in your records, that that

14   was ever mentioned to Mr. Griffin; that:

15   "Whenever your, um, your -- your shoulder is

16   fixed, your neck issues will go away"?

17        A.    No; I wouldn't say that.

18        Q.    Okay.

19        A.    No.

20        Q.    All right.  Because -- and is

21   that because you don't see any indication,

22   until April 10th of 2019, that he had

23   mentioned neck pain to you?

24        A.    Uh, correct; and, also, just --

25   I wouldn't say that; I wouldn't say:  "Well,

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 110

1    your neck pain's gonna' go away"; I just -- I

2    know my practice style; and that's not what I

3    said.

4              Now, that may be how he

5    understand it -- understood it; and there's,

6    certainly, communication blocks, and

7    barriers, that come up between how a patient

8    understands something, and how a doctor says

9    it; but I wouldn't say those, exact, words.

10   Q.    Okay.  Um, and there was -- we

11   went through your records; and, um,

12   immediately prior to the April 10th visit

13   that you saw Mr. Griffin, and he reported --

14   sorry; April 10th of 2019 visit -- where Mr.

15   Griffin reported neck pain to you, um, two

16   days later -- sorry -- two days before his

17   physical therapist had sent you that note,

18   mentioning that Mr. Griffin is complaining of

19   neck pain; and wanted you to evaluate that.

20              Is that the first indication

21   that you had ever had, from the physical

22   therapist, that Mr. Griffin is now

23   complaining of cervical pain?

24   A.    Yes.

25   MR. SHEPPARD:

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 111

1              Object to form.

2         MR. KHOURY:

3              Okay.

4         Q.    (BY MR. KHOURY).  And if the

5    physical therapist had ever asked you, prior

6    to that time, or told you, that:  "Mr.

7    Griffin is now complaining of neck pain",

8    would you have evaluated that complaint?

9         A.    Yes.

10        MR. KHOURY:

11             Okay.  Those are the -- all the

12   questions I have.

13        MR. SHEPPARD:

14             Sure.  Just a couple follow-ups;

15   and, hopefully, get you out of here quick,

16   Doc.  Sorry; I get folksy when I get tired.

17        WITNESS:

18             Yeah; I hear you; you got me,

19   man; I'm here.

20        MR. SHEPPARD:

21             Okay.

22   EXAMINATION BY MR. SHEPPARD:

23        Q.    Going back to, um,

24   Griffin000637; uh, we were talking about the

25   "X" that was on the neck area.  You remember

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 112

1    that?

2         A.     Yes; I do remember.

3         Q.     Okay.  Now, uh, the burning pain

4    from that area.  Uh, fair to say that it --

5    it could be coming from the neck?

6         A.     Once again, there's a couple

7    X's.  You're talking about the Xs on the

8    neck --

9         Q.     I'll be --

10        A.     -- and the trapezius?

11        Q.     I'll be more specific.  The X's

12   on the left neck, and trapezius, area.  That

13   could be pain coming from the spine; correct?

14        A.     Yes.

15        Q.     Okay.  Um, so if Mr. Griffin had

16   indicated, on, uh, this, uh, picture form,

17   where he's experiencing pain; and he marks

18   that as an "X" on the neck, that -- that is

19   -- that's him mentioning pain in the neck

20   area on the first visit; right?

21        MR. KHOURY:

22             Object to form.

23        WITNESS:

24             I'm -- once again, shoulder

25   injuries can go to that, too; that's not on

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 113

1    the neck; that's on the junction of the neck

2    and the shoulder; and, once again, to be very

3    clear, shoulder and neck can overlap.

4          MR. SHEPPARD:

5                Sure.

6          Q.    (BY MR. SHEPPARD).  But that

7    could be a -- the mark that Mr. Griffin put

8    down on this form could be a indication of

9    neck pain?

10         A.      Yes; as I said, yes.

11         Q.      Okay.  And, uh, you were asked

12   about, you know, kind of your -- your

13   speaking style; and you "wouldn't have said

14   those words".  Do you remember that; that

15   line of testimony?

16         A.      Yes.

17         Q.      Okay.  Um, if Mr. Griffin had

18   said he was told that the, uh, shoulder --

19   the shoulder surgery, um, would -- would

20   address the neck pain, is there some version

21   of that that you might say?

22         A.      Not "neck".

23         Q.      Okay.

24         A.      I would have -- I may -- some

25   people -- so, to be clear, some people have

Page 114

1    shoulder injuries; and they have periscapular

2    pain (indicating).

3         Q.      Uh-huh.

4         A.      And who have neck injuries, and

5    they have periscapular pain; so we were

6    operating under the assumption that this was

7    shoulder; and it's all clinical evaluation;

8    and if the patient has an MRI findings with

9    the cuff tear --

10        Q.      Uh-huh.

11        A.      -- you're gonna' make the

12   assumption that:  "Yeah; if it's just a cuff

13   tear, it's gonna' get better when he heals

14   up".

15        Q.      Okay.

16        A.      And if it doesn't -- and it

17   happens a lot -- we evaluate the neck.

18        Q.      Sure.

19        A.      The same goes for the opposite

20   way; if you have a clear neck injury; and the

21   patient has a neck surgery; and he says:

22   "Look, Doc, it feels a little better; but I'm

23   still having this pain", then you look at the

24   shoulder.

25        Q.      Okay.  Would you have let Mr.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 115

1    Griffin know that it, or suggested that, um,

2    repairing the shoulder could alleviate the

3    neck pain symptoms?

4            A.      I wouldn't say "neck pain".

5            Q.      Okay.  Or --

6            A.      I would say -- I would say the

7    "periscapular pain" --

8            Q.      Periscapular pain?

9            A.      -- could be it; yes.

10           Q.      Okay.  Got it.  Well -- and how

11   would you have explained periscapular to him?

12           A.      I would have said:  "The pain

13   you're having in your shoulder".

14           Q.      Okay.  Would it be -- would you

15   point to any particular area?

16           A.      No; I would have just told

17   him --

18           Q.      Okay.

19           A.      -- you know, I mean, "You're

20   having a shoulder problem; you have a cuff

21   tear"; a lot of people have pain all around

22   that area.

23           Q.      Sure.

24           A.      If you fix it, and it heals up,

25   it, generally, goes away.

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 116

1          Q.      Would you say it might have

2    addressed the pain that he was feeling in the

3    neck/trapezius area?

4          A.      Yeah.

5          MR. SHEPPARD:

6                  Okay; all right.  I think that's

7    mine; I pass the Witness.

8          MR. KHOURY:

9                  Sorry; one final question.

10         WITNESS:

11                 Yes.

12    EXAMINATION BY MR. KHOURY:

13         Q.      Um, you were shown this MRI

14    report, um, that had a finding at, um, C-6 to

15    C-7 of central disc extrusion with annular

16    fissure.  So that was, um -- this exam date,

17    the MRI, was January 31st of 2020.

18                 Um, as you know, Mr. Griffin is

19    claiming that his injuries on the boat

20    occurred on some time in May of 2018.  If Mr.

21    Griffin's contention is that this central

22    disc extrusion occurred on the boat in May of

23    2018, if he was going to be symptomatic from

24    that, would you expect that he would have

25    reported neck pain to you some time before

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 117

1    April 10th of 2019; eleven months later?

2         MR. SHEPPARD:

3              Object to form.

4         WITNESS:

5              Yes.

6         MR. KHOURY:

7              All right.  That's all.

8         VIDEOGRAPHER:

9              That's it?  This concludes

10   today's deposition.  We're off the record.

11

12

13

14

15     (Whereupon, the deposition was concluded).

16

17

18

19

20

21

22

23

24

25

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 118

1

2                    REPORTER'S CERTIFICATE

3

4            This certification is valid only for

5    a transcript accompanied by my original

6    signature and original required seal on this

7    page.

8

9            I, KATHY A. MARTINY, Certified Court
     Reporter, State of Louisiana, as the officer
     before whom this testimony was taken, do
10   hereby certify that BRETT E. CASEY, M.D.
     after having been duly sworn by me upon
11   authority of R.S. 37:2554, did testify as
     hereinbefore set forth in the foregoing 118
12   pages; that this testimony was reported by me
     in the electronic reporting method, was
13   prepared and transcribed by me or under my
     personal direction and supervision, and is a
14   true and correct transcript to the best of my
     ability and understanding; that the
15   transcript has been prepared in compliance
     with transcript format guidelines required by
16   statute or by rules of the board, that I have
     acted in compliance with the prohibition on
17   contractual relationships, as defined by
     Louisiana Code of Civil Procedure Article
18   1434 and in rules and advisory opinions of
     the board; that I am not related to counsel
19   or to the parties herein, nor am I otherwise
     interested in the outcome of this matter.

20

21

22

23   _____

24        KATHY A. MARTINY, CSR
          STATE OF LOUISIANA

25

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

**A**

**a-half-milligra...** 77:19
**abdomen** 23:19 23:20,21
**abduction** 72:19 73:10,15 74:8
**ability** 118:14
**able** 69:7 74:21 85:23
**above-mentio...** 6:3
**Absolutely** 62:7 104:11
**acceptable** 33:11
**accident** 15:24 40:22 41:7 44:17 46:22 106:11,25
**accidents** 25:20 41:4,7
**accompanied** 118:5
**accomplished** 13:23
**accuracy** 58:21
**accurate** 22:17 76:10
**Acetaminophen** 77:20 89:4
**ache** 89:18
**acted** 118:16
**ACTION** 1:6
**active** 32:14
**actively** 29:22
**actual** 26:22 42:16 95:13
**acute** 60:21,21 60:24 61:12
**Adam** 14:4
**add** 76:14
**additional** 14:14
**additionally**

76:22
**address** 113:20
**addressed** 116:2
**adequate** 99:24
**adjustor** 68:16 68:21 105:23 106:1
**administering** 5:24
**admission** 15:23
**adopt** 99:16
**advise** 36:20,21
**advisory** 118:18
**affiliated** 14:5
**aforementioned** 5:5
**ago** 34:7 107:24
**agree** 43:6 102:16
**agreed** 5:3
**agreeing** 73:24 74:4
**agreement** 63:9
**ahead** 91:16,18
**al** 1:12 6:10
**Alert** 70:6
**alleviate** 104:14 115:2
**allow** 77:6
**allowed** 5:7
**allows** 84:19
**Ambien** 85:17 85:19,25
**American** 3:8 9:17
**amount** 78:4 101:6
**Amrix** 89:20,22 89:25
**anchor** 76:20 82:14
**anchors** 76:19
**angle** 40:4
**annular** 116:15
**answer** 5:17

