**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　　　**Defendants** | **CIVIL ACTION NO: 3:20-cv-00092-BAJ-EWD**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## NOTICE

**NOW INTO COURT,** through undersigned counsel, come Defendants, REC Marine Logistics, LLC and Offshore Transport Services, LLC (collectively "Defendants"), and Plaintiff, McArthur Griffin ("Plaintiff"). In accordance with this Honorable Court's minute entry dated March 3, 2023, Plaintiff and Defendants hereby submit this Notice to advise the Court they are in agreement that the issues of liability and damages are to be tried to the jury. However, should the jury find liability on the part of Defendants and award damages, the issue of whether Defendants are entitled to limit their liability in accordance with the Limitation of Vessel Owners' Liability Act is to be decided by the Court.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Kyle A. Khoury*
　　　　　　　　　　　　　　　　　　　Salvador J. Pusateri, T.A. (#21036)
　　　　　　　　　　　　　　　　　　　Kyle A. Khoury (#33216)
　　　　　　　　　　　　　　　　　　　Kristian B. Dobard (#36997)
　　　　　　　　　　　　　　　　　　　**PUSATERI, JOHNSTON, GUILLOT**
　　　　　　　　　　　　　　　　　　　**& GREENBAUM, LLC**
　　　　　　　　　　　　　　　　　　　1100 Poydras Street, Suite 2250
　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　　　Telephone: (504) 620-2500
　　　　　　　　　　　　　　　　　　　Facsimile: (504) 620-2510

Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**

**MORROW & SHEPPARD LLP**

<u>/s/*Daniel E. Sheppard  w/permission*</u>
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
P. Hogan Leatherwood
*Admitted Pro Hac Vice*
*msfiling@morrowsheppard.com*
*dsheppard@morrowsheppard.com*
*jsheppard@morrowsheppard.com*
*hleatherwood@morrowsheppard.com*
5151 San Felipe Street, Suite 100
Houston, Texas 77056
Telephone: (713) 489-1206
Facsimile: (713) 893-8370

AND

Brilliant Clayton (#36829)
CLAYTON FRUGE WARD
bclayton@claytonfruge.com
3741 La. Hwy 1 South
Port Allen, LA 70767
Telephone: 225.250.1435
Facsimile: 225.383.7631

*ATTORNEYS FOR PLAINTIFF*