# Transcript of the Testimony of
# Videotaped Deposition of McArthur Griffin

**Date taken: May 5, 2021**

McArthur Griffin v. Rec Marine Logistics, LLC, et al

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

EXHIBIT A

```
 1        mean --
 2   Q    You hurt your jaw boxing?
 3   A    Yeah.  I got it locked one time talking trash.
 4   O
     Q    Okay.
 5   A    Without closing my mouth.
 6   Q    When did that happen?
 7   A    Close -- I was young then.  I was probably in
 8        my teens.  I was in my teens, but -- fifteen
 9        (15), sixteen (16), something like that.
10   Q    Like you were boxing as in a fight, or you
11        were like boxing with gloves?
12   A    Boxing with gloves.
13   Q    Okay.  Did you have to go to the doctor
14        because of that?
15   A    No.
16   Q    No.  All right.  Have you ever been involved
17        in any other lawsuits besides this one, the
18        one we're here to talk about today?
19   A    Yes, sir.
20   Q    Okay.  When?
21   A    I was involved -- a guy hit me from the back
22        in Lafayette.  I was heading toward to GOL.
23   Q    Okay.
24   A    And I called Alex Griffin, and I told him I
25        just got into an accident.  I was going to be
```

1              a little bit late in crew change, and he told
2              me to call him and everything, how I'm
3              feeling.  I was waiting on police to come, and
4              --
5    Q         So -- and you were just -- were you injured in
6              that accident?
7    A         No.  I really just got a lawyer.  It was my
8              brother's car.  I used my brother car to -- to
9              go to  work.
10   Q         Okay.
11   A         And the guy hit me, and I called my brother.
12             He wanted me to call a -- the police and file
13             charges.
14   Q         Uh-huh.
15   A         So the -- me and the guy, talking about it, he
16             was going to just pay out of his pocket, but I
17             still made a police report about it.  Well, a
18             couple days later, he didn't want to -- he act
19             like he forgot about it.  He didn't want to
20             pay or nothing.
21   Q         Mm.
22   A         So my brother talked to his lawyer, and --
23             which was Bo.  He talked to his Lawyer, and I
24             came back from work -- because I want straight
25             to work after that. Did my hitch.  I came back

```
 1        from work, he made me go see his lawyer,
 2        talked to his lawyer.
 3   Q    Who?  Your brother?
 4   A    Yeah.
 5   Q    Okay.
 6   A    And he told me he wanted his car fixed, and so
 7        I hired a lawyer to get his car fixed, and  --
 8   Q    All right.  And so when the accident happened,
 9        you said the guy rear-ended you?
10   A    Yes, sir.
11   Q    And this was in Lafayette?
12   A    Lafayette, Louisiana.
13   Q    All right.  So you called Alex Griffin, and he
14        works for Gulf Offshore --
15   A    Yes, sir.
16   Q    -- Logistics?
17   A    GOL.
18   Q    And you told him, hey, I was just in a wreck.
19        I'm waiting on the police, and I'll be at work
20        when I'm done?
21   A    Yeah.  I told him I'm going to be late on crew
22        change.
23   O
     Q    Okay.  But you didn't tell him hey, I'm
24        injured, I can't come in to work or anything.
25   A    No.
```

 1   Q   You were just telling him hey, I was in an
 2       accident.
 3   A   No.  I told him I got into the accident.  I
 4       wasn't even hurt.
 5   Q   Okay.  And then -- let me ask you.  So I think
 6       I have a copy of the lawsuit that was filed.
 7       It was entitled McArthur Griffin versus Lewis
 8       Joles, and it's about an accident that
 9       happened on April 10 of 2013 on Evangeline
10       Thruway.
11   A   Yes, sir.
12   Q   All right.  And says that the other
13       individual, Lewis Joles, was traveling
14       southbound, and he collided into the rear of
15       Mr. Griffin's vehicle.  That would have been
16       the accident we're talking about?
17   A   That's not my -- yeah, but it was my brother,
18       Corey Griffin's, car.
19   Q   Okay.
20   A   I can't see that.
21   Q   Do you need glasses?
22   A   I have glasses, but I don't have them with me.
23       I was -- you understand?
24   Q   Your lawyer will keep me honest if I'm -- if
25       I'm saying anything wrong.  I'm going to --

1  A   Okay.
2  Q   -- read from the last two (2) paragraphs, so
3      the third -- it's paragraph three (3), but
4      it's the second to last on the page.  It says
5      (reading):
6          On or about April 10, 2013, McArthur
7      Griffin was traveling southbound on the 15th
8      Hundred Block of Northwest Evangeline Thruway
9      where he was at a stop due to traffic
10     congestion.  Subsequently, the defendant, Mr.
11     Joles, collided into the rear of plaintiff's
12     vehicle.  That would have been the accident
13     you're talking about?
14 A   Yes, sir.
15 Q   All right.  So this would have been the
16     lawsuit we're talking about?
17 A   Yes, sir.
18 Q   All right.  And this was -- you went to go,
19     you said, see your brother's lawyer, and he's
20     the one who filed this lawsuit?
21 A   Yes, sir.
22 Q   All right.  And his name is Justin Bo West?
23 A   Yes, sir.
24 Q   Okay.  So on the second page of the lawsuit,
25     in paragraph six (6), it says (reading):