UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MCARTHUR GRIFFIN                               CIVIL ACTION

VERSUS

REC MARINE LOGISTICS, LLC          NO.: 20-00092-BAJ-EWD
ET AL.

## VERDICT FORM

**INTERROGATORY NO. 1**

Do you find by a preponderance of the evidence that Plaintiff McArthur Griffin injured his shoulder as a result of a personnel basket transfer incident onboard the *M/V Dustin Danos*?

     ✓ YES      ___ NO

**INTERROGATORY NO. 2**

Do you find by a preponderance of the evidence that Plaintiff McArthur Griffin injured his neck as a result of a personnel basket transfer incident onboard the *M/V Dustin Danos*?

     ✓ YES      ___ NO

## INTERROGATORY NO. 3

Do you find by a preponderance of the evidence that Plaintiff McArthur Griffin injured his back as a result of a personnel basket transfer incident onboard the *M/V Dustin Danos*?

\_\_\_\_\_ YES    \_✓\_ NO


*(If you answered "YES" to Interrogatories No. 1, 2, OR 3, please proceed to Interrogatory No. 4, and answer that question. If you answered "NO" to Interrogatories No. 1, 2, AND 3, please STOP, sign and date the form, and alert the Courtroom Security Officer).*

## INTERROGATORY NO. 4

Do you find by a preponderance of the evidence that Defendant REC Marine Logistics, LLC was negligent and that such negligence was a cause, in whole or in part, of the damage or injury to Plaintiff McArthur Griffin?

__✓__ YES   ____ NO

*(Regardless of your answer to Interrogatory No. 4, please proceed to Interrogatory No. 5, and answer that question).*

## INTERROGATORY NO. 5

Do you find by a preponderance of the evidence that the vessel, *M/V Dustin Danos*, was unseaworthy and that such unseaworthiness was a proximate cause of the damage or injury to Plaintiff McArthur Griffin?

__✓__ YES   ____ NO

*(If you answered "YES" to Interrogatories No. 4 OR 5, please proceed to Interrogatory No. 6, and answer that question. If you answered "NO" to Interrogatories No. 4 AND 5, please STOP, sign and date the form, and alert the Courtroom Security Officer).*

## INTERROGATORY NO. 6

Do you find by a preponderance of the evidence that Plaintiff McArthur Griffin was negligent and that such negligence contributed, in whole or in part, to his alleged injury or injuries?

✓ YES  ____ NO

## INTERROGATORY NO. 7

Please allocate the percentage of negligence/fault you find each party had in causing the accident. The total must equal 100%.

| | |
|---|---|
| REC MARINE LOGISTICS, LLC | 70 % |
| OFFSHORE TRANSPORT SERVICES, LLC | 20 % |
| MCARTHUR GRIFFIN | 10 % |
| TOTAL | 100 % |

4

# INTERROGATORY NO. 8

What amount of money would fairly and reasonably compensate Plaintiff McArthur Griffin for his injuries, if any, that resulted from a personnel basket transfer incident onboard the *M/V Dustin Danos*?

| | |
|---|---|
| Past general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life | $100,000 |
| Future general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life | $250,000 |
| Past wage loss | $150,000 |
| Future loss of earning capacity | $500,000 |
| Past medical expenses | $10,000 |
| Future medical expenses | $686,700 |

5

*(If you answered "YES" to Interrogatories Nos. 1, 2, OR 3, please answer Interrogatory No. 9 as to that injury/ those injuries ONLY.)*

## INTERROGATORY NO. 9

With respect to Plaintiff McArthur Griffin's shoulder, neck, and/or back injuries, do you find that Plaintiff has reached maximum medical cure?

| | | |
|---|---|---|
| BACK | ✓ YES | ___ NO |
| NECK | ___ YES | ✓ NO |
| SHOULDER | ___ YES | ✓ NO |

*(If you answered "NO" to Interrogatory No. 9, as to ANY of Plaintiff McArthur Griffin's injuries, please proceed to Interrogatory No. 10, and answer that question. If you answered "YES" to Interrogatory No. 9 as to ALL of Plaintiff McArthur Griffin's injuries, please STOP, sign and date the form, and alert the Courtroom Security Officer).*

## INTERROGATORY NO. 10

Do you find that Defendant, REC Marine Logistics, LLC, owes any past or future maintenance and cure benefits to the Plaintiff McArthur Griffin?

__✓__ YES      ____ NO

*(If you answered "YES" to Interrogatory No. 10, please proceed to Interrogatory No. 11, and answer that question. If you answered "NO" to Interrogatory No. 10, please STOP, sign and date the form, and alert the Courtroom Security Officer).*

## INTERROGATORY NO. 11

Below, please write the amount of maintenance and cure benefits you believe are owed to Plaintiff McArthur Griffin:

MAINTENANCE         $ 10,000

CURE                $ 0

7

## INTERROGATORY NO. 12

Do you find from a preponderance of the evidence that REC Marine Logistics, LLC acted unreasonably in failing to provide maintenance and cure to Plaintiff McArthur Griffin, resulting in some harm/injury to him?

___✓___ YES    _____ NO

*(If you answered "YES" to Interrogatory No. 12, please proceed to Interrogatory No. 13, and answer that question. If you answered "NO" to Interrogatory No. 12, please STOP, sign and date the form, and alert the Courtroom Security Officer).*

## INTERROGATORY NO. 13

Do you find by a preponderance of the evidence that REC Marine Logistics, LLC, in failing to provide maintenance and cure to Plaintiff McArthur Griffin, acted not only unreasonably, but also willfully, wantonly, and arbitrarily, such that punitive damages are warranted?

___✓___ YES    _____ NO

8

*(If you answered "YES" to Interrogatory No. 13, please proceed to Interrogatory No. 14, and answer that question. If you answered "NO" to Interrogatory No. 13, please **STOP**, sign and date the form, and alert the Courtroom Security Officer).*

## INTERROGATORY NO. 14

What amount in punitive damages should Defendant REC Marine Logistics, LLC pay to Plaintiff McArthur Griffin for its willful, wanton, and arbitrary failure to provide maintenance and cure?

$ 1,500,000

Date: 5-1-2023

Danny Venable
FOREPERSON