UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MCARTHUR GRIFFIN**                                           **CIVIL ACTION**

**VERSUS**

**REC MARINE LOGISTICS LLC, ET AL.**                **NO. 20-00092-BAJ-EWD**

## JUDGMENT

**WHEREAS,** this matter was tried before a jury on April 25–28, 2023, and May 1, 2023. (Docs. 186, 207, 208, 209, 214).

**WHEREAS,** the jury rendered a verdict in favor of Plaintiff McArthur Griffin and against Defendants REC Marine Logistics, LLC and Offshore Transport Services, LLC. (Doc. 212).

**WHEREAS,** the jury found that Plaintiff McArthur Griffin has proven by a preponderance of the evidence that Defendant REC Marine Logistics, LLC's negligent conduct was a cause, in part, of the injuries to Plaintiff's shoulder and neck that were sustained during a personnel basket transfer incident onboard the *M/V Dustin Danos*.

**WHEREAS,** the jury found that Plaintiff McArthur Griffin has proven by a preponderance of the evidence that the unseaworthiness of Defendant Offshore Transport Services, LLC's vessel, the *M/V Dustin Danos*, was a proximate cause of Plaintiff's injuries or damages.

**WHEREAS,** the jury found that Defendants, REC Marine Logistics, LLC and

1

Offshore Transport Services, LLC, have proven by a preponderance of the evidence that Plaintiff McArthur Griffin was negligent in a way that caused, in part, his injuries.

**WHEREAS,** the jury found that the degree of fault as between Plaintiff McArthur Griffin and Defendants REC Marine Logistics, LLC and Offshore Transport Services, LLC is allocated in the following percentages:

| | |
|---|---|
| McArthur Griffin: | 10% |
| REC Marine Logistics, LLC: | 70% |
| Offshore Transport Services, LLC: | 20% |

**WHEREAS,** the jury found that Plaintiff McArthur Griffin suffered the following damages:

| | |
|---|---|
| Past general damages: | $100,000.00 |
| Future general damages: | $250,000.00 |
| Past wage loss: | $150,000.00 |
| Future loss of earning capacity: | $500,000.00 |
| Past medical expenses: | $10,000.00 |
| Future medical expenses: | $686,700.00 |
| Maintenance: | $10,000.000 |
| TOTAL: | $1,706,700.00 |

**WHEREAS,** the jury found that Plaintiff McArthur Griffin has proven by a preponderance of the evidence that Defendant REC Marine Logistics, LLC acted unreasonably, willfully, wantonly, and arbitrarily in failing to provide maintenance and cure to Plaintiff, such that punitive damages in the amount of $1,500,000.00 are warranted.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECRED** that judgment be and is hereby **ENTERED** in favor of Plaintiff McArthur Griffin and against Defendants

REC Marine Logistics, LLC and Offshore Transport Services, LLC.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECRED** that a compensatory damages award in the amount of $1,194,690.00 be and is hereby **ENTERED** in favor of Plaintiff McArthur Griffin and against Defendant REC Marine Logistics, LLC.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECRED** that a compensatory damages award in the amount of $341,340.00 be and is hereby **ENTERED** in favor of Plaintiff McArthur Griffin and against Defendant Offshore Transport Services, LLC.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECRED** that a punitive damages award in the amount of $1,500,000.00 be and is hereby **ENTERED** in favor of Plaintiff McArthur Griffin and against Defendant REC Marine Logistics, LLC.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECRED** that Plaintiff McArthur Griffin be and is hereby awarded court costs and judicial interest from the date of judicial demand.

Baton Rouge, Louisiana, this 4th day of May, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**