UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>**Defendants** | **CIVIL ACTION NO: 3:20-cv-00092-BAJ-EWD**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## JOINT STATUS REPORT

**NOW INTO COURT,** through undersigned counsel, come Defendants, REC Marine Logistics, LLC and Offshore Transport Services, LLC ("Defendants"), and Plaintiff, McArthur Griffin ("Plaintiff"), which hereby submit this Joint Status Report in accordance with this Honorable Court's Order dated May 5, 2023. (R. Doc. 217). As requested, the parties seek to set forth below all outstanding issues to be resolved in this case.

### Anticipated Post-Trial Motions

The Parties request guidance regarding the filing of post-trial briefing. The Parties recollect that the Court said post-trial motions would be due 30 days after the court reporter's record was completed. The Parties' understanding is that the reporter's record will not be completed until July 2023.

### *Defendants*

REC Marine anticipates filing a renewed Motion for Judgment as a Matter of Law regarding Plaintiff's entitlement to maintenance and cure and punitive damages pursuant to Fed. R. Civ. P. 50(b). Defendants will also collectively file a Motion for New Trial or Remittitur pursuant to Fed. R. Civ. P. 59 on a variety of grounds.

Plaintiff notes below that he has filed a Motion for Attorneys' Fees related to his maintenance and cure claim. REC Marine contests Plaintiff's entitlement to attorneys' fees and intends to file an Opposition to the Motion.

Given Plaintiff's anticipated filings, QBE Insurance (Europe) Ltd. may file a Motion for Attorneys' Fees and Costs.

*Plaintiff*

Pursuant to the Judgment issued May 4, 2023 (entered May 5, 2023) following the jury trial in this matter, Plaintiff was the prevailing party on his claim for maintenance and cure against REC Marine Logistics, LLC, and he was awarded compensatory damages and punitive damages related to REC Marine Logistics, LLC's failure to pay maintenance and cure. Further, pursuant to the jury's verdict, an award of attorneys' fees was warranted due to REC Marine Logistics, LLC's unreasonable, willful and wanton failure to pay maintenance and cure.  As such, Plaintiff has filed a Motion for Attorneys' Fees. *See* Dkt. 224.

Plaintiff anticipates filing a Bill of Costs and Responses to the Motions Defendants note they anticipate filing, including but not limited to, a Motion to Strike Defendants Limitation of Liability defense.  Defendants have refused to produce any documents supporting the defense and have no evidence the defense applies.

Additionally, given Defendants' anticipated filings, Plaintiff intends to file a Motion for New Trial regarding the dismissal of claims against QBE Insurance (Europe), Ltd.

Further, to the extent the Limitation of Liability defense applies and Defendants are permitted to introduce evidence relating to the value of the *M/V Dustin Danos* (which they chose not to do during the trial and continue to refuse to provide), Plaintiff intends to seek post-trial discovery on the defense.  If discovery is resisted, Plaintiff intends to file motions to compel.

**Limitation of Liability**

As indicated in the Notice filed by the parties on March 10, 2023 (R. Doc. 172), the issue of Defendants' entitlement to limitation of liability is to be decided by the Court. This will include a determination of whether Defendants are entitled to limit their liability to the value of the M/V DUSTIN and, if so, the proper value of the vessel and its pending freight at the relevant time. Should the Limitation of Liability defense apply, the parties agree that the limitation of liability trial should be deferred until such time as the Court has had an opportunity to rule upon the anticipated post-trial motions discussed above.

Plaintiff notes to the Court that the Defendants have not produced or adduced any evidence supporting the limitation of liability defense, including the value of the vessel and freight. Therefore, given Defendants choice not to produce any evidence supporting their claimed Limitation of Liability defense, the defense does not apply to this action.

Defendants respond that there has been (and will be) ample testimonial evidence on the issue of whether Defendants are entitled to limit their liability. With respect to the value of the M/V DUSTIN DANOS, the question is the fair market value of the vessel at the time of Plaintiff's claimed incident (2018). Defendants intend to offer the testimony of a corporate representative(s) regarding the estimated fair market value of the vessel at the relevant time.

Respectfully submitted,

*/s/ Kyle A. Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500

Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**


Respectfully submitted,
**MORROW & SHEPPARD LLP**

/s/*Daniel E. Sheppard*
Daniel E. Sheppard
Bar Roll No. 38076
John D. Sheppard
*Admitted Pro Hac Vice*
P. Hogan Leatherwood
*Admitted Pro Hac Vice*
msfiling@morrowsheppard.com
dsheppard@morrowsheppard.com
jsheppard@morrowsheppard.com
hleatherwood@morrowsheppard.com
5151 San Felipe Street, Suite 100
Houston, Texas 77056
Telephone:  (713) 489-1206
Facsimile:  (713) 893-8370

AND

Brilliant Clayton (#36829)
**CLAYTON FRUGE WARD**
bclayton@claytonfruge.com
3741 La. Hwy 1 South
Port Allen, LA 70767
Telephone:  225.250.1435
Facsimile:  225.383.7631

*Attorneys for Plaintiff*