UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** | **CIVIL ACTION** |
| **VERSUS** | |
| **REC MARINE LOGISTICS LLC, ET AL.** | **NO. 20-00092-BAJ-EWD** |

### ORDER

**IT IS ORDERED** that the Parties shall file their post-trial motions in the above-captioned matter within 30 days of the last trial transcript being filed to the record.

Baton Rouge, Louisiana, this 24th day of May, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**