UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>Plaintiff<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>Defendants | **CIVIL ACTION NO: 3:20-cv-00092-BAJ-EWD**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## RENEWED MOTION FOR
## JUDGMENT AS A MATTER OF LAW

**NOW INTO COURT,** through undersigned counsel, comes Defendant, REC Marine Logistics, LLC ("REC Marine"), which hereby files this renewed Motion for Judgment as a Matter of Law regarding plaintiff's maintenance and cure claim, as well as the issue of punitive damages. Plaintiff, McArthur Griffin, filed suit alleging claims for Jones Act negligence, unseaworthiness, and maintenance and cure. A jury trial was held from April 25, 2023 through May 1, 2023. At the close of the Plaintiff's case, and again at the close of all the evidence, REC Marine moved for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a). More particularly, REC Marine sought dismissal of Plaintiff's maintenance and cure claim, as well as his claim for punitive damages associated therewith. The Court did not grant the original Motion for Judgement as a Matter of Law and submitted the above issues to the jury, which returned a verdict in favor of the Plaintiff with respect to certain aspects of his maintenance and cure claim. The jury further assessed punitive damages against REC Marine.

REC Marine now renews its Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(b), and requests that this Honorable Court vacate the jury's award of maintenance and cure and punitive damages, and render judgment in favor of REC Marine, all for the reasons more

fully set forth in the attached Memorandum in Support. REC Marine is also filing a Motion for New Trial or Remittitur pursuant to Fed. R. Civ. P. 59 with respect to the above claims and issues (among others), which Motion is joined by defendant Offshore Transport Services, LLC. The Motion for New Trial or Remittitur is being filed contemporaneously herewith, but is set forth in a separate document for sake of clarity.

    Respectfully submitted,

*/s/ Kyle A. Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC**

2