8:15 69:7 89:14 94:18
**answered** 108:12
**anterior** 15:12 59:15,16,23
**anti-inflamma...** 40:13
**anti-inflamma...** 66:3 90:16
**anybody** 58:21
**anymore** 25:5
**anyway** 27:21 43:22
**apologize** 18:12
**appear** 86:25 87:6
**appearance** 6:23
**APPEARAN...** 2:1 3:1
**appears** 67:10
**appointment** 38:15
**appreciate** 104:23
**appropriately** 89:15
**approval** 44:19
**approved** 13:1 68:13 70:19 95:23
**approximately** 40:24
**April** 38:8,15,24 41:6 42:10 47:16 91:1,10 93:18 109:22 110:12,14 117:1
**area** 16:18 42:17 43:5 59:13 79:19 95:1,6 102:6 111:25 112:4,12,20 115:15,22

116:3
**arm** 23:16 32:18 72:7,9,21 73:13 84:22
**arms** 37:3 49:10
**arrange** 105:19
**arrived** 38:14
**arthritic** 25:14
**arthritis** 25:16 97:13
**arthroscopy** 24:18 75:21
**Article** 5:7 118:17
**ascertain** 88:17
**aside** 47:20
**asked** 38:18 50:24 58:24 88:22 95:19 98:10 100:22 102:12 103:20 106:17 107:25 108:6 111:5 113:11
**asking** 35:1 50:23 62:8 89:13 91:19 94:21 99:6
**asleep** 85:20,23
**aspect** 15:17 39:6 55:14,17
**assess** 32:22
**assessment** 23:25 33:1
**associated** 11:22 75:16 92:8 93:10
**assuming** 14:15 16:21 21:1 36:14 49:6 54:4,24 106:15 106:21
**assumption** 114:6,12
**attach** 81:19

**attached** 9:4 10:13 52:5 96:10 98:25
**attaches** 81:16 81:20
**attended** 29:8
**Attorneys** 2:4,10 2:15,22 3:5,12
**Aucoin** 12:22 69:12,15,15,17 69:19 105:16 105:17 106:16 106:17 107:8 107:10
**authority** 118:11
**available** 65:5,6 66:17,24
**await** 44:19
**aware** 68:19 69:21
**axial** 39:6,9,11 55:14 95:11,12 95:15
**axis** 39:12

**B**

**Bachelor** 9:9
**back** 19:8,23 20:21 25:7 28:4,11,14,19 30:13 34:1,10 34:16 37:11 39:12 40:1 42:6,23 44:12 44:22 46:6,8 46:10 47:7,10 48:2 53:14 54:16,20 59:20 60:10,12 65:3 66:14 72:12,14 79:25 80:21 88:22 89:19 90:22 104:1 111:23

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 120

**background** 9:7
9:15 68:19
69:20
**bad** 86:21
**ball** 84:24 85:7
**barriers** 110:7
**based** 39:19
40:8 41:9 49:6
54:19 56:5
107:19
**basically** 22:23
23:5
**basis** 41:17
108:22
**basket** 13:20
18:19
**Bates** 4:11,15,20
4:24 96:15
99:3
**Baton** 4:15,19
4:23 52:9,9,16
56:24 96:13
**battery** 13:17
**Baylor** 9:13
**bef-** 38:10
**begun** 33:4
**behalf** 6:25
105:18
**believe** 11:15,17
12:10 14:10
22:9 31:12
35:16 40:20
41:11 52:16
57:13 64:14
92:25 94:6,11
95:9 102:4
104:22 106:6
108:8
**believes** 86:7
**benefit** 22:25
**Bergeron** 3:15
**berm** 25:12
**best** 118:14
**better** 34:6
35:25 40:15

77:1 109:10
114:13,22
**beyond** 89:18
**biceps** 16:17
24:23 25:4
59:15,16,19
76:1 81:9,12
81:15,24 82:1
102:18
**biceps/triceps**
59:13,18
**big** 72:16 97:4
**billing** 71:19
**bit** 16:4 17:9
32:23 36:1
62:24 96:22
**blade** 79:25
**blade'll** 80:4
**bleeding** 76:14
76:21
**blocks** 110:6
**blood** 48:18 77:2
77:3 84:23
**Blurred** 57:18
**board** 9:16,17
118:16,18
**boat** 11:9 18:20
40:23 106:11
106:25 107:22
108:16 116:19
116:22
**body** 81:6 90:21
92:5,13 103:16
104:15
**bone** 25:7 48:20
76:6,16,23,24
77:5 81:4,16
81:20
**bone's** 76:23
**bony** 25:10
**book** 103:17
**border** 40:2
**bottom** 10:17,19
19:10 70:24
**Bourgeois** 29:17

**box** 13:20 17:22
19:11 61:14
**brace** 29:24 84:7
**brachial** 53:24
**brand** 65:25
**Brett** 1:18 4:6,8
4:9,13,17,22
6:8 9:3 10:12
52:4 96:9
98:24 118:10
**Brian** 1:10
52:15
**briefly** 39:9
**bruising** 61:22
**burning** 15:13
59:9 103:10,14
112:3

---

**C**

**C-6** 102:5
116:14
**C-7** 102:5
116:15
**C.V** 9:1,21
56:15,19,21
**C4-C5** 96:20
**C5-C6** 96:24
**C6-C7** 97:5
**call** 12:17 16:14
80:11 88:20
91:24
**call-in** 12:16
**called** 8:7 13:8
49:18 91:15
**canal** 97:10,16
97:18
**capable** 48:1
**capacity** 34:9
**capsule** 80:14
**capsulitis** 80:8
**car** 97:24
**care** 13:10 25:15
68:17 73:25
**careful** 37:21
**cartilage** 25:3

**case** 6:9 12:21
21:2 30:24
**cases** 30:19,21
30:21,25 51:9
51:18,19
**Casey** 1:18 4:6,8
4:9,13,17,22
6:8 8:5 9:3
10:12 27:2
52:4 96:9
98:24 118:10
**cause** 10:17
12:10,22 13:7
14:22 22:1
25:21,25 43:18
45:3 49:9
59:19 68:25
92:12 102:15
106:18 108:19
**caused** 26:4 50:1
55:25 61:15
95:7
**causes** 60:6,6,16
**causing** 40:7
48:23 50:12
51:15
**Center** 3:8
**centimeter**
25:15
**central** 39:12
55:17 116:15
116:21
**Centre** 2:18
**certain** 55:25
**certainly** 71:21
103:12 110:6
**CERTIFICATE**
118:2
**certification**
5:13 118:4
**certified** 3:18
5:22 6:3 9:17
9:21 10:1,3
118:8
**certify** 118:10

**cervical** 4:19
38:17 42:17
46:21 48:8,11
48:14 49:8,18
50:1,11,17,25
51:14 53:23
55:8,15,25
93:4,7 95:5,7
95:10,20 96:3
96:15 106:20
106:24 110:23
**change** 7:7
**Changes** 86:6
**check** 37:17
**chemical** 48:19
**chest** 18:21,22
37:3
**Chief** 17:13
**Cincinnati**
14:11
**circle** 59:14,18
**circles** 16:16
**Civil** 1:6 5:8
118:17
**claiming** 116:19
**clarification**
61:1
**clarify** 18:24
**clavicle** 25:13
75:23
**clean** 24:21
**cleaned** 79:21
**clear** 61:19 63:4
108:18 113:3
113:25 114:20
**cleared** 64:5
**client** 63:18
**clinic** 4:15,19,23
10:10 11:14
46:15 52:9,10
52:16 56:25
96:14
**clinical** 114:7
**cloned** 37:16,18
**close** 21:15

55:16 80:2
clot 84:23
clue 31:3
coaching 22:3
Coast 1:20 4:11
  10:9 11:23
  56:23 105:14
Code 5:8 118:17
cold 84:17,17
college 9:7 85:4
column 39:15
  48:16,17
combination
  89:3
come 24:22
  45:24 46:14
  49:8 62:5 77:2
  77:4 110:7
comes 34:2
  40:12
coming 20:25
  29:23 42:22
  48:15,17 54:16
  100:6 101:10
  101:25 102:25
  103:3,5 108:5
  112:5,13
commencing
  1:22
common 95:3
communication
  110:6
comp 30:23,25
  31:3
company 8:6
  63:9 106:2
Compensation
  44:20
complain 83:13
  107:16
complained 23:5
  33:21
complaining
  39:3 44:10
  110:18,23

111:7
complaint 17:13
  20:5 21:4
  111:8
complaints 23:3
  31:19 44:18
  47:21 50:16
  106:11,13
  108:20
complete 43:19
completed 23:9
completely
  92:15
compliance
  118:15,16
component
  100:6,9 101:10
  101:25
compresses
  84:21
compression
  84:17
computer 22:20
  37:23 67:17
concerning 4:11
  4:15
concluded 52:13
  117:15
concludes 117:9
concluding 1:22
conclusion
  53:18,21 86:9
condition 13:13
  21:3 80:13
  81:15 107:12
  107:13,20
conditions 81:25
conduction
  52:17 53:19,20
  54:16
confirm 19:25
conjunction
  29:17 50:21
  51:3 81:24
connection 8:7

14:16 19:19
consider 33:6
considering
  106:18
consisted 71:4
consistent 26:23
consistently
  109:1
contact 107:23
contains 34:19
contention
  116:21
continually 88:4
continue 38:4
  42:7 63:7
  79:12 86:9
  104:5
continued 3:1
  23:6 31:22
  107:16
continuing
  35:15 108:3
continuously
  10:3
contractual
  118:17
Contrast 4:19
cooperative 70:7
copy 8:25
cord 97:11,12,21
correct 12:3
  13:6,24 15:7
  16:11,19 17:12
  18:8 23:1
  27:11 29:15
  30:4 31:13
  33:14 35:3,8
  35:16,17,21
  38:24,25 42:18
  43:11 46:23,24
  47:19 49:11,15
  49:16 56:7,8
  60:1 61:8
  62:13 66:4,7
  66:15 67:1

68:3 70:7 71:2
  71:8 73:22
  74:8,16 77:9
  77:10,22 81:2
  81:7,10,13
  83:16,18,19,21
  83:22 85:17,21
  86:16 87:16
  89:5 90:23
  91:3,8 92:18
  94:14 97:1,3
  106:6 107:2
  108:9,10
  109:24 112:13
  118:14
correctly 88:12
  94:19 100:10
correlate 16:5
corresponds
  20:5 22:13
counsel 5:4 6:11
  96:4 98:21
  118:18
couple 27:20
  29:9 34:7 48:7
  52:21,24 105:9
  107:25 111:14
  112:6
course 23:10
Court 1:2 3:18
  5:23 6:3 118:8
covered 62:19
cracking 76:24
cramping 58:4
creating 77:1
Crepitus 15:14
CSR 3:18 5:22
  118:24
cuff 17:2 20:8
  23:23 24:8
  25:6,7 30:7
  33:8,10 35:7
  36:15 75:24
  76:13 77:5
  82:4 92:8

101:12 114:9
  114:12 115:20
cuff's 32:23
cuffs 101:21
curious 102:15
currently 10:1
  98:16 107:14
Curriculum 4:8
curves 25:11
cut 24:22 80:4
Cyclobenzapr...
  64:14,18

D
damaged 81:16
  81:19
Daniel 2:5 6:14
data 17:20
date 13:23 17:6
  27:14 29:1
  30:2 31:11,17
  31:19 33:14,20
  35:23 38:4,8
  39:2 40:11
  41:20 42:1
  43:13,14 44:10
  46:20 47:5,22
  87:18 93:15
  116:16
dated 4:20 106:3
DATES 13:15
David 4:24
  99:10
day 1:21 6:7
  12:19 20:14
  31:20 77:24
  78:1 84:4 90:6
  106:5
days 13:19
  18:18 38:23
  67:11 77:24
  78:2 83:25
  84:4 104:18
  106:5 110:16
  110:16

**deal** 72:16
**Dear** 107:10
**debrided** 79:19
**debridement** 24:20 75:22
**December** 4:23 31:13
**deckhand** 48:2 103:22,25 104:6
**decompression** 75:23
**decrease** 84:19
**Defendant** 6:17
**Defendants** 1:13
**defined** 118:17
**definitely** 20:5 30:18
**degenerative** 44:15 81:18
**degree** 9:9 72:23 109:6
**degrees** 29:23 72:25 73:1,8
**delayed-release** 90:1
**deliver** 49:2
**deltoid** 59:15,17 59:22,23
**denervation** 54:18
**denied** 95:22
**depending** 73:10
**deposition** 1:18 4:6,9,13,17,22 5:5,18 6:8 9:3 10:7,12 52:4 56:13 96:9 98:24 108:25 117:10,15
**describe** 13:14 39:8,23 48:10 82:7
**description** 13:13 32:3

54:12
**Descriptive** 31:6
**designed** 90:18 92:22
**desk** 16:1
**determine** 25:1 27:5 56:1 63:20
**determines** 56:3
**determining** 26:3
**develop** 25:18 25:21
**device** 79:24 84:21
**diagram** 16:14
**dictated** 19:14
**dictation** 67:19
**different** 10:19 24:23 43:14 44:3 54:9,13 65:6 81:5 82:16 85:1
**differently** 59:3
**difficulty** 36:17 58:3 60:7 62:15
**diffuse** 34:4
**direct** 74:15
**direction** 118:13
**directions** 86:10
**disagree** 108:7 109:5
**disc** 44:15 48:20 97:9,10,14 116:15,22
**discomfort** 36:13 37:5 38:18
**discussion** 45:20 53:9
**disease** 44:15
**dispute** 100:13
**distal** 75:23
**distally** 93:24

94:16
**distracting** 91:24 92:1
**distraction** 92:12
**distribution** 48:23 49:3 94:1 103:7
**DISTRICT** 1:2 1:3,9
**dizzy** 58:9 60:17 62:9
**Dobard** 3:14
**Doc** 111:16 114:22
**doctor** 8:5 98:18 99:13 110:8
**doctors** 62:5 98:15
**documents** 57:13 98:15
**doing** 22:5,24 26:7 27:15 29:20 31:16 32:4 33:12,20 35:22 43:12 44:6 69:1 71:15 107:15
**dosage** 67:3 77:19,20
**dosages** 65:6
**dose** 65:10
**dot** 78:13,19,22
**double** 57:18 71:11 82:5
**download** 67:24
**Dr** 6:8 15:21 16:7 27:1 52:15 54:25 99:10,20 101:8 108:1,1,8
**dream** 74:24
**Dremel** 25:12
**Drew** 69:12
**drill** 76:18

**drug** 66:3 89:2
**dsheppard@...** 2:9
**duly** 6:2 118:10
**Duration** 71:1
**duties** 63:4 87:12
**duty** 63:8,14 64:5 75:7
**DVT** 84:8,9,21

E

**E** 1:18 2:5 4:8 118:10
**E-mail** 2:9,21 3:11
**earlier** 36:6 43:19 67:16 90:2 94:7,12 98:10 102:13
**early** 33:2 37:17
**edge** 77:5
**educational** 9:7
**either** 50:14 76:22
**elbow** 73:2
**electrical** 55:2 71:6,6
**electronic** 118:12
**element** 108:5
**elements** 77:4
**eleven** 40:24 117:1
**em** 23:20 32:5 37:17 44:25 45:23 46:13,18 88:9
**EMG** 52:23 54:8 54:10,17 98:11 100:17
**EMG/nerve** 52:17 53:20
**employee** 63:10
**employees** 8:9

**employer** 63:18 105:19
**Energy** 2:18
**entered** 67:10
**entire** 104:14
**entitled** 6:9
**entity** 14:21
**ERIN** 1:13
**error** 18:1 71:11
**especially** 8:12
**ESQUIRE** 2:5 2:16 3:6
**et** 1:12 5:7 6:10
**evaluate** 13:9 38:19 110:19 114:17
**evaluated** 111:8
**evaluation** 71:4 114:7
**event** 46:19
**eventually** 96:2
**everybody** 14:22
**evidence** 5:20 53:22
**exact** 110:9
**exactly** 50:23 71:13
**exam** 20:3 116:16
**examination** 4:1 4:2,3 8:4 19:25 32:2 34:20 37:14 40:9 42:15,16 43:5 57:9 105:11 111:22 116:12
**examine** 42:24
**examined** 6:4 92:16
**example** 67:8
**excellent** 32:14
**excision** 75:23
**exercises** 71:7,10 71:16
**Exhibit** 4:6,9,13

4:17,22 9:4
10:13 43:24
52:5 56:12,21
56:23,25 96:7
96:10 98:22,25
**EXHIBITS** 4:5
**expect** 43:4
116:24
**expected** 35:13
36:3
**expedite** 12:19
**experience**
79:12 100:20
104:18
**experiencing**
38:14 40:8
51:1,14 55:20
55:23 104:3
112:17
**explain** 84:8
91:18
**explained** 67:16
115:11
**extended** 90:4
**Extension** 72:10
**Extension's**
72:16
**extensive** 79:16
**External** 74:20
**extremities**
49:10
**extremity** 34:3
50:19,20 53:25
55:23 94:4,17
**extrusion** 97:9
116:15,22

**F**

**faced** 59:5
**facilitator** 106:1
**facility** 11:22
14:5 21:17
**fair** 16:18,22
26:6 54:6
64:11,21 66:25

71:23 112:4
**fairness** 109:7
**fall** 72:4 85:20
85:23
**familiar** 91:13
99:10
**far** 20:1 31:16
32:11
**February** 1:21
6:7
**feedback** 55:2
**feel** 48:1 91:22
92:4 94:23,25
100:8 106:10
107:23 108:13
**feeling** 34:24
61:2 65:17
116:2
**feels** 40:14
114:22
**Felipe** 2:6
**felt** 106:12,23
108:2
**Ferachi** 4:24
99:10,20 101:8
108:1,2
**Ferachi's** 108:8
**fifteen** 66:18,25
**fifteen-milligr...**
67:3
**filed** 8:8
**filing** 5:12
**filled** 12:1 14:15
15:1,3,4
**fills** 12:6 38:1
**final** 47:17 116:9
**finding** 97:4
116:14
**findings** 16:5
44:16 46:21
56:6 96:21
97:8 114:8
**fine** 86:23
**finger** 102:23
**fingers** 97:25

98:3,7
**fingertips** 49:15
**fire** 13:18
**first** 6:2 7:1
11:13 12:13
17:6,11,12
18:3,16 19:20
22:10 27:19
40:16 42:12
45:9 56:11
59:17 62:25
64:12 66:11
67:8 70:13
79:2 108:20
110:20 112:20
**fissure** 116:16
**FitzGerald** 74:1
**five** 65:7
**fix** 25:3 109:3
115:24
**fixed** 25:24
109:16
**flat** 82:17
**Flexeril** 90:1
**Flexion** 71:25
**flip** 28:24
**flipping** 28:14
**Floor** 3:8
**foam** 84:24
**folksy** 111:16
**follow-** 22:23
105:9
**follow-up** 29:24
**follow-ups** 31:25
111:14
**following** 39:14
62:10,25 77:7
**follows** 6:4
**football** 85:4
**foraminal** 96:23
97:2
**fore-** 31:19
**forearm** 32:19
**foreflexing**
29:22

**foregoing**
118:11
**forget** 8:14
**forgot** 28:2 42:9
**form** 5:16 7:16
12:6 41:15
47:1 50:3 51:6
51:21 87:10
99:22 107:4
111:1 112:16
112:22 113:8
117:3
**formalities** 5:10
5:12
**format** 118:15
**former** 8:8
**forth** 80:1
118:11
**forward** 57:8
58:23
**found** 22:20
79:16
**four** 13:20 70:22
78:1
**fourteen** 77:24
78:2 83:25
**fracture** 76:5,6
**frame** 32:1
**fraying** 79:16
**free** 107:23
**Frequency**
70:25
**Frequent** 58:8
**friends** 79:4
85:3
**front** 23:19
25:10
**frozen** 80:11
**full** 29:12 31:19
31:20 32:8,13
34:3 44:7
56:22 63:13,14
**function** 82:23
**Functional** 71:5
**fussing** 79:8

**G**

**G** 4:24
**general** 48:9,11
54:11 61:2,19
62:1 63:17
103:16
**generally** 17:22
68:16 92:14
99:17 115:25
**generated** 67:17
**generic** 19:6
**getting** 35:24
68:17
**girdle** 33:10
**girls** 15:25
**give** 7:25 8:14
8:15 13:15
32:2 52:20
54:11 88:9
89:17
**glad** 43:23
**go** 10:21 11:11
11:12 19:7
24:5 28:4 36:4
42:6 45:4 46:6
48:21 53:2
57:10 62:20
70:20,23 73:17
76:7 80:5,21
83:11 86:3,5
87:14 88:6
91:16,18 93:3
94:20 99:8
101:12 102:5
109:4,16 110:1
112:25
**goal** 74:22
**Goals** 74:4,7,15
**God** 8:1
**goes** 10:16 49:1
82:16 90:6
114:19 115:25
**going** 19:2 30:8
48:2 58:23

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

67:6 76:25
97:11,15,15
103:9 108:19
111:23 116:23
**gonna'** 8:12,13
8:20 11:10,11
11:11,16 17:4
27:20 32:8
34:18 51:25
56:11 61:10,21
62:20 63:21
68:24 69:4
78:14 96:6
110:1 114:11
114:13
**good** 27:23
29:23 31:21
32:13 63:17
68:16 73:15
74:12 86:8,15
86:20 99:13
**gotten** 88:25
**GREENBAUM**
2:14
**Griffin** 1:6 2:10
4:11,15,24 6:9
6:15 8:9 10:20
11:5 12:1
14:15 15:5
17:7 18:3
19:25 20:18
22:8 24:12
25:19 27:3,9
29:7,14 30:9
31:12 33:20
34:13 35:19
37:7 38:23
39:1 40:17
41:22 43:2,9
47:6,10,15
49:23 52:10
55:20 57:11,12
58:12 61:11
62:8 63:1 64:5
64:14 65:9

67:9 70:1
74:14 75:4,11
75:20 77:8
83:6 85:22
86:20,25 88:14
91:2 92:17
95:20 96:2
98:19 101:24
102:14 103:22
104:12 106:6
108:3,24
109:14 110:13
110:15,18,22
111:7 112:15
113:7,17 115:1
116:18
**Griffin's** 16:17
23:3 28:8,16
38:13 47:22
70:5 73:25
86:15 87:12
96:15 105:18
106:10 107:12
107:20 108:14
116:21
**Griffin000067**
4:24 99:3
**Griffin000069**
4:25
**Griffin000086**
4:20 96:16
**Griffin000087**
4:20
**Griffin000625**
4:12
**Griffin000629**
13:4
**Griffin00063**
15:2
**Griffin000634**
15:2
**Griffin000636**
57:14
**Griffin000637**
58:24 111:24

**Griffin000640**
62:24
**Griffin000641**
17:5
**Griffin000643**
18:24 64:15
**Griffin000644**
68:5
**Griffin000647**
70:3
**Griffin000649**
70:23
**Griffin000651**
73:19
**Griffin000653**
75:6
**Griffin000659**
22:14 75:13
**Griffin000679**
83:8
**Griffin000682**
84:6
**Griffin000683**
85:10
**Griffin000707**
86:3
**Griffin000709**
87:9
**Griffin000711**
85:16 87:15
**Griffin000712**
89:23
**Griffin000715**
38:11
**Griffin000718**
90:24
**Griffin000719**
93:19
**Griffin000736**
4:12
**Griffin001048**
4:16 52:1
**Griffin001051**
53:18
**Griffin001054**

54:2
**Griffin001058**
4:16 52:2
**ground** 62:20
**guess** 13:4 15:1
16:14 22:23
33:7 73:18
93:24
**guidelines**
118:15
**GUILLOT** 2:13
**Gulf** 1:20 4:11
10:9 11:22
56:23 105:14
**guy** 12:24 13:8
32:19 68:23
105:24
**guys** 12:17 87:4

**H**
**ha** 7:12,12,12
18:11,11,11
60:8,8,8 77:15
77:15,16 85:8
85:8,8 86:2,2,2
86:24,24,24
98:4,4,4
**hairs** 48:15
**half** 66:17,24
77:15
**hand** 7:23 18:21
24:3,4 51:25
55:24 59:4
89:10 96:6
102:7,19
103:11,15
**handed** 8:25
10:8
**handing** 52:8
96:4,16 98:21
98:22
**hands** 48:16
**hang** 28:24
**happen** 100:19
**happened** 12:21

15:25 16:1
40:23 100:20
**happens** 114:17
**hard** 32:5 36:23
**hardest** 36:24
**hauling** 18:19
**he'll** 15:25 24:3
24:4 86:8
**head** 39:7
**headache** 91:22
**headaches** 58:8
60:17 62:9
**headed** 58:9
**healing** 32:9
77:4,4,6
**heals** 114:13
115:24
**health** 62:1
**hear** 8:20 111:18
**hearing** 45:21
53:10
**help** 8:1
**helped** 43:24
**helps** 65:16,16
65:19 85:19,19
**hereinbefore**
118:11
**hereto** 5:4
**highest** 67:3
**history** 11:13,21
15:9,19 16:6
36:7 57:11
83:12
**hit** 13:18
**hitch** 18:7,16
**hitting** 15:16
**hold** 23:16,18,20
**holding** 37:3
**hole** 82:9
**home** 21:15
**honest** 21:22
32:24
**HONORABLE**
1:10,13
**hook** 79:24

**hopefully** 111:15
**Houma** 1:19
**hours** 78:16
  83:24
**Houston** 2:7
**humeral** 75:25
**humerus** 76:6
**hurry** 86:11
**hurt** 18:15 42:4
  78:8 88:7
  101:22
**hurting** 78:5,9
**hurts** 35:2 39:25
**Hydrocodone**
  89:4,6

**I**

**Iceman** 84:8,9
  84:16
**identified** 52:1
  56:22,24 57:1
**identify** 6:11
**Illness** 36:8
  83:12
**imaging** 14:10
**immediately**
  110:12
**immobilizer**
  30:3
**Impairments**
  86:6
**imply** 108:13
**improved** 33:24
  42:6 101:4
**improvement**
  27:6 44:9
  107:15
**improving** 32:21
  44:8
**inch** 98:4,5
**incident** 61:13
  62:10 108:16
**incidental** 44:16
**incision** 83:14
**included** 21:10

**includes** 49:13
**including** 33:24
**Increased** 15:15
**indents** 97:12
**independent**
  26:2,11 87:3
**independently**
  26:3
**index** 4:1 102:23
**indicate** 58:25
**indicated** 106:9
  112:16
**indicates** 57:21
  58:7 59:11
**indicating** 17:23
  23:16,18,19,22
  24:3,5,6 32:18
  32:19,20 37:3
  39:12 40:1,3,4
  43:23 48:16,17
  55:15,17 56:15
  59:8 72:7,9,12
  72:21,24 73:2
  73:4,5,7,13
  75:2,3 84:22
  95:1,6,13,16
  97:24 98:3,7,8
  98:9 102:18,19
  102:20 114:2
**indication** 40:6
  49:22 109:13
  109:21 110:20
  113:8
**indicative** 60:9
  102:20
**induce** 65:14
**infection** 27:19
  83:15
**inflamed** 80:15
**inflammation**
  17:3 24:21
  66:6
**information**
  16:4 107:19
**initial** 25:18

107:18
**initially** 20:17
**injection** 20:13
  21:8
**injuries** 112:25
  114:1,4 116:19
**injury** 13:14
  60:6,16,18
  61:5,10,15
  62:2,12,17
  81:17 107:18
  107:21 114:20
**inside** 24:19
  40:3 80:3,5
**Inspection/Pal...**
  34:23
**instance** 36:15
  50:11
**instances** 18:6
  18:16
**instructed** 84:3
**instrument** 9:2
  10:11 52:3
  96:8 98:23
**insurance** 68:23
  69:2,8 105:24
  105:25
**interested**
  118:19
**Internal** 74:13
**interspersed**
  21:11
**intra-articular**
  24:20 75:22
**involves** 81:4
**involving** 53:25
**irritants** 48:19
**issue** 19:7 47:21
  49:7 55:25
  99:19
**issues** 25:22
  35:10 39:21
  48:8 85:23
  109:16
**it'll** 70:24 80:3

**J**

**J** 4:24
**JACKSON** 1:11
**jam** 37:2
**January** 33:17
  85:15 116:17
**Joel** 29:17
**JOHNSTON**
  2:13
**joint** 57:21,24
  79:17 80:14
**JUDGE** 1:9,12
**July** 12:12 63:1
  64:3 67:9 68:5
  75:5
**jump** 57:8 62:23
**junction** 60:3
  113:1
**June** 11:15 12:2
  13:24 43:9
  47:5,18,23
  106:4,9
**Jury** 39:9 48:11
  82:8
**Jury's** 8:20

**K**

**Karl** 4:20
**Kathy** 3:18 5:22
  7:4 118:8,24
**keep** 63:7,8
**Khoury** 2:16 4:2
  6:16,17,21
  7:18 8:4,6,24
  9:6 10:6,15,25
  41:16 45:14
  46:5,17 47:2,4
  50:8,10 51:10
  51:12,22 52:7
  52:14 53:1,6
  53:15,17 56:10
  56:16,20 62:19
  93:14 99:21
  105:3,8,11
  107:5 111:2,4

111:10 112:21
  116:8,12 117:6
**kind** 11:10,12
  16:4 24:20,21
  25:11 32:2
  34:24 37:2
  38:2 39:14
  48:15 59:12
  61:12 71:11
  82:17 113:12
**kinda'** 87:4
  105:22
**knots** 82:13
**know** 8:9 11:2
  12:9,16,22
  15:24 22:2
  23:13 25:18,25
  29:19 31:1,8
  32:7,12 35:6
  36:9 42:11,16
  44:23 45:1,7
  50:22 55:19,22
  59:3 60:20,21
  61:6 64:5 67:8
  68:15 69:16
  71:12,14 76:19
  80:10 86:7
  87:4 88:21
  89:17 91:14,20
  92:23 96:1
  99:15 105:23
  105:23 108:19
  110:2 113:12
  115:1,19
  116:18
**knowledge**
  30:12
**known** 49:4
**Kristian** 3:14
**Kyle** 2:16 6:17
  7:16 8:5
**Kyle.Khoury...**
  2:21

**L**

**L** 5:1
**L.L.C** 1:12 2:23
  2:24 6:10
**labeled** 10:20
  56:19 99:3
**labral** 17:2
  79:16 81:23
  82:2
**labrum** 81:21
**lack** 77:1
**lag** 36:5
**large** 13:20
**lateral** 75:25
**law** 2:4,15 3:5
  5:9
**lawsuit** 8:8
**lawsuits** 69:1
**lay** 77:5
**lays** 82:17
**leading** 51:21
**left** 15:12 17:15
  17:17 18:9,13
  23:6 24:18
  34:3 36:16
  38:17 42:3
  44:11 53:25
  55:8,23 59:4
  75:21 100:7
  101:11 112:12
**left-sided** 53:23
**lenient** 88:5
**let's** 40:14 42:22
  50:11,13 51:2
  69:8 94:25
**lethargy** 65:15
**letter** 105:15
  106:16,21
  107:9
**level** 96:20 102:5
**Life** 3:8
**Light** 58:9
**lightheaded**
  60:17 62:9
**limited** 15:13
  80:18

**line** 4:2,2,2,3,4,7
  4:10,14,18,22
  78:22,23
  113:15
**lineup** 11:7
**list** 54:10 88:13
**listed** 55:7
**listen** 86:10
**litigation** 30:22
  31:2
**little** 17:9 19:24
  31:5 32:23
  35:24 36:1
  43:14 48:9
  62:24 79:24
  80:4 84:24
  85:7 96:22
  97:24 114:22
**location** 24:24
  81:5 82:17
**Logistics** 1:11
  2:22 6:10
**long** 63:21 98:5
  98:5,8
**longer** 30:2 83:4
**look** 10:17 12:18
  12:23 24:19
  27:18 38:9
  45:8 53:8,18
  54:2 70:24
  72:11 109:11
  114:22,23
**looked** 27:23
  44:13,22,25
  46:16 54:4
  55:4
**looking** 7:9 41:9
  42:14 83:7
  91:7
**looks** 11:25
  13:22 14:13
  26:13 29:6
  34:20 43:13
  59:14,15 68:4
  72:5 78:12,20

89:21 90:24
  91:1 99:9
**lordosis** 44:14
**Lorin** 3:6 6:22
  6:25 105:4
**lot** 12:16,16
  17:20 19:2
  27:21 37:18
  43:24 62:20
  63:6,22 67:15
  69:2 76:13
  79:4 88:6
  114:17 115:21
**Louisiana** 1:3
  1:19 2:19 3:9
  3:19 5:8,24
  11:21 118:9,17
  118:24
**low** 20:21 28:10
  28:19 30:13
  34:15 37:11
  47:7,10 60:10
  60:12
**lowers** 84:22
**lscott@lawla.c...**
  3:11
**LSU** 9:10,10
**LUGENBUHL**
  3:4

    **M**
**M** 4:20 9:13
**M.D** 1:18 4:6,8
  4:9,13,17,20
  4:22,24 9:3
  10:12 52:4
  96:9 98:24
  118:10
**machine** 54:20
**MADAME** 7:22
  56:14 66:19
**MAGISTRATE**
  1:12
**mainline** 66:10
**majority** 51:13

**making** 72:23
**malingering**
  87:7
**man** 13:20
  111:19
**manipulating**
  93:9
**Manual** 71:5
**March** 35:19
  37:7 87:11,19
  87:23 88:16,18
  89:22
**Marine** 1:11
  2:22 6:10,18
  7:1 87:106:19
**mark** 16:20 59:4
  96:7 113:7
**marked** 9:3
  10:12 52:4
  96:9 98:24
**marks** 112:17
**MARTINY** 3:18
  5:22 118:8,24
**masked** 104:9
**masking** 91:15
**material** 97:15
  97:20
**matter** 12:24
  20:24 73:5
  118:19
**maximum** 27:6
  44:8 107:14
**MBA** 9:14
**McARTHUR**
  1:6 2:10 4:11
  4:15,24 6:9,15
  8:9 11:5
**mean** 18:9 22:2
  27:4,15 30:18
  30:20,23 32:7
  32:22 60:19,20
  68:15 72:2
  75:1,2 79:20
  90:11 93:8
  97:8 101:1,3

105:25 115:19
**meaning** 59:17
**means** 24:19
  64:11 77:18
  78:14
**meant** 22:4
  71:15
**measure** 54:16
**medial** 40:2
**medical** 4:11,15
  9:10,15 10:8
  11:20 27:6
  37:24 43:19
  44:9 46:15
  64:6 68:18
  69:20 88:24
  105:20,21
  107:14
**medication**
  64:19 65:13
  66:11 88:13,18
  89:16 104:10
  104:13
**meds** 34:9
**Meloxicam**
  65:25
**men** 13:20
**Mental** 70:9
**mention** 20:17
  20:21 21:2
  23:12,14 28:7
  28:15,18 30:10
  34:12,15 36:8
**mentioned** 8:6
  21:8 42:12
  47:24 50:6,6
  108:2 109:14
  109:23
**mentioning** 69:2
  110:18 112:19
**mentions** 17:13
  33:3
**messed** 85:4
**method** 118:12
**Michael** 3:15

micro-racers 98:2
microfracture 75:25
MIDDLE 1:3
milligrams 65:7 66:17,24,25 87:16
millimeters 97:21,21,22
mind 9:8 13:15
mine 116:7
minimal 8:14
minute 53:7
minutes 52:21 107:24
mistake 63:4,12
MMI 47:25 100:23 101:1 101:24
Mobic 65:22 66:16,23 67:4
moderate 33:22
moderately 65:12
Monday 1:21
monitor 21:20 22:6
months 27:7 32:16 34:7 40:24 83:2 108:21 117:1
Morning 58:1
MORROW 2:3
motion 15:14 31:20 32:7,14 34:4,21 44:7 71:24 72:6 80:18 82:22
motivated 70:7
mouth 78:15
move 24:23 25:4 32:12
moves 93:24 94:3,17

moving 15:17 81:5
MRI 4:19 11:21 11:22,24 12:7 12:13,18,20,24 12:25 13:23 14:4,16,20,22 14:23 15:6,10 16:25 17:15 19:19 20:1 40:15 44:17 95:20 96:2,14 106:20,24 114:8 116:13 116:17
Murphy 52:15 54:25
muscle 23:25 40:13 54:19 58:4 64:19 71:6 89:25 90:9 95:17
muscles 39:5 49:2 54:13,23 55:1,16
musculoskeletal 14:10 57:20 64:20 66:12
myography 55:2

N

N 5:1
Nalfon 90:15 91:11
name 11:8 65:24 68:25 69:5,11
name's 8:5
nature 39:18
near 59:25
necessarily 58:19 92:4 94:8
neck 20:18 28:8 28:16 30:10 34:13 37:8

39:4,6,9,11,12 39:13 40:8,10 40:12,17,21 41:3,5,19 42:4 42:13,18,23 43:3,5 44:10 44:18,25 47:16 47:22 49:9 50:7,21 51:3,8 51:16 55:15 59:25 60:2,4 60:20 65:1 66:14 90:22 93:4,9 94:25 95:13,16 102:6 103:1,5,9 104:1,15,19 106:10,13 107:12,17,20 108:20 109:2,4 109:8,16,23 110:1,15,19 111:7,25 112:5 112:8,12,18,19 113:1,1,3,9,20 113:22 114:4 114:17,20,21 115:3,4 116:25
neck/trapezius 116:3
need 19:7 30:2 82:20 106:19
needed 64:6 78:16 83:24 106:12
needle 54:15,17 54:21,25
NEEDLES 59:12
needs 24:22 63:14 86:9
negative 100:16
nerve 48:13,19 48:21,22 49:4 49:8 53:19,24

56:4,7 93:23 94:2,4,9,13,16 94:19,24 102:5 103:7
Nettles 4:20
neurogenic 39:21
Neurological 58:6
neurologist 52:17
never 48:25 95:25
new 2:19 3:9 9:10 62:5
nice 77:3
night 18:20 36:9
ninety 72:23 73:1
nocturnal 36:12
nonsteroidal 66:2
Norco 29:1 83:18,23 87:16 87:25 88:2,3 89:1,3 91:2
normal 53:22 55:5,7 72:5 75:2 79:14
normally 72:6
note 30:16 38:12 42:10,24 67:24 75:7 83:12 110:17
noted 57:17 58:15 70:5 88:21,23 102:16
notes 21:12 22:2 25:1 42:25 45:9 67:7,10 86:4
notice 5:9 17:11 37:13
November 29:15

30:10 85:11
number 4:7,10 4:14,18,22 9:4 10:13,20 11:1 52:5 70:18,19 78:12 93:18 96:7,10 98:25
numbers 10:18
numbness 48:23

O

O 5:1
oath 5:25
Object 41:15 47:1 50:3 51:6 51:21 99:22 107:4 111:1 112:22 117:3
objection 7:16
objections 5:15 7:21
observed 80:8
obviously 1:19 27:19 64:2 84:13 95:24
occasionally 49:5,24
occupational 46:14
occurred 116:20 116:22
October 27:10 27:12 28:15,21 29:10 83:7,17 88:3,15,18 91:9
office 14:17,20 14:21,23 16:10
officer 118:9
offices 1:20
officiated 5:24
offshore 2:23 6:18 34:8 42:7
Oh 7:9 46:4 59:17 71:17

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 128

78:1 79:8
109:3,10
**Olmsted** 14:4
15:21 16:7
**once** 22:3 45:8
61:18 63:20,20
64:10 67:15
71:19 79:13
87:2 108:18
109:3 112:6,24
113:2
**ones** 86:22
**ongoing** 49:23
**onset** 61:12
**Opelousas** 21:14
**open** 11:21 59:5
**operating** 25:1
114:6
**Operative** 26:19
**opinion** 24:8
25:18,21 41:3
48:4 107:11,20
108:8,23
**opinions** 99:16
100:4 103:24
118:18
**opposite** 114:19
**orally** 84:3
**order** 12:13
44:17 71:22
82:22
**ordered** 12:10
21:9 28:25
45:12,23 46:13
68:6
**ordering** 13:5
68:9
**oriented** 70:6
**origin** 48:14
**original** 118:5,6
**Orleans** 2:19 3:9
9:11
**orthopaedic**
4:19,23 9:11
9:18 10:10

21:3 96:14
98:18
**Orthopaedics**
11:23
**Orthopedics**
1:20 4:11
**oscillates** 79:25
**outcome** 118:19
**outlying** 45:25
**overall** 61:2 62:1
**overlap** 109:9
113:3
**overlook** 31:7
**overly** 86:10
**overview** 61:20
**overwhelming**
92:3
**OxyCodone**
77:19 89:9

---

**P**

**P** 5:1
**p.m** 1:22,23
**PA** 29:17
**pack** 84:17
**page** 4:2,2,2,3,4
4:7,10,14,18
4:22 10:19
11:1,20 13:4
13:11 15:9
16:13 34:19
58:24 73:19
92:25 93:6,17
99:8 105:15
118:7
**pages** 10:19
38:10 96:3
118:12
**pain's** 110:1
**pain-free** 101:1
**palm** 59:4 73:11
**Pan** 3:8
**paper** 57:13
**papers** 43:24
**paperwork** 12:2

14:14,20,23,24
14:25
**Paraspinal** 55:9
**paraspinous**
55:16
**part** 5:19 20:24
67:13,19 76:3
76:4,6 80:7
82:19,19
**partial** 17:1 20:7
**partially** 20:7
**PARTICIPA...**
3:3
**particular** 11:19
88:18 115:15
**particularly**
11:20 89:7
**parties** 5:4 6:12
118:19
**parts** 92:4,12
**pass** 82:10,12,13
105:2 116:7
**passively** 72:3
**pathology** 53:25
100:7 101:11
109:8
**patient** 12:6
13:2 22:1,5,6
38:19 57:10
61:25 62:6
82:20 86:15,20
110:7 114:8,21
**patient's** 21:23
**patients** 32:16
36:16 46:14
**pay** 63:23 64:1
106:19
**paying** 63:8,13
**payment** 105:19
**PECK** 3:4
**people** 15:23
80:11 89:17
101:12 113:25
113:25 115:21
**perc-** 77:15

**percent** 77:15
**Percocet** 77:9,12
**percutaneously**
80:6
**Perfect** 59:21
**perform** 95:19
**performed**
20:14 21:8
26:14,18,22
27:3 42:17
79:13 80:23,25
82:4 92:17
**period** 63:21
82:20 84:21
91:21,22
**peripheral** 53:24
**periscapular**
39:5,22,24,25
44:11 50:7
114:1,5 115:7
115:8,11
**persisting** 44:18
**person** 54:24
60:6,16 79:12
85:20 92:2
101:4
**person's** 104:9
**personal** 118:13
**personally** 17:21
29:14 101:19
**perspective**
47:25
**pertains** 17:15
**phase** 33:2
**phenomenon**
91:15
**physical** 19:24
20:3,15 21:9
21:13,14 22:25
28:25 29:8
31:22 32:1
34:20 37:14
38:4,13,16
42:7,15 68:6,9
68:13 70:2,12

74:1,4,7,15
82:21 83:1
86:4 110:17,21
111:5
**physician** 13:5
14:3 15:20
52:11,14
**pick** 11:6
**picking** 13:17
18:17
**picture** 112:16
**pill** 89:10
**pillows** 37:2
**pills** 34:10
**PINS** 59:12
**place** 14:12
73:11
**places** 23:12
**Plaintiff** 1:7
6:15
**plan** 71:3 73:25
75:19 99:9
100:5
**played** 8:12
**playing** 85:4
**please** 6:11 7:3
7:23 13:14
107:23
**plexopathy**
53:24
**point** 27:5 31:2
31:21 32:25
35:11 36:3
44:24 77:16
108:17 115:15
**poorly** 50:24
**popped** 60:19
**POq6h** 78:13
**portion** 19:15
34:20 40:3
**position** 15:18
**positive** 93:8
**possible** 92:2,6
100:15 104:8
**post-op** 27:16

28:3
post-surgery
  100:7
post-surgical
  31:25
posterior 39:6
posteriorly
  15:15
postoperative
  84:20
potent 65:13
potential 88:10
Potentially 88:5
power 49:1
Poydras 2:17
  3:7
practical 20:24
practice 30:16
  42:21 110:2
practices 20:25
pre-entered
  17:20
precisely 46:12
prefilled 37:25
prepared 118:13
  118:15
prescribe 24:12
  69:24 84:7
  87:15
prescribed
  65:21 77:8,11
  83:18,20 85:17
  88:3,4,11,14
  88:16 89:22
  90:25 91:2,11
  104:10,13
prescription
  79:7
prescriptions
  64:13
present 3:14 9:8
  36:8 42:5
  54:18 58:13
  83:12 107:21
presented 15:9

17:10 102:14
pressing 97:20
pretty 88:5
  96:24
previously 43:3
  50:6 56:22,24
  57:1 88:2
primary 21:1
prior 10:7 26:23
  28:3 40:24
  41:18,20 84:14
  109:1 110:12
  111:5
probably 8:10
  12:20,23,25
  29:12 36:17
  37:17 45:15
  85:24
problem 8:21
  21:1 25:24,25
  37:23 115:20
problems 83:14
procedure 5:8
  27:3 55:21
  80:22 81:3
  82:19 84:14
  118:17
procedures
  24:16 26:17,22
  36:25 80:25
proceed 75:20
produce 50:18
produced 10:9
progressing
  21:21
prohibition
  118:16
prompt 8:16
pronounce
  69:10
provided 22:25
  57:12 98:14
proximal 75:25
PT 70:25 71:1
  71:19

pull 23:20 24:4
  25:5,7
punch 76:22,22
purposes 5:7
pursuant 5:9
PUSATERI
  2:13
push 23:17,21
  24:3,6 32:5
put 7:14 12:25
  54:25 58:20
  67:24 76:19,20
  89:19,20 90:14
  113:7
puts 59:24

**Q**

QBD 3:12 7:7
  7:14
Quality 7:1
question 5:16
  19:7 28:14
  50:23 61:9
  77:16 89:15
  108:12 116:9
questions 19:6
  48:8 52:25
  57:2 98:11
  99:7 100:23
  102:12 103:20
  105:5 107:22
  107:25 111:12
quick 27:18
  111:15
quickly 8:22
quite 36:18 85:3
  107:15

**R**

R 3:6
R.S 118:11
radicular 39:18
  93:12,22 94:1
  100:8,16
  102:14,21,24

103:2,4,6
radiculop-
  108:15
radiculopathic
  41:20 108:15
radiculopathy
  48:12 49:18,19
  50:1,12,18
  51:1,14 53:23
  108:6
radiologist 16:3
radiology 45:5
Raise 7:23
raising 18:21
range 15:14
  31:20 34:3,21
  44:7 71:24
  72:6 80:18
  82:22
ranging 65:6
RANKIN 3:4
reached 101:24
reaching 15:15
read 13:12 14:4
  15:10 21:22
  52:21 53:12
  86:12 100:10
  103:17 107:8
reading 5:10
  13:15 18:23
  20:4
reads 14:7 15:21
ready 34:8 42:6
realized 67:7
really 25:23 26:2
  27:18 31:21
  32:13,25 63:6
  64:11 73:14
reason 63:3 68:8
  71:9 99:6
  100:12 104:17
  108:7
reattaching 81:4
REC 1:11 2:22
  6:10,18 8:7

106:19
recall 26:8
receipt 107:11
recliner 37:4
recognize 11:7
recollection 11:5
  26:12 86:19
  87:3
recommend
  19:23 20:12
  24:17 83:8
  85:12
recommendati...
  28:22 36:24
  106:24
recommended
  20:13 24:14
  26:24 106:20
record 6:6 15:11
  30:17 43:19
  45:19 46:10
  53:3,5,14
  61:21 88:19,24
  96:13 117:10
record's 43:13
recorded 6:8
  55:1
recordkeeping
  44:3
records 4:11,15
  10:8 11:17,19
  21:10,12 29:7
  37:24 45:2
  47:14 51:24,25
  52:8 56:12,23
  56:25 105:14
  105:14 109:13
  110:11
recovery 27:2,4
  33:2 36:3
  72:18
reduce 65:17
refer 10:17 11:1
  11:16 17:4,20
  34:18 44:21

69:4
reference 36:10
   61:8
referred 9:2
   10:11 40:22
   52:3,11,15
   54:20 70:2
   93:12 96:8
   98:23 102:9,11
referring 10:18
   13:12 14:18
   15:8 16:13
   19:11 43:5
refill 87:22
   88:20
refilled 34:9
   87:21
refills 88:21
reflexes 37:15,15
regarding
   107:11
regardless 90:21
region 44:11
   59:18,22 60:2
regions 102:9
regular 63:8
rehab 86:9
rehabilitation
   82:21
related 16:7
   24:8 25:19
   26:9 40:21
   41:4,6,12,17
   44:16 46:22
   56:4,7 62:11
   62:16 103:23
   106:11,25
   107:13,21
   108:15 118:18
relates 103:25
relation 61:22
relationships
   118:17
relaxant 64:19
relaxer 89:25

relaxers 40:14
release 87:10
   90:4
relieve 90:12
relieves 90:12
remember 9:23
   11:8 24:25
   58:14 76:20
   86:21,22 88:1
   98:12 100:23
   111:25 112:2
   113:14
remind 8:11
render 106:18
repair 24:24
   25:6 75:24,24
   77:6 82:4
repairing 115:2
repairs 76:13
repeated 19:3
report 4:19,24
   18:3 21:5
   25:19 26:19,23
   29:10 31:16
   33:4 37:8,10
   39:2 42:1,23
   43:4 46:20
   47:7,10 49:24
   50:13 56:6
   58:16 93:3
   106:8 108:1
   116:14
reported 3:17
   18:5 27:14
   40:17 42:12
   43:3 47:16
   55:5 109:2
   110:13,15
   116:25 118:12
reporter 3:18
   5:23 6:3 7:22
   45:21 53:10
   56:14 66:19
   118:9
REPORTER'S

118:2
reporting 41:5
   75:16 85:22
   118:12
reports 19:13
   21:18,23 23:12
   29:9,12 37:14
   39:19 54:5
represent 6:12
   8:6
representation
   41:19
representing
   2:10,22 3:12
request 107:11
required 118:6
   118:15
reserved 5:18
residency 9:11
resistance 24:2
   35:7
respect 47:22
respond 106:22
responsiveness
   5:17
rest 25:9
restore 82:22
restricted 75:7
restricting 87:12
restrictions 63:5
result 13:14
   80:17
results 16:25
retread 62:21
return 34:8 87:1
   87:5
revenue 106:2
review 19:19
   57:17 58:7
   60:22,23 61:1
   61:19
reviews 61:25
risk 84:23
root 48:14,20,21
   48:25 49:4

56:4,7 93:23
   94:2,4,9,13,16
   94:19,24 103:7
root's 48:22
roots 49:8 102:5
Rotation 74:14
   74:21
rotator 17:2
   20:8 23:22
   24:8 25:6 33:8
   33:10 35:6
   36:15 75:24
   82:4 92:8
   101:12,21
Rouge 4:15,19
   4:23 52:9,10
   52:16 56:25
   96:14
row 82:5,14
rules 118:16,18

─────────
          S
─────────
S 5:1
salary 63:13
San 2:6
save 5:15
saw 12:12,14
   13:1 17:6,11
   18:4 20:17
   22:8,19 27:9
   29:13,14 31:12
   33:17 35:18
   37:7 38:22,23
   41:22 43:9
   44:5 45:3 47:6
   47:9,23 67:9
   106:5 110:13
saying 60:24
   61:11 69:8
   86:14 88:15
   94:19 97:16
says 13:13 42:3
   62:15 71:25
   86:6,7 93:6
   99:8 100:5

101:8 110:8
   114:21
scapula 40:1,2,4
scheduled 22:23
scheduling
   105:21
School 1:19 9:10
Science 9:10
Scott 3:6 6:24
   6:25 7:8,13
   9:11 105:6
seal 118:6
sealing 5:13
second 18:18
   28:24 82:14
secret 36:25
section 34:22
   42:15 43:4
   57:17 58:6
   86:5
see 11:3 21:11
   22:9,24 32:3,6
   32:11 38:20,21
   39:21 40:14
   42:22 43:4
   45:5,11,23
   46:12,18 59:3
   59:5,25 64:15
   75:5,11 83:6
   85:11 93:17
   109:21
seeing 59:2,4
   93:10
seen 29:16,16
   51:24
send 46:15
   48:22
sensation 49:2
   50:14 65:17
   103:11
sensations 50:15
   103:15
sensing 58:25
sent 20:15 21:17
   27:25 28:23

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

34:1,10 70:12
110:17
**separate** 18:6,15
25:20
**September**
22:10 23:3
24:13 26:15
28:4 75:12
**seq** 5:7
**sequentially**
10:21
**server** 45:5
**service** 14:10
**Services** 2:23
6:18
**set** 27:24 29:12
56:12,22 78:3
118:11
**setting** 47:20
**seven** 66:17,24
77:14,15,16
**seven-and-**
77:18
**severely** 81:11
**Sheppard** 2:3,5
4:3 6:13,14 7:5
7:11,15,20
10:23 41:14
46:25 50:2
51:5,20 56:18
57:6,9 66:21
66:23 93:16,20
96:5,12,18
98:20 99:2
100:1,3 104:21
105:1 107:3
110:25 111:13
111:20,22
113:4,6 116:5
117:2
**shoulder** 13:18
15:13,17 16:17
17:14,15,17
18:5,9,13 19:7
20:2 21:2 23:7

23:14 24:18,19
25:11,22,24
30:3 33:9,23
34:5 35:1 36:1
38:17,17 39:5
40:1 42:2,4,22
44:6,7,9 47:24
48:1 49:14
50:13,15,19
51:2,4,15
55:24 60:6,15
61:9,15,23
62:11,17 64:24
66:9,14 73:4
75:2,17,21
80:6,11,14,20
84:7 86:8,11
90:22 92:3
100:7 101:11
101:25 102:7,7
102:18,25
103:3,14,23
104:4,15
107:13,14
108:4,14 109:4
109:8,15
112:24 113:2,3
113:18,19
114:1,7,24
115:2,13,20
**shoulders** 85:5
88:6
**show** 70:20
78:23 96:3
**showed** 20:1
44:13
**shown** 116:13
**sic** 87:11 89:23
**side** 23:17,17,22
36:16,18,22
**sides** 109:7
**signal** 48:22
54:19
**signature** 73:21
118:6

**significant** 27:17
31:18 92:9
101:6
**signing** 5:11
**simple** 27:16
**simply** 33:1
**Sincerely** 107:23
**site** 16:3
**sitting** 48:5
**six** 27:7 29:25
30:6 70:18
78:16 83:1,24
**SLAP** 20:9
24:24 75:24
**sleep** 36:13,21
37:1,4
**sleeping** 34:10
36:11,17
**Small** 97:24
**smashed** 13:19
**smooth** 25:11
**soft** 76:23
**solemnly** 7:24
**someone's** 27:5
42:21
**sooner** 68:10
**sorry** 7:10 15:4
18:8,10 28:4
46:6 53:20
66:20,22 78:1
80:24 89:2
91:10 94:9
110:14,16
111:16 116:9
**sort** 34:19 35:5
48:8 49:17
50:14 60:5,10
60:15
**sought** 5:19
**sound** 70:14
**source** 92:9
**spasm** 65:20
90:11,12
**spasms** 90:10
**speaking** 113:13

**specific** 19:5
48:10 61:4,9
62:2 82:12
86:6 88:24
112:11
**specifically** 5:11
5:13 24:15
26:9 102:8,22
103:21
**spheres** 70:6
**spinal** 39:15
**spine** 4:19 46:22
48:15 49:8
55:17 93:4,7
95:5,7,13 96:3
96:15 112:13
**spur** 25:10 48:20
**Spurling's** 92:17
93:7
**stack** 10:8
**staff** 16:9,10
**standard** 12:6
20:24 30:6,16
42:21 79:6,6
**standing** 15:18
**start** 33:4 77:16
93:23 94:16
107:17
**started** 52:11
87:18
**starter** 18:17
**State** 3:19 5:23
118:9,24
**STATES** 1:2
**station** 13:18
**status** 70:10
100:7
**statute** 118:16
**stay** 83:9 85:12
**stenosis** 96:23
97:2
**stick** 54:15
**stiff** 80:15
**stiffness** 36:9
57:24 58:1

64:21
**Stimulation**
71:6,7
**stipulated** 5:3
**stitches** 27:24
**stop** 45:15
**stopped** 11:14
**straight** 21:17
32:20 72:21
73:14
**Straighten**
72:22
**straightening**
44:14
**Street** 1:19 2:17
3:7
**strength** 32:8,22
33:1,7 35:5
44:8 82:23
**strengthening**
33:10,11
**stress** 86:11
**strictly** 47:25
**strike** 89:2 90:25
94:10
**strong** 89:7,8
**strongest** 89:16
**struck** 18:19
**stub** 91:21
**studies** 54:8
**study** 52:18
53:19,20,22
54:11,24 98:11
**stuff** 19:2 25:9
38:2 67:15
84:10 103:9
**style** 110:2
113:13
**subacromial**
75:22
**suck** 80:3,4
**Sucked** 79:23
**suction** 79:24
80:2
**suggest** 89:13

**suggested** 115:1
**Suite** 2:6,18
**superior** 15:17
  81:21
**supervision**
  118:13
**supplies** 18:19
**supply** 11:9
**sure** 8:20 27:18
  32:23 51:23
  64:12 68:1
  69:14,14,16
  78:6 88:12
  91:20 92:25
  103:18 111:14
  113:5 114:18
  115:23
**surgeon** 99:25
**surgery** 9:18
  24:14 26:14
  33:25 36:15
  49:25 76:4
  77:8,25 79:13
  79:16 80:8
  84:11 101:13
  109:1 113:19
  114:21
**surgical** 81:3
  84:14
**suspicions** 20:1
**sutures** 82:10,14
**swear** 7:3,24
**swelling** 57:24
  84:20
**switched** 43:19
  44:2
**sworn** 6:2
  118:10
**symptomatic**
  116:23
**symptoms** 27:17
  33:24 37:8,11
  49:9 50:12,20
  51:2,15 55:19
  55:22 58:7

61:20 100:16
102:15 104:14
115:3
**synovitis** 79:17
**system** 17:19
  44:3 57:21
**systems** 43:20
  57:17 60:22,23
  61:1,19

**—— T ——**

**T** 5:1,1
**tablet** 77:21
  78:15 83:24
  84:3
**take** 6:20 25:6
  25:13,14,15
  53:7 64:2
  76:22 78:4,7,8
  80:1 82:9 83:4
  83:23 84:3
  99:19
**taken** 1:19 5:6
  13:10 15:20
  68:17 78:15
  118:9
**takes** 78:4
**talk** 22:1 67:20
**talked** 79:4
**talking** 29:2
  102:4 111:24
  112:7
**tear** 17:2,2 20:8
  20:9 24:9
  81:23 82:2,10
  92:8 114:9,13
  115:21
**technique** 82:5
**Techniques** 71:5
**telephone** 3:3,14
**tell** 15:25 17:9
  32:12 37:20
  45:2 54:18
  91:19
**telling** 49:6 74:9

**tells** 19:8 22:5
  31:8
**Temple** 9:12
**ten** 65:7 84:4
  87:16
**ten-milligram**
  65:10
**tend** 27:17 31:5
**tendency** 61:22
**tendenopathic**
  81:9,11
**tendon** 25:4,7
  81:4,5,15
**tendonesis** 76:3
  80:21 81:1,25
**tendonopathy**
  82:1
**tenodesis** 76:1
**term** 77:2 91:14
  95:10
**terminates** 49:1
**test** 23:15 37:15
  56:1,3 92:17
  93:7
**tested** 34:21
  54:10 55:11
**testified** 6:4
  93:21 94:7,11
  108:25
**testify** 58:21
  118:11
**testimony** 7:24
  113:15 118:9
  118:12
**testing** 33:8 35:5
  35:6
**Tests/Signs** 93:7
**Texas** 2:7 9:12
  9:12
**Thank** 57:3
**therapeutic** 71:7
  71:10,15
**therapist** 33:6
  38:13,16 74:1
  110:17,22

111:5
**therapist's** 22:2
**therapy** 20:15
  21:9,13,14
  22:25 23:10
  28:24,25 29:8
  31:23 34:1,11
  35:15 38:5
  42:8 68:6,9,13
  70:2,13 71:5
  82:21 83:1
  84:17 86:4
  88:7
**thereof** 5:19
**thick** 98:8
**thickness** 17:1
  20:8
**thing** 8:11 17:12
  17:19 28:1
  42:9 62:14
  63:17 78:12
  85:2 96:25
**things** 12:19
  60:13 69:1
  74:5 93:21
  101:22
**think** 8:25 12:11
  17:5,18 21:9
  21:11,14 22:13
  23:11 26:14,18
  27:10 29:11
  31:22 32:20
  35:12,19 36:23
  38:10 41:21
  43:7,18 44:15
  45:3 67:16
  69:12 88:2
  93:21 97:4
  99:24 100:5
  102:16 116:6
**thinking** 19:9
  41:17
**third-party** 14:6
**thought** 46:21
  79:2 108:4

**three** 18:18
  32:16 70:13,14
  70:17,22,25
  84:3
**thrown** 61:13
**thumb** 102:23
**tie** 82:13
**time** 5:18 8:14
  9:13,25 12:13
  18:4 19:9 22:8
  22:19 27:9
  29:13 31:2,21
  32:1,8,25
  35:19 40:16
  41:21 42:12
  43:9 44:24
  45:17 47:6,9
  47:15 51:13
  55:20 62:5
  63:22 67:9
  82:1 87:21
  91:23 104:23
  108:18 111:6
  116:20,25
**times** 47:15 63:6
  63:22 69:2
  70:13,22,25
  84:4
**tingling** 48:24
**tired** 111:16
**tissue** 24:22 80:3
**today** 42:3 48:5
**today's** 6:6
  117:10
**toe** 91:21
**told** 38:15 43:18
  109:3 111:6
  113:18 115:16
**Tool** 25:13
**torn** 32:24
**toy** 97:24
**training** 33:5
  68:19 69:20
**transcribed**
  118:13

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

transcript 1:17
  9:5 10:14 52:6
  96:11 99:1
  118:5,14,15,15
transcriptionist
  67:21
Transport 2:23
  6:18
trapezius 15:12
  16:21 60:4
  95:1,6,16
  102:6 112:10
  112:12
treat 12:16
  46:23 64:20,24
  66:5,9 90:18
  109:9
treated 108:22
treating 11:5,14
  52:12 86:25
  98:16,19
treatment 11:12
  43:8 49:22
  52:12 64:7
  66:11 69:24
  71:4 105:20,21
treatments
  33:23
treats 81:25 90:9
  90:20
trial 8:13 19:2
  108:19
triceps 15:13
  59:20
trouble 18:20
  21:24 36:11
true 41:19 103:2
  108:20 118:14
truth 7:25,25
  8:1
try 62:20 69:8
trying 67:25
  68:25 88:11
  89:13,14
  108:13

turn 64:15 73:18
  80:2
twice 71:10,13
two 18:6,15
  25:19 38:23
  47:15 50:5
  56:17 81:25
  101:18,19
  106:4 110:15
  110:16
type 16:1 67:24
  92:7
types 54:5
typical 27:2,4
  50:16,17
typically 82:18
  83:2
typing 67:13
typo 17:18 67:13

U

U 5:1
Uh-huh 8:15
  19:4 25:2,8
  67:18 69:3
  72:8 73:3,12
  73:20 74:19
  76:15 82:11,15
  84:18 114:3,10
Um,did 30:9
unable 69:23
uncomfortable
  92:10
uncommon
  79:11 95:2
  101:16
undergo 82:20
Undergraduate
  9:9
underneath
  78:23
understand
  50:22 62:3
  63:15 88:12
  105:17 110:5

understanding
  118:14
understands
  110:8
understood
  67:25 68:1
  75:4 77:7
  78:10 110:5
unexpected 30:8
Unh-unh 8:16
UNITED 1:2
unrelated 9:15
up-dated 21:18
upper 34:3
  49:10 53:25
  55:23
use 11:1 68:24
  73:18
usually 21:11
  36:12 49:3
  50:20 51:3,4
  55:14 63:16
  70:17 86:21

V

Vaguely 11:6
valid 118:4
Valium 83:21
  84:2
vent 77:2
verbal 8:15
version 113:20
versus 1:9 6:9
  24:24
vessels 84:22
video 1:17 6:8
  45:15
Videographer
  3:15 6:5,19 7:2
  45:18 46:1,9
  53:4,13 117:8
vision 57:18
visit 19:20 21:12
  27:16 28:2,3,3
  28:5,22 29:2

30:11 35:15
  38:8 42:10
  47:5,17,17
  62:25 75:20
  84:13 92:23
  110:12,14
  112:20
visiting 58:12
visits 27:17 50:5
  70:19
vitae 4:8

W

wait 7:6 46:2
  68:12
waived 5:11,14
walking 58:3
  60:7 62:15
want 6:22 8:19
  12:18,23 13:8
  15:23 17:12
  19:1 24:16
  32:6 36:25
  48:7 57:10
  64:10 69:15
  80:1 87:4
  94:18 105:24
  108:18
wanted 38:4
  55:18,21 72:14
  87:1 105:12
  110:19
wantonly 89:11
wasn't 69:13,14
  98:17
way 23:22 24:4
  24:5 26:2,7
  39:19 40:21
  45:2 49:14
  50:1 55:24
  61:6 72:13
  79:7 82:13
  94:23 108:13
  114:20
we'll 12:11,19

24:5,25 40:15
  73:17 76:21
we're 6:6 8:13
  27:20 43:8
  45:16,19 46:10
  53:14 117:10
we've 29:8 46:6
  47:14
weakness 15:14
  23:6,14,15
  24:7 34:4 36:1
  42:5 48:24
  49:24 75:16
week 8:13 70:13
weekly 70:25
weeks 27:20
  29:25 30:6
  70:14,18 71:1
weight 33:5
went 44:12,22
  110:11
weren't 98:14
  108:12
WHEATON 3:4
White 9:12
wide 98:9
WILDER-DO...
  1:14
wires 48:17
witness 5:6,25
  7:3 8:2 45:22
  46:3,7,11 50:4
  51:7 52:9
  53:11 57:4
  96:17 98:22
  99:23 104:24
  105:2 111:17
  112:23 116:7
  116:10 117:4
word 43:14
words 19:17
  34:2 50:17
  110:9 113:14
work 14:17
  25:10 33:9,14

34:8 48:2 63:7
64:2 75:9 83:9
85:13 87:1,5
87:10 103:22
103:24 104:5
**work-up** 106:12
108:21
**worked** 11:8
**Worker's** 30:25
44:19
**working** 18:6
33:5,7
**works** 7:17 76:9
**worry** 40:11
**wouldn't** 58:20
62:10 64:4,4
78:10 83:14
92:14 103:14
109:17,25,25
110:9 113:13
115:4
**wounds** 27:23
**write** 21:4
**writing** 79:7
**written** 99:9
106:22
**wrong** 20:2
27:11 89:21
106:7
**wrote** 107:8

**X**

**X** 59:8,24
111:25 112:18
**X's** 112:7,11
**x-rays** 40:11
44:13,22,25
46:16
**Xs** 112:7

**Y**

**ya'll** 43:18
105:23
**yeah** 6:25 8:21
13:9 22:20

26:20 29:3,4
29:16 30:7
31:10 34:25
36:12 43:16
45:13 48:13
50:24 52:24
56:19 60:3
64:17 68:22
69:6 70:18
71:13 74:9,24
79:1,8,10 85:9
86:13 87:2,20
90:5,7 91:24
97:18,23 98:4
99:14 101:20
102:23 103:6
106:14 111:18
114:12 116:4
**year** 27:7 36:5
83:2
**Yep** 55:10 78:25

**Z**

**zero** 78:8

**0**

**000068** 99:3
**000069** 99:4
**000087** 96:16
**000625** 10:21
**01/31/2020** 4:20
**05/25/2018**
15:16

**1**

**1** 4:7 9:4 56:12
56:19,22 78:21
78:24,25 79:9
**10** 4:10
**10/4** 29:2,3
**100** 2:6
**1001** 1:18
**105** 4:2
**10th** 38:8,24
41:6 42:10

47:17 85:15
91:10 93:18
109:22 110:12
110:14 117:1
**11** 4:2,10
**1100** 2:17
**111** 4:4
**116** 4:2
**118** 118:11
**11th** 68:5
**12** 4:2 70:19
**12th** 106:4
**13th** 31:13 35:20
37:7 87:11,19
87:23 89:22
**140** 72:3,9
**140p** 71:25
**1421** 5:7
**1434** 118:18
**150** 73:15
**155** 74:12
**16** 9:22,22
**160** 73:13 74:10
**160's** 74:12
**17th** 29:10
**18** 9:23
**180** 72:6 73:13
**180p** 74:8
**19** 97:21
**1st** 29:15 30:10
41:22 85:11

**2**

**2** 4:7,10 10:13
43:24 56:23
**2000** 41:7
**2006** 9:21 10:3
**2009** 87:11
89:22
**2018** 12:2 14:1
22:10 23:4
24:13 26:15
27:10,12 29:15
31:13 40:25
41:8 63:1 64:4

75:5 83:7
85:11 88:3
116:20,23
**2019** 11:15
33:17 35:20
38:9,15 41:6
41:22 43:10
47:5,17,18,23
85:15 106:4,9
109:22 110:14
117:1
**2020** 4:24
116:17
**2023** 1:21 6:7
**22** 4:4
**2250** 2:18
**23** 4:22
**25th** 26:15
**27th** 1:21 3:8
6:7 75:5
**29** 4:23
**29th** 12:2 13:24
**2nd** 12:12 63:1
64:3 67:9

**3**

**3** 4:14,14 52:5
56:25 96:7
**3:20-cv-00092**
1:7
**30th** 33:17
**31st** 116:17
**325-milligram**
77:20
**35p** 72:11
**37:2554** 118:11

**4**

**4** 4:2,18 71:1
96:7,10 97:21
**45p** 72:15 74:22
**489-4815** 2:8
**4th** 27:10,12
28:15,21 83:7
83:17

**5**

**5** 4:22 98:22,25
**5:14** 1:22
**504** 2:20 3:10
**50p** 74:14
**5151** 2:6
**52** 4:14
**568-1990** 3:10
**57** 4:3
**5th** 43:10 47:5
47:18,23 106:9

**6**

**6** 23:3 24:13
**6:57** 1:23
**601** 3:7
**620-2500** 2:20
**628** 11:16
**629** 11:17,20
13:4
**633** 15:9
**637** 16:13
**639** 15:4
**640** 15:2,4
**677** 26:19
**678** 26:19
**680** 83:11
**6th** 22:10 28:5
75:12

**7**

**7** 78:13,19 79:2
**7.5/3.25** 77:12
**70130** 3:9
**70163** 2:19
**70360** 1:19
**705** 34:19
**711** 87:14
**713** 2:8
**718** 91:5
**719** 93:1
**730** 105:15
**736** 10:24,25
**77056** 2:7

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

| 8 |
|---|
| **8** 4:2,18 97:21 |
| **80** 74:15 75:3 |
| **8th** 38:15 91:1 |

| 9 |
|---|
| **9** 4:4,7 |
| **90** 29:23 72:24 |
| 73:7 75:1 |
| **90's** 74:24 |
| **90p** 72:20 74:23 |
| **96** 4:18 |
| **98** 4:22 |