

EXHIBIT

1

## CERTIFICATION OF MEDICAL RECORDS

Date: 2/17/2021

Name: McArthur Griffin

DOB: _____

This is to certify that the attached is a true copy of medical records described in your request, subpoena, summons or court order. As custodian of medical records for Gulf Coast Orthopedics, I certify these records.

Pages of Records: 108

If you have questions regarding this matter, please contact our office.

Sincerely,

*Mandy L. Folse*
Gulf Coast Orthopedics
Medical Record Custodian

JOINT TRIAL
EXHIBIT

26

(985)868-1540 PHONE
(985)876-0759 FAX
www.gulfcoastorthopedics.com

Gulf Coast Orthopedics
1001 School Street
~~~~~ 70360

Griffin000625

# Account Financial History By Service Date
## Gulf Coast Orthopedics

**Selections:**

| | |
|---|---|
| Service Dates: | 05/25/2018 - 02/10/2021 |
| Accounts: | 287315 |
| Activity Types: | Charges, Payments, Adjustments, Transfers, Refunds |

**Type Date Legend:**

Charges - Service Date, Credits - Post Date

| Account Date | Type | Name / Description | Provider | Proc Code | | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 287315 | Griffin, Mcauthur | | | | | | | | |
| 06/29/2018 | CHG | Griffin, Mcauthur | 1377 | 73221 | Mri Joint Upr Extrem W/O Dye | 06/29/2018 | M25.512 | 1.00 | 1,300.00 |
| 07/02/2018 | CHG | Griffin, Mcauthur | BC | 99203-25 | Office/Outpatient Visit, New | 07/03/2018 | M25.512 | 1.00 | 202.00 |
| 07/02/2018 | CHG | Griffin, Mcauthur | BC | J3301 | Kenalog/10MG | 07/03/2018 | M19.012 | 4.00 | 40.00 |
| 07/02/2018 | CHG | Griffin, Mcauthur | BC | 20610-LT | Drain/Inject. Joint/Bursa | 07/03/2018 | M19.012 | 1.00 | 225.00 |
| 07/02/2018 | CHG | Griffin, Mcauthur | BC | 77002 | Fluoroscopic Guidance For Needle Placement | 07/03/2018 | M25.512 | 1.00 | 750.00 |
| 08/13/2018 | ADJ | 004 | | | Contractual | | | | -78.00 |
| 08/13/2018 | ADJ | 004 | | | Contractual | | | | -133.00 |
| 08/13/2018 | ADJ | 004 | | | Contractual | | | | -587.00 |
| 08/13/2018 | PMT | 3993 | | | Check from      1990 | 08/13/2018 | | | -417.00 |
| 09/06/2018 | CHG | Griffin, Mcauthur | BC | 99214 | Office/Outpatient Visit, Est | 09/07/2018 | M25.512 | 1.00 | 175.00 |
| 09/24/2018 | CHG | Griffin, Mcauthur | BC | E0576 | Intermittent limb compression device (includes all accessori | 11/05/2018 | M75.122 | 1.00 | 2,500.00 |
| 09/24/2018 | CHG | Griffin, Mcauthur | BC | E0218 | Polar Care 500 | 11/05/2018 | M75.122 | 1.00 | 250.00 |
| 09/24/2018 | CHG | Griffin, Mcauthur | BC | L3960 | Customizer Shoulder Immob/Shoulder Pillow | 11/05/2018 | M75.122 | 1.00 | 1,000.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | BC | 29823-51LT | Shoulder Arthroscopy/Surgery | 09/27/2018 | M65.112 | 1.00 | 3,600.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | BC | 29828-51LT | Arthroscope Bicept Tenodesis | 09/27/2018 | M75.22 | 1.00 | 4,000.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | BC | 29825-51LT | Arthroscopy, shoulder, surgical; with lysis and resection of | 09/27/2018 | M75.02 | 1.00 | 4,200.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | BC | 29826-LT | Shoulder Arthroscopy/Surgery | 09/27/2018 | M75.42 | 1.00 | 3,700.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | BC | 29824-51LT | Shoulder Arthroscopy/Surgery | 09/27/2018 | M19.012 | 1.00 | 4,500.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | BC | 29827-LT | Arthroscop Rotator Cuff Repr | 09/27/2018 | M75.122 | 1.00 | 4,600.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | WK | 29823-8051 | Shoulder Arthroscopy/Surgery | 09/27/2018 | M65.112 | 1.00 | 3,500.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | WK | 29828-8051 | Arthroscope Bicept Tenodesis | 09/27/2018 | M75.22 | 1.00 | 3,900.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | WK | 29825-8051 | Arthroscopy, shoulder, surgical; with lysis and resection of | 09/27/2018 | M75.02 | 1.00 | 4,100.00 |
| 09/25/2018 | CHG | Griffin, Mcauthur | WK | 29826-80LT | Shoulder Arthroscopy/Surgery | 09/27/2018 | M75.42 | 1.00 | 3,600.00 |
| ~~09/25/2018~~ | ~~CHG~~ | ~~Griffin, Mcauthur~~ | ~~WK~~ | ~~29824-90LT~~ | ~~Shoulder Arthroscopy/Surgery~~ | ~~09/27/2018~~ | ~~M19.012~~ | ~~1.00~~ | ~~4,400.00~~ |
| 09/25/2018 | CHG | Griffin, Mcauthur | WK | 29827-80LT | Arthroscop Rotator Cuff Repr | 09/27/2018 | M75.122 | 1.00 | 4,500.00 |
| 09/27/2018 | CHG VOID | Griffin, Mcauthur | WK | 29824-80LT | Shoulder Arthroscopy/Surgery | | M19.012 | 1.00 | -4,400.00 |
| 09/27/2018 | CHG VOID | Griffin, Mcauthur | WK | 29826-80LT | Shoulder Arthroscopy/Surgery | | M75.42 | 1.00 | -3,600.00 |
| 10/04/2018 | CHG | Griffin, Mcauthur | BC | 99214 | Office/Outpatient Visit, Est | 10/04/2018 | M25.512 | 1.00 | 175.00 |
| 11/01/2018 | CHG | Griffin, Mcauthur | BC | 99024 | Postoperative follow-up visit, normally included in the surg | 10/18/2018 | M25.512 | 1.00 | 0.00 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -1,978.00 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -2,844.40 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -3,613.60 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -4,051.80 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -20.00 |

Griffin000626

02/12/2021 11:34 AM

**Account Financial History By Service Date**
**Gulf Coast Orthopedics**

Page 2

| Account / Date | Type | Name / Description | Provider | Proc Code | | Ref Date | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 287315 | Griffin, Mcauthur | | | | | | | | |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -2,013.00 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -4,147.00 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -2,359.00 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -3,175.60 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -3,688.86 |
| 11/26/2018 | ADJ | 004 | | | Contractual | | | | -3,982.72 |
| 11/26/2018 | PMT | 4083 | | | Check from | 1990 | 11/26/2018 | | -7,645.00 |
| 11/26/2018 | PMT | 4083 | | | Check from | 1990 | 11/26/2018 | | -1,121.00 |
| 11/26/2018 | PMT | 4083 | | | Check from | 1590 | 11/26/2018 | | -105.00 |
| 12/13/2018 | CHG | Griffin, Mcauthur | BC | 99214 | Office/Outpatient Visit, Est | 12/13/2018 | M25.512 | 1.00 | 175.00 |
| 01/14/2019 | ADJ | 004 | | | Contractual | | | | -1,000.00 |
| 01/14/2019 | ADJ | 004 | | | Contractual | | | | -195.00 |
| 01/14/2019 | PMT | 4129 | | | Check from | 1990 | 01/14/2019 | | -2,555.00 |
| 01/30/2019 | CHG | Griffin, Mcauthur | BC | 99214 | Office/Outpatient Visit, Est | 01/30/2019 | M25.512 | 1.00 | 175.00 |
| 02/12/2019 | ADJ | 004 | | | Contractual | | | | -70.00 |
| 02/12/2019 | PMT | 4151 | | | Check from | 1990 | 02/12/2019 | | -105.00 |
| 03/04/2019 | CHG | Griffin, Mcauthur | BC | FORMS | Insurance Forms | 03/04/2019 | NONE | 1.00 | 10.00 |
| 03/04/2019 | PMT | dis. form | | | Charge from Griffin, Mcauthur | 03/04/2019 | | | -10.00 |
| 03/13/2019 | CHG | Griffin, Mcauthur | BC | 99213 | Office/Outpatient Visit, Est | 03/14/2019 | M25.512 | 1.00 | 125.00 |
| 04/09/2019 | ADJ | 004 | | | Contractual | | | | -70.00 |
| 04/09/2019 | PMT | 4231 | | | Check from | 990 | 04/09/2019 | | -105.00 |
| 04/10/2019 | CHG | Griffin, Mcauthur | BC | 99214 | Office/Outpatient Visit, Est | 04/10/2019 | M25.512 | 1.00 | 175.00 |
| 05/01/2019 | CHG | Griffin, Mcauthur | BC | 99214 | Office/Outpatient Visit, Est | 05/01/2019 | M25.512 | 1.00 | 175.00 |
| 05/22/2019 | PMT | 4272 | | | Check from | 990 | 05/22/2019 | | -210.00 |
| 05/22/2019 | ADJ | WCADJ | | | ADJUSTMENT | | | | -70.00 |
| 05/22/2019 | ADJ | WCADJ | | | ADJUSTMENT | | | | -70.00 |
| 06/05/2019 | CHG | Griffin, Mcauthur | BC | 99214 | Office/Outpatient Visit, Est | 06/05/2019 | M75.42 | 1.00 | 175.00 |
| 07/17/2019 | PMT | 4329 | | | Check from | | 07/10/2019 | | -105.00 |
| 07/17/2019 | ADJ | WCADJ | | | ADJUSTMENT | | | | -70.00 |
| 08/14/2019 | PMT | 4355 | | | Check from | 990 | 08/08/2019 | | -105.00 |
| 08/14/2019 | ADJ | WCADJ | | | ADJUSTMENT | | | | -70.00 |
| 03/25/2020 | PMT | 4585 | | | Check from | 990 | 03/17/2020 | | -974.00 |
| 03/25/2020 | ADJ | WCADJ | | | ADJUSTMENT | | | | -57.00 |
| 03/25/2020 | ADJ | WCADJ | | | ADJUSTMENT | | | | -394.00 |
| | Account Totals: | PMT: | 13,457.00 | RFD: | 0.00 | XFR: | 0.00 | ADJ: | 34,768.00 | CHG: | 48,225.00 | 35.00 | -0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Report Totals: | PMT: | 13,457.00 | RFD: | 0.00 | XFR: | 0.00 | ADJ: | 34,768.00 | CHG: | 48,225.00 | 35.00 | -0.00 |

Griffin000627

PT # 28731??  **GULF COAST ORTHOPEDICS** A Division of Houma Orthopedic Clinic, AMC    APPT DATE/TIME _____

**VERIFICATION**

PATIENT NAME: McAuthur Griffin _____ DOB: _____

PHYSICIANS NAME: Dr. Blu _____ REF PHYSICIAN: _____

EMPLOYER NAME: Gulf Offshore Logistics _____

MAILING ADDRESS: 1770 LA 308 _____ PHONE #: (985)332-1010

Raceland 70394

FAX #: _____

CONTACT: _____ DATE OF INJURY: 5/27/16

INJURED BODY PART(S) APPROVED: Lt Shoulder _____

IS    ED TURNED OVER TO    ? YES [ ]    NO [ ]

IF "NO" ARE YOU PLANNING TO TURN THIS    OVER TO    YES [ ]    NO [ ]

NAME: Drew Aucoin

MAILING ADDRESS: 101 Metairie Lawn Drive    Metairie, LA 70001

PHONE #: _____ FAX #: _____

"    "    ? YES [ ]    NO [ ]

NAME: Drew Aucoin    PHONE: 504-388-0404

FAX # : _____ EMAIL: _____

IS 1010 REQUEST REQUIRED FOR ANY FURTHER TREATMENT REQUEST? YES [ ]    NO [ ]

1010 REQUEST FAX #: _____

NURSE CASE MANAGER: _____ PHONE #: _____

FAX #: _____ EMAIL ADDRESS: _____

DATE APPT VERIFIED: _____ INITIALS VERIFIED BY: _____

NOTES: Drew Aucoin gave verbal approval for initial OV

+ Lt shoulder MRI. W

obates

Griffin000628

 **OPEN MRI OF LA** 
MEDICAL HISTORY

DATE: 6-29-2018

NAME: Mc Authur Griffin

PHONE # HOME _____ CELL _____

ADDRESS _____

CITY/STATE _____ ZIP L A

AGE: 46 DOB: _____

HEIGHT: 5'6" WEIGHT: 254

S.S. # _____

TECHNOLOGIST USE ONLY:
1. Shauuur
2. _____
3. _____
4. _____
ACCOUNT # 78130

ORDERING PHYSICIAN:
Brett Casey, MD

LIST ALL SURGERIES INCLUDING DATES:

N/A

IS YOUR CONDITION THE RESULT OF ANY INJURY (I.E. LIFTING, FALLING, AUTOMOBILE ACCIDENT)?
PLEASE DESCRIBE AND GIVE DATES.

I was Picking up a battery and hit my shoulder under
the fire Station and a few day later I was
Smashed between a large gorgo box and a man
basket with four Men on it

HAVE YOU EVER HAD ANY TYPE OF KIDNEY PROBLEM(S) ? YES _____ NO ✓
HAVE YOU EVER HAD CANCER ? YES _____ NO ✓
PLEASE GIVE PERTINENT DATE(S), TYPE OF CANCER, BODY PART(S) INVOLVED AND TREATMENT
RECEIVED (I.E. CHEMOTHERAPY, RADIATION, SURGERY, ETC.)

TECHNOLOGIST USE ONLY:

Griffin000629

 **OPEN MRI OF LA**
MEDICAL HISTORY


|  | YES | NO |
|---|---|---|
| ***HEART PACEMAKER | ( ) | ( ✓ ) |
| ***BRAIN ANEURYSM CLIP | ( ) | ( ) |
| ***METALLIC FRAGMENTS IN EYES | ( ) | ( ✓ ) |
| ***ARE YOU CURRENTLY PREGNANT | ( ) | ( ✓ ) |
| *NEURO OR BONE STIMULATOR (TENS UNIT) | ( ) | ( ✓ ) |
| *EAR IMPLANTS | ( ) | ( ✓ ) |
| *VASCULAR FILTER FOR CLOTS (UMBRELLA) | ( ) | ( ✓ ) |
| *INFUSION / INSULIN PUMP | ( ) | ( ✓ ) |
| *STENT(S) | ( ) | ( ✓ ) |
| METAL JOINTS, RODS, PLATES, SCREWS, CLIPS, ETC. | ( ) | ( ✓ ) |
| DENTURES / PARTIAL PLATES | ( ) | ( ✓ ) |
| HEARING AIDS | ( ) | ( ✓ ) |
| PERTHES IMPLANT/ PESSORY (FOR BLADDER) | ( ) | ( ✓ ) |
| ARE YOU CURRENTLY WEARING A PAIN PATCH | ( ) | ( - ) |
| PREVIOUS MRI | ( ) | ( ✓ ) |

PLEASE REMOVE ALL REMOVABLE METAL FROM YOUR BODY SUCH AS DENTURES, PARTIAL PLATES, HAIRPINS, JEWELRY, HEARING AIDS, BRASSIER (BRA), ETC. BEFORE YOUR SCAN. **PLEASE USE RESTROOM BEFORE EXAM.** WE THANK YOU FOR YOUR COOPERATION IN THIS PREPARATION PROCESS.

PATIENT SIGNATURE _____

TECHNOLOGIST _____

DATE __6-29-2018__

Griffin000630

Patient ID:
28127

## OPEN MRI OF LOUISIANA
## INSURANCE VERIFICATION

PATIENT NAME : MvArthur Griffin _____ DOB : _____

PHONE # _____ CELL/ 2ND # _____

ORDERING PHYSICIAN: ILRV

TYPE OF MRI: Lt Shoulder _____ HT _____ WT _____

CPT : 1324 _____ DIAG: MMS12 _____

MRI SCHEDULED DATE: _____ TIME: _____

PRIMARY INS COMPANY: Drew Ancoin _____ PHONE: _____

POLICY #: _____ GROUP #: _____

SPOKE TO: _____ REF/CONF #: _____

EFFECTIVE DATE : _____ COPAY: _____

DED: _____ DED MET: _____

OOP : _____ OOP MET: _____ CO-INS: _____

MRI ALLOW : _____ PREPAY: _____

PRECERT _____ PHONE: _____

SPOKE TO : _____ PRECERT # _____

SECONDARY INS COMPANY: _____ PHONE: _____

POLICY #: _____ GROUP: _____

SPOKE TO: _____ REF/CONF#: _____

EFFECTIVE DATE: _____ COPAY : _____

DED: _____ DED MET: _____

OOP : _____ OOP MET: _____ CO-INS: _____

MRI ALLOW : _____ PREPAY: _____

PRECERT _____ PHONE: _____

SPOKE TO: _____ PRECERT # _____

OTHER RESPONBILE PARTY _____

NAME _____ PHONE : _____

FAX : _____ SPOKE TO: _____

NOTES: Drew Ancom gave verbal approval to Ernie for Lt shoulder MRI.
Bill T Drew. Ancoin. 6/29/18

Griffin000631

## OPEN MRI OF LA
CONSENT FORM

In consideration of services rendered by **OPEN MRI OF LA**, I agree to pay all charges incurred on the account of the patient named below and accept full responsibility for payment of services performed by **OPEN MRI OF LA**. I also understand that **OPEN MRI OF LA**                    as a courtesy to me, and that any amounts not covered by                    will be paid by me.

If this is a                    , I understand that the above paragraph does not apply to me, unless it is determined that my injury is not work related.

I authorize **OPEN MRI OF LA** to release any and all information requested by any billed, in order to complete my                    I authorize and direct the                    to pay **OPEN MRI OF LA** directly, any and all                    p to the amount of my bill.

I authorize any other medical providers/facilities to release my medical records to **OPEN MRI OF LA**.

I CERTIFY THAT I HAVE READ AND UNDERSTAND EACH PARAGRAPH OF THE ABOVE CONSENT FORM.

Patient Signature: _____

Parent or Guarantor: _____

Date: _____6-29-2018_____

I UNDERSTAND OFFICE CHARGES ARE PAYABLE AT THE TIME OF SERVICE.

I UNDERSTAND THERE WILL BE A FEE OF $25.00 FOR ALL NSF CHECKS.

I UNDERSTAND THAT IF IT BECOMES NECESSARY TO TURN THIS ACCOUNT OVER TO AN OUTSIDE COLLECTIONS AGENCY, I WILL BE RESPONSIBLE FOR COLLECTION FEES OF 50% AS WELL AS ALL COSTS AND ATTORNEY FEES INCURRED.

I UNDERSTAND AFTER THE                    PAYS, I AM RESPONSIBLE FOR ANY OUTSTANDING BALANCE  I AGREE TO PAY **OPEN MRI OF LA** ALL CHARGES IN EXCESS OF

I HEREBY AUTHORIZE PHOTOCOPIES OF THIS FORM TO BE VALID AS THE ORIGINAL.

DATE: _____6-29-2018_____

PATIENT'S SIGNATURE: _____

MINOR PARENT'S SIGNATURE: _____

Griffin000632

**Open MRI of Louisiana - Houma**
1001 School Street
Houma, Louisiana 70360



| | | | |
|---|---|---|---|
| **Patient Name** | MCARTHUR GRIFFIN | **Case ID** | 17386177 |
| **Birth Date** | | **Patient MRN** | 287315 |
| **Referring Physician** | Brett Casey, MD | | |
| **Exam Date** | 06/29/2018 | | |
| **Exam Description** | MR Left Shoulder joint w/o Contrast | | |

**HISTORY:** Trapezius and anterior left shoulder pain. Triceps burning. Limited range of motion. Crepitus. Weakness. Increased pain reaching posteriorly. All since 05/25/2018. Pain since hitting superior aspect of shoulder while moving towards standing position.

**TECHNICAL FACTORS:** Long- and short-axis fat- and water-weighted images were performed.

**COMPARISON:** None.

**FINDINGS:** AC arthropathy is mild. The acromion is low lying.

Frayed partial thickness interstitial tear supraspinatus insertion 1.8cm anterior to posterior. No tenoosseous avulsion. Mild peritendinobursitis. Subscapularis insertion tendinopathic.

Biceps arcuate segment is tendinopathic.

SLAP type 2A tear. The labrum tear propagates anteroinferiorly. Capsulosynovitis. Debris within the joint space. No soft tissue mass. No substantive muscle fatty atrophy.

**CONCLUSION:**

1. **Frayed partial thickness 1.8cm interstitial laminar tear supraspinatus insertion distally greater than 50% of the tendon depth. Mild peritendinobursitis.**
2. **SLAP type 2A tear propagates anteroinferiorly. No cyst. No acute macroinstability.**
3. **Capsulosynovitis.**
4. **Please see above.**

Thank you for the opportunity to provide your interpretation.

Adam K. Olmsted, MD

A: AO/mj 06/29/2018 12:54 PM
T: MJ 06/29/2018 12:48 PM

Griffin000633



**GULF COAST ORTHOPEDICS**
A Division of Houma Orthopedic Clinic, AMC

Thank you for choosing Gulf Coast Orthopedics. We are committed to providing you with quality and comprehensive orthopedic care. Please help us by completely filling out all of the information below. We will keep this information confidential and only release it only with your consent. If you need assistance filling out this form please notify the receptionist.

## Demographics

Please print all information.

| | | |
|---|---|---|
| Patient's Name: McArthur Griffin | | Today's Date: 6-29-2018 |

**Race:** (Please circle)
Hispanic    American Indian    Asian    (Black/African American)    White    Other:

**Ethnicity:** (Please circle)
Hispanic or Latino    Not Hispanic or Latino    Unknown by patient

| Sex: (circle one) (Male) Female | Date of Birth: | Language: (English / Spanish) | Age: 46 |
|---|---|---|---|
| Address | | Mailing | |
| City | State: LA | | Zip Code: |
| Social Security Number | | | |
| Home Telephone: | Work | Cell Tele | |

If a minor, name of guardian and relationship:     email Address:

## Notify in Case of Emergency

| Name: Shirley Griffin | | Relationship: Mother |
|---|---|---|
| | Work Telephone: N/A | Cell Telephone: N/A |

## Billing Information

Who is Responsible for the bill?

☐ Company Name: GOL

Company ☐ Company: _____
Address, City, State, Zip: _____     Telephone Number: _____
Name of     Date of Birth: _____
Contract or     Number: _____     Number: _____
Company ☐ Company Name: _____
Address, City, State, Zip: _____     Telephone Number: _____
Name of     Date of Birth: _____
Contract or     Number: _____     Number: _____
Self Payment ☐
Attorney ☐ Name & Phone Number: _____

## Employment History

Are you currently employed? Yes ☑ No ☐ Name of Employer: GOL     What is your job title: Deck Hand
Occupation: Engineer

Signature: _____     Date: 6-29-18

Griffin000634

Patient Name: _McArthor Griffin_

## Social History

| Are you: | Single ☑ | Married ☐ | Divorced ☐ | Widowed ☐ |

Living Arrangements:  Home alone ☐   Home with Spouse ☐   Assisted Living ☑   Nursing Home ☐

Do you presently smoke tobacco?  Yes ☑  No ☐  If no, have you ever smoked  Yes ☐  No ☐  When did you quit?
If yes, please list the amount you smoke ___ pack / day ___ packs / week _13_ Number of years smoked
Do you drink alcohol regularly?  Yes ☐  No ☐
If yes, please list the amount and type ingested per day: _every other month cause of How i worke_

Pharmacy/Location _____    Cardiologist _____

Home Health _____    Physical Therapist _____

## Problem

What are you seeing the doctor for today? _my left shoulder_

How long have you had these symptoms: _about a month to 5 weeks_

Date of accident or injury _5-25-2018_

Where did it occur? _on the boat_

How did the accident happen? _lifting and got smashed between a large box and moving basket_

Who, if anyone, has been treating you for this problem? _the office Safety guy Brain sent me to a a doctor_

What treatment, if any, have you had? _some pills_

Have you had any x-rays for this problem? _yes_

When? _about 5 weeks ago_  Where? _____

Have you had a CT Scan, Myelogram or MRI for this problem? _just had a MRI done today_

When? _____

Where? _____

Nerve Study _____  When? _____

Where? _____

Referring Physician _____

## Medications

| Drug | Dosage | Drug | Dosage |
|------|--------|------|--------|
| 1. | | 6. | |
| 2. | | 7. | |
| 3. | | 8. | |
| 4. | | 9. | |
| 5. | | 10. | |

## Allergies    Do you have a history of latex allergy?  Yes ☐  No ☐

| Drug | Reaction | Drug | Reaction |
|------|----------|------|----------|
| 1. | | 6. | |
| 2. | | 7. | |

Griffin000635

Patient Name *Illi  Hulbor  Urithin*

## Past Medical History

| Illness / Injury | Yes | No | Illness / Injury | Yes | No |
|---|---|---|---|---|---|
| High blood pressure | | ✓ | Kidney disease | | ✓ |
| Diabetes | | ✓ | Liver disease | | ✓ |
| Heart attack | | ✓ | Females ONLY: Are you or could you be pregnant? | | ✓ |
| Chest pain or angina | | ✓ | AIDs or HIV Infection | | ✓ |
| Stroke | | ✓ | Thyroid problems | | ✓ |
| Cancer | | ✓ | Shortness of breath | | ✓ |
| Hepatitis | | ✓ | Blood Clots | | ✓ |
| Stomach Ulcers | | ✓ | Bleeding tendency | | ✓ |
| Arthritis | | ✓ | Accidents / Broken bones (please list) | | |
| Gout | | | | | |
| Anesthetic complications | | ✓ | | | |

## Past Surgical History

| Year | Name of Operation | Type of Anesthetic (general, regional, local) | Complications |
|---|---|---|---|
| | N/A | | |
| | | | |
| | | | |
| | | | |

## Family Medical History (Do you have a family history of any of the following illnesses?)

| Illness | Yes | No | Illness | Yes | No |
|---|---|---|---|---|---|
| Cancer | | ✓ | Rheumatoid Arthritis | | ✓ |
| Heart Disease | | ✓ | Degenerative Arthritis | | ✓ |
| High Blood Pressure | | ✓ | Thyroid Disease | | ✓ |
| Diabetes | ✓ | | Immune Disorders | | ✓ |

## Review of Systems

| Constitutional Symptoms | Yes | No | Gastrointestinal | Yes | No | Neurological | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Recent weight change | ✓ | | Loss of appetite | | ✓ | Frequent headaches | ✓ | |
| Fever | | ✓ | Nausea or vomiting | | ✓ | Light headed or dizzy | ✓ | |
| Unexplained sweating | | ✓ | Frequent diarrhea | | ✓ | Seizures | | ✓ |
| Eyes | | | Constipation | | ✓ | Numbness or tingling | | ✓ |
| Wear glasses or contacts | ✓ | | Rectal bleeding or blood in stool | | ✓ | Tremors | | ✓ |
| Blurred or double vision | ✓ | | Black tarry stools | | ✓ | Paralysis | | ✓ |
| Glaucoma | | ✓ | Regular abdominal pain or heartburn | | ✓ | Psychiatric | | ✓ |
| ENT | | | Genitourinary | | | Memory loss or confusion | | ✓ |
| Hearing loss | | ✓ | Frequent urination | | ✓ | Anxiety | | ✓ |
| Regular nose or gum bleeding | | ✓ | Burning or painful urination | | ✓ | Depression | | ✓ |
| Sore throat | | ✓ | Blood in urine | | ✓ | Insomnia | | ✓ |
| Swollen glands in neck | | ✓ | Incontinence or dribbling | | ✓ | Endocrine | | |
| CV | | | Female:# of pregnancies | | ✓ | Glandular or Hormone Problem | | ✓ |
| Irregular heart beats | | ✓ | Female:# of miscarriages | | ✓ | Excessive thirst or urination | | ✓ |
| Shortness of breath w/walking or lying flat | | ✓ | Musculoskeletal | | | Heat or cold intolerance | | ✓ |
| Swelling in feet, ankles, and hands | | ✓ | Joint pain | ✓ | | Changes in hair or nails | | ✓ |
| Fainting spells | | ✓ | Joint stiffness and swelling | ✓ | | Hematology | | |
| Elevated cholesterol | | ✓ | Morning stiffness | ✓ | | Bruising tendency | | ✓ |
| Respiratory | | | Difficulty walking | | ✓ | Amnesia | | ✓ |
| Chronic or frequent coughing | | ✓ | Muscle cramping | ✓ | | Need for past transfusion | | ✓ |
| Spitting up blood | | ✓ | Integumentary | | | | | |
| Regular shortness of breath | | ✓ | Rash or itching | | ✓ | Height | | |
| Emphysema | | ✓ | Changes in skin color | | ✓ | Weight | | |
| Regular wheezing | | ✓ | Varicose veins | | ✓ | | | |

I certify that to the best of my knowledge the preceding information is true and accurate.

Patient Signature (or parent if patient is a minor)

6-29-18

Date

Griffin000636



Patient's Name: _____

Using the following symbols, please mark all the appropriate areas of your body that are affected by the corresponding sensations:

| ACHING | NUMBNESS | PINS & NEEDLES | BURNING | STABBING |
|--------|----------|----------------|---------|----------|
| ++++++ | --------------- | ooooooooooooooo | xxxxxxxxxx | ///////////////// |
| ++++++ | --------------- | ooooooooooooooo | xxxxxxxxxx | ///////////////// |



FRONT                    BACK

Griffin000637

# GULF COAST ORTHOPEDICS

1001 School Street     Houma, Louisiana 70360

Authorization for Medical Treatment: The undersigned has been informed of the treatment procedures considered necessary for the patient and that the treatment/procedures will be directed by a physician and performed by employees of Gulf Coast Orthopedics. The undersigned understands that no guarantee or assurance has been made as to the results that may be obtained from treatment. Authorization is hereby granted for treatment.

Information Privacy: Gulf Coast Orthopedics will use and disclose your personal health information to treat you, to receive payment for the care we provide, and for other health care operations. Health care operations generally include those activities we perform to improve the quality of care. We have prepared a detailed NOTICE OF PRIVACY PRACTICES to help you better understand our policies in regards to your personal health information. The terms of the notice may change with time and we always post the current notice at our facilities, on our website and have copies available for distribution. The undersigned acknowledges receipt of this information.

Release of Information: Gulf Coast Orthopedics is hereby authorized or disclose all or part of my information regarding medical condition, treatment and prognosis to                  other treating physicians, trainers, rehabilitation nurses, orthopedic technicians and/or coaches. I agree that Gulf Coast Orthopedics may request and use my prescription medication history from other healthcare providers or third-party pharmacy                  for treatment purposes, I also authorize research and education programs, provided my name and likeness are not revealed and my privacy is completely protected.

Assignment of                  In the event the undersigned is entitled to benefits of any kind whatsoever arising out of any of                  he patient of any other party liable to the patient, said                  are hereby assigned to Gulf Coast Orthopedics for application the patient's bill. The undersigned, and/or patient agrees to be responsible for changes not covered by the assignment, including                  and                  prescribed by law.

Financial Agreement: The undersigned agrees that in consideration for the services to be rendered to the patient, he/she individually agrees to be totally responsible for all changes for services such as, DURABLE MEDICAL SUPPLIES, SYNVISC, SUPARTZ, SYNVISC ONE, and any other non-covered charges. The undersigned agrees to assign payment for the unpaid charges from services provided by the fee(s) charged as a legal and lawful debt. I understand the fee(s) charged are due at the time of service. Should it become necessary to forward my account for collection, I agree to pay all monies due, including collection fee, attorney fees, and/or court cost. If such be necessary. I waive and forever, my right of exemption under the laws of the Constitution of the State of Louisiana and any other state. All delinquent balances shall bear interest at the legal rate.

Authorization: I authorize any holder of medical or other information about me to release to the Social Security Administration and Center for                  or its intermediaries or carriers any information needed for this or a related I permit a copy of this authorization to be used in place of the original, and request payment of                  either to myself or to the party who accepts assignment. I understand it is mandatory to notify the health care provider of any other party who may be responsible in paying for my treatment (section 1128B of the Social Security Act and 31 U.S.C. 3801-3812 provides penalties for withholding this information.) Regulations pertaining to                  assignment of benefits also apply.

Miscellaneous Provisions: I understand that under no circumstances will Gulf Coast Orthopedics be liable for property of patients.

THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ AND UNDERSTANDS THE FOREGOING, IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT TO EXECUTE THE ABOVE, AND ACCEPTS THE TERMS THEREOF.

_____
UNDERSIGNED (Patient's Signature)

_____
Signature - if signed by Undersign's Authorized Agent

_____
Witness

_____
Relationship to undersigned

_____
Witness - need only if signatures are made by (X)

_____
Date                  Time of Signing

Griffin000638

NAME: _Mc Arthor Cr. F_                    DOB: _6 - 5 - 2018_

# Gulf Coast Orthopedics: ACKNOWLEDGEMENT OF RECEIPT AND CONSENT

Our Notice of Privacy Practices provides information about how we may use and disclose protected health information about you. The Notice contains a Patient Rights section describing your rights under the law. You have the right to review our Notice before signing the Consent. The terms of our Notice may change. If we change our Notice, you may obtain a revised copy by contacting our office.

You have the right to request that we restrict how protected health information about you is used or disclosed, for treatment, payment or health care operations. We are not required to agree to this restriction, but if we do, we shall honor that agreement.

By signing this form, you consent to our use and disclosure of protected health information about you for treatment, payment and health care operations. You have the right to revoke this consent, in writing, signed by you. However, such a revocation shall not affect any disclosures we have already made in reliance on your prior Consent. The Practice provides this form to comply with the Health          Portability and Accountability Act of 1996 (HIPAA).

As a courtesy you may list people below who you authorize access to your medical information pertaining to your treatment. You may revoke this authorization by contacting our office. We reserve the right to share information with family members or other persons, if in exercising professional judgment, we determine that doing so would be in the best interest of your patient care.

I authorize __Col__ , (relationship to patient: __Job__ )
access to medical information pertaining to my treatment.

I authorize __Shirley Cr. H~__ , (relationship to patient: __Mother__ )
access to medical information pertaining to my treatment.

I authorize __Corey Cr. H~__ , (relationship to patient: __Brother__ )
access to medical information pertaining to my treatment.

Signed: __Mc Arthe Jf__

This Consent was signed by: __M Arther Cr H.__
                           Printed Name - Patient or Representative

Relationship to Patient (if other than patient): _____

                                    Date: __6    29, 18__

front of __Mc Arther Cr H.__
         Printed Name - Practice Representative

Griffin000639

Acct#287315

 

Employee Work Release Form

Name: McArthur Griffin    DOB _____    Date: 7/2/18

Diagnosis: LT Shoulder Pain. Impingement. HCRCT

According to the physical exam and diagnostic findings, this patient may participate in:

o   Very heavy lifting without restrictions (lifting greater than 100 pounds)

o   Heavy labor without restrictions (lifting 75-100 pounds)

o   Medium labor (able to lift no heavier than 50 pounds)

o   Light duty (no lifting greater than 25 pounds)

o   Clerical/sedentary duty

o   No work

The above restrictions are: ___ temporary ___ permanent

This patient is:

o   Cleared for work according to job description discussed with employee rep _____

o   Cleared for duties with NO restrictions

o   Cleared with the following restrictions:

_____

_____

_____

PLAN:

Follow up appointment: ___ 4 weeks

Discharge Medications: Mobic, Flexeril

Physical Therapy/Testing/Procedures: Injection, PT

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____    Date: 7/2/18

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000640

[5/14/2019][Page 1 of 3]

# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthor Griffin | **Visit Date:** | July 2, 2018 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | **Location Address:** | 1001 School Street |
| **Referring Provider:** | Brett E. Casey MD | | Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Right Shoulder Pain

## History Of Present Illness

The patient, McAuthor Griffin, is a 46 year old male who is self referred for evaluation of left shoulder pain which began 5 weeks ago. The pain is described as moderate in severity and aching in quality. It occurs frequently. It does not radiate.

The symptoms occurred after an injury. He sustained an injury as a result of a work related accident. The accident took place while working on the boat. Pt states first time he hurt his short by lifting something then reinjured it by getting it smashed between a box and man basket.

The patient reports that heavy lifting and raising ones arm aggravate the complaint. He also complains of night pain.

He was treated with NSAIDs. This treatment provided little or no improvement.

There has been shoulder x-rays and a shoulder MRI performed recently to assess the complaint. The x-rays are available, were reviewed, and the results are documented in the physical exam below. The MRI is available, was reviewed, and the results are documented in the physical exam below.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| High Blood Pressure | | -- |
| Cancer | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | -- | --/-- | -- | -- |
| Assisted Living | -- | --/-- | -- | -- |
| Single | -- | --/-- | -- | -- |

## Review of Systems

**Constitutional**
  ○ **Denies** : weight loss
**Cardiovascular**
  ○ **Denies** : chest pain, sensation of heart racing

[Digital Signature Validated]

Griffin000641

**Respiratory**
  ○ **Denies** : shortness of breath
**Gastrointestinal**
  ○ **Denies** : diarrhea, nausea, vomiting
**Genitourinary**
  ○ **Denies** : frequency, painful urination
**Integument**
  ○ **Denies** : rash
**Neurologic**
  ○ **Denies** : dizziness
**Musculoskeletal**
  ○ **Admits** : symptoms in HPI
**Endocrine**
  ○ **Denies** : excessive thirst, excessive urination
**Heme-Lymph**
  ○ **Denies** : easy bleeding, easy bruising

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|------|------|----|----------|------|-----|-----------|----|----|----------|-----|-----|-----------|--------|--------|-----|
| 07/02/2018 | 11:15 AM | 124/74 | Sitting | | | | 75 – R | 19 | | 240lbs 0oz | 5' 6" | 38.74 | 2.25 | | |

## Physical Examination

**Constitutional**
  ○ **Appearance** : well-developed, *overweight*, body habitus normal
**Eyes**
  ○ **Conjunctivae** : conjunctivae normal
**Respiratory**
  ○ **Inspection of Chest** : normal appearance
**Right Upper Extremity**
  ○ **Shoulder** :
    ▪ **Inspection/Palpation** : diffuse tenderness present, no swelling
    ▪ **Range of Motion** : decreased range of motion secondary to pain
    ▪ **Strength** : all muscles 5/5 with the following exceptions, supraspinatus 4/5
    ▪ **Stability** : no joint instability on provocative testing
    ▪ **Tests/Signs** : Speed's test negative, cross chest adduction test positive, Neer (+), Hawkins (+), Obrien test positive
  ○ **Reflexes** : biceps 2+, triceps 2+, brachioradialis 2+
  ○ **Sensation** : hand neurovascularly intact
  ○ **Skin** : no skin lesions or discoloration
  ○ **Vascular Exam** : normal capillary refill, radial artery pulse 2+, no edema, no cyanosis
**Neurological/Psychiatric**
  ○ **Mood and Affect** : mood normal, affect appropriate
  ○ **Mental Status Examination** :
    ▪ **Orientation** : grossly oriented to person, place and time
----- **Radiology Results** -----
  ○ **Right Shoulder/Humerus** : x-ray of the right shoulder was obtained, *A-C joint arthritis*

## Assessment

- Acute pain of left shoulder    719.41/M25.512
- Arthrosis of left acromioclavicular joint    715.91/M19.012
- Impingement Syndrome, Shoulder, Left    726.2/M75.42
- Complete tear of left rotator cuff    727.61/M75.122

## Plan

**Orders**
  ○ Image Guided Injection, Left (77002) - 719.41/M25.512, 715.91/M19.012, 726.2/M75.42, 727.61/M75.122 - 07/02/2018
  ○ MRI Shoulder, Left (MRI)  719.41/M25.512, 715.91/M19.012, 726.2/M75.42, 727.61/M75.122  07/02/2018

[Digital Signature Validated]
Griffin000642

○ Shoulder Injection, (Marcaine/Kenalog) (20610, J3301) - 719.41/M25.512, 715.91/M19.012, 726.2/M75.42, 727.61/M75.122 – 07/02/2018

**Medications**

○ cyclobenzaprine 10 mg oral tablet
SIG: take 1 tablet (10 mg) by oral route 3 times per day for 30 days
DISP: (90) tablets with 0 refills
**Prescribed on 07/02/2018**

○ Mobic 15 mg oral tablet
SIG: take 1 tablet (15 mg) by oral route once daily for 30 days
DISP: (30) tablets with 0 refills
**Prescribed on 07/02/2018**

**Instructions**

○ SHOULDER INJECTION (MARCAINE/KENALOG): The patient was given an injection of 40MG of Kenalog and Marcaine in the affected shoulder under aseptic technique. The shoulder was prepped with alcohol and then the injection was administered. The patient tolerated the procedure well. A band-aid was applied to the injection site.

○ ----------------------------INSTRUCTIONS------------------------------

○ Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.

○ Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.

○ --------------------------WORK STATUS--------------------------

○ The patient is cleared for duties WITHOUT RESTRICTIONS.

**Disposition**

○ Return Visit Request in/on 4 weeks +/- 2 days (45190).

Mr. Griffin comes in today for evaluation of his right shoulder. He hurt his shoulder in two difference instances on his most recent hitch. The first was when he was picking up on a starter and the second was about three days later when he was struck by a cage basket hauling supplies on and off of the boat. He has had trouble at night and trouble raising his hand above chest.

Exam today is consistent with impingement, AC arthrosis, and a partial thickness rotator cuff tear, as well as a SLAP tear.

MRI confirms partial thickness rotator cuff tear, SLAP tear, and capsulitis.

I am recommending the patient get a subacromial injection. Under sterile technique using fluoroscopic guidance, 40mg Kenalog was injected into the left subacromial space without complication. He will be sent to physical therapy for four weeks. I will see him back at the end of the 4 week period for repeat evaluation.

**Electronically Signed by:** Brett E. Casey, MD - Author on July 5, 2018 08:31:03 AM

[Digital Signature Validated]

Griffin000643

# Orders Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthor Griffin | **Create Date:** | July 11, 2018 |
| **Patient ID:** | 287315 | | |
| **Sex:** | Male | | |
| **Birthdate:** | | | |

## Assessment

- Shoulder pain, left    719.41/M25.512
- Impingement syndrome of shoulder region, left    726.2/M75.42

## Plan

    **Orders**
        o  Refer To: (REFER) - - 07/11/2018
            GCO THERAPY ORDER PUT IN MIKES FOLDER ALC

**Electronically Signed by:** Brett E. Casey, MD •Author on July 11, 2018 02:38:08 PM

[Digital Signature Validated]

LWC FORM 1010 – REQUEST OF AUTHORIZATION/    OR SELF    EMPLOYER RESPONSE
PLEASE PRINT OR TYPE

**SECTION 1. IDENTIFYING INFORMATION - To Be Filled Out By Health Care Provider**

| | | | |
|---|---|---|---|
| Last Name: Griffin | First: McAuthor | Middle: | Street Address, City, State, Zip: LA |
| Social Security Number: Unknown | Date of Birth: | Phone Number | Date of Injury: 05/25/2018 |
| Employers Name: Gulf Offshore Logistics | Street Address, City, State, Zip: | | Phone Number: |
| Name: J DREW AUCOIN | DREW AUCOIN | | Number (if known): |
| Street Address, City, State Zip: 701 METAIRIE LAWN DR  METAIRIE,LA 70001 | Email Address: | Phone Number: 504-388-0494 | Fax Number: |

**SECTION 2. REQUEST FOR AUTHORIZATION - To Be Filled Out By Health Care Provider**

| | | |
|---|---|---|
| Requesting Health Care Provider DR BRETT CASEY | Phone Number: 985-850-1267 | Fax Number: 985-850-1271 |
| Street Address, City, State Zip: 1001 School Street, Houma, LA  70360 | | Email: mlandry@hocla.com |
| Diagnosis: Acute pain of left shoulder;Arthosis of left acromioclavicular joint;Impingement Syndrome, Shoulder,Left; Complete tear of left rotator cuff; | CPT/DRG Code: | ICD-9/DMS-4 Code: M25.512,M19.012,M75.42,M75.122 |
| Requested Treatment or Testing (Attach Supplement if Needed): PHYSICAL THERAPY: EVAL & TREAT | | |
| Reason for Treatment or Testing (Attach Supplement if Needed): | | |

**INFORMATION REQUIRED BY RULE TO BE INCLUDED WITH REQUEST FOR AUTHORIZATION - To Be Filled Out By Health Care Provider**
(Following is the required minimum information for Request of Authorization (LAC 40:2715 (C))

- [✓] History provided to the level of condition and as provided by Medical Treatment Schedule
- [ ] Physical Findings/Clinical Tests
- [ ] Documented functional improvements from prior treatment
- [ ] Test/imaging results
- [ ] Treatment Plan including services being requested along with the frequency and duration

| | | |
|---|---|---|
| I hereby certify that this completed form and above ~~~~~~~~~~~~~~~~~~ | [✓] Faxed  [ ] Emailed | to the  13  day of  07  , 2018  Self  Employer on this the  (day)  (month)  (year) |
| Signature of Health Care Provider: | | Printed Name: BRETT CASEY |

**SECTION 3. RESPONSE OF    /SELF    EMPLOYER FOR AUTHORIZATION**
(Check appropriate box below and return to requesting Health Care Provider,    Attorney as provided by rule)

- [ ] The requested Treatment or Testing is approved
- [ ] The requested Treatment or Testing is approved with modifications (Attach summary of reasons and explanation of any modifications)
- [ ] The requested Treatment or Testing is denied  because
  - [ ] Not in accordance with Medical Treatment Schedule or R.S.23:1203.1(D) (Attach summary of reasons)
  - [ ] The request, or a portion thereof, is not related to the on-the-job injury
  - [ ] The ___ is being denied as non-compensable
  - [ ] Other (Attach brief explanation)

| | | |
|---|---|---|
| I hereby certify that this response of  Self  Employer for Authorization was | [ ] Faxed  [ ] Emailed | to the Health Care Provider (and to the Attorney of if one exists, if denied or approved with modification) on this the  ___ day of ___ , ___  (day)  (month)  (year) |
| Signature of  Self  Employer: | | Printed Name: |

- [ ] The prior denied or approved with modification request is now approved

| | | |
|---|---|---|
| I hereby certify that this response of  Self  Employer for Authorization was | [ ] Faxed  [ ] Emailed | to the Health Care Provider and Attorney of if one exists on this the  ___ day of ___ , ___  (day)  (month)  (year) |
| Signature of  Self  Employer: | | Printed Name: |

Griffin000645

**SECTION 4. FIRST REQUEST**

(Form 1010A is required to be filled out by    Self    Employer and Health Care Provider)

| | The requested Treatment or Testing is delayed because minimum information required by rule was not provided |
|---|---|

| P R O V I D E | I hereby certify that this First Request and accompanying Form 1010A was | ☐ Faxed ☐ Emailed | to the Health Care Provider on this the _____ day of _____ , _____ (day)     (month)   (year) |
|---|---|---|---|
| | Signature of Carrier/Self        Employer: | | |
| | I hereby certify that a response to the First Request and accompanying Form 1010A was | Faxed Emailed | to the Carrier/Self        Employer on this the _____ day of _____ , _____ (day)     (month)   (year) |
| | Signature of Health Care Provider: | Printed Name: | |

**SECTION 5. SUSPENSION OF PRIOR AUTHORIZATION DUE TO LACK OF INFORMATION**

Suspension of Prior Authorization Process due to Lack of Information

| | The requested Treatment or Testing is delayed due to a Suspension of Prior Authorization Due to Lack of Information |
|---|---|

| P R O V I D E R | I hereby certify that this Suspension of Prior Authorization was | ☐ Faxed ☐ Emailed | to the Health Care Provider on this the _____ day of _____ , _____ (day)     (month)   (year) |
|---|---|---|---|
| | Signature of Carrier/Self        Employer: | Printed Name: | |

Appeal of Suspension to Medical Services Section by Health Care Provider

| | I hereby certify that this form and all information previously submitted to    /Self        Employer was faxed to OWCA Medical Services  (Fax Number: 225-XXX-XXXX)  this _____ day of _____ , _____ . | | |
|---|---|---|---|
| | I hereby certify that this Appeal of Suspension of Prior Authorization was | Faxed Emailed | to the    /Self        Employer on this the _____ day of _____ , _____ (day)     (month)   (year) |
| | Signature of Health Care Provider: | Printed Name: | |

**SECTION 6. DETERMINATION OF MEDICAL SERVICES SECTION**

| | The required information of LAC40:2715(C) was *not* provided |
|---|---|
| | The required information of LAC40:2715(C) was provided |

| O W C A | I hereby certify that a written determination was | ☐ Faxed ☐ Emailed | to the Health Care Provider &        /Self _____ day of _____ , _____ (day)     (month)   (year) |
|---|---|---|---|
| | Signature: | Printed Name: | |

**SECTION 7. HEALTH CARE PROVIDER RESPONSE TO MEDICAL SERVICES DETERMINATION**

| P R O V I D E R | I hereby certify that additional information, pursuant to the determination of Medical Services Section, was | Faxed Emailed | to the    /Self        Employer on this the _____ day of _____ , _____ (day)     (month)   (year) |
|---|---|---|---|
| | Signature of Health Care Provider: | Printed Name: | |

Griffin000646

08/06/2018  14:28    3379426385          OPELOUSAS PHYSICAL T                    PAGE  02/06

| Physical Therapy | Initial Evaluation / Examination | Page 1 |
|---|---|---|

| Patient: Griffin, McAuther | Date: Monday, July 16, 2018 |
|---|---|
| MR #: 4068 MG | Provider: Opelousas Physical Therapy |
| PT: Mr. Donald Henry FitzGerald PT | Provider #: PT00399 |

## Patient Information

| Address: | Birth Date: |
|---|---|
| | Physician: Dr. Brett Casey MD |
| Occupation: | Num of Approved Visits: 12 |
| Gender: Male | Medicare #: |
| Contact Person: | Claim #: |

## Rehabilitation Information / History

| Medical Diagnosis, ICD9, and Onset Date: | 05/25/2018 | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M25.122 Impingement syndrome shoulder / left M75.42 Weakness Muscle M62.81 |
|---|---|---|
| Preferred Practice Pattern: | | Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/ connective tissue dysfunction |
| Physical Therapy Diagnosis: | | Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122 Impingement Syndrome Shoulder / Left M75.42 |
| Recent Phys. Therapy: | | None within the last sixty days |
| Prior Functional Status: | | Independent with no pain or limitation in ambulation, IADL's, work or recreation |
| Required Equipment: | | None |
| Weight Bearing Status: | | No restrictions |
| Safety Measures: | | Adhere to orthopedic precautions/restrictions |
| Rehab Prognosis: | | Excellent rehab potential to reach and maintain prior level of function |
| Mental Status: | | Alert and oriented in all spheres- cooperative and motivated |
| Concerns that led to PT: | | Decreased functional ability |
| Review of Tests and Records: | | MRI 6/29/18 Frayed partial Thickness tear supraspinatus insertion 1.8cm anterior to posterior. Subscapularis insertion tendinopathic. Slap type 2 tear. Labrum tear propagates anteriorinfuriorly. Debris with in joint space. |

Patient has a history of behavioral health risks:     NO

Patient / Caregiver concur with established goals:     YES     Frequency of Exercise sessions per week:     3

| Emotional response to health status: | GOOD | Reported Eating Habits: | GOOD |
|---|---|---|---|
| Patient's communication skills: | GOOD | Reported Sleeping Patterns: | GOOD |
| Knowledge of Exercise and Fitness: | GOOD | Reported Energy Level: | GOOD |

Griffin000647

## Physical Therapy          Initial Evaluation / Examination          Page 2

Patient: Griffin, McAuthor                          Date: Monday, July 16, 2018

### Functional Measures

| Tolerance to IADLs | Current Level: Moderate - Severe pain and limitation during and/or after a specific IADL affecting performance |
| | Goal: Mild pain and limitation during and/or after a specific IADL affecting performance |

| Tolerance to Work Activities | Current Level: Moderate - Severe pain and limitation in a specific work activity affecting performance |
| | Goal: Mild pain and limitation in a specific work activity affecting performance |

| Tolerance to Recreation Activities | Current Level: Moderate - Severe pain and limitation in a specific recreational activity affecting performance |
| | Goal: Mild pain and limitation in a specific recreational activity affecting performance |

Functional Goal, Short term:      Joint inflammation, or restriction & pain are reduced by 25% in two weeks

Functional Goal, Long term:       Performance in specific IADL/work/recreational related activities is improved (end date = Duration)

### Physical Findings

| Pain | | Scale (0-10) | |
|------|------------------------------|-------------|---|
| | Current Level: Shoulder Pain - Left | | 8 |
| | Goal: Shoulder Pain - Left | | 3 |

| Palpation | Location: Joint - shoulder - Left |
| | Finding: Muscle weakness, upper extremity |

| Palpation | Location: Joint - shoulder - Left |
| | Finding: Muscle guarding- moderate with palpation |

PT Initial Evaluation                                   Opelousas Physical Therapy

Griffin000648

08/06/2018 14:26 3379426305 OPELOUSAS PHYSICAL T PAGE 04/06

| Physical Therapy | **Initial Evaluation / Examination** | Page 3 |
| --- | --- | --- |

Patient: Griffin, McAuthor                                    Date: Monday, July 16, 2018

## Specific Joints

(Note: Blank indicates Strength / Range of Motion are within functional limits or not tested)

| Current Physical Findings | | | | | Physical Goals | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Strength | | Active Range of Motion | | | Strength | | Active Range of Motion |
| Action | | Right | Left | Right | Left | Action | Right | Left | Right | Left |
| **Shoulder:** Flexion | | | 4/5 | | 145o | **Shoulder:** Flexion | | 5/5 | | 180 |
| Extension | | | 4/5 | | 35o | Extension | | 5/5 | | 45 |
| Abduction | | | 4/5 | | 90o | Abduction | | 5/5 | | 180 |
| Adduction | | | | | | Adduction | | | | |
| Horizontal Abduction | | | | | | Horizontal Abduction | | | | |
| Horizontal Adduction | | | | | | Horizontal Adduction | | | | |
| Internal Rotation | | | 4/5 | | 80 | Internal Rotation | | 5/5 | | 80 |
| External Rotation | | | 4/5 | | 45o | External Rotation | | 5/5 | | 90 |

## Interventions (CPT Code)

P L A N
E O F
T R E A T M E N T

T Physical Therapy Initial Evaluation/ Low Complexity 97161

R Manual therapy techniques- joint mobilization and manipulation 97140

E A Electrotherapeutic modality- Functional electrical stimulation (FES) (attended) 97032

T Electrotherapeutic modality- Electrical muscle stimulation (unattended) 97014

M E Therapeutic exercise 97110

N Therapeutic exercise 97110

T

---

**Frequency of PT:** Three times weekly

**Duration of PT:** 4 weeks

7/16/18 Date

Mr. Donald Henry FitzGerald PT
State Lic #: PT00399

Software Reg #: 3750900511

PT Initial Evaluation

Opelousas Physical Therapy

Griffin000649

08/06/2018  14:28   3379426385          OPELOUSAS PHYSICAL T              PAGE  05/06

| Physical Therapy | Plan Of Care  (Initial Evaluation) | Page 1 |
|---|---|---|

Patient: Griffin, McAuthor

MR #: 4060 MG

PT: Mr. Donald Henry FitzGerald PT

DOB:

Plan of Care Date: Monday, July 16, 2018

Provider: Opelousas Physical Therapy

Medical Diagnosis, 05/25/2018

ICD9, and Onset Date:

Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122

Impingement syndrome shoulder / left M75.42

Weakness Muscle M62.81

Preferred Practice Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/
Pattern: connective tissue dysfunction

Physical Therapy Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122
Diagnosis: Impingement Syndrome Shoulder / Left M75.42

| Problems | Goals |
|---|---|
| | Short Term: Joint inflammation, or restriction & pain are reduced by 25% in two weeks |
| | Long Term: Performance in specific IADL/work/recreational related activities is improved (end date = Duration) |
| Tolerance to IADLs: Moderate - Severe pain and limitation during and/or after a specific IADL affecting performance | Tolerance to IADLs: Mild pain and limitation during and/or after a specific IADL affecting performance |
| Tolerance to Work Activities: Moderate - Severe pain and limitation in a specific work activity affecting performance | Tolerance to Work Activities: Mild pain and limitation in a specific work activity affecting performance |
| Tolerance to Recreational Activities: Moderate - Severe pain and limitation in a specific recreational activity affecting performance | Tolerance to Recreational Activities: Mild pain and limitation in a specific recreational activity affecting performance |
| Pain: Shoulder Pain - Left  Grade 8 | Pain: Shoulder Pain - Left  Grade 3 |

## Specific Joints

(Note: Blank indicates Strength / Range of Motion are within functional limits or not tested)

| Current Physical Findings | | | | | Physical Goals | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Strength | | Active Range of Motion | | | Strength | | Active Range of Motion | |
| Action | Right | Left | Right | Left | Action | Right | Left | Right | Left |
| **Shoulder:** Flexion | | 4/5 | | 145p | **Shoulder:** Flexion | | 5/5 | | 180 |
| Extension | | 4/5 | | 35p | Extension | | 5/5 | | 45 |
| Abduction | | 4/5 | | 90p | Abduction | | 5/5 | | 180 |
| Adduction | | | | | Adduction | | | | |
| Horizontal Abduction | | | | | Horizontal Abduction | | | | |
| Horizontal Adduction | | | | | Horizontal Adduction | | | | |
| Internal Rotation | | 4/5 | | 80 | Internal Rotation | | 5/5 | | 80 |
| External Rotation | | 4/5 | | 45p | External Rotation | | 3/5 | | 90 |

PT Plan of Care

Opelousas Physical Therapy

Griffin000650

| Physical Therapy | **Plan Of Care**  (Initial Evaluation) | Page 2 |
|---|---|---|

Patient: Griffin, McAuther

MR #: 4060 MG                    DOB:

PT: Mr. Donald Henry FitzGerald PT

Plan of Care Date: Monday, July 16, 2018

Provider: Opelousas Physical Therapy

## Interventions

FREQUENCY: Three times weekly

DURATION: 4 weeks

Physical Therapy Initial Evaluation/ Low Complexity 97161

Manual therapy techniques- joint mobilization and manipulation 97140

Electrotherapeutic modality- Functional electrical stimulation (FES) (attended) 97032

Electrotherapeutic modality- Electrical muscle stimulation (unattended) 97014

Therapeutic exercise 97110

Therapeutic exercise 97110

| | |
|---|---|
| 8/22/18 | 7/16/18 |
| Date        Dr. Brett Casey MD | Date        Mr. Donald Henry FitzGerald PT |
| | State Lic #: PT00399 |

Software Reg #: 5750900311

Griffin000651



**GULF COAST ORTHOPEDICS**
A Division of Hanna Orthopedic Clinic, AMC

PH: 985-868-1540    FAX: 985-853-1117

Name: MCAUTHOR GRIFFIN                    Date: 7/13/18

Diagnosis: LT SHOULDER IMPINGEMENT, LT RCT

TX per Week: 2-3                    for 6 Weeks

DESIGNATED AREA:

- [ ] Cervical      [✓] Shoulder      [ ] Hip
- [ ] Thoracic      [ ] Elbow         [ ] Knee
- [ ] Lumbar        [ ] Wrist         [ ] Foot/Ankle
                    [ ] Hand

TX DESIRED:

- [ ] Whirlpool                    [ ] Paraffin
- [ ] Moist Heat                   [ ] Jobst Intermittent Comp.
- [ ] Diathermy                    [ ] Intermittent Traction
- [ ] Ultra Sound                  [ ] Rom: Active/Passive
- [ ] Infrared Heat                [ ] Quads
- [ ] Massage                      [ ] P.R.E. Program
- [ ] Will. Ex.                    [ ] Posture Evaluation & Ex.
- [ ] Will. Ex. Home Program       [ ] Scoliosis Program
- [ ] Gait Training                [ ] Amputee Training
- [ ] Elec. Stimulation

Precautions or Contraindications:


EVAL & TREAT


Dr. _____

Griffin000652

Acct # 287315



**Employee Work Release Form**

Name: McArthur Griffin        DOB        Date: 7/27/18

Diagnosis: Lt Shoulder pain, Impingement, AC Arthrosis RCT

According to the physical exam and diagnostic findings, this patient may participate in:

- ○ Very heavy lifting without restrictions (lifting greater than 100 pounds)
- ○ Heavy labor without restrictions (lifting 75-100 pounds)
- ○ Medium labor (able to lift no heavier than 50 pounds)
- ○ Light duty (no lifting greater than 25 pounds)
- ○ Clerical/sedentary duty
- ✗ No work

The above restrictions are: ✗ temporary ____ permanent    Patient off of work to complete therapy.

**This patient is:**

- ○ Cleared for work according to job description discussed with employee rep _____
- ○ Cleared for duties with NO restrictions
- ○ Cleared with the following restrictions:

_____

_____

_____

**PLAN:**

Follow up appointment: _____ Needs appointment for week of 7/30/18

Discharge Medications: _____ Mobic, Flexeril

Physical Therapy/Testing/Procedures: _____ Injection, PT

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____        Date: _____ 7/27/18

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000653

09/06/2018  11:59    3379426305              OPELOUSAS PHYSICAL T              PAGE  02/03

| Physical Therapy | **Progress / Treatment Note** | Page 1 |
|---|---|---|

| Patient: Griffin, McAuthor | Date: Wednesday, September 05, 2018 |
|---|---|
| MR #: 4060 MG | Provider #: PT00399 |
| PT: Mr. Donald Henry FitzGerald PT | Provider: Opelousas Physical Therapy |

| Medical Diagnosis, 05/25/2018 ICD9, and Onset Date: | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122 Impingement syndrome shoulder / left M75.42 Weakness Muscle M62.81 |
|---|---|

Preferred Practice   Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/
Pattern:   connective tissue dysfunction

Physical Therapy   Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122
Diagnosis:   Impingement Syndrome Shoulder / Left M75.42

## PT Interventions Consisted of:

|  |  | (CPT Code) | Minutes |
|---|---|---|---|
| ○ Universal Precautions | ○ Vital signs taken before and after Treatment | | |
| (#1): Physical agent- cryotherapy- cold pack 97010 | | | 30 |
| (#2): Manual therapy techniques- joint mobilization and manipulation 97140 | | | 15 |
| (#3): Electrotherapeutic modality- Functional electrical stimulation (FES) (attended) 97032 | | | 15 |
| (#4): Electrotherapeutic modality- Electrical muscle stimulation (unattended) 97014 | | | 20 |
| (#5): Therapeutic exercise 97110 | | | 15 |
| (#6): Therapeutic exercise 97110 | | | 15 |

Interventions Comments: Work related accident. Left shoulder pain 5-6/10 at rest 3-4/10. Has labrum Type 2 tear. Anterior/interiorly. 50 % tear of supraspinatus tendon. Debri in joint space. Some involvement of subscapularis tendon. Tolerated exercises fair today. Active and active assistive ROM. Theraband exercises and the weight training. Does ok in therapy but still moderately limited in all activities above 90 degrees of flexion and abduction. Continues to wake up 3-4 times nightly due to pain when he rolls over onto his left side.

| Progressive Exercises / Procedures: | Lbs / Time | Reps/Sets |
|---|---|---|
| Shoulder- left- general strengthening and range of motion | 5 min | |
| Shoulder- left- Codman's exercises | 5 min | |
| Shoulder: closed chain activities | 5 min | |
| Shoulder: Rotator cuff ROM and Strengthening Advancement Program | 10 min | |
| Shoulder: Scapular stabilization exercises. | 5 min | |
| Shoulder: Kibler integrated exercise program | 5 min | |

### Specific Impairments Changes:

Pain: Range of Motion; Strength; Inflamation

Impairment Comments: Left shoulder pain 5-6/10 with activity. 3-4/10 at rest. Active ROM: flexion 145p, extensor 20-30 p, abduction 90, internal rotation 80, external 45p. Calming pain down. Using Dolphin mircor point stimulation, high voltage stim, ice , manual therapy active assistive exercises,active exercises, closed chain etc for cuff advancement. Minimal relief thus far. Taking meds as prescribed. Really good patient doing all that I ask of him. Shoulder is still problematic with varying degrees of pain dependent on activity.

### Specific Functional Changes:

Functional Comments: Moderate functional limitations.

Current Plan:    Three times weekly

Discharge Planning was Discussed with Patient/Caregiver:  NO        Patient's response to the PT Interventions: FAIR

Patient's progress toward established goals:    FAIR

### Narrative:

Last prescribed visit today. Will see Dr. Casey next week. Dr. Casey, please eval and advise. Thank you !!!

PT Progress Note                                                                 Opelousas Physical Therapy

Griffin000654

**Physical Therapy**                    **Progress / Treatment Note**          Page 1

Patient: Griffin, McAuthor                        Date: Wednesday, September 05, 2018
MR #: 4060 MG                                      Provider #: PT00399
PT: Mr. Donald Henry FitzGerald PT                Provider: Opelousas Physical Therapy

Date _____ 9/5/18 _____    Mr. Donald Henry FitzGerald PT
                                State Lic #: PT00399

Software Reg #: 6260800311

Griffin000655

Acct# 28735



Employee Work Release Form

Name: WHTNOR GRFFN     DOB: _____     Date: 9/4/18

Diagnosis: LT SHOULDER PAIN, IMPINGEMENT, AC ARTHROSIS, RCT

According to the physical exam and diagnostic findings, this patient may participate in:

○ Very heavy lifting without restrictions (lifting greater than 100 pounds)

○ Heavy labor without restrictions (lifting 75-100 pounds)

○ Medium labor (able to lift no heavier than 50 pounds)

○ Light duty (no lifting greater than 25 pounds)

○ Clerical/sedentary duty

☑ No work

The above restrictions are: ✗ temporary ____ permanent

This patient is:

○ Cleared for work according to job description discussed with employee rep _____

○ Cleared for duties with NO restrictions

○ Cleared with the following restrictions:

_____
_____
_____

PLAN:

Follow up appointment: _____ After procedure

Discharge Medications: _____

Physical Therapy/Testing/Procedures: LT S/P ATS SMD D/E RCD IMDS AP BT F

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____     Date: 9/4/18

Lateral Hum Head
9/25/18
GOSC

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000656

**GULFCO** **SERVICES**, PO Box 157, Marksville, LA 71351-0157 – 1-800-865-4542

☐ INITIAL    ☐ CONTINUING

## FORM

INSTRUCTIONS: A _____ form must be fully completed by creditor _____, physician, and employer. Return completed form to creditor, and creditor will mail to the address shown above. _____ will be delayed if the **signed certificate of** _____ is not received. if all sections are not fully completed, or if the form is altered.

### A. CREDITOR / FINANCE COMPANY INFORMATION *(ATTACH A COPY OF CERT. OF* _____ *)* (Please Print or Type)

| CREDITOR / FINANCE COMPANY'S NAME | AGENT# | CERT/ACCT/LOAN # | | | | MONTHLY BENEFIT |
|---|---|---|---|---|---|---|
| All-State Credit Plan-Ville Platte | GIS0303 | | | | | $ |

| EFF DATE | EXP / MATURITY DATE | WORKING UNEMPLOYED? YES ☐ NO | SELF EMPLOYED? ☐ YES ☐ NO | | A&H # | PYMT AMT BEING REQUESTED |
|---|---|---|---|---|---|---|
| | | | | MOS | RETRO DAYS | $ |

"The details, as indicated herein, have been investigated by me and, in my opinion, the representations made by customer, physician, and employer are sufficient to justify disability payments for the customer."

| CREDITOR REPRESENTATIVE'S SIGNATURE | DATE | TELEPHONE | FAX |
|---|---|---|---|
| X | | (337) 363-5474 | (337) 363-5484 |

### B. _____ STATEMENT *(MUST BE FULLY COMPLETED AND RETURNED TO FINANCE COMPANY)* (Please Print or Type)

| FULL NAME | | DATE OF BIRTH | GENDER | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| McAuthor Griffin | | | ☒ MALE ☐ FEMALE | 5 FT 6 IN | 235 LBS |

| STREET ADDRESS | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|
| | | La | | |

| EMPLOYER'S NAME, ADDRESS, AND TELEPHONE NUMBER (IF UNEMPLOYED, GIVE LAST EMPLOYER'S INFORMATION) | SELF EMPLOYED? | IF YES, IS BUSINESS OPERATIONAL WHILE YOU ARE DISABLED? |
|---|---|---|
| GOL | 985-532-1060 ☐ YES ☐ NO | ☐ YES ☐ NO |

| OCCUPATION AND DUTIES | NUMBER OF HOURS WORKED DAILY | WERE YOU WORKING 30 hours or more per week ON EFFECTIVE DATE OF DISABILITY | EMPLOYED WHEN BEGAN? | IF NO, GIVE DATE UNEMPLOYMENT BEGAN |
|---|---|---|---|---|
| Engineer / deck Hand | 12+ | ☒ YES ☐ NO | ☒ YES ☐ NO | |

| HAVE YOU APPLIED FOR: UNEMP. | | | TYPE OF RECEIVING | AND DATE BEGAN |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☐ NO | ☐ YES ☐ NO | |

| CAUSED BY ☒ ACCIDENT ☐ SICKNESS | DATE OF ACCIDENT OR SICKNESS April 25, 2018 | DESCRIBE ACCIDENT OR SICKNESS hit my Right Shoulder / got smashed on back deck |
|---|---|---|

| DATE FIRST TREATED FOR INJURY OR SICKNESS | PHYSICIAN'S FULL NAME AND ADDRESS Brett E. Casey MD 1001 School St. Houma | TELEPHONE 985 868-1540 |
|---|---|---|

PHYSICIANS/HOSPITALS/CLINICS WHO HAVE TREATED YOU IN THE PAST TWO YEARS (FULL NAME, ADDRESS AND TELEPHONE NUMBER) ATTACH ADDITIONAL SHEET IF NECESSARY 985-223-0032
Occupational Medicine Service Gulf Coast Orthopedics Dr. Casey

| FIRST DAY NOT WORKED DUE TO DISABILITY June 29, 2018 | DATES TOTALLY DISABLED/UNABLE TO WORK FROM June 25-18 TO | RETURNED TO WORK? IF YES, DATE RETURNED ☐ YES ☐ NO |
|---|---|---|

FOR YOUR PROTECTION, THE FOLLOWING FRAUD WARNING STATEMENT IS REQUIRED TO APPEAR ON THIS FORM. Any person who knowingly and willingly presents a false or fraudulent _____ for payment of a loss or _____ or knowingly and willingly presents false information in an application for _____ is guilty of a crime and may be subject to fines and confinement in prison.

AUTHORIZATION: Upon presentation of the original or a photocopy of this signed authorization, I authorize any medical professional, hospital, or other medical-care institution, _____ support organization, pharmacy, governmental agency _____ company, _____ employer, or _____ administrator to provide my credit insurance company named above or an agent, attorney, consumer reporting agency or independent administrator, acting on its behalf, information concerning advice, care, or treatment provided the _____ named below, including information relating to mental illness, use of drugs, or use of alcohol. I also authorize my employer, _____ or _____ administrator to provide my company with financial or employment-related information. I understand that such information will be used by the _____ company for the purpose of evaluating my _____ for _____ and that I or any authorized representative will receive a copy of this authorization upon request. This authorization is valid from the date signed for the term of the policy. I hereby certify that I have read and understand the Fraud Warning Statement above.

| SIGNATURE X | DATE | SOCIAL SECURITY NUMBER |
|---|---|---|

Griffin000657

## C. PHYSICIAN'S STATEMENT *(TO BE FURNISHED WITHOUT EXPENSE TO GULFCO)* SVCS) (Please Print or Type)

| PATIENT'S FULL NAME | | HEIGHT | WEIGHT | DATE OF BIRTH |
|---|---|---|---|---|
| McAuthor Griffin | | FT          IN | | |

| CONDITION DUE TO PREGNANCY? | IF YES, IS PREGNANCY COMPLICATED? | IF YES, PROVIDE COMPLICATIONS | ESTIMATED DUE DATE |
|---|---|---|---|
| □ YES  □ NO | | | |

**DESCRIBE MEDICAL CONDITIONS/DIAGNOSIS**

① Rotator cuff tear, pain, weakness

DIAGNOSIS CODE(S)
M75.122
□ ICD-9   ☒ ICD-10

| DATE SYMPTOMS FIRST APPEARED | DATE DIAGNOSIS FIRST MADE | PATIENT EVER HAD SAME OR SIMILAR CONDITION? IF YES, GIVE LENGTH OF TIME |
|---|---|---|
| 5/25/18 | 7/2/18 | NO |

ANY OTHER MEDICAL CONDITION(S) AFFECTING PRESENT MEDICAL CONDITION?   IF YES, DESCRIBE CONDITIONS

□ YES  ☒ NO

| DUE TO INJURY? IF YES, DATE OF INJURY | GIVE NAMES AND ADDRESSES OF OTHER TREATING PHYSICIANS (ATTACH ADDITIONAL SHEET IF NECESSARY) |
|---|---|
| ☒ YES  □ NO   5/25/18 | |

| DATES OF TREATMENT | | | HOSPITALIZED?   IF YES, GIVE DATES AND NAME OF HOSPITAL |
|---|---|---|---|
| FIRST VISIT: | LAST VISIT: | NEXT VISIT: | □ YES  □ NO |

| PATIENT HAVE SURGERY? | IF SO, TYPE OF SURGERY | DATE PERFORMED |
|---|---|---|
| ☒ YES  □ NO | Rotator cuff repair (Scheduled) | 9/25/18 |

PHYSICAL IMPAIRMENTS (AS DEFINED IN FEDERAL DICTIONARY OF OCCUPATION TITLE)     REMARKS
□ Class 1 – No limitation of functional capacity; capable of heavy work. No restrictions. 0 – 10%
□ Class 2 – Medium manual activity. 15 – 30%
□ Class 3 – Slight limitation of functional capacity; capable of light work. 35 – 55%
☒ Class 4 – Moderate limitation of functional capacity: capable of clerical/administrative (sedentary) activity. 60 – 70%
□ Class 5 – Severe limitation of functional capacity; incapable of minimum (sedentary) activity. 75-100%

| EXACT DATES OF TOTAL DISABILITY (UNABLE TO WORK) | | WHEN DO YOU THINK PATIENT WILL RECOVER AND BE ABLE TO RETURN TO WORK? |
|---|---|---|
| CURRENT OCCUPATION: | □ ANY OCCUPATION | □ 1 MONTH  □ 2-3 MONTHS  □ 4-6 MONTHS  □ 7-9 MONTHS |
| FROM                    TO | | □ OTHER: |

| PATIENT PROGRESSED? | COMMENTS | CURRENT PROGRESS | DATE RELEASED TO RETURN TO WORK |
|---|---|---|---|
| □ YES  □ NO | | □ RECOVERED  □ IMPROVED  ☒ NO CHANGE  □ RETROGRESSED | N/A |

"I hereby certify that the above-described information is based upon reasonable medical probability and is true and correct to the best of my knowledge and belief."

| PHYSICIAN'S NAME (PLEASE PRINT) | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Brett Casey | 1001 School St. | Houma | LA | 70300 |
| PHYSICIAN'S SIGNATURE | DATE | TELEPHONE | FAX | |
| x | 9/6/18 | 985 876 1540 | 985 853 1117 | |

Revised 4/17/2018

Griffin000658

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthor Griffin | **Visit Date:** | September 6, 2018 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | **Location Address:** | 1001 School Street |
| **Referring Provider:** | Brett E. Casey MD | | Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Left Shoulder Pain

## History Of Present Illness

The patient, McAuthor Griffin, is a 46 year old male who returns for follow up of left shoulder pain.

The symptoms are occuring frequently and are moderate in severity. The patient reports these symptoms have remained the same since the last visit.

He also complains of night pain and stiffness.

He is currently being treated with NSAIDs, injections, and physical therapy. These treatments have produced little or no improvement.

There has been no imaging performed since last visit.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Norco 10-325 mg oral tablet | 09/06/2018 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| High Blood Pressure | | -- |
| Cancer | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | -- | --/-- | -- | -- |

[Digital Signature Validated]

Assisted Living     —          —/—         —/—        —         —
Single              —          —/—         —/—        —

## Review of Systems
**Neurologic**
- **Denies** : dizziness

**Musculoskeletal**
- **Admits** : symptoms in HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | NC |
|------|------|----|----------|------|-----|-----------|----|----|----------|----|----|-----------|--------|--------|----|
| 09/06/2018 | 11:29 AM | 130/72 | Sitting | | | | 70-R | 18 | | 240lbs 0oz | 5'6" | 38.74 | 2.25 | | |

## Physical Examination
**Constitutional**
- **Appearance** : well-developed, well-nourished

**Eyes**
- **Conjunctivae** : conjunctivae normal

**Respiratory**
- **Respiratory Effort** : breathing even and unlabored

**Left Upper Extremity**
- **Shoulder** :
  - **Inspection/Palpation** : diffuse tenderness present, no swelling
  - **Range of Motion** : decreased range of motion secondary to pain
  - **Strength** : all muscles 5/5 with the following exceptions, supraspinatus 4/5
  - **Stability** : no joint instability on provocative testing
  - **Tests/Signs** : Speed's test negative, cross chest adduction test positive, Neer (+), Hawkins (+), Obrien test positive
- **Reflexes** : biceps 2+, triceps 2+, brachioradialis 2+
- **Sensation** : fingers neurovascularly intact
- **Skin** : no skin lesions or discoloration
- **Vascular Exam** : normal capillary refill, radial artery pulse 2+, no edema, no cyanosis

**Neurological/Psychiatric**
- **Mood and Affect** : mood normal, affect appropriate
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time

## Assessment

- Acute pain of left shoulder     719.41/M25.512
- Arthrosis of left acromioclavicular joint     715.91/M19.012
- Impingement Syndrome, Shoulder, Left     726.2/M75.42
- Complete tear of left rotator cuff     727.61/M75.122

## Plan
**Orders**
- Shoulder Arthroscopy - - 09/06/2018
  LT SHOULDER ATS, SAD, DCR, RCR,IAD, SLAP, BT, LATERAL HUMERAL MICRO FRACTURE, GCSC, 9/25/2018 ---PT WILL NEED A CUSTOMIZED SHOULDER BRACE MV

**Medications**
- Norco 10-325 mg oral tablet
  SIG: take 1 tablet by oral route every 6 hours as needed for pain for 14 days
  DISP: (56) tablets with 0 refills
  **Adjusted on 09/06/2018**

**Instructions**
- ———————— INSTRUCTIONS————

[Digital Signature Validated]
Griffin000660

- ○ Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
- ○ Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at. www.AAOS.org.
- ○ ------------------------WORK STATUS------------------------
- ○ No work

**Disposition**

○ AFTER PROCEDURE

---

Mr Griffin returns for continued evaluation of his left shoulder. He is completed a therapy course. He feels okay, but his symptoms remain. He still has weakness and pain associated with the left shoulder.

Exam today is consistent with a SLAP tear and partial thickness rotator cuff tear, as well as impingement, AC arthrosis, biceps tendinitis.

We will proceed with a left shoulder arthroscopy, intraarticular debridement, subacromial decompression, distal clavicle excision, rotator cuff repair, SLAP repair, and lateral humeral microfracture with proximal biceps tenodesis. Risks, benefits, and alternatives have been discussed. Consent has been obtained. We will proceed on the dater of his choosing.

---

**Electronically Signed by:** Brett E. Casey, MD -Author on September 11, 2018 03:32:49 PM

[Digital Signature Validated]

LWC FORM 1010 - REQUEST OF AUTHORIZATION/CARRIER OR SELF    **EMPLOYER RESPONSE**
PLEASE PRINT OR TYPE

| SECTION 1. IDENTIFYING INFORMATION - To Be Filled Out By Health Care Provider | | | | | | |
|---|---|---|---|---|---|---|
| **P A T I E N T** Last Name: **Griffin** | First: **McAuthor** | | Middle: | Street Address, City, State, Zip | | **LA** |
| Social Security Number: **Unknown** | | Date of Birth: | | Phone Number: | Date of Injury: **05/25/2018** | |
| Employers Name: **Gulf Offshore Logistics** | | | Street Address, City, State, Zip: | | | Phone Number: |
| Name: **J DREW AUCOIN** | | | **DREW AUCOIN** | | | Number (if known): |
| Street Address, City, State Zip: **701 METAIRIE LAWN DR  METAIRIE,LA 70001** | | | Email Address: | | Phone Number: **504-368-0494** | Fax Number: |

| SECTION 2. REQUEST FOR AUTHORIZATION - To Be Filled Out By Health Care Provider | | |
|---|---|---|
| **P R O V I D E R** Requesting Health Care Provider **DR BRETT CASEY** | Phone Number: **985-850-1267** | Fax Number: **985-850-1271** |
| Street Address, City, State Zip: **1001 School Street, Houma, LA  70360** | Email: | mlandry@hocla.com |
| Diagnosis: Acute pain of left shoulder;Arthrosis of left acromioclavicular joint; Impingement Syndrome, Shoulder, Left;Complete tear of left rotator cuff; | CPT/DRG Code: **SEE ATTACHED** | ICD-9/DMS-4 Code: M75.122, M25.512,M19.0152,M75.42 |
| Requested Treatment or Testing (Attach Supplement If Needed): LT SHOULDER ATS, SAD, DCR, RCR, IAD, SLAP, BT, LATERAL HUMERAL MICRO FRACTURE, SURGEON & ASSISTANT, | | |
| Reason for Treatment or Testing (Attach Supplement If Needed): | CUSTOMIZED SHOULDER BRACE, POLAR CARE. DVT. | |

INFORMATION REQUIRED BY RULE TO BE INCLUDED WITH REQUEST FOR AUTHORIZATION - To Be Filled Out By Health Care Provider
(Following is the required minimum information for Request of Authorization (LAC 40:2715 (C))

**P R O V I D E R**

History provided to the level of condition and as provided by Medical Treatment Schedule

Physical Findings/Clinical Tests

Documented functional improvements from prior treatment

Test/Imaging results

Treatment Plan including services being requested along with the frequency and duration

I hereby certify that this completed form and above _____ is _____

| | Faxed | to the | 12 | Self ___ | Employer on this the |
|---|---|---|---|---|---|
| | | | | day of **09** | , **2018** |
| | Emailed | (day) | | (month) | (year) |

Signature of Health Care Provider: _____

Printed Name: **BRETT CASEY**

**SECTION 3. RESPONSE OF** _____ **SELF** _____ **EMPLOYER FOR AUTHORIZATION**
(Check appropriate box below and return to requesting Health Care Provider, _____ nd _____ Attorney as provided by rule)

☐ The requested Treatment or Testing is approved

☐ The requested Treatment or Testing is approved with modifications (Attach summary of reasons and explanation of any modifications)

☐ The requested Treatment or Testing is denied  because

☐ Not in accordance with Medical Treatment Schedule or R.S.23:1203.1(D) (Attach summary of reasons)

☐ The request, or a portion thereof, is not related to the on-the-job injury

☐ The is being denied as non-compensable

☐ Other (Attach brief explanation)

| I hereby certify that this response a _____ Self I _____ Employer for Authorization was | ☐ Faxed | to the Health Care Provider (and to the Attorney of if one exists, if denied or approved with modification) on this the day of _____ , _____ |
|---|---|---|
| | ☐ Emailed (day) | (month) (year) |

Signature of _____ Self _____ Employer: _____    Printed Name: _____

☐ The prior denied or approved with modification request is now approved

| I hereby certify that this response of _____ Self _____ Employer for Authorization was | ☐ Faxed | to the Health Care Provider and Attorney of If one exists on this the day of _____ , _____ |
|---|---|---|
| | ☐ Emailed (day) | (month) (year) |

Signature of _____ Self I _____ Employer: _____    Printed Name: _____

## SECTION 4. FIRST REQUEST

(Form 1010A is required to be filled out by ☐ Self ☐ Employer and Health Care Provider)

☐ The requested Treatment or Testing is delayed because minimum information required by rule was not provided

| | | | |
|---|---|---|---|
| I hereby certify that this First Request and accompanying Form 1010A was | ☐ Faxed | to the Health Care Provider on this the ____ day of | |
| | ☐ Emailed | (day) | (month)  (year) |

Signature of   ☐ Self   ☐ Employer:

**P R O V I D E R**

| | | | |
|---|---|---|---|
| I hereby certify that a response to the First Request and accompanying Form 1010A was | ☐ Faxed | to the ☐ ☐Self | Employer on this the ____ day of |
| | ☐ Emailed | (day) | (month)  (year) |

Signature of Health Care Provider:            Printed Name:

---

## SECTION 5. SUSPENSION OF PRIOR AUTHORIZATION DUE TO LACK OF INFORMATION

### Suspension of Prior Authorization Process due to Lack of Information

☐ The requested Treatment or Testing is delayed due to a Suspension of Prior Authorization Due to Lack of Information

| | | | |
|---|---|---|---|
| I hereby certify that this Suspension of Prior Authorization was | ☐ Faxed | to the Health Care Provider on this the ____ day of | |
| | ☐ Emailed | (day) | (month)  (year) |

Signature of ☐   ☐Self   ☐ Employer:            Printed Name:

**P R O V I D E R**

### Appeal of Suspension to Medical Services Section by Health Care Provider

I hereby certify that this form and all information previously submitted to   ☐ /Self   ☐ Employer was faxed to OWCA Medical Services   (Fax Number: 225-XXX- XXXX) this ____ day of ____. ____.

| | | | |
|---|---|---|---|
| I hereby certify that this Appeal of Suspension of Prior Authorization was | ☐ Faxed | to the ☐Self | Employer on this the ____ day of |
| | ☐ Emailed | (day) | (month)  (year) |

Signature of Health Care Provider:            Printed Name:

---

## SECTION 6. DETERMINATION OF MEDICAL SERVICES SECTION

☐ The required information of LAC40:2715(C) was *not* provided

☐ The required information of LAC40:2715(C) was provided

**O W C A**

| | | | |
|---|---|---|---|
| I hereby certify that a written determination was | ☐ Faxed | to the Health Care Provider & Carrier/Self day of | |
| | ☐ Emailed | (day) | (month)  (year) |

Signature:            Printed Name:

---

## SECTION 7. HEALTH CARE PROVIDER RESPONSE TO MEDICAL SERVICES DETERMINATION

**P R O V I D E R**

| | | | |
|---|---|---|---|
| I hereby certify that additional information, pursuant to the determination of Medical Services Section, was | ☐ Faxed | to the ☐Self | Employer on this the ____ day of |
| | ☐ Emailed | (day) | (month)  (year) |

Signature of Health Care Provider:            Printed Name:

SURGERY REQUEST ATTACHMENT:

LEFT SHOULDER ARTHROSCOPY, ROTATOR CUFF REPAIR, SUBACROMIAL DECOMPRESSION, DISTAL
CLAVICLE RESECTION, INTRA-ARTICULAR DEBRIDEMENT, BICEPS TENODESIS, SLAP REPAIR, LATERAL
HUMERAL MICRO FRACTURE, SURGEON AND ASSISTANT SURGEON.

THE CPT CODES FOR SURGERY:

| | SURGEON | ASSISTANT |
|---|---|---|
| RCR | 29827 | 29827-80 |
| SAD | 29826 | 29826-80 |
| DCR | 29824 | 29824-80 |
| BT | 29828 | 29828-80 |
| IAD | 29823 | 29823-80 |
| SLAP | 29807 | 29807-80 |
| LATERAL HUMERAL | 29879 | 29879-80 |
| MICROFRACTURE | | |

PATIENT WILL ALSO REQUIRE BRACING FOLLOWING SURGERY:

| | |
|---|---|
| CUSTOMIZABLE SHOULDER IMMOBILIZER | L3960 |
| POLAR CARE (SHOULDER) | E0218-NU |
| DVT | E0676-RR |

Griffin000664

Mike Landry Houmaorthoclinic

LWC FORM 1010 - REQUEST OF AUTHORIZATION/CARRIER OR SELF          EMPLOYER RESPONSE
PLEASE PRINT OR TYPE

| SECTION 1. IDENTIFYING INFORMATION - To Be Filled Out By Health Care Provider | | | | |
|---|---|---|---|---|
| **P A T I E N T** Last Name: Griffin | First: McAuthor | Middle: | Street Address, City, State, Zip: 7 | LA |
| | Social Security Number: Unknown | Date of Birth: | Phone Number: | Date of Injury: 05/25/2018 |
| Employers Name: Gulf Offshore Logistics | | Street Address, City, State, Zip: | | Phone Number: |
| Name: J DREW AUCOIN | | DREW AUCOIN | | Number (if known): |
| Street Address, City, State Zip: 701 METAIRIE LAWN DR   METAIRIE,LA 70001 | | Email Address: | Phone Number: 504-368-0494 | Fax Number: |

| SECTION 2. REQUEST FOR AUTHORIZATION   To Be Filled Out By Health Care Provider | | | |
|---|---|---|---|
| **P R O V I D E R** Requesting Health Care Provider DR BRETT CASEY | | Phone Number: 985-850-1267 | Fax Number 985-850-1271 |
| Street Address, City, State Zip: 1001 School Street, Houma, LA 70360 | | Email: mlandry@hocla.com | |
| Diagnosis: Acute pain of left shoulder;Arthrosis of left acromicclavicular joint; Impingement Syndrome, Shoulder, Left;Complete tear of left rotator cuff; | | CPT/DRG Code: SEE ATTACHED | ICD-9/DMS-4 Code: M75.122, M25.512,M19.0152,M75.42 |
| Requested Treatment or Testing (Attach Supplement if Needed): LT SHOULDER ATS, SAD,DCR, RCR,IAD, SLAP, BT, LATERAL HUMERAL MICRO FRACTURE, SURGEON & ASSISTANT, | | | |
| Reason for Treatment or Testing (Attach Supplement if Needed): | CUSTOMIZED SHOULDER BRACE, POLAR CARE, DVT. | | |

INFORMATION REQUIRED BY RULE TO BE INCLUDED WITH REQUEST FOR AUTHORIZATION - To Be Filled Out By Health Care Provider
(Following is the required minimum information for Request of Authorization (LAC 40:2715 (C))

**P R O V I D E R**

| ✓ | History provided to the level of condition and as provided by Medical Treatment Schedule |
|---|---|
| ✓ | Physical Findings/Clinical Tests |
| | Documented functional improvements from prior treatment |
| | Test/imaging results |
| | Treatment Plan including services being requested along with the frequency and duration |

I hereby certify that this completed form and above ~~....~~ ~~....~~          [✓] Faxed    to the Carrier/Self Insured Employer on this the
                                                                              12   day of 09 , 2018
_signature_                                                      [ ] Emailed    (day)   (month)  (year)
Signature of Health Care Provider:                                            Printed Name:
                                                                              BRETT CASEY

| SECTION 3. RESPONSE OF          SELF          EMPLOYER FOR AUTHORIZATION | |
|---|---|
| (Check appropriate box below and return to requesting Health Care Provider,          and          Attorney as provided by rule) | |

[ ] The requested Treatment or Testing is approved

[✓] The requested Treatment or Testing is approved with modifications (Attach summary of reasons and explanation of any modifications)

[ ] The requested Treatment or Testing is denied because

| [ ] | Not in accordance with Medical Treatment Schedule or R.S.23:1203.1(D) (Attach summary of reasons) |
|---|---|
| [ ] | The request, or a portion thereof, is not related to the on-the-job injury |
| [ ] | The          is being denied as non-compensable |
| [ ] | Other (Attach brief explanation) |

I hereby certify that this response of          Self          Employer for Authorization was          [✓] Faxed    to the Health Care Provider (and to the Attorney of
                                                                              f one exists, if denied or approved with
                                                                              modification) on this the
                                                                              9  day of 7 , 18
                                                                 [ ] Emailed    (day)   (month)  (year)
Signature of    Self    Employer:                                             Printed Name: Kim LaBrosse

[ ] The prior denied or approved with modification request is now approved

I hereby certify that this response of          Self          Employer for Authorization was          [ ] Faxed    to the Health Care Provider and Attorney of
                                                                              If one exists on this the
                                                                              day of ____ , ____
                                                                 [ ] Emailed    (day)   (month)  (year)
Signature of    Self    Employer:                                             Printed Name:

→ Approve Reasonable and customary charges subject to a medical audit
   under the LA guidelines. (JD)

Griffin000665

**GULF COAST ORTHOPEDICS**

1001 School Street Houma, LA 70360    P: (985) 868-1540  F: (985) 853-1117

| Brett Cascy, MD | Cristopher Cenac, Jr, MD | H. Lawrence Haydel, II, MD | Michael LaSalle, MD | William Kinnard, MD | Geoffray Stone, MD |
|---|---|---|---|---|---|
| NPI 1558027055 | NPI 1386414732 | NPI 1144233123 | NPI 1417960445 | NPI 1851307338 | NPI 1679708052 |
| DEA BC9905525 | DEA BC7156201 | DEA BH2871994 | DEA BL8142310 | DEA BK2715122 | DEA FS2471542 |

Patient Name: McArthur Griffin

Address:

Date of Birth

Phone#:

Current Pharmacy/Location:

Allergies: NKDA

Cell Phone:

**\*\*PLEASE FAX COPIES OF BOTH MEDICAL AND PRESCRIPTION INSURANCE CARDS\*\***

I authorize the pharmacy to dispense the medication selected below unless that medication is not covered by the patient's insurance or the cost of the prescription is beyond what the patient can afford. In either of those instances, I authorize the pharmacy to dispense any of the medications listed as substitution options (SO) next to the selected medication. Prescriber must handwrite "Dispense As Written" (DAW) if substitution is not permitted.

Prescriber's Signature                                    Date  9/18/18

## POST-OPERATIVE PRESCRIPTION PROTOCOL

To be sent to pharmacy 10 days prior to surgery

Date of Surgery: 9/20/18

### TOTAL SHOULDER and/or ROTATOR CUFFS SURGICAL PROCEDURES

- [x] Doxycycline hyclate 100 mg Cap - Take one cap PO BID for 2 weeks. Disp 28 caps. Alt QTY/SIG:_____
- [ ] Phenergan (promethazine) 25 mg Tab - Take one tab Q 8hrs PRN nausea. Disp 30 tabs. Alt QTY/SIG:_____
- [ ] Amrix (cyclobenzaprine HCl) 15mg ER Cap - Take one cap PO QD at 6pm PRN spasm. Disp 30 caps Refills:____ Alt QTY/SIG:____ *SO: MR1, MR2 or MR3
  Short and/or Long Acting Opioid - handwritten below

### GENERAL ORTHOPAEDIC SURGICAL PROCEDURES

- [ ] Clindamycin 300 mg Cap - Take one cap PO TID for 3 days. Disp 9 caps. Alt QTY/SIG:_____
- [ ] Phenergan (promethazine) 25 mg Tab - Take one tab Q 8hrs PRN nausea. Disp 30 tabs Alt QTY/SIG:_____
- [ ] Amrix (cyclobenzaprine HCl) 15mg ER Cap - Take one cap PO QD at 6pm PRN spasm. Disp 30 caps Refills:____ Alt QTY/SIG:____ *SO: MR1, MR2 or MR3
  Short and/or Long Acting Opioid - handwritten below

Other:_____

*Substitution Options

MR1 - Cyclobenzaprine HCl 7.5mg Tab - Take 1 tab PO TID PRN spasm. #90

MR2 - Tizanidine 6mg Cap - Take 1 PO TID PRN spasm. #90

MR3 - Lortone (chlorzoxazone) 375mg Tab - Take 1 tab PO 3-4 times daily PRN spasm. #120

### CONTROLLED SUBSTANCES

*MUST BE E-SCRIBED VIA EPCS OR HARDCOPY SENT VIA FEDEX*

Percocet 7.5/325

#56

7 po Q 6H pm pain
after surgery

Griffin000666

**GULF COAST ORTHOPEDICS**

1001 School Street Houma, LA 70360    P: (985) 868-1540   F: (985) 858-2117

| Brett Casey, MD | Christopher Cenac, Jr, MD | H. Lawrence Haydel, II, MD | Michael LaSalle, MD | William Kinnard, MD | Geoffrey Stone, MD |
|---|---|---|---|---|---|
| NPI 1063027053 | NPI 1366414732 | NPI 1164233123 | NPI 1417960426 | NPI 1551307835 | NPI 1579708952 |
| DEA BC8905829 | DEA BC7106361 | DEA BH2871394 | DEA BL5142310 | DEA BK3715122 | DEA FS3471547 |

**Patient Name:** McArthur Griffin
**Address:** _____
**Date of Birth** _____
**Phone#:** _____

**Current Pharmacy/Location:** _____
**Allergies:** NKDA
**Cell Phone:** _____

**\*\*PLEASE FAX COPIES OF BOTH MEDICAL AND PRESCRIPTION INSURANCE CARDS\*\***

I authorize the pharmacy to dispense the medication selected below unless that medication is not covered by the patient's insurance or the cost of the prescription is beyond what the patient can afford. If either of those instances, I authorize the pharmacy to dispense any of the medications listed as substitution options (SO) next to the selected medication. *Prescriber must handwrite "Dispense As Written" (DAW) if substitution is not permitted.*

**Prescriber's Signature** _____    **Date** 9 | 18 | 18

## PRE-OPERATIVE PRESCRIPTION PROTOCOL

To be sent to pharmacy 10 days prior to surgery
**Date of Surgery:** 9 | 25 | 18

### TOTAL JOINT/SPINE SURGICAL PROCEDURES

☐ Hibiclens 4% Solution *(OTC)* - Clean pre-op location and surrounding areas BID for 3 days prior to scheduled surgery. Disp 4oz

☐ Mupirocin 2% Ointment - Apply one gram to bilateral nares BID for 3 days prior to scheduled surgery. Disp 22 gms (1 tube)

### SHOULDER SURGICAL PROCEDURES

☐ Hibiclens 4% Solution *(OTC)* - Clean pre-op location and surrounding areas BID for 3 days prior to scheduled surgery. Disp 4oz

☑ Benzoyl Peroxide 5%, Clindamycin 1.2% Gel - Apply after bathing, on dry skin, apply up to 6 grams to entire operative shoulder and armpit area BID beginning 3 days prior to surgery until morning of surgery. Disp 45 gms  \*SO: BPO1

☐ Mupirocin 2% Ointment - Apply one gram to bilateral nares BID for 3 days prior to scheduled surgery. Disp 22 gms (1 tube)

**Other:** _____

\*Substitution Options
BPO1 - Benzoyl Peroxide 5% Gel *(OTC)* - #02.5 grams IN CONJUNCTION WITH Clindamycin 1% Gel #60 grams - use same directions as above

Griffin000667

Patient ID:

**Gulf Coast Surgical Center**
402 Dunn Street, Houma, LA 70360
(985) 872-1661 (PHONE)
(985) 868-6938 (FAX)

PATIENT SCHEDULING FORM
PLEASE FAX THIS FORM WITH PATIENT'S        CARD AND/OR VERIFICATION INFORMATION

## PATIENT INFORMATION:

Last Name: GRIFFIN                First Name: MCAUTHOR              MI:

DOB:                 SS#:                       Gender: MALE

Home Phone:                  Cell: 337-410-1842          Work:

Address:                              City:              State:      Zip:

## INFORMATION:

Co. Name: DREW AUCOIN

Address:                                      City & State:

Phone #:                                Effective Date:

   ID:                        Name:                Relation to Patient:

   DOB:            SS#                Place of Employment:

   Name:                          #:

   needed? N/A                    If yes,      #:

             or Attorney:

   Address:                                City & State:

   #:

   needed? N/A                If yes, Pre-cert #:

## PARENT / GUARDIAN INFORMATION (if minor child)

Last Name:                   First Name:                MI:

DOB:           SS#:               Place of Employment:

Home Phone:            Cell:              Work:

## SURGERY INFORMATION:

Surgeon Name: DR CASEY

Surgical Procedure: LT SHO ATS,RCR,SAD,DCR,IAD,SLAP,BT LATERAL HUMERAL MICRO FRACTURE

CPT Code(s): 29827 29826 29824 29823 29828 29807 29879

ICD-9 Code(s): M75.122 M75.42 M19.012

Anesthesia Type: GENERAL

Requested Date of Surgery: 09/25/2018            Scheduled by: KIM

Special Request:

Patient has orders: [ ] yes or [ ] no

Patient Schedule to pick up orders at office on PAPERWORK AT GCO

Griffin000668

Patient Acct#: 287315          Patient Name : MCAUTHOR GRIFFIN          DoB: 06/05/1972

# GULF COAST SURGICAL CENTER

Surgery Date:
09/25/2018

402 Dunn Street, Houma, LA 70360 (985) 872-1661

| Date and Time | Drs. W. Kinnard, H. L. Haydel, M. LaSalle, B. Casey, C. E. Cenac, Jr., G. Stone |
|---|---|
| | **PRE-OP ORDERS:** |
| | Admit to Gulf Coast Surgical Center as an outpatient. |
| | Diagnosis: M75.122 M75.42 M19.012 |
| | Surgical Procedure: LEFT SHO ATS,RCR,SAD,DCR,IAD,SLAP,BT,LATERAL HUMERAL MICRO FRACTURE |
| | Type of Anesthesia: GENERAL |
| | |
| | Make sure consents are signed and on chart. |
| | Make sure labs / X-Rays are on chart if applicable |
| | Labs: |
| | Pre op assessment per anesthesia protocol |
| | Anesthesia to see patient pre-operatively. |
| | Start IV of Lactated Ringers @KVO rate, if diabetic NS 1000ml@KVO |
| Check Box | |
| [✓] | Ancef 1 gm IVPB (if allergic PCN Clindamycin 900 mg IVPB) |
| [ ] | Clindamycin 900 mg IVPB |
| Date and Time | **POST-OP/DISCHARGE SUMMARY** |
| | Surgeon/Assistant: |
| | Post-Op diagnosis: |
| | Procedure: |
| | |
| | Findings: |
| | |
| | Estimate Blood Loss: |
| | Specimen removed:                    [   ] None |
| | |
| | Transfer patient to PACU |
| Check Box | **PAIN MEDICATION** |
| [   ] | Hydrocodone 5 mg/ 500 mg one tablet by mouth for pain reported at 1-4, and 2 tablets by mouth for pain reported at 5-10, every 4 hours as needed (Liquid equivalent allowed when necessary) |
| [   ] | Hydrocodone 7.5 mg / 500 mg one tablet by mouth for pain reported at 1-4, and 2 tablets by mouth for pain reported at 5-10, every 4 hours as needed |
| [   ] | Percocet 5 mg/ 325 mg two tablets by mouth for pain reported at 1-4, and 3 tablets by mouth for pain reported at 5-10, every 4 hours as needed |
| [   ] | Tylenol #3 one tablet by mouth for pain reported at 1-4, and 2 tablets by mouth for pain reported at 5-10, every 4 hours as needed (Liquid equivalent allowed when necessary) |
| | |
| | D/C IV prior to discharge |
| | Discharge home per PACU criteria |
| | |
| | Follow-up |

Griffin000669



## TGMC
Terrebonne General Medical Center

**Terrebonne General Medical Center**
8166 Main Street, Houma, LA 70360

Patient:  GRIFFIN, MCAUTHOR
M.R.N.: HX0011741
Encounter#:  HX0011694
DOB:          Age: 46      Sex: M
Order: 6924011074

Location:  Gulf Coast Surgical Center

Ordering Clinician: CASEY, BRETT E.
Copy for:  Gulf Coast Surgical Center

# URINALYSIS

| Test Name | Result | ABN | Ref-Ranges | Units | Rpt D/T | Site |
|---|---|---|---|---|---|---|
| **Urine Macroscopic** | | | | | | |
| *COLLECTED 09/28/18 11:46 RECEIVED 09/28/18 12:16* | | | | | | |
| Collection Type | clean catch | | | | 09/28/18 16:29 | TGLB |
| Urine Color | Yellow | | Yellow, Straw, Amber | | 09/28/18 16:29 | TGLB |
| Urine Appearance | Clear | | Clear | | 09/28/18 16:29 | TGLB |
| Urine pH | 6.0 | | 5.0-8.0 | | 09/28/18 16:29 | TGLB |
| Urine Leukocytes Esterase | Negative | | Negative | | 09/28/18 16:29 | TGLB |
| Urine Nitrites | Negative | | Negative | | 09/28/18 16:29 | TGLB |
| Urine Protein | Trace | AB | Negative | mg/dL | 09/28/18 16:29 | TGLB |
| Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected. | | | | | | |
| Urine Glucose | Negative | | Negative | mg/dL | 09/28/18 16:29 | TGLB |
| Urine Ketones | Trace | | Negative | mg/dL | 09/28/18 16:29 | TGLB |
| Urine Urobilinogen | 1.0 | | <2.0 | EU/dL | 09/28/18 16:29 | TGLB |
| Urine Bilirubin | Negative | | Negative | | 09/28/18 16:29 | TGLB |
| Urine Blood | Negative | | Negative | | 09/28/18 16:29 | TGLB |
| Urine Specific Gravity | 1.025 | | | | 09/28/18 16:29 | TGLB |

TGLB   Terrebonne General Medical Center,8166 Main Street,Houma, LA 70360, Medical Director: Willard T. Delton Jr, M.D.

Griffin000670

RECEIVED  09/28/2018  12:42PM

2018-09-28 11:43        OPT Lab 9858734720 >>                          P 39/44



**TGMC**
Terrebonne General Medical Center
8166 Main Street, Houma, LA 70360

Patient:  GRIFFIN, MCAUTHOR                Location: Gulf Coast Surgical Center
M.R.N.: HX0011741
Encounter:  HX0011694                       Ordering Clinician: CASEY, BRETT E.
DOB:          Age: 46     Sex: M            Copy for: Gulf Coast Surgical Center
Order: 6924011054

## CHEMISTRY

| Test Name | Result | ABN | Ref-Ranges | Units | Rpt D/T | Site |
|---|---|---|---|---|---|---|
| COLLECTED 09/24/18 13:36 RECEIVED 09/24/18 16:15 | | | | | | |
| **Comprehensive Metabolic Panel** | | | | | | |
| Sodium | 141 | | 136 – 145 | mmol/L | 09/24/18 16:30 | TGLB |
| Potassium | 4.4 | | 3.6 – 5.1 | mmol/L | 09/24/18 16:30 | TGLB |
| Chloride | 101 | | 95 – 110 | mmol/L | 09/24/18 16:30 | TGLB |
| Carbon dioxide | 29 | | 23 – 29 | mmol/L | 09/24/18 15:30 | TGLB |
| Glucose | 71 | L | 74 – 106 | mg/dL | 09/24/18 19:30 | TGLB |
| BUN | 26 | H | 9 – 20 | mg/dL | 09/24/18 16:30 | TGLB |
| Creatinine | 1.10 | | 0.80 – 1.50 | mg/dL | 09/24/18 16:30 | TGLB |
| Calcium | 9.5 | | 8.4 – 10.2 | mg/dL | 09/24/18 16:30 | TGLB |
| Total Protein | 8.4 | H | 6.3 – 8.2 | g/dL | 09/24/18 16:30 | TGLB |
| Albumin | 5.1 | | 3.5 – 5.2 | g/dL | 09/24/18 16:30 | TGLB |
| Bilirubin, Total | 0.4 | | 0.2 – 1.3 | mg/dL | 09/24/18 16:30 | TGLB |
| Alkaline Phosphatase | 54 | | 38 – 145 | U/L | 09/24/18 16:30 | TGLB |
| AST | 32 | | 17 – 59 | U/L | 09/24/18 16:30 | TGLB |
| ALT | 36 | | 10 – 44 | U/L | 09/24/18 16:30 | TGLB |
| eGFR CKD-EPI Afr-American | >60 | | >60 | mL/min/1.73 m^2 | 09/24/18 16:30 | TGLB |
| eGFR CKD-EPI, non Af-American | >60 | | >60 | mL/min/1.73 m^2 | 09/24/18 16:30 | TGLB |

calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

TGLB   Terrebonne General Medical Center, 8166 Main Street, Houma, LA 70360, Medical Director: Willard T.
Dalton Jr, M.D.

## HEMATOLOGY

| Test Name | Result | ABN | Ref-Ranges | Units | Rpt D/T | Site |
|---|---|---|---|---|---|---|
| COLLECTED 09/24/18 13:36 RECEIVED 09/24/18 16:15 | | | | | | |
| **CBC** | | | | | | |
| WBC | 9.00 | | 3.90 – 12.70 | K/uL | 09/24/18 16:20 | TGLB |
| RBC | 4.57 | L | 4.60 – 6.20 | M/uL | 09/24/18 16:20 | TGLB |
| HGB | 15.0 | | 14.5 – 18.0 | g/dL | 09/24/18 16:20 | TGLB |
| HCT | 45.0 | | 40.0 – 54.0 | % | 09/24/18 16:20 | TGLB |
| MCV | 98 | | 82 – 98 | fL | 09/24/18 16:20 | TGLB |
| MCH | 32.9 | H | 27.0 – 31.0 | pg | 09/24/18 16:20 | TGLB |
| MCHC | 33.5 | | 32.0 – 36.0 | g/dL | 09/24/18 16:20 | TGLB |
| RDW | 16.9 | H | 11.5 – 14.5 | % | 09/24/18 16:20 | TGLB |
| Platelet Count | 183 | | 130 – 350 | K/uL | 09/24/18 16:20 | TGLB |
| MPV | 9.7 | | 9.2 – 12.9 | fL | 09/24/18 16:20 | TGLB |
| **Differential** | | | | | | |
| Neutrophils | 51.4 | | 38.0 – 73.0 | % | 09/24/18 16:20 | TGLB |

KEY FOR ABNORMAL COLUMN: L - LOW, CL - CRITICAL LOW, H - HIGH, CH - CRITICAL HIGH, AB - ABNORMAL

GRIFFIN, MCAUTHOR
HX0011741

Printed Date/Time: 09/28/18 12:27          INSTANT REPORT
                                                                        Page 1 of 2
                                                                    Form: Multimodule RL1B

Griffin000671

RECEIVED  09/28/2018 12:42PM
OPT Lab 9858734720 >>



**TGMC**

Terrebonne General Medical Center
8166 Main Street, Houma, LA 70360

Patient:  GRIFFIN, MCAUTHOR
M.R.N.: HX0011741
Encounter#:  HX0011694
DOB:          Age:  46       Sex:  M
Order: 6924011054

Location: Gulf Coast Surgical Center

Ordering Clinician: CASEY, BRETT E.
Copy for:  Gulf Coast Surgical Center

## HEMATOLOGY

| Test Name | Result | ABN | Ref-Ranges | Units | Rpt D/T | Site |
|---|---|---|---|---|---|---|
| COLLECTED 09/24/18 13:56 RECEIVED 09/24/18 16:15 | | | | | | |
| Lymphocytes | 33.4 | | 18.0 - 48.0 | % | 09/24/16 15:20 | TGLB |
| Monocytes | 14.2 | | 4.0 - 15.0 | % | 09/24/16 16:20 | TGLB |
| Eosinophils | 0.5 | | 0.0 - 8.0 | % | 09/24/16 15:20 | TGLB |
| Basophils | 0.5 | | 0.0 - 1.9 | % | 09/24/18 15:20 | TGLB |
| Nucleated RBC | 0 | | 0 | /100 WBC | 09/24/18 15:20 | TGLB |
| Absolute Neutrophils | 4.6 | | 1.8 - 7.7 | KA/L | 09/24/18 15:20 | TGLB |
| Absolute Lymphocytes | 3.0 | | 1.0 - 4.8 | K/uL | 09/24/18 15:20 | TGLB |
| Absolute Monocytes | 1.3 | H | 0.3 - 1.0 | K/uL | 09/24/18 15:20 | TGLB |
| Absolute Eosinophils | 0.0 | | 0.0 - 0.5 | KA/L | 09/24/18 15:20 | TGLB |
| Absolute Basophils | 0.00 | | 0.00 - 0.20 | K/uL | 09/24/18 15:20 | TGLB |
| Differential Method | Automated | | | | 09/24/18 15:20 | TGLB |

*TGLB   Terrebonne General Medical Center,8166 Main Street,Houma, LA 70360, Medical Director: Willard T. Dalton Jr, M.D.*

GRIFFIN, MCAUTHOR
HX0011741

Printed Date/Time: 09/28/18 12:27

INSTANT REPORT

Page 2 of 2
Form: MultiModule RL18

Griffin000672



Consent for Medical/Surgical Procedures and
Acknowledgment of Receipt of Information

Patient: MCAUTHOR GRIFFIN

Date of Birth

Patient ID: 287315

Date of Surgery: 09/25/2018

Louisiana law requires that your physician obtain your informed consent to medical and surgical treatment. In keeping with the Louisiana State law, you are being asked to sign a confirmation that we have discussed the nature of your condition, your contemplated operation or medical procedure, the general nature of the proposed treatment/surgery, the risks of the proposed treatment/surgery, the prospects for success, the reasonable therapeutic alternatives to the treatment/surgery and the risks of such alternatives. Your physician has discussed with you the common problems or risks. We wish to inform you as completely as possible. You are also being asked to sign a confirmation that you have been given the opportunity to ask whatever questions you had and that your questions have been answered in a satisfactory manner. Please read the form carefully. Ask about anything you do not understand and we will be pleased to explain it.

1.   I hereby authorize and direct DR BRETT CASEY _____, et al, with associates or assistant (s) of his choice to perform upon MCAUTHOR GRIFFIN _____ the following surgical, diagnostic, or medical procedure LEFT SHOULDER ARTHROSCOPY SUBACROMIAL DECOMPRESSION DISTAL CLAVICLE RESECTION ROTATOR CUFF REPAIR EXTENSIVE DEBRIDEMENT CLAP REPAIR BICEPS TENODESIS LATERAL HUMERALMICRO FRACTURE .

2.   My diagnosis/nature of my condition for which treatment/surgery is indicated and recommended is ROTATOR CUFF TEAR

     In general the nature and purpose of this operation or medical procedure is: AN ATTEMPT TO RELIEVE PAIN

3.   This procedure has been explained to me. Reasonable therapeutic alternatives and the risks associated with such alternatives are: no surgery, physical therapy, bracing.

     The risks of not being treated have also been explained to me. I am advised that the possibility and nature of complications cannot be accurately anticipated and that, therefore, there can be no guarantee as expressed or implied either as to the success or other result of treatment/surgery or as to cure. The possible risks generally associated with any surgical treatment/procedure, including anesthesia are: death, brain damage, quadriplegia (paralysis from neck down), paraplegia (paralysis from waist down), limitation or loss of function of any organ, of arms or legs (including amputation), disfigurement including disfiguring scars, infection or hemorrhage (bleeding), thrombophlebitis, deep vein thrombosis, pulmonary embolus, and pain. Other risks of this treatment/surgery have been explained to me including the risks known to be associated with this treatment/procedures as required by the Louisiana Medical Disclosure Panel.

## ADDITIONAL SPECIFIC RISKS FOR VARIOUS ORTHOPEDIC PROCEDURES:

o   **FRACTURE REPAIR**: OPEN REDUCTION and INTERNAL FIXATION by METAL PLATES, SCREWS, WIRE CABLES, PINS and/ or IM RODS – **Uncommon Risks** -- Metal fatigue/breakage with the need for later removal; Failure of bone healing (nonunion) or delayed union; Improper bone healing with shortening or angular deformity (malunion); Loss of motion, joint stiffness, growth plate malfunction or joint arthritis; and Pain due to extra bone, cartilage damage, and/or scar formation.

o   **OPERATIVE ARTHROSCOPY OF JOINTS / ANTERIOR CRUCIATE LIGAMENT RECONSTRUCTION -- KNEE** – **Common Risks** -- Postoperative swelling / bleeding. **Uncommon Risks** – Scar formation with loss of motion; Cartilage damage and/or progression of arthritis; Graft failure or rejection.

o   **TOTAL KNEE REPLACEMENT** – **Common Risks** -- Permanent lateral knee skin sensory loss – lateral branch of the saphenous nerve. **Uncommon Risks** -- Limitation of motion and pain due to extra bone formation/ scar. **Very Uncommon Risks** -- Bone fracture-femur, tibia, or patella (kneecap); Ligament damage; Loosening or dislocation of knee/prosthetic parts; Rupture/ tear of patellar/quadriceps tendon(s) or collateral ligaments.

o   **TOTAL HIP REPLACEMENT/BIPOLAR HEMIARTHROPLASTY** – **Uncommon Risks** -- Limitation of motion due to extra bone formation or scar; Leg length inequality or change; Groin and/or thigh pain; Bone fracture – femur or pelvis; Loosening and/ or dislocation of hip/ prosthetic parts; Nerve and/or artery injuries that impair function.

o   **JOINT FUSION** -- An operation to remove the damaged arthritic and/or infected joint by healing the bones involved together to produce permanent loss of joint motion.
    **Uncommon Risks** -- Deformity; Failure to heal properly-malunion or nonunion;
    Need for later hardware removal; Residual pain at the fusion site or other nearby joints.

o   **SHOULDER SURGERY**: ACROMIOPLASTY, BICEPS TENDON and LABRAL / CAPSULE / ROTATOR CUFF REPAIR, and TOTAL / REVERSE / PARTIAL SHOULDER REPLACEMENT – **Uncommon Risks** -- Recurrent tear of the repaired tendon and/or instability or joint dislocation; Arthritis; Loss of motion due to scarring; Loosening, malposition and/or dislocation of prosthetic parts.

o   **HAND SURGERY**: CARPAL TUNNEL RELEASE; ULNAR NERVE TRANSPOSITION; THUMB 1st CARPOMETACARPAL JOINT TENDON INTERPOSITION ARTHROPLASTY; TENDON/ NERVE/MUSCLE REPAIR; SYNOVECTOMY or TENDON SHEATH RELEASE, TENDON TRANSFER (S), TUMOR REMOVAL; JOINT RECONSTRUCTION or FUSION – **Uncommon Risks** -- Incomplete return of hand function, sensation, and/or grip strength; Arthritis; Failure to relieve numbness/pain; Scarring of tendon or nerve that prevents normal motion and function; Recurrent rupture of tendon/muscle; Swelling/pain at incision site and entire hand/finger; Loosening of joint or malposition, deformity, or loss of motion.

o   **ANKLE/ FOOT SURGERY**: TENDON TRANSFER, OSTEOTOMY and/or JOINT FUSION; ANKLE LIGAMENT RECONSTRUCTION; ANKLE/SUBTALAR JOINT FUSION or TRIPLE ARTHRODESIS; BUNIONECTOMY; HAMMER/CLAW/MALLET TOE REPAIRS; CYST/TUMOR REMOVAL; PLANTAR FASCIA RELEASE –**Uncommon Risks** -- Loss of motion; return of cyst/tumor; incomplete fusion or loosening of joint parts; need for later implant or metal removal.

4   I authorize the administration of a blood transfusion and such additional needed transfusions related to the procedure listed above at any time during this hospitalization as may be deemed advisable in judgment of the attending physician, and/or associates or assistants of his/her choice. It has been explained to me in general what a transfusion is and the procedures that will be used. The risks involved with blood transfusions have been explained including fever, the possibility of transmission of infectious agents such as the transmission of infectious hepatitis, HIV (AIDS virus) or other diseases or blood impairments, heart failure and unexpected blood reactions which may include kidney failure or anemia. Also, it has been explained that emergencies may arise when it may not be possible to make adequate cross-matching tests, and that immediate need may make it necessary to use existing stocks of blood which may not include the most compatible blood type. The risks of emergency blood use have been explained. The alternatives to a blood transfusion have been explained to me and are as follows:
    utilization of IV fluids, colloids, such as Hespan and other volume maintaining fluids. Selected blood derivative products such as fresh frozen plasma, cryoprecipitate, platelets along with albumin and certain coagulation factors might also be utilized. However, blood derivative products would carry a similar risk to blood itself as explained above. The risk of using IV fluids, colloids, etc. include, but not limited to, volume expansion without the capability of oxygen carrying capacity, fluid overload including conditions as congestive heart failure, pneumonia, to name a few. At this time, short of blood transfusions and/or selected blood derivative alternatives, no acceptable substitution is available when a blood transfusion is needed.
    It has been fully explained that blood transfusions are not always successful in producing a desirable result and that there is a possibility of ill effects. No guarantees have been made to me about the outcome of the transfusion or the fitness or quality of the blood to be used.

Griffin000674

5.    I further authorize the doctors to perform any other procedures that in their judgement is advisable for my well being. I hereby authorize and direct the above named physician and/or associates of doctor's choice or assistants to provide such additional service as they may deem reasonable and necessary including, but not limited to, the administration of any general or regional anesthetic agent, or the services of the X-Ray Department or laboratories and I hereby consent thereto.

6.    Any tissue or parts surgically removed may be disposed of by the hospital in accordance with accustomed practice and I consent thereto.

7.    I consent to the presence during the treatment/procedure of observers authorized by above-named physician.

I hereby state that I have read (or it has been read to me) and I understand this consent and I understand the information contained in it. I have had the opportunity to ask any questions about the treatment/surgery/blood transfusion including risks or alternatives and acknowledge that all my questions about the procedure or procedures have been answered in a satisfactory manner, and that all blanks were filled in prior to my signature. THIS CONSENT FORM IS VALID UNTIL ALL OR PART IS REVOKED BY ME IN WRITING.

Date____ *9-6-2018*____    Time____ *12:05*____  AM / PM

SIGNATURE OF PATIENT  X _____
SIGNATURE OF PERSON AUTHORIZED TO CONSENT_____
(when patient is incapable of signing) **RELATIONSHIP**_____

If consent is signed by someone other than the patient, state the reason:_____

_____

WITNESS _____

I have provided and explained the information set forth herein and answered all questions of the patient or the patient's representative concerning treatment/surgery.

SIGNATURE OF PHYSICIAN_____    Date:_____    Time:_____

Griffin000675

BC
9-25-18

Patient# 287315



GULF COAST
ORTHOPEDICS
A Division of Houma Orthopedic Clinic, AMC

Date: 9-24-18    Patient Name MCAUTHOR GRIFFIN

## NOTICE (ABN)

# Note: You need to make a choice about receiving these health care items or services.

We expect that        or Health         will not pay for the item(s) or service(s) that are described below. Medicare or health does not pay for all of your health care costs.        or Health        only pays for covered items and services when        rules are met. The fact that        or Health        may not pay for a particular item or service does not mean that you should not receive it. There may be a good reason your doctor recommended it. Right now, in your case, or Health        probably will not pay for-

Items or Services:
LT SHOULDER CUST BRACE L3960 ICEMAN E0218   DVT E0676

Because:
ROTATOR CUFF TEAR M75.122

The purpose of this form is to help you make an informed choice about whether or not you want to receive these items or services, knowing that you might have to pay for them yourself. Before you make any decision about your options, you should.

* Read this entire notice carefully.
* Ask us to explain, if you don't understand why        or Health        probably won't pay.
* Ask us how much these items or services will cost you (Estimated Cost: $_____). In case you have to pay for them yourself or through other insurance.

## Please Choose ONE Option. Check ONE Box. Sign and Date Your Choice.

Option 1. YES. I want to receive these items or services. I understand that        or Health will not decide whether to pay unless I receive these items or services. Please submit my        to pr Health        I understand that you may bill me for items or services and that I may have to pay the bill while        or Health        is making a decision. If        or Health does pay, you will refund to me any payment I made to you that are due to me. If I        of Health denies payment, I agree to be personally and fully responsible for payment. That is, I will pay personally either out of pocket or through any other        that I have. I understand I can appeal I        or Health        decision.

Option 2. NO  I have decided not to receive these items or services. I will not receive these items or services. I understand that you will not be able to submit a        to I        or Health I        and that I will not be able to appeal your opinion that        pr Health        won't pay.

9-24-18                        ✗ M. [signature]

Date                        Signature of patient of person acting on patient's behalf

NOTE: Your health information will be kept confidential. Any information that we collect about you on this form will be kept confidential in our offices. If a        is submitted to        or Health        your health information on this form may be shared with        or Health Your health information which        or Health        sees will be kept confidential by I        or Health

Griffin000676

## GULF COAST SURGICAL CENTER
402 DUNN STREET ◆ HOUMA, LA  70360
PH (985) 872-1661          FAX (985) 868-6938

---

**PATIENT:** McAuthor Griffin
**DATE OF SURGERY:**  09/25/2018

**PATIENT ID:**  36781
**DOB:**

### OPERATIVE REPORT

**SURGEON:**                    Brett Casey, MD

**ASSISTANT:**                 William Kinnard, MD

**PRE-OPERATIVE DIAGNOSIS:**    1. Left shoulder rotator cuff tear
2. Left shoulder labral tear
3. Left shoulder biceps tendonitis
4. Left shoulder arthrofibrosis
5. Left shoulder impingement
6. Left shoulder AC arthrosis

**POST-OPERATIVE DIAGNOSIS:**   Same

**PROCEDURE:**                  1. Left shoulder arthroscopy with extensive intraarticular debridement of labral fraying, joint synovitis, and capsular tissue
2. Left shoulder arthroscopic biceps tenodesis
3. Left shoulder arthroscopic capsular release
4. Left shoulder arthroscopic subacromial decompression
5. Left shoulder arthroscopic distal clavicle resection measuring 1cm
6. Left shoulder arthroscopic rotator cuff repair
7. Left shoulder arthroscopic lateral humeral microfracture

**OPERATIVE FINDINGS:**         The patient had severe inflammation of the rotator cuff and a full thickness rotator cuff tear.  He had extensive labral fraying and joint synovitis which underwent debridement.  He had a severely tendinopathic biceps which underwent a biceps tenodesis.  He had capsulitis treated with a capsular release.  He had a large anterior acromial spur treated with a subacromial decompression.  He had severe AC arthrosis treated with a distal clavicle resection of 1cm.  He had a rotator cuff repair performed using a double row technique.  A lateral humeral microfracture was used to aid in healing.

**ANESTHESIA:**                 General

**EBL:**                        Minimal

**COMPLICATIONS:**              None

**DISPOSITION:**                Stable to PACU

**SUMMARY:**                    After informed consent was obtained and the appropriate extremity identified, the patient was brought to the operating room and laid supine on the operating table.  Once adequate general endotracheal anesthesia was obtained, the patient was placed in the right lateral decubitus position.  The left upper extremity was prepped and draped in a sterile fashion. Standard anterior and posterior arthroscopic portals were established, and a diagnostic arthroscopy was

Griffin000677

performed with the previously mentioned findings. An extensive intraarticular debridement was carried out of labral fraying, joint synovitis, and capsular tissue. Once this was completed, the biceps tendon was inspected and was markedly tendinopathic. Sutures were passed through the biceps tendon. The biceps tendon was transected then tenodesed in the bicipital groove using an arthroscopically placed anchor. An anterior capsular release was performed in order to increase range of motion. Following the capsular release, arthroscopic instruments were removed from the shoulder and inserted into the subacromial space. A complete bursectomy was performed. Full thickness rotator cuff tear was noted. It was debrided back to healthy tissue and then the anterior acromion clearly visualized. An anterior acromioplasty was performed using the burr. Once the acromioplasty was completed, the burr was inserted through the anterior portal and the distal 1cm of clavicle was excised. Following this, arthroscopic methods were used to repair the rotator cuff. A double row technique was performed using a medial row of mattress sutures and a lateral row using a knotless anchor. Excellent repair was noted. A lateral humeral microfracture was performed to aid in healing. The entire construct was visualized and deemed to be acceptable. The shoulder was irrigated with arthroscopic irrigant. Incisions were closed with interrupted Nylon sutures. Sterile dressing was applied. There were no intraoperative complications. All sponge and needle counts were correct X 2. The patient was stable to the PACU. Dr. Kinnard allowed the case to proceed in a timely and safe fashion.

Brett Casey, MD                                        DATE/TIME
BC/br26 (B-4506)
DD: 09/26/2018
DT: 09/26/2018

Griffin000678

Acct# 287315



**GULF COAST ORTHOPEDICS**
A Division of Houma Orthopedic Clinic, AMC

Employee Work Release Form

Name: McAuthur Griffin    DOB:    Date: 10/4/18

Diagnosis: L sho pain, impingement, AC Arthrosis, RCT

According to the physical exam and diagnostic findings, this patient may participate in:

- o   Very heavy lifting without restrictions (lifting greater than 100 pounds)

- o   Heavy labor without restrictions (lifting 75-100 pounds)

- o   Medium labor (able to lift no heavier than 50 pounds)

- o   Light duty (no lifting greater than 25 pounds)

- o   Clerical/sedentary duty

- ☒   No work

The above restrictions are: ___ temporary ___ permanent

This patient is:

- o   Cleared for work according to job description discussed with employee rep _____

- o   Cleared for duties with NO restrictions

- o   Cleared with the following restrictions:

_____
_____
_____

**PLAN:**

Follow up appointment: 4 weeks

Discharge Medications: Norco 10

Physical Therapy/Testing/Procedures: PT General.

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____    Date: 10/4/18

1001 School Street   Houma, Louisiana 70360   Phone (985)868-1540   Fax (985) 853-1117

Griffin000679

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthur Griffin | **Visit Date:** | October 4, 2018 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | | |
| **Referring Provider:** | Jaime Gaudet NP | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Post Op Left Shoulder Surgery

## History Of Present Illness

McAuthur Griffin is a 46 year old male who returns for a 1 week post op visit after undergoing arthroscopy; SAD; DCR; RCR of the left shoulder.

He does not complain of any incision problems.

Overall, the patient seems to be doing quite well.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Norco 10-325 mg oral tablet | 10/04/2018 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |
| Valium 10 mg oral tablet | 09/26/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 10 days |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| High Blood Pressure | | -- |
| Cancer | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | - | --/-- | -- | - |

[Digital Signature Validated]

Griffin000680

| | | | | |
|---|---|---|---|---|
| Assisted Living | -- | --/-- | -- | -- |
| Single | -- | --/-- | -- | -- |

## Review of Systems
**Neurologic**
   o **Denies** : dizziness, extremity weakness
**Musculoskeletal**
   o **Denies** : joint pain, joint stiffness

## Physical Examination
**Left Upper Extremity**
  o **Shoulder** :
     ■ **Post Op Surgery** : mild tenderness, range of motion progressing well, incision healing well, no drainage, neurovascularly intact

## Assessment

- Acute pain of left shoulder    719.41/M25.512
- Impingement syndrome of left shoulder    726.2/M75.42
- Arthrosis of left acromioclavicular joint    715.91/M19.012
- Complete tear of left rotator cuff    727.61/M75.122

## Plan
**Orders**
  o Physical Therapy - - 10/04/2018
     generic order given to patient./-hp
**Medications**
  o Norco 10-325 mg oral tablet
    SIG: take 1 tablet by oral route every 6 hours as needed for pain for 14 days
    DISP: (56) tablets with 0 refills
    **Refilled on 10/04/2018**

**Instructions**
  o ----------------------INSTRUCTIONS------------------------
  o Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
  o Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
  o -----------------------WORK STATUS-----------------------
**Disposition**
  o Return Visit Request in/on 4 weeks +/- 2 days (48369).

**Electronically Signed by:** Jaime Gaudet, NP -Author on October 4, 2018 03:37:53 PM

[Digital Signature Validated]
Griffin000681

# Orders Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthur Griffin | **Visit Date:** | September 24, 2018 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Division of Houma Orthoped |
| **Birthdate:** | | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## History Of Present Illness

Patient was provided a L3960, Customized shoulder brace, E0218, Iceman, and, E0676, DVT, for comfort, stability, immobilization, swelling and to prevent blood clots.

## Assessment

- Complete rotator cuff rupture of left shoulder    727.61/M75.122

## Plan

### Orders
- Custom Shoulder Brace (L3960) - 727.61/M75.122 - 09/24/2018
- Iceman (E0218) - 727.61/M75.122 - 09/24/2018
- DVT (E0676) - 727.61/M75.122 - 09/24/2018

### Disposition
- AFTER PROCEDURE

**Electronically Signed by:** Brett E. Casey, MD ·Author on October 29, 2018 04:45:03 PM

[Digital Signature Validated]

Acct # 287315



**Employee Work Release Form**

Name: McAuthur Griffin   DOB _____   Date: 11/1/18

Diagnosis: Lt Sho pain, Imp, AC Arthrosis, RCT

According to the physical exam and diagnostic findings, this patient may participate in:

- ○ Very heavy lifting without restrictions (lifting greater than 100 pounds)
- ○ Heavy labor without restrictions (lifting 75-100 pounds)
- ○ Medium labor (able to lift no heavier than 50 pounds)
- ○ Light duty (no lifting greater than 25 pounds)
- ○ Clerical/sedentary duty
- ☑ No work

The above restrictions are: ✓ temporary ____ permanent

**This patient is:**

- ○ Cleared for work according to job description discussed with employee rep _____
- ○ Cleared for duties with NO restrictions
- ○ Cleared with the following restrictions:

_____

_____

_____

**PLAN:**

Follow up appointment: 6 weeks

Discharge Medications: _____

Physical Therapy/Testing/Procedures: _____

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____   Date: 11/1/18

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000683

10/30/2018  11:40    3379426305        OPELOUSAS PHYSICAL T        PAGE  02/07

| Physical Therapy | Re-Evaluation / Re-Examination | Page 1 |
|---|---|---|

| Patient: Griffin, McAuthor | Date: Wednesday, October 17, 2018 |
|---|---|
| MR #: 4060 MG | Provider: Opelousas Physical Therapy |
| PT: Mr. Donald Henry FitzGerald PT | Provider #: PT00399 |

## Patient Information

| Address: | Birth Date: |
|---|---|
| | Physician: Dr. Brett Casey MD |
| Occupation: | Num of Approved Visits: 12 |
| Gender: Male | Medicare #: |
| Contact Person: | Claim #: |

## General Information

| Medical Diagnosis, ICD9, and Onset Date: | 05/25/2018 | Complete Rotator cuff Tear/ rupture not specified as traumatic Left. M75.122 |
|---|---|---|
| | | Impingement syndrome shoulder / left M75.42 |
| | | Weakness Muscle M62.81 |

**Preferred Practice Pattern:** Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/ connective tissue dysfunction

**Physical Therapy Diagnosis:** Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122
Impingement Syndrome: Shoulder / Left M75.42

| | | |
|---|---|---|
| There has been a change in Diagnosis: | ● Yes | ○ No |
| There has been a change in Support System: | ○ Yes | ● No |
| Patient is making steady progress toward established goals: | ● Yes | ○ No |
| There has been adequate communication with all health care staff involved in the implementation of the Plan of Care: | ● Yes | ○ No |
| Patient continues to concur with proposed TX plan: | ● Yes | ○ No |

Level of Patient/Caregiver's satisfaction with therapy:    ○ V High    ● High    ○ Moderate    ○ Low    ○ V Low

Additional Comments: Patient had rotator cuff surgery on 9/25/18. Here to restart left shoulder rehab. Presently wearing sling and bolster.

## Functional Measures

| Tolerance to IADLs | Eval Level: Moderate - Severe pain and limitation during and/or after a specific IADL affecting performance |
|---|---|
| | Current Level: Moderate pain and limitation during and/or after a specific IADL affecting performance |
| | Goal: No pain nor limitation during and/or after a specific IADL affecting performance |

| Tolerance to Work Activities | Eval Level: Moderate - Severe pain and limitation in a specific work activity affecting performance |
|---|---|
| | Current Level: Moderate pain and limitation in a specific work activity affecting performance |
| | Goal: No pain and limitation in a specific work activity affecting performance |

Griffin000684

## Physical Therapy — Re-Evaluation / Re-Examination

Page 2

**Patient: Griffin, McAuthor**                    **Date: Wednesday, October 17, 2018**

| Tolerance to Recreation Activities | Eval Level: Moderate - Severe pain and limitation in a specific recreational activity affecting performance |
| --- | --- |
| | Current Level: Moderate pain and limitation in a specific recreational activity affecting performance |
| | Goal: No pain nor limitation in a specific recreational activity affecting performance |

**Functional Goal, Short term:** Joint inflammation, or restriction & pain are reduced by 25% in two weeks

**Functional Goal, Long term:** Performance in specific IADL/work/recreational related activities is improved (end date = Duration)

### Physical Findings

| Pain | Eval Level: Shoulder Pain - Left | Scale (0-10) | 8 |
| --- | --- | --- | --- |
| | Current Level: Shoulder Pain - Left | | 7 |
| | Goal: Shoulder Pain - Left | | 0 |

| Palpation | Location: Joint - shoulder - Left |
| --- | --- |
| | Finding: Muscle weakness upper extremity |

| Palpation | Location: Joint - shoulder - Left |
| --- | --- |
| | Finding: Muscle guarding- moderate with palpation |

### Specific Joints

(Note: Blank indicates Strength / Range of Motion are within functional limits or not tested)

| Eval Physical Findings | | | | | Current Physical Findings | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Strength | | Active Range of Motion | | | Strength | | Active Range of Motion | |
| Action | Right | Left | Right | Left | Action | Right | Left | Right | Left |
| **Shoulder:** Flexion | | 4/5 | | 145p | **Shoulder:** Flexion | | 4/5 | | 85p |
| Extension | | 4/6 | | 35p | Extension | | 4/5 | | 0p |
| Abduction | | 4/5 | | 90p | Abduction | | 4/5 | | 80p |
| Adduction | | | | | Adduction | | | | |
| Horizontal Abduction | | | | | Horizontal Abduction | | | | |
| Horizontal Adduction | | | | | Horizontal Adduction | | | | |
| Internal Rotation | | 4/5 | | 80 | Internal Rotation | | 4/5 | | 80 |
| External Rotation | | 4/5 | | 45p | External Rotation | | 4/5 | | 40p |

Griffin000685

18/30/2018  11:48    3379426305            OPELOUSAS PHYSICAL T                    PAGE  04/07

**Physical Therapy**       **Re-Evaluation / Re-Examination**          Page 3

Patient: Griffin, McAuthor                        Date: Wednesday, October 17, 2018

Griffin000686

| Physical Therapy | **Re-Evaluation / Re-Examination** | Page 4 |
|---|---|---|

| Patient: Griffin, McAnthor | Date: Wednesday, October 17, 2018 |
|---|---|

## Interventions (CPT Code)

P L O A N
O F
A F
N

T R E A T M E N T

T  Physical agent- cryotherapy- cold pack 97010
R  Manual therapy techniques- joint mobilization and manipulation 97140
E
A  Therapeutic exercise 97110
T  Therapeutic exercise 97110
M  Therapeutic exercise 97110
E
N  Therapeutic exercise 97110
T

Frequency of PT: Three times weekly

Duration of PT: 4 weeks

Date __10/17/13__

Mr. Donald Henry FitzGerald PT
State Lic #: PT00399

Software Reg #: 6160800311

PT Re-Evaluation                          Opelousas Physical Therapy

Griffin000687

| Physical Therapy | **Plan Of Care** (Re-Evaluation) | Page 1 |

Patient: Griffin, McAuthor

MR #: 4060 MG                    DOB:

PT: Mr. Donald Henry FitzGerald PT

Plan of Care Date: Wednesday, October 17, 2018

Provider: Opelousas Physical Therapy

Medical Diagnosis, 05/25/2018
ICD9, and Onset Date:

Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122

Impingement syndrome shoulder / left M75.42

Weakness Muscle M62.81

Preferred Practice Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/
Pattern: connective tissue dysfunction

Physical Therapy Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122
Diagnosis: Impingement Syndrome Shoulder / Left M75.42

| Problems | Goals |
|---|---|
|  | Short Term: Joint inflammation, or restriction & pain are reduced by 25% in two weeks |
|  | Long Term: Performance in specific IADL/work/recreational related activities is improved (end date = Duration) |
| Tolerance to IADLs: Moderate pain and limitation during and/or after a specific IADL affecting performance | Tolerance to IADLs: No pain nor limitation during and/or after a specific IADL affecting performance |
| Tolerance to Work Activities: Moderate pain and limitation in a specific work activity affecting performance | Tolerance to Work Activities: No pain and limitation in a specific work activity affecting performance |
| Tolerance to Recreational Activities: Moderate pain and limitation in a specific recreational activity affecting performance | Tolerance to Recreational Activities: No pain nor limitation in a specific recreational activity affecting performance |
| Pain: Shoulder Pain - Left Grade 7 | Pain: Shoulder Pain - Left Grade 0 |

## Specific Joints

(Note: Blank indicates Strength / Range of Motion are within functional limits or not tested)

| | **Eval Physical Findings** | | | | | **Current Physical Findings** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Strength | | Active Range of Motion | | | | Strength | | Active Range of Motion |
| Action | | Right | Left | Right | Left | Action | | Right | Left | Right | Left |
| **Shoulder:** | Flexion | | 4/5 | | 145p | **Shoulder:** | Flexion | | 4/5 | | 85p |
| | Extension | | 4/5 | | 35p | | Extension | | 4/5 | | 0p |
| | Abduction | | 4/5 | | 90p | | Abduction | | 4/5 | | 50p |
| | Adduction | | | | | | Adduction | | | | |
| | Horizontal Abduction | | | | | | Horizontal Abduction | | | | |
| | Horizontal Adduction | | | | | | Horizontal Adduction | | | | |
| | Internal Rotation | | 4/5 | | 80 | | Internal Rotation | | 4/5 | | 60 |
| | External Rotation | | 4/5 | | 45p | | External Rotation | | 4/5 | | 40p |

PT Plan of Care

Opelousas Physical Therapy

Griffin000688

Physical Therapy                **Plan Of Care**  (Re-Evaluation)            Page 2

Patient: Griffin, McAuthor                     Plan of Care Date: Wednesday, October 17, 2018
MR #: 4060 MG                DOB:              Provider: Opelousas Physical Therapy
PT: Mr. Donald Henry FitzGerald PT

### Interventions

FREQUENCY: Three times weekly
DURATION: 4 weeks
Physical agent- cryotherapy- cold pack  97010
Manual therapy techniques- joint mobilization and manipulation  97140
Therapeutic exercise  97110
Therapeutic exercise  97110
Therapeutic exercise  97110
Therapeutic exercise  97110

| | | | |
|---|---|---|---|
| 11-5-18 | | 10/17/18 | |
| Date | Dr. Brett Casey MD | Date | Mr. Donald Henry FitzGerald PT |
| | | | State Lic #: PT00399 |

Software Reg #: 6260800311

PT Plan of Care                    Opelousas Physical Therapy

Griffin000689

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthur Griffin | **Visit Date:** | November 1, 2018 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | | |
| **Referring Provider:** | Brett E. Casey MD | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Post Op Left Shoulder Surgery

## History Of Present Illness

McAuthur Griffin is a 46 year old male who returns for a 5 weeks post op visit after undergoing arthroscopy; SAD; DCR; RCR and of the left shoulder.

He does not complain of any incision problems.

Overall, the patient seems to be doing quite well.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Norco 10-325 mg oral tablet | 10/22/2018 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |
| Valium 10 mg oral tablet | 09/26/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 10 days |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| High Blood Pressure | | -- |
| Cancer | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | - | --/-- | - | - |

[Digital Signature Validated]

Griffin000690

| | | | | |
|---|---|---|---|---|
| Assisted Living | -- | --/-- | -- | -- |
| Single | -- | --/-- | -- | -- |

## Review of Systems
**Neurologic**
- **Denies** : dizziness, extremity weakness

**Musculoskeletal**
- **Denies** : joint pain, joint stiffness

## Physical Examination
**Left Upper Extremity**
- **Shoulder** :
  - **Post Op Surgery** : mild tenderness, range of motion progressing well, incision healing well, no drainage, neurovascularly intact

## Assessment

- Acute pain of left shoulder    719.41/M25.512
- Impingement syndrome of left shoulder    726.2/M75.42
- Arthrosis of left acromioclavicular joint    715.91/M19.012
- Complete tear of left rotator cuff    727.61/M75.122

## Plan
**Instructions**
- ---------------------INSTRUCTIONS-----------------------
- Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
- Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
- ----------------------WORK STATUS-----------------------
- No work

**Disposition**
- Return Visit Request in/on 6 weeks +/- 2 days (49333).

HPI:   The patient is now five weeks status post left shoulder arthroscopy with debridement, biceps tenodesis, capsular release, subacromial decompression, distal clavicle resection, rotator cuff repair, and microfracture.

PHYSICAL EXAM: The patient is wearing his immobilizer. This was removed. He is actively forward flexing to 90 degrees.

ASSESSMENT: Five weeks status post above.

PLAN: The patient will continue with formal physical therapy working on gentle range of motion and strengthening. He was advised he could discontinue the sling and immobilizer at this time. The patient will not return to work at this time. He will return to the clinic in six weeks.

{dictated by Nicole Bourgeois, PA}

[Digital Signature Validated]

Griffin000691

[5/14/2019][Page 3 of 3]

**Electronically Signed by:** Jaime Gaudet, NP -Author on November 8, 2018 03:23:24 PM

[Digital Signature Validated]

10/31/2018  16:01   3379425205                OPELOUSAS PHYSICAL T                      PAGE  02/02

## Physical Therapy

## Progress / Treatment Note

Page 1

| | |
|---|---|
| Patient: Griffin, McAnthor | Date: **Wednesday, October 31, 2018** |
| MR #: 4060 MG | Provider #: PT00399 |
| PT: Mr. Donald Henry FitzGerald PT | Provider: **Opelousas Physical Therapy** |

| | |
|---|---|
| Medical Diagnosis, ICD9, and Onset Date: 05/25/2018 | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122<br>Impingement syndrome shoulder / left M75.42<br>Weakness Muscle M62.81 |

Preferred Practice Pattern: Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/ connective tissue dysfunction

Physical Therapy Diagnosis: Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122 Impingement Syndrome Shoulder / Left M75.42

### PT Interventions Consisted of:

| | (CPT Code) | Minutes |
|---|---|---|
| ○ Universal Precautions     ○ Vital signs taken before and after Treatment | | |
| (#1): Physical agent- cryotherapy - cold pack 97010 | | 30 |
| (#2): Manual therapy techniques- joint mobilization and manipulation 97140 | | 15 |
| (#3): Therapeutic exercise 97110 | | 15 |

Interventions Comments: 9/25/18 surgery lef shoulder. 1. Left shoulder athroscopy with extensive intraarticular debridement of labral fraying, joint synovisitis 2. Biceps tenodesis 3. Capsular release 4. Subaromial decompression 5. Distal clavicle resection 6. Rotator cuff repair 7. Left arthroscopic lateral humeral microfracture. Presently doing well. Pain 3-5/10 at present, At rest minimal 1-2/10. Have started active assitive ROM with patient, tolerating very well. Sling and bolster to be removed at six weeks post surgery. Good patient doing all that I ask of him. Each visit better than last.

| Progressive Exercises / Procedures: | Lbs / Time | Reps/Sets |
|---|---|---|
| Therapeutic exercise- strengthening- active assistive | 10 min | |
| Shoulder- left- Codman's exercises | 5 min | |
| Shoulder: closed chain activities | | |
| Shoulder: Rotator cuff ROM and Strengthening Advancement Program | | |
| Shoulder: Kibler integrated exercise program | | |

### Specific Impairments Changes:

Pain: Range of Motion; Strength; Inflamation

Impairment Comments: Left shoulder pain 3-10, 1-2/10 at rest. PROM: flexion 110, extension 0, abduction 60, internal rotation 80, external 35. Will have good shoulder at conclusion of rehab, just needs to continue to listen to our directions and not be overly in a hurry to stress shoulder. Pleased at present time with healing and current status.

### Specific Functional Changes:

Functional Comments: Moderate functional limitations.

**Current Plan:**   Three times weekly

Discharge Planning was Discussed with Patient/Caregiver:  NO          Patient's response to the PT Interventions: FAIR

Patient's progress toward established goals:     FAIR

### Narrative:

Dr. Cascy, please eval and advise. Thank you !!! Pleased with all aspects of healing at present.

| | |
|---|---|
| Date | Mr. Donald Henry FitzGerald PT<br>State Lic #: PT00399 |

Software Reg #: 6260800311

Griffin000693

Account Number: 28735


GULF COAST
ORTHOPEDICS
A Division of Houma Orthopedic Clinic, AMC

Employee Work Release Form

Name: Mc Arthur Griffin    DOB _____    Date: 12·13·18

Diagnosis: Lt Sho pain, wmya, AC Arthrosis, RCT

According to the physical exam and diagnostic findings, this patient may participate in:

☐ Very heavy lifting without restrictions (lifting greater than 100 pounds)

☐ Heavy labor without restrictions (lifting 75-100 pounds)

☐ Medium labor (able to lift no heavier than 50 pounds)

☐ Light duty (no lifting greater than 25 pounds)

☐ Clerical/sedentary duty

☒ No work

The above restrictions are: ☒ temporary ☐ permanent

This patient is:

☐ Cleared for work according to job description discussed with employee rep _____

☐ Cleared for duties with NO restrictions

☐ Cleared with the following restrictions:

_____
_____
_____

PLAN:

Follow up appointment: 6 weeks

Discharge Medications: — Norco 10

Physical Therapy/Testing/Procedures: _____

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____    Date: 12·13·18

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000694



**GULF COAST ORTHOPEDICS**
A Division of Nama Orthopedic Clinic, AMC

PH: 985-868-1540   FAX: 985-853-1117

Name McAuthue Griffin Date 12.13.18

Diagnosis S/P Lt Sho ATS, SAD, DCR, RCR, IAD, 8kay2

TX per Week 2-3                for 8    Weeks

DESIGNATED AREA:
- [ ] Cervical
- [ ] Thoracic
- [ ] Lumbar
- [ ] Shoulder
- [ ] Elbow
- [ ] Wrist
- [ ] Hand
- [ ] Hip
- [ ] Knee
- [ ] Foot/Ankle

TX DESIRED:
- [ ] Whirlpool
- [ ] Moist Heat
- [ ] Diathermy
- [ ] Ultra Sound
- [ ] Infrared Heat
- [ ] Massage
- [ ] Will. Ex.
- [ ] Will. Ex. Home Program
- [ ] Gait Training
- [ ] Elec. Stimulation
- [ ] Paraffin
- [ ] Jobst Intermittent Comp.
- [ ] Intermittent Traction
- [ ] Rom: Active/Passive
- [ ] Quads
- [ ] P.R.E. Program
- [ ] Posture Evaluation & Ex.
- [ ] Scoliosis Program
- [ ] Amputee Training

Precautions or Contraindications:

Dr. _____

| Physical Therapy | Progress / Treatment Note | Page 1 |
|---|---|---|

**Patient:** Griffin, McAuthor
**MR #:** 4060 MG
**PT:** Mr. Donald Henry FitzGerald PT

**Date:** Monday, December 10, 2018
**Provider #:** PT00399
**Provider:** Opelousas Physical Therapy

| Medical Diagnosis, ICD9, and Onset Date: | 05/25/2018 | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122 |
|---|---|---|
| | | Impingement syndrome shoulder / left M75.42 |
| | | Weakness Muscle M62.81 |

**Preferred Practice Pattern:** Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/ connective tissue dysfunction

**Physical Therapy Diagnosis:** Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122 Impingement Syndrome Shoulder / Left M75.42

## PT Interventions Consisted of:

(CPT Code)     Minutes

○ Universal Precautions     ○ Vital signs taken before and after Treatment

| | (CPT Code) | Minutes |
|---|---|---|
| (#1): Physical agent- cryotherapy- cold pack | 97010 | 30 |
| (#2): Manual therapy techniques- joint mobilization and manipulation | 97140 | 15 |
| (#3): Therapeutic exercise | 97110 | 15 |
| (#4): Therapeutic exercise | 97110 | 15 |
| (#5): Therapeutic exercise | 97110 | 15 |

**Interventions Comments:** Note: Patient has completed 14/18 visits from previous prescription. Upon returning to therapy patient will need continuation orders. 9/25/18 surgery left shoulder. 1. Left shoulder arthroscopy with extensive intraarticular debridement of labral fraying, joint synovitis 2. Biceps tenodesis 3. Capsular release 4. Subacromial decompression 5. Distal clavicle resection 6. Rotator cuff repair 7. Left arthroscopic lateral humeral microfracture. Presently doing well. Pain 3/10 at present. At rest minimal 1-2/10. Patient is presently performing active assidive ROM, active exercises and PRE using lite weight and therabands, patient, tolerating very well. Each visit better than last. Tolerating Keibler exercises well. Progression to tolerance.

| Progressive Exercises / Procedures: | Lbs / Time | Reps/Sets |
|---|---|---|
| Thempeutic exercise- strengthening- active assistive | 10 min | |
| Shoulder- left- Codman's exercises | 5 min | |
| Shoulder: closed chain activities | 5 min | |
| Shoulder: Rotator cuff ROM and Strengthening Advancement Program | 5 min | |
| Shoulder: Kibler integrated exercise program | 10 min | |
| Therapeutic exercise- strengthening- resistive- using clastic resistance bands | 5-10 min | |
| Therapeutic exercise- strengthening- resistive- using weights | 10 min | |

**Specific Impairments Changes:**

Pain; Range of Motion: Strength; Inflamation

Impairment Comments; Left shoulder pain 3/10, 1-2/10 at rest. PROM: flexion 150, extension 0, abduction 95, internal rotation 80, external 45-55. Will have good shoulder at conclusion of rehab, just needs to continue to listen to our directions and not be overly in a hurry to stress shoulder. Pleased at present time with healing and current status. Tolerating all phases of rehab well at present. Very good patient. Advancement to healing constraints.

**Specific Functional Changes:**

Functional Comments: Moderate functional limitations.

**Current Plan:** Three times weekly

Discharge Planning was Discussed with Patient/Caregiver:  NO     Patient's response to the PT Interventions: FAIR

Patient's progress toward established goals:  FAIR

**Narrative:**

Pleased with all aspects of healing at present, Advancement to normal healing constraints and symptoms. Dr. Casey, please eval and advise. Thank You !!!!!

PT Progress Note     Opelousas Physical Therapy

Griffin000696

| Physical Therapy | Progress / Treatment Note | Page 1 |
|---|---|---|

Patient: Griffin, McAuthor

MR #: 4060 MG

PT: Mr. Donald Henry FitzGerald PT

Date: Monday, December 10, 2018

Provider #: PT00399

Provider: Opelousas Physical Therapy

Date  12/10/18

Mr. Donald Henry FitzGerald PT

State Lic #: PT00399

Software Reg #: 6260800311

Griffin000697

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthur Griffin | **Visit Date:** | December 13, 2018 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | | |
| **Referring Provider:** | Brett E. Casey MD | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Post Op Left Shoulder Surgery

## History Of Present Illness

McAuthur Griffin is a 46 year old male who returns for a 11 weeks post op visit after undergoing arthroscopy; SAD; DCR; RCR and of the left shoulder.

He does not complain of any incision problems.

Overall, the patient seems to be doing quite well.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Norco 10-325 mg oral tablet | 12/13/2018 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |
| Valium 10 mg oral tablet | 09/26/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 10 days |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| High Blood Pressure | | -- |
| Cancer | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | -- | --/-- | -- | -- |

Griffin000698

| Assisted Living | — | --/-- | — | — |
|---|---|---|---|---|
| Single | — | --/-- | -- | -- |

## Review of Systems
### Neurologic
  o **Denies** : dizziness, extremity weakness
### Musculoskeletal
  o **Denies** : joint pain, joint stiffness

## Physical Examination
### Left Upper Extremity
  o **Shoulder** :
   ▪ **Post Op Surgery** : mild tenderness, range of motion progressing well, incision healing well, no drainage, neurovascularly intact

## Assessment

* Acute pain of left shoulder    719.41/M25.512
* Impingement syndrome of shoulder region, left    726.2/M75.42
* Arthrosis of left acromioclavicular joint    715.91/M19.012
* Complete tear of left rotator cuff    727.61/M75.122

## Plan
### Orders
  o Physical Therapy - - 12/13/2018
    continue therapy./-hp order given to patient./-hp
### Medications
  o Norco 10-325 mg oral tablet
    SIG: take 1 tablet by oral route every 6 hours as needed for pain for 14 days
    DISP: (56) tablets with 0 refills
    **Refilled on 12/13/2018**

### Instructions
  o ----------------------INSTRUCTIONS-----------------------
  o Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
  o Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
  o ----------------------WORK STATUS-----------------------
  o No work
### Disposition
  o Return Visit Request in/on 6 weeks +/- 2 days (50683).

HPI:  The patient is here almost three months status post left shoulder arthroscopy, rotator cuff repair by Dr. Casey.

PHYSICAL EXAM:  He has full active motion now.  He has begun to start working on weight training with his therapist.

PLAN:  At this point, we are going to refill his pain medication.  He is going to continue physical therapy.  He will follow-up with us in six weeks for repeat evaluation.

Jaime E. Gaudet, FNP-C
JEG/br26(CENA7287)

Griffin000699

[5/14/2019][Page 3 of 3]

**Electronically Signed by:** Jaime Gaudet, NP -Author on December 18, 2018 01:34:28 PM

Griffin000700    [Digital Signature Validated]

01/23/2019   12:41   3379426305   OPELOUSAS PHYSICAL T   PAGE   82/83

| Physical Therapy | Progress / Treatment Note | Page 1 |
|---|---|---|

Patient: Griffin, McAuthor

MR #: 4960 MG

PT: Mr. Donald Henry FitzGerald PT

Date: Wednesday, January 23, 2019

Provider #: PT00399

Provider: Opelousas Physical Therapy

| Medical Diagnosis, ICD9, and Onset Date: 05/25/2018 | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122 |
| | Impingement syndrome shoulder / left M75.42 |
| | Weakness Muscle M62.81 |

Preferred Practice Pattern: Musculoskeletal D: Impaired joint mobility, motor fusction, muscle performance, ROM associated w/ connective tissue dysfunction

Physical Therapy Diagnosis: Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122 Impingement Syndrome Shoulder / Left M75.42

## PT Interventions Consisted of:

|  |  | (CPT Code) | Minutes |
|---|---|---|---|
| ○ Universal Precautions | ○ Vital signs taken before and after Treatment | | |
| (#1): Physical agent- cryotherapy- cold pack 97010 | | | 30 |
| (#2): Manual therapy techniques- joint mobilization and manipulation 97140 | | | 15 |
| (#3): Therapeutic exercise 97110 | | | 15 |
| (#4): Therapeutic exercise 97110 | | | 15 |
| (#5): Therapeutic exercise 97110 | | | 15 |

Interventions Comments: 5/25/18 surgery lef shoulder.1. Left shoulder athroscopy with extensive intraarticular debridement of labral fraying, joint synovisitis 2. Biceps tenodesis 3. Capsular release 4. Subaromial decompression 5. Distal clavicle resection 6. Rotator cuff repair 7. Left arthroscopic lateral humeral microfracture. Presently doing well. Pain 3/10 at present. At rest minimal 1-2/10. Patient is presently performing active assitive ROM, active exercises and PRE using lite weight and therabands, patient, tolerating very well. 5 lbs max on selected exercises. Each visit better than last. Progression to tolerance. Pleased with healing and progression. Has been having very good days.

| Progressive Exercises / Procedures: | Lbs / Time | Reps/Sets |
|---|---|---|
| Therapeutic exercise- strengthening- active assistive | 10 min | |
| Shoulder- left- Codman's exercises | 5 min | |
| Shoulder: closed chain activities | 5 min | |
| Shoulder: Rotator cuff ROM and Strengthening Advancement Program | 5 min | |
| Shoulder: Klbler integrated exercise program | 10 min | |
| Therapeutic exercise- strengthening- resistive- using elastic resistance bands | 5-10 min | |
| Therapeutic exercise- strengthening- resistive- using weights | 10 min | |

### Specific Impairments Changes:

Pain; Range of Motion; Strength; Inflamation

Impairment Comments: Left shoulder pain 2/10, 1-2/10 at rest. PROM: flexion 165, extension 10-20, abduction 105-115, internal rotation 80, external 65. Will have good shoulder at conclusion of rehab, just needs to continue to listen to our directions and not be overly in a hurry to stress shoulder. Pleased at present time with healing and current status. Tolerating all phases of rehab well at present. Very good patient. Advancement to healing constraints. Has had good weeks of therapy. Progression to normal healing constraints and symptoms. Pleased with results to date.

### Specific Functional Changes:

Functional Comments: Mild-Moderate functional limitations.

Current Plan:   Three times weekly

Discharge Planning was Discussed with Patient/Caregiver:   NO       Patient's response to the PT Interventions: FAIR

Patient's progress toward established goals:   FAIR

### Narrative:

Pleased with all aspects of healing at present. Advancement to normal healing constraints and symptoms. Progressing slowly to not over work rotator cuff repair. Please eval and advise. Thank you !!!!!

PT Progress Note                                         Opelousas Physical Therapy

Griffin000701

| Physical Therapy | Progress / Treatment Note | Page 1 |
|---|---|---|

Patient: Griffin, McAnthor
MR #: 4060 MG
PT: Mr. Donald Henry FitzGerald PT

Date: Wednesday, January 23, 2019
Provider #: PT00399
Provider: Opelousas Physical Therapy

Date  1/23/19

Mr. Donald Henry FitzGerald PT
State Lic #: PT00399

Software Reg #: 6260800311

Griffin000702

Account Number: 287315



**GULF COAST ORTHOPEDICS**
A Division of Bluoms Orthopedic Clinic, AMC

Employee Work Release Form

Name: MCARTHUR GRIFFIN          DOB:          Date: 01/30/2019

Diagnosis: LT SHOULDER PAIN, IMPINGEMENT, AC ARTHROSIS, RCT

According to the physical exam and diagnostic findings, this patient may participate in:

- [ ] Very heavy lifting without restrictions (lifting greater than 100 pounds)
- [ ] Heavy labor without restrictions (lifting 75-100 pounds)
- [ ] Medium labor (able to lift no heavier than 50 pounds)
- [ ] Light duty (no lifting greater than 25 pounds)
- [ ] Clerical/sedentary duty
- [x] No work

The above restrictions are: [x] temporary [ ] permanent

This patient is:

- [ ] Cleared for work according to job description discussed with employee rep _____
- [ ] Cleared for duties with NO restrictions
- [ ] Cleared with the following restrictions:

_____
_____
_____

**PLAN:**

Follow up appointment: __Le Weeks__

Discharge Medications: __Ambien, Norco__

Physical Therapy/Testing/Procedures: __Generic PT__

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____          Date: 01/30/2019

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000703

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthur Griffin | **Visit Date:** | January 30, 2019 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | | |
| **Referring Provider:** | Brett E. Casey MD | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Left Shoulder Pain

## History Of Present Illness

The patient, McAuthur Griffin, is a 46 year old male who returns for follow up of left shoulder pain.

The symptoms are occuring frequently and are moderate in severity. The patient reports these symptoms have remained the same since the last visit.

He also complains of night pain.

He is currently being treated with NSAIDs and surgery. The patient is status post shoulder arthroscopy. These treatments have produced much improvement.

There has been no imaging performed since last visit

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | – | – |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | – | – |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Norco 10-325 mg oral tablet | 01/24/2019 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |
| Valium 10 mg oral tablet | 09/26/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 10 days |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| High Blood Pressure | | – |
| Cancer | | – |

## Social History

[Digital Signature Validated]

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | -- | --/-- | -- | -- |
| Assisted Living | -- | --/-- | -- | -- |
| Single | -- | --/-- | -- | -- |

## Review of Systems

**Neurologic**
- **Denies** : dizziness

**Musculoskeletal**
- **Admits** : symptoms in HPI

## Vitals

| Date | Time | BP | Position Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/2019 | 10:14 AM | 113/96 | Sitting | | | 85 - R | 16 | | | | | | | |

## Physical Examination

**Constitutional**
- **Appearance** : well-developed, well-nourished

**Eyes**
- **Conjunctivae** : conjunctivae normal

**Respiratory**
- **Respiratory Effort** : breathing even and unlabored

**Left Upper Extremity**
- **Shoulder** :
  - **Inspection/Palpation** : *diffuse tenderness present*, no swelling present
  - **Range of Motion** : full and painless range of motion
  - **Strength** : *diffuse weakness present*
  - **Stability** : no joint instability on provocative testing
- **Reflexes** : biceps 2+, triceps 2+, brachioradialis 2+
- **Sensation** : fingers neurovascularly intact
- **Skin** : no skin lesions or discoloration
- **Vascular Exam** : normal capillary refill, radial artery pulse 2+, no edema, no cyanosis

**Neurological/Psychiatric**
- **Mood and Affect** : mood normal, affect appropriate
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time

## Assessment

- Chronic left shoulder pain
  Pain in left shoulder    719.41/M25.512

## Plan

**Orders**
- Physical Therapy - - 01/30/2019
  GENERIC ORDER GIVEN TO PATIENT.ALC

**Medications**
- Ambien 10 mg oral tablet
  SIG: take 1 tablet (10 mg) by oral route once daily at bedtime for 30 days
  DISP: (30) tablets with 0 refills
  **Prescribed on 01/30/2019**

**Instructions**
- ------------------------INSTRUCTIONS------------------------
- Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were

[Digital Signature Validated]

Griffin000705

answered, the patient verbalized understanding.
- ▢ Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
- ▢ ─────────────── WORK STATUS ───────────────────
- ○ No work

**Disposition**
- ○ Return Visit Request in/on 6 weeks +/- 2 days (51959).

HPI: The patient comes in today for continued evaluation of his left upper extremity.

PHYSICAL EXAM:  He has full range of motion but still has diffuse weakness and pain throughout the shoulder.

PLAN:  It is better than it was a couple of months ago but is still not ready to return to work in an off shore capacity. We will refill his medications today.  I have added a sleeping pill to help him get some rest.  He will continue physical therapy.  I will see him back in six weeks for repeat evaluation.

**Electronically Signed by:** Brett E. Casey, MD ·Author on February 4, 2019 12:44:55 PM

[Digital Signature Validated]

| Physical Therapy | Progress / Treatment Note | Page 1 |
|---|---|---|

| Patient: Griffin, McAuthor | Date: Monday, March 11, 2019 |
|---|---|
| MR #: 4060 MG | Provider #: PT00399 |
| PT: Mr. Donald Henry FitzGerald PT | Provider: Opelousas Physical Therapy |

| Medical Diagnosis, 05/25/2018<br>ICD9, and Onset Date: | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122<br>Impingement syndrome shoulder / left M75.42<br>Weakness Muscle M62.81 |
|---|---|

Preferred Practice Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/
Pattern: connective tissue dysfunction

Physical Therapy  Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122
Diagnosis:  Impingement Syndrome Shoulder / Left M75.42

## PT Interventions Consisted of:

| | | (CPT Code) | Minutes |
|---|---|---|---|
| ○ Universal Precautions | ○ Vital signs taken before and after Treatment | | |
| (#1): Physical agent- cryotherapy- cold pack 97010 | | | 30 |
| (#2): Manual therapy techniques- joint mobilization and manipulation 97140 | | | 15 |
| (#3): Therapeutic exercise 97110 | | | 15 |
| (#4): Therapeutic exercise 97110 | | | 15 |
| (#5): Therapeutic exercise 97110 | | | 15 |
| (#6): Therapeutic exercise 97110 | | | 15 |

Interventions Comments:  9/25/18 surgery [of] shoulder.1. Left shoulder arthroscopy with extensive intraarticular debridement of labral
fraying, joint synovisitis 2. Biceps tenodosis 3. Capsular release 4. Subaromial decompression 5. Distal clavicle
resection 6. Rotator cuff repair 7. Left arthroscopic lateral humeral microfracture. Presently doing well. Pain 3/10
at present. At rest minimal 1-2/10. Patient is presently performing active exercises and PRE using lite weight and
therabands. Patient, tolerating very well, 5-8 lbs max on selected exercises. Each visit better than last. Progression
to tolerance. Pleased with healing and progression. Has been having very good days. Good patient does all that I
ask of him.

| Progressive Exercises / Procedures: | Lbs / Time | Reps/Sets |
|---|---|---|
| Therapeutic exercise- strengthening- active assistive | 10 min | |
| Shoulder- left- Codman's exercises | 5 min | |
| Shoulder: closed chain activities | 5 min | |
| Shoulder: Rotator cuff ROM and Strengthening Advancement Program | 5 min | |
| Shoulder: Kibler integrated exercise program | 10 min | |
| Therapeutic exercise- strengthening- resistive- using elastic resistance bands | 5-10 min | |
| Therapeutic exercise- strengthening- resistive- using weights | 10 min | |

## Specific Impairments Changes:

Pain; Range of Motion; Strength; Inflammation

Impairment Comments: Left shoulder pain 1-2/10, 1-2/10 at rest. PROM: flexion 170-175, extension 30, abduction 115-125, internal rotation
80, external 65-70. Will have good shoulder at conclusion of rehab, just needs to continue to listen to our directions and not be overly in a
hurry to stress shoulder. Pleased at present time with healing and current status. Tolerating all phases of rehab well at present. Very good
patient. Advancement to healing constraints. Has had good weeks of therapy. Progression to normal healing constraints and symptoms. Pleased
with results to date.

## Specific Functional Changes:

Functional Comments: Mild-Moderate functional limitations.

Current Plan:    Three times weekly

Discharge Planning was Discussed with Patient/Caregiver:   NO          Patient's response to the PT Interventions: FAIR

Patient's progress toward established goals:    FAIR

## Narrative:

Pleased with all aspects of healing at present. Advancement to normal healing constraints and symptoms. Progressing slowly to not over work

PT Progress Note                                                                Opelousas Physical Therapy

Griffin000707

## Physical Therapy

## Progress / Treatment Note

Page 2

Patient: Griffin, McAuthor

MR #: 4060 MG

PT: Mr. Donald Henry FitzGerald PT

Date: Monday, March 11, 2019

Provider #: PT00399

Provider: Opelousas Physical Therapy

rotator cuff repair.

3/11/19

Date

Mr. Donald Henry FitzGerald PT

State Lic #: PT00399

Software Reg #: 6260800311

Griffin000708

Account Number: 287315



Employee Work Release Form

Name: MCARTHUR GRIFFIN _____ DOB: _____ Date: 3/13/2019

Diagnosis: LT SHOULDER PAIN, IMPINGEMENT, AC ARTHROSIS, RCT _____

According to the physical exam and diagnostic findings, this patient may participate in:

☐ Very heavy lifting without restrictions (lifting greater than 100 pounds)

☐ Heavy labor without restrictions (lifting 75-100 pounds)

☐ Medium labor (able to lift no heavier than 50 pounds)

☐ Light duty (no lifting greater than 25 pounds)

☐ Clerical/sedentary duty

☑ No work

The above restrictions are: ☑ temporary ☐ permanent

This patient is:

☐ Cleared for work according to job description discussed with employee rep _____

☐ Cleared for duties with NO restrictions

☐ Cleared with the following restrictions:

_____
_____
_____

**PLAN:**

Follow up appointment: _____

Discharge Medications: _____

Physical Therapy/Testing/Procedures: _____

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____ Date: 3/13/2019

1001 School Street   Houma, Louisiana 70360   Phone (985)868-1540   Fax (985) 853-1117

Griffin000709

A287815

## C. PHYSICIAN'S STATEMENT *(TO BE FURNISHED WITHOUT EXPENSE TO GULFCO ... IVCS)* (Please Print or Type)

| PATIENT'S FULL NAME | | HEIGHT | WEIGHT | DATE OF BIRTH |
|---|---|---|---|---|
| McArthur Griffin | | FT    IN | | |

| CONDITION DUE TO PREGNANCY? | IF YES, IS PREGNANCY COMPLICATED? | IF YES, PROVIDE COMPLICATIONS | ESTIMATED DUE DATE |
|---|---|---|---|
| N/A | ☐ YES  ☐ NO | | |

DESCRIBE MEDICAL CONDITIONS/DIAGNOSIS

S/P ROTATOR CUFF TEAR M75.22 Imp Shd M75.42

DIAGNOSIS CODE(S)
☐ ICD-9  ☒ ICD-10

| DATE SYMPTOMS FIRST APPEARED | DATE DIAGNOSIS FIRST MADE | PATIENT EVER HAD SAME OR SIMILAR CONDITION? IF YES, GIVE ENGTH OF TIME |
|---|---|---|
| 5/25/18 | 7/2/18 | NO |

ANY OTHER MEDICAL CONDITION(S) AFFECTING PRESENT MEDICAL CONDITION?   IF YES, DESCRIBE CONDITIONS
☐ YES  ☒ NO

| DISABILITY DUE TO INJURY? IF YES, DATE OF INJURY | GIVE NAMES AND ADDRESSES OF OTHER TREATING PHYSICIANS (ATTACH ADDITIONAL SHEET IF NECESSARY) |
|---|---|
| ☒ YES  ☐ NO   5/25/18 | N/A |

| DATES OF TREATMENT | | | HOSPITALIZED?   IF YES, GIVE DATES AND NAME OF HOSPITAL |
|---|---|---|---|
| FIRST VISIT: 7/2/18 | LAST VISIT: 3/3/19 | NEXT VISIT: 4/24/19 | ☐ YES  ☒ NO |

| PATIENT HAVE SURGERY? | IF SO, TYPE OF SURGERY | DATE PERFORMED |
|---|---|---|
| ☒ YES  ☐ NO | S/P 4 Shd M75 BT SAD DCR RCR | 9/25/18 |

PHYSICAL IMPAIRMENTS (AS DEFINED IN FEDERAL DICTIONARY OF OCCUPATION TITLE)     REMARKS
☐ Class 1 – No limitation of functional capacity; capable of heavy work. No restrictions; 0 – 10%
☐ Class 2 – Medium manual activity; 15 – 30%
☐ Class 3 – Slight limitation of functional capacity; capable of light work; 35 – 55%
☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary) activity; 60 – 70%
☒ Class 5 – Severe limitation of functional capacity; incapable of minimum (sedentary) activity; 75-100%

EXACT DATES OF TOTAL DISABILITY (UNABLE TO WORK)

| CURRENT OCCUPATION | ANY OCCUPATION | WHEN DO YOU THINK PATIENT WILL RECOVER AND BE ABLE TO RETURN TO WORK? |
|---|---|---|
| FROM 9/25/18 | TO 4/13/19 | ☐ 1 MONTH  ☒ 2-3 MONTHS  ☐ 4-6 MONTHS  ☐ 7-9 MONTHS  ☐ OTHER |

| PATIENT PROGRESSED? | COMMENTS | CURRENT PROGRESS | DATE RELEASED TO RETURN TO WORK |
|---|---|---|---|
| ☒ YES  ☐ NO | | ☐ RECOVERED  ☒ IMPROVED  ☐ NO CHANGE  ☐ RETROGRESSED | None |

*"I hereby certify that the above-described information is based upon reasonable medical probability and is true and correct to the best of my knowledge and belief."*

| PHYSICIAN'S NAME (PLEASE PRINT) | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| BRETT CASSON | 1001 School St. | Thuma | LA | 70340 |

| PHYSICIAN'S SIGNATURE | DATE | TELEPHONE | FAX |
|---|---|---|---|
| X | 3/18/19 | 985.868.1540 | 985.853.1117 |

Rev. 10/02/08

Griffin000710

[5/14/2019][Page 1 of 3]

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthur Griffin | **Visit Date:** | March 13, 2019 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | | |
| **Referring Provider:** | Brett E. Casey MD | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

- Left Shoulder Pain

## History Of Present Illness

The patient, McAuthur Griffin, is a 46 year old male who returns for follow up of left shoulder pain.

The symptoms are occuring frequently and are moderate in severity. The patient reports these symptoms have remained the same since the last visit.

He also complains of night pain and stiffness.

He is currently being treated with NSAIDs, injections, and surgery. The patient is status post shoulder arthroscopy. These treatments have produced little or no improvement.

There has been no imaging performed since last visit.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | ** | ** |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Ambien 10 mg oral tablet | 01/30/2019 | take 1 tablet (10 mg) by oral route once daily at bedtime for 30 days |
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Norco 10-325 mg oral tablet | 03/13/2019 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |
| Valium 10 mg oral tablet | 09/26/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 10 days |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|

[Digital Signature Validated]

Griffin000711

High Blood Pressure                                      --
Cancer                                                   --

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---------|--------|-----------|----------|-------|
| Alcohol | -- | --/-- | -- | -- |
| Assisted Living | -- | --/-- | -- | -- |
| Single | -- | --/-- | -- | -- |

## Review of Systems

**Neurologic**
- **Denies** : dizziness

**Musculoskeletal**
- **Admits** : symptoms in HPI

## Physical Examination

**Constitutional**
- **Appearance** : well-developed, well-nourished

**Eyes**
- **Conjunctivae** : conjunctivae normal

**Respiratory**
- **Respiratory Effort** : breathing even and unlabored

**Left Upper Extremity**
- **Shoulder** :
  - **Inspection/Palpation** : *mild tenderness present*, no swelling present
  - **Range of Motion** : full range of motion
  - **Strength** : *diffuse weakness present*
  - **Stability** : no joint instability on provocative testing
  - **Tests/Signs** : Speed's test negative, cross chest adduction test negative, Neer (-), Hawkins (-), Obrien test negative
- **Reflexes** : biceps 2+, triceps 2+, brachioradialis 2+
- **Sensation** : fingers neurovascularly intact
- **Skin** : no skin lesions or discoloration
- **Vascular Exam** : normal capillary refill, radial artery pulse 2+, no edema, no cyanosis

**Neurological/Psychiatric**
- **Mood and Affect** : mood normal, affect appropriate
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time

## Assessment

- Chronic left shoulder pain
  Pain in left shoulder    719.41/M25.512
- Arthrosis of left acromioclavicular joint    715.91/M19.012
- Impingement Syndrome, Shoulder, Left    726.2/M75.42
- Complete tear of left rotator cuff    727.61/M75.122

## Plan

**Medications**
- Amrix 15 mg oral capsule,extended release 24hr
  SIG: take 1 capsule by oral route once a day (at bedtime) for 30 days
  DISP: (30) capsules with 5 refills
  **Prescribed on 03/13/2019**

- Nalfon 600 mg oral tablet

Griffin000712

SIG: 1 PO TID
DISP: (90) tablets with 5 refills
**Prescribed on 03/13/2019**

o Zegerid 20-1.1 mg-gram oral capsule
SIG: take 1 capsule (20 mg) by oral route once daily on an empty stomach at least 1 hour before meals swallowing whole with water. for 30 days
DISP: (30) capsules with 5 refills
**Prescribed on 03/13/2019**

o Norco 10-325 mg oral tablet
SIG: take 1 tablet by oral route every 6 hours as needed for pain for 14 days
DISP: (56) tablets with 0 refills
**Refilled on 03/13/2019**

**Instructions**
o ------------------------INSTRUCTIONS-------------------------
o Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
o Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
o ------------------------WORK STATUS-------------------------
o No work
**Disposition**
o UPON APPROVAL
o Return Visit Request in/on 6 weeks +/- 2 days (53359).

---

HPI: The patient returns for continued evaluation of his left shoulder. He is still having some pain and is slowly progressing and maintains some shoulder weakness.

PHYSICAL EXAM: Exam today is consistent with a healing rotator cuff.

PLAN: He is not ready to return to work. We will keep him out of work. I will see him back in a few weeks for repeat evaluation. Medications have been provided today.

---

**Electronically Signed by:** Brett E. Casey, MD - Author on March 19, 2019 10:12:24 AM

[Digital Signature Validated]

Account Number: 287315



**GULF COAST ORTHOPEDICS**
A Division of Houma Orthopedic Clinic, LLC

### Employee Work Release Form

Name: MCARTHUR GRIFFIN          DOB _____          Date: 4/10/2019

Diagnosis: LT SHOULDER PAIN,IMPINGMENT,AC ARTHROSIS,RCT

According to the physical exam and diagnostic findings, this patient may participate in:

☐ Very heavy lifting without restrictions (lifting greater than 100 pounds)

☐ Heavy labor without restrictions (lifting 75-100 pounds)

☐ Medium labor (able to lift no heavier than 50 pounds)

☐ Light duty (no lifting greater than 25 pounds)

☐ Clerical/sedentary duty

☑ No work

The above restrictions are: ☑ temporary ☐ permanent

This patient is:

☐ Cleared for work according to job description discussed with employee rep _____

☐ Cleared for duties with NO restrictions

☐ Cleared with the following restrictions:

_____

_____

_____

**PLAN:**

Follow up appointment: 3weeks

Discharge Medications: Naltin, Amnx

Physical Therapy/Testing/Procedures: Work hardening LtSho

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____          Date: 4/10/2019

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000714

04/10/2019   10:54     3379425305              OPELOUSAS PHYSICAL T              PAGE   02/04

| Physical Therapy | Communication | Page 1 |

Patient: Griffin, McAuthor                           Date: Wednesday, April 10, 2019
MR #: 4060 MG                                         Provider: Opelousas Physical Therapy
D O B:

PT: Mr. Donald Henry FitzGerald PT

Medical Diagnosis,   05/25/2018     Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122
ICD9, and Onset Date:               Impingement syndrome shoulder / left M75.42
                                    Weakness Muscle M62.81

Preferred Practice   Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/
Pattern: connective tissue dysfunction

Physical Therapy   Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122
Diagnosis:   Impingement Syndrome Shoulder / Left M75.42

## T O :  Dr. Brett Casey

**Essence of this communication:**

Dear Dr. Casey: This is just a brief communication in regards to Mr. MacAuthor Griffin. Mr. Griffin on 4/8/19 arrived for his appointment and indicated to me that his cervical, right shoulder and left shoulder were causing him moderate pain and discomfort. I asked Mr.Griffin if he wanted me to use ice and modalities to help ease his discomfort but he said he would rather wait until he sees you to be evaluated.

Mr. Griffin further ellaborated that his medication that he has is not easing his discomfort. I asked Mr. Griffin to keep me informed.

Date  4/10/19                  Mr. Donald Henry FitzGerald PT
                               State Lic #: PT00399

Software Reg #: 6260800311

Griffin000715

04/10/2019  10:54    3379425305            OPELOUSAS PHYSICAL T              PAGE  03/04

## Physical Therapy                **Progress / Treatment Note**              Page 1

| Patient: Griffin, McAnthor | Date: Friday, April 05, 2019 |
|---|---|
| MR #: 4069 MG | Provider #: PT90399 |
| PT: Mr. Donald Henry FitzGerald PT | Provider: Opelousas Physical Therapy |

| Medical Diagnosis, 05/25/2018 | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122 |
|---|---|
| ICD9, and Onset Date: | Impingement syndrome shoulder / left M75.42 |
| | Weakness Muscle M62.81 |

Preferred Practice  Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/
Pattern:  connective tissue dysfunction

Physical Therapy  Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122
Diagnosis:  Impingement Syndrome Shoulder / Left M75.42

## PT Interventions Consisted of:                                    (CPT Code)    Minutes

| | |
|---|---|
| ○ Universal Precautions    ○ Vital signs taken before and after Treatment | |

| | |
|---|---|
| (#1): Physical agent- cryotherapy- cold pack 97010 | 30 |
| (#2): Manual therapy techniques- joint mobilization and manipulation 97140 | 15 |
| (#3): Therapeutic exercise 97110 | 15 |
| (#4): Therapeutic exercise 97110 | 15 |
| (#5): Therapeutic exercise 97110 | 15 |
| (#6): Therapeutic exercise 97110 | 15 |

Interventions Comments:  9/25/18 surgery for shoulder.1. Left shoulder athroscopy with extensive intraarticular debridement of labral
fraying, joint synovisits 2. Biceps tenodesis 3. Capsular release 4. Subaromial decompression 5. Distal clavicle
resection 6. Rotator cuff repair 7. Left arthroscopic lateral humeral microfracture. Presently doing well. Pain 2-
3/10 at present. At rest minimal 1-2/10. Patient is presently performing active exercises and PRE using lite weight
and therabands. Patient, tolerating very well. 5-8 lbs max on selected exercises. Each visit better than last.
Progression to tolerance. Pleased with healing and progression. Has been having very good days. Good patient
does all that I ask of him.

| Progressive Exercises / Procedures: | Lbs / Time | Reps/Sets |
|---|---|---|
| Therapeutic exercise- strengthening- active assistive | 10 min | |
| Shoulder- left- Codman's exercises | 5 min | |
| Shoulder: closed chain activities | 5 min | |
| Shoulder: Rotator cuff ROM and Strengthening Advancement Program | 5 min | |
| Shoulder: Kibler integrated exercise program | 10 min | |
| Therapeutic exercise- strengthening- resistive- using elastic resistance bands | 5-10 min | |
| Therapeutic exercise- strengthening- resistive- using weights | 10 min | |

**Specific Impairments Changes:**

Pain; Range of Motion; Strength; Inflamation

Impairment Comments: Left shoulder pain 2-3/10. 2/10 at rest. A little sore today, but tolerable. PROM: flexion 170-175, extension 30,
abduction 135, internal rotation 80, external 70. Will have good shoulder at conclusion of rehab, just needs to continue to listen to our
directions and not be overly in a hurry to stress shoulder. Pleased at present time with healing and current status. Tolerating all phases of rehab
well at present. Very good patient. Advancement to healing constraints. Progression to normal healing constraints and symptoms. Pleased with
results to date.

**Specific Functional Changes:**

Functional Comments: Mild-Moderate functional limitations.

Current Plan:    Three times weekly

Discharge Planning was Discussed with Patient/Caregiver:  NO        Patient's response to the PT Interventions: FAIR

Patient's progress toward established goals:    FAIR

**Narrative:**

Pleased with all aspects of healing at present. Advancement to normal healing constraints and symptoms. Progressing slowly to not over work

PT Progress Note                                        Opelousas Physical Therapy

Griffin000716

## Physical Therapy                    ## Progress / Treatment Note                    Page 2

Patient: Griffin, McAuthor                    Date: Friday, April 05, 2019
MR #: 4060 MG                    Provider #: PT00399
PT: Mr. Donald Henry FitzGerald PT                    Provider: Opelousas Physical Therapy

rotator cuff repair. C/o some soreness, but tolerable.

4/5/19
Date                    Mr. Donald Henry FitzGerald PT
                    State Lic #: PT00399

Software Reg #: 6260600311

Griffin000717

# Progress Note

| | | | |
|---|---|---|---|
| Patient Name: | McAuthur Griffin | Visit Date: | April 10, 2019 |
| Patient ID: | 287315 | Provider: | Brett E. Casey, MD |
| Sex: | Male | Location: | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| Birthdate: | | | |
| Referring Provider: | Brett E. Casey MD | Location Address: | 1001 School Street Houma, LA  703604629 |
| | | Location Phone: | (985) 868-1540 |

## Chief Complaint

- Left Shoulder Pain

## History Of Present Illness

The patient, McAuthur Griffin, is a 46 year old male who returns for follow up of left shoulder pain.

The symptoms are occuring frequently and are moderate in severity. The patient reports these symptoms have remained the same since the last visit.

He also complains of night pain and stiffness.

He is currently being treated with NSAIDs. These treatments have produced little or no improvement.

There has been no imaging performed since last visit.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | -- | -- |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Ambien 10 mg oral tablet | 01/30/2019 | take 1 tablet (10 mg) by oral route once daily at bedtime for 30 days |
| Amrix 15 mg oral capsule,extended release 24hr | 04/10/2019 | take 1 capsule by oral route once a day (at bedtime) for 30 days |
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Nalfon 600 mg oral tablet | 04/10/2019 | 1 PO TID |
| Norco 7.5-325 mg oral tablet | 04/08/2019 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |
| Valium 10 mg oral tablet | 09/26/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 10 days |
| Zegerid 20-1.1 mg-gram oral capsule | 03/13/2019 | take 1 capsule (20 mg) by oral route once daily on an empty stomach at least 1 hour before meals swallowing whole with water, for 30 days |

[Digital Signature Validated]

Griffin000718

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| High Blood Pressure | | -- |
| Cancer | | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Alcohol | -- | --/-- | -- | -- |
| Assisted Living | -- | --/-- | -- | -- |
| Single | -- | --/-- | -- | -- |

## Review of Systems

**Neurologic**
- **Denies** : dizziness

**Musculoskeletal**
- **Admits** : symptoms in HPI

## Vitals

| Date | Time | BP | Position Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² O2 Sat HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10/2019 | 03:21 PM | 124/96 | Sitting | | | 85 - R | 18 | | | | | |

## Physical Examination

**Constitutional**
- **Appearance** : well-developed, well-nourished

**Eyes**
- **Conjunctivae** : conjunctivae normal

**Cervical Spine/Neck**
- **Inspection/Palpation** :
  - **Skin** : no lesions, no rash
- **Range of Motion** : *mild limitation of ROM secondary to pain*
- **Stability** : no subluxations or other evidence of instability
- **Muscle Strength** : paraspinal muscle strength within normal limits
- **Muscle Tone** : paraspinal muscle tone within normal limits
- **Cervical Spine Tests/Signs** : *Spurling's test positive*

**Respiratory**
- **Respiratory Effort** : breathing even and unlabored

**Right Upper Extremity**
- **Elbow** :
  - **Strength** : biceps 5/5, triceps 5/5
- **Wrist** :
  - **Strength** : wrist extension 5/5, wrist flexion 5/5
- **Hand** :
  - **Strength** : interossei 5/5
- **Reflexes** : biceps 2+, triceps 2+, brachioradialis 2+
- **Vascular Exam** : normal capillary refill, radial artery pulse 2+, no edema, no cyanosis

**Left Upper Extremity**
- **Shoulder** :
  - **Inspection/Palpation** : *mild tenderness present*, no swelling present
  - **Range of Motion** : full range of motion
  - **Strength** : all muscles 5/5
  - **Stability** : no joint instability on provocative testing
  - **Tests/Signs** : Speed's test negative, cross chest adduction test negative, Neer (-), Hawkins (-), Obrien test negative
- **Elbow** :
  - **Strength** : biceps 5/5, triceps 5/5
- **Wrist** :
  - **Strength** : wrist extension 5/5, wrist flexion 5/5

[Digital Signature Validated]

- ▢ **Hand** :
    - ▪ **Strength** ; interossei 5/5
- ○ **Reflexes** : biceps 2+, triceps 2+, brachioradialis 2+
- ▢ **Sensation** : fingers neurovascularly intact
- ▢ **Skin** : no skin lesions or discoloration
- ○ **Vascular Exam** : normal capillary refill, radial artery pulse 2+, no edema, no cyanosis

**Neurological/Psychiatric**

- ▢ **Mood and Affect** : mood normal, affect appropriate
- ○ **Mental Status Examination** :
    - ▪ **Orientation** : grossly oriented to person, place and time

## Assessment

- • Chronic left shoulder pain
    Pain in left shoulder    719.41/M25.512
- • Arthrosis of left acromioclavicular joint    715.91/M19.012
- • Impingement Syndrome, Shoulder, Left    726.2/M75.42
- • Complete tear of left rotator cuff    727.61/M75.122

## Plan

### Orders

- ○ Physical Therapy - - 04/10/2019
    generic pt for work hardening, order given to adjuster alc

### Medications

- ○ Amrix 15 mg oral capsule,extended release 24hr
    SIG: take 1 capsule by oral route once a day (at bedtime) for 30 days
    DISP: (30) capsules with 5 refills
    **Refilled on 04/10/2019**

- ▢ Nalfon 600 mg oral tablet
    SIG: 1 PO TID
    DISP: (90) tablets with 5 refills
    **Refilled on 04/10/2019**

### Instructions

- ▢ ------------------------INSTRUCTIONS--------------------------
- ▢ Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
- ○ Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
- ○ ----------------------WORK STATUS-----------------------
- ○ No work

### Disposition

- ▢ Return Visit Request in/on 3 weeks +/- 2 days (54406).

The patient comes in today for evaluation of his left shoulder.  He is mainly complaining of neck pain today.  He has some pain in the periscapular muscles of the shoulder and in the axial aspect of the neck with some posterior head pain.  I have talked to him about his condition.  I think his shoulder is doing great.  He has good strength.  We will continue with therapy working on strengthening.  I will see him back in three weeks.  We have given him Nalfon and Amrix.  I would like to see if this relieves his neck situation.  If not, I will possibly get a MRI of the neck.

[Digital Signature Validated]

[5/14/2019][Page 4 of 4]

**Electronically Signed by:** Brett E. Casey, MD -Author on April 18, 2019 04:58:03 PM

[Digital Signature Validated]
Griffin000721

| Physical Therapy | Progress / Treatment Note | Page 1 |
|---|---|---|

**Patient: Griffin, McAuthor**
MR #: 4060 MG
PT: Mr. Donald Henry FitzGerald PT

Date: Monday, April 29, 2019
Provider#: PT00399
Provider: Opelousas Physical Therapy

| | | |
|---|---|---|
| Medical Diagnosis, ICD9, and Onset Date: | 05/25/2018 | Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122<br>Impingement syndrome shoulder / left M75.42<br>Weakness Muscle M62.81 |

Preferred Practice Pattern: Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/ connective tissue dysfunction

Physical Therapy Diagnosis: Complete Rotator Cuff Tear/ rupture not specified as traumatic LoR M75.122
Impingement Syndrome Shoulder / Left M75.42

## PT Interventions Consisted of:

| | (CPT Code) | Minutes |
|---|---|---|
| ○ Universal Precautions | ○ Vital signs taken before and after Treatment | |
| (#1): Physical agent- cryotherapy- cold pack 97010 | | 30 |
| (#2): Manual therapy techniques- joint mobilization and manipulation 97140 | | 15 |
| (#3): Therapeutic exercise 97110 | | 15 |
| (#4): Therapeutic exercise 97110 | | 15 |
| (#5): Therapeutic exercise 97110 | | 15 |
| (#6): Therapeutic exercise 97110 | | 15 |

**Interventions Comments:**
9/25/18 surgery lef shoulder. 1. Left shoulder arthroscopy with extensive intraarticular debridement of labral fraying, joint synoviatis 2. Biceps tenodesis 3. Capsular release 4. Subacromial decompression 5. Distal clavicle resection 6. Rotator cuff repair 7. Left arthroscopic lateral humeral microfracture. Presently doing well. Pain 2/10 at present. At rest minimal 1-2/10. Patient is presently performing active exercises and PRE using 12 lbs weight and therabands. Patient, tolerating very well. 12 lbs max on selected exercises. Each visit better than last. Progression to tolerance. Pleased with healing and progression. Has been having very good days. Good patient does all that I ask of him.

| Progressive Exercises / Procedures: | Lbs / Time | Reps/Sets |
|---|---|---|
| Therapeutic exercise- strengthening- active assistive | 10 min | |
| Shoulder- left- Codman's exercises | 5 min | |
| Shoulder: closed chain activities | 5 min | |
| Shoulder: Rotator cuff ROM and Strengthening Advancement Program | 5 min | |
| Shoulder: Kibler integrated exercise program | 10 min | |
| Therapeutic exercise- strengthening- resistive- using elastic resistance bands | 5-10 min | |
| Therapeutic exercise- strengthening- resistive- using weights | 10 min | |

### Specific Impairments Changes:

Pain; Range of Motion; Strength; Inflamation

Impairment Comments: Left shoulder pain 2/10. 2/10 at rest.  PROM: flexion 170-175, extension 30, abduction 145, Internal rotation 80, external 80.  Will have good shoulder at conclusion of rehab, just needs to continue to listen to our directions and not be overly in a hurry to stress shoulder. Pleased at present time with healing and current status. Tolerating all phases of rehab well at present. Very good patient. Advancement to healing constraints. Progression to normal healing constraints and symptoms. Pleased with results to date.

### Specific Functional Changes:

Functional Comments: Mild-Moderate functional limitations.

**Current Plan:**    Three times weekly

Discharge Planning was Discussed with Patient/Caregiver:  NO        Patient's response to the PT Interventions: FAIR

Patient's progress toward established goals:    FAIR

### Narrative:

Pleased with all aspects of healing at present. Advancement to normal healing constraints and symptoms. Progressing slowly to not over work rotator cuff repair. C/o some soreness, but tolerable.

| | |
|---|---|
| PT Progress Note | Opelousas Physical Therapy |

**Physical Therapy**          **Progress / Treatment Note**          Page 1

Patient: Griffin, McAuthor                    Date: Monday, April 29, 2019
MR #: 4060 MG                                 Provider #: PT09399
PT: Mr. Donald Henry FitzGerald PT            Provider: Opelousas Physical Therapy

Date: 4/29/19          Mr. Donald Henry FitzGerald PT
                       State Lic #: PT00399

Software Reg #: 6260800511

PT Progress Note                              Opelousas Physical Therapy

Griffin000723

Account Number: 287315



Employee Work Release Form

Name: MCARTHUR GRIFFIN          DOB:          Date: 5/1/2019

Diagnosis: LT SHOULDER PAIN, IMPINGEMENT, AC ARTHROSIS, RCT

According to the physical exam and diagnostic findings, this patient may participate in:

☐ Very heavy lifting without restrictions (lifting greater than 100 pounds)

☐ Heavy labor without restrictions (lifting 75-100 pounds)

☐ Medium labor (able to lift no heavier than 50 pounds)

☐ Light duty (no lifting greater than 25 pounds)

☐ Clerical/sedentary duty

☒ No work

The above restrictions are: ☒ temporary ☐ permanent

This patient is:

☐ Cleared for work according to job description discussed with employee rep _____

☐ Cleared for duties with NO restrictions

☐ Cleared with the following restrictions:

_____
_____
_____

PLAN:

Follow up appointment: _____ 6 weeks _____

Discharge Medications: Amrix, Nalfer, zegrid, Norco

Physical Therapy/Testing/Procedures: _____

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____          Date: 5/1/2019

1001 School Street  Houma, Louisiana 70360  Phone (985)868-1540  Fax (985) 853-1117

Griffin000724

# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | McAuthur Griffin | **Visit Date:** | May 1, 2019 |
| **Patient ID:** | 287315 | **Provider:** | Brett E. Casey, MD |
| **Sex:** | Male | **Location:** | Gulf Coast Orthopedics A Divison of Houma Orthoped |
| **Birthdate:** | | | |
| **Referring Provider:** | Brett E. Casey MD | **Location Address:** | 1001 School Street Houma, LA 703604629 |
| | | **Location Phone:** | (985) 868-1540 |

## Chief Complaint

* Left Shoulder Pain

## History Of Present Illness

The patient, McAuthur Griffin, is a 46 year old male who returns for follow up of left shoulder pain.

The symptoms are occuring frequently and are moderate in severity. The patient reports these symptoms have remained the same since the last visit.

He also complains of night pain and stiffness.

He is currently being treated with NSAIDs. These treatments have produced little or no improvement.

There has been no imaging performed silnce last visit.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| High Blood Pressure | -- | - |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| *No Known Past Surgical History | -- | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|
| Ambien 10 mg oral tablet | 01/30/2019 | take 1 tablet (10 mg) by oral route once daily at bedtime for 30 days |
| Amrix 15 mg oral capsule,extended release 24hr | 04/10/2019 | take 1 capsule by oral route once a day (at bedtime) for 30 days |
| cyclobenzaprine 10 mg oral tablet | 07/12/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 30 days |
| Mobic 15 mg oral tablet | 07/12/2018 | take 1 tablet (15 mg) by oral route once daily for 30 days |
| Nalfon 600 mg oral tablet | 04/10/2019 | 1 PO TID |
| Norco 7.5-325 mg oral tablet | 05/01/2019 | take 1 tablet by oral route every 6 hours as needed for pain for 14 days |
| Valium 10 mg oral tablet | 09/26/2018 | take 1 tablet (10 mg) by oral route 3 times per day for 10 days |
| Zegerid 20-1.1 mg-gram oral capsule | 03/13/2019 | take 1 capsule (20 mg) by oral route once daily on an empty stomach at least 1 hour before meals swallowing whole with water. for 30 days |

[Digital Signature Validated]

Griffin000725

## Family Medical History

| Disease Name | Relative/Age | Notes |
| --- | --- | --- |
| High Blood Pressure | -- | -- |
| Cancer | -- | -- |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
| --- | --- | --- | --- | --- |
| Alcohol | -- | --/-- | -- | -- |
| Assisted Living | -- | --/-- | -- | -- |
| Single | -- | --/-- | -- | -- |

## Review of Systems

**Neurologic**
    o **Denies** : dizziness
**Musculoskeletal**
    o **Admits** : symptoms in HPI

## Vitals

| Date | Time | BP | Position Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/01/2019 | 01:53 PM | 125/90 | Sitting | | | 76 - R | 19 | | | | | | | |

## Physical Examination

**Constitutional**
    o **Appearance** : well-developed, well-nourished
**Eyes**
    o **Conjunctivae** : conjunctivae normal
**Respiratory**
    o **Respiratory Effort** : breathing even and unlabored
**Left Upper Extremity**
    o **Shoulder** :
        ▪ **Inspection/Palpation** : *mild tenderness present*, no swelling present
        ▪ **Range of Motion** : full range of motion
        ▪ **Strength** : *diffuse weakness present*
        ▪ **Stability** : no joint instability on provocative testing
        ▪ **Tests/Signs** : Speed's test negative, cross chest adduction test negative, Neer (-), Hawkins (-), Obrien test negative
    o **Reflexes** : biceps 2+, triceps 2+, brachioradialis 2+
    o **Sensation** : fingers neurovascularly intact
    o **Skin** : no skin lesions or discoloration
    o **Vascular Exam** : normal capillary refill, radial artery pulse 2+, no edema, no cyanosis
**Neurological/Psychiatric**
    o **Mood and Affect** : mood normal, affect appropriate
    o **Mental Status Examination** :
        ▪ **Orientation** : grossly oriented to person, place and time

## Assessment

- Acute pain of left shoulder    719.41/M25.512
- Arthrosis of left acromioclavicular joint    715.91/M19.012
- Impingement Syndrome, Shoulder, Left    726.2/M75.42
- Complete tear of left rotator cuff    727.61/M75.122

## Plan

[Digital Signature Validated]
Griffin000726

**Instructions**

o ------------------------------INSTRUCTIONS------------------------------
o Risks, benefits and options about this diagnosis and treatment plan were discussed with patient. After questions were answered, the patient verbalized understanding.
o Please, if you have access to a computer, visit: The Academy of Orthopedic Surgeons website and access the Patient Information section at, www.AAOS.org.
o ------------------------------WORK STATUS------------------------------
o No work
o The above restrictions are temporary

**Disposition**

o Return Visit Request in/on 6 weeks +/- 2 days (55112).

The patient comes in today for evaluation of his right shoulder. He says today his neck does not hurt. It is just the shoulder pain. He has weakness still present but has improved. He is not ready to go back to off shore working on a boat. He will continue physical therapy. I will see him back in six weeks for repeat evaluation.

**Electronically Signed by:** Brett E. Casey, MD - Author on May 2, 2019 03:02:36 PM



## GULF COAST ORTHOPEDICS
A Division of Bayou Orthopedic Clinic, AMC

PH: 985-868-1540    FAX: 985-853-1117

Name __MCAUTHUR GRIFFIN_____ Date __05/13/2019_____

Diagnosis __LEFT SHOULDER PAIN_____

TX per Week __2-3_____ for __6_____ Weeks

**DESIGNATED AREA:**

☐ Cervical          ☐ Shoulder          ☐ Hip
☐ Thoracic          ☐ Elbow             ☐ Knee
☐ Lumbar            ☐ Wrist             ☐ Foot/Ankle
                    ☐ Hand

**TX DESIRED:**

☐ Whirlpool                    ☐ Paraffin
☐ Moist Heat                   ☐ Jobst Intermittent Comp.
☐ Diathermy                    ☐ Intermittent Traction
☐ Ultra Sound                  ☐ Rom: Active/Passive
☐ Infrared Heat                ☐ Quads
☐ Massage                      ☐ P.R.E. Program
☐ Will. Ex.                    ☐ Posture Evaluation & Ex.
☐ Will. Ex. Home Program       ☐ Scoliosis Program
☐ Gait Training                ☐ Amputee Training
☐ Elec. Stimulation

Precautions or Contraindications:

Dr. _____

Griffin000728

Account Number: 'LX 1319


GULF COAST
ORTHOPEDICS
A Division of Thomas Orthopedic Clinic, AMC

Employee Work Release Form

Name: MCMANE Britin    DOB:    Date: 1/15/19
Diagnosis: Lt. Shoulder Pain, Impingment, AC MMnosis, RCT

According to the physical exam and diagnostic findings, this patient may participate in:

☐ Very heavy lifting without restrictions (lifting greater than 100 pounds)

☐ Heavy labor without restrictions (lifting 75-100 pounds)

☐ Medium labor (able to lift no heavier than 50 pounds)

☐ Light duty (no lifting greater than 25 pounds)

☐ Clerical/sedentary duty

☐ No work

The above restrictions are: ☐ temporary ☐ permanent

This patient is:

☐ Cleared for work according to job description discussed with employee rep _____

☐ Cleared for duties with NO restrictions

☐ Cleared with the following restrictions: Still complaining of neck pain
Released w/ Regard to his shoulder at: MMI.

PLAN:

Follow up appointment: after procedure

Discharge Medications: _____

Physical Therapy/Testing/Procedures: Cervical MRI

(1010 Forms and clinical paperwork will be faxed to adjuster within 48 hours of office visit)

Provider: _____    Date: 1/15/19

1001 School Street   Houma, Louisiana 70360. Phone (985)868-1540  Fax (985) 853-1117



**GULF COAST ORTHOPEDICS**
A Division of Houma Orthopedic Clinic, AMC

June 12, 2019

Drew Aucoin

RE:    McAuthur Griffin
       DOB:

Dear Mr. Aucoin:

I am in receipt of your request regarding my opinion as to whether Mr. Griffin's neck condition is related to his shoulder condition. Currently his shoulder is at maximal medical improvement and he is doing quite well. He has continued to complain of off and on neck pain, but that did not start until well after his initial injury; therefore, based on that information it is my opinion that Mr. Griffin's neck condition although present is not related to his injury on the boat. Should you have any questions, please feel free to contact me.

Sincerely,

Brett E. Casey, M.D.

Gulf Coast Orthopedics
1001 School Street
Houma, Louisiana 70360

(985)868-1540 PHONE
(985)876-0759 FAX
www.gulfcoastorthopedics.com

Griffin000730

Patient:       287315 - Mcauthur Griffin
DOB:
SSN:

Date:          06/05/2019 14:40
Provider:      Casey, Brett Edward
Encounter:     Work Related Injury

## CHIEF COMPLAINT
Left shoulder pain

## HISTORY OF PRESENT ILLNESS
Patient age: 47
Reason for today's visit: Left Shoulder Pain
When do the symptoms occur:
Severity of symptoms:
Have the symptoms remained the same since the last visit?
Currently being treated with:
Have the treatments helped?

## PAST MEDICAL/SURGICAL HISTORY
**Reported:**
   Past medical history High Blood Pressure (401.1)

Intake - *No Known Past Surgical History

## SOCIAL HISTORY
Social history Living Arrangements - Assisted Living

## REVIEW OF SYSTEMS
**Systemic**: Denies fevers and no recent weight change.
**Neck**: No swollen glands in the neck.
**Eyes**: No glaucomatous visual field defect and no unilateral diplopia.
**Otolaryngeal**: No bilateral total loss of hearing. No epistaxis, no sore throat, and no bleeding gums.
**Cardiovascular**: No varicose veins.
**Pulmonary**: No dyspnea while walking on level ground, no supine dyspnea, and no recurrent chronic cough. No recurrent hemoptysis and chronic wheezing, not unchanged.
**Gastrointestinal**: No anorexia and no frequent (weekly/daily) heartburn. Nausea without vomiting, no melena, and no hematochezia. No recurrent diarrhea. No constipation.
**Genitourinary**: No hematuria and no increase in urinary frequency. No urinary loss of control and no burning sensation during urination.
**Endocrine**: No excessive thirst and not alternately too hot and too cold. No excessive sweating and no hair symptoms.
**Hematologic**: No tendency for easy bruising.
**Neurological**: No dizziness and no recurrent fainting. No memory lapses or loss, no convulsions,

Griffin000731

Patient:      287315 - Mcauthur Griffin
DOB:
SSN:

Date:         06/05/2019 14:40
Provider:     Casey, Brett Edward
Encounter:    Work Related Injury

no paralysis, and no transient involuntary movements. No difficulty walking and no
numbness/tingling.
Psychological: No anxiety, no depression, and no insomnia.
Skin: Pruritus not localized to a skin rash or sores. No change in skin color. Nails are normal.

## PHYSICAL EXAM
Appearance: well-developed, well-nourished

Conjunctivae: conjunctivae normal

Respiratory Effort: breathing even and unlabored

Left Shoulder:
Inspection/Palpation: no tenderness present, no swelling
Range of Motion: full range of motion
Strength: all muscles 5/5
Stability: no joint instability on provocative testing
Tests/Signs: Speed's test negative, cross chest adduction test negative, Neer (-), Hawkins
(-), Obrien test negative

Reflexes: biceps 2+, triceps 2+, brachioradialis 2+

Sensation: fingers neurovascularly intact

Skin: no skin lesions or discoloration

Vascular Exam: normal capillary refill, radial artery pulse 2+, no edema, no cyanosis

Mood and Affect: mood normal, affect appropriate
Orientation: grossly oriented to person, place, and time

## PLAN
• Other
  *Follow Up
    AFTER MRI OR 4 WEEKS  MV
  Misc: MRI Order
    Instructions: CERVICAL MRI  MV

the patient returns for continued evaluation of his shoulder. He is doing great with regard to his
shoulder he has full range of motion and improving strength. I feel he is at maximum medical

Griffin000732

Patient:    287315 - Mcauthur Griffin
DOB:
SSN:

Date:        06/05/2019 14:40
Provider:    Casey, Brett Edward
Encounter:   Work Related Injury

improvement with regard to the shoulder. He is still complaining of central neck pain radiating
into the left periscapular region. I went back and looked at his x-rays which show some
straightening of cervical lordosis as well as mild degenerative disc disease throughout. I think
these are incidental findings are not related to the accident but will order MRI of his neck because
of the persistent complaints. We will await approval of workman's comp with regard to his neck

## ACTIVE PROBLEMS
- M75.02 - Adhesive capsulitis of left shoulder
- M75.22 - Bicipital tendinitis, left shoulder
- M75.122 - Complete rotatr-cuff tear/ruptr of left shoulder, not trauma
- M75.42 - Impingement syndrome of left shoulder
- M65.112 - Other infective (teno)synovitis, left shoulder
- M25.512 - Pain in left shoulder
- M19.012 - Primary osteoarthritis, left shoulder

## WORK STATUS
Patient is still having neck pain but in regards to his shoulder he is at MMI.

Brett Edward Casey
Electronically signed by: Brett Casey    Date: 06/05/2019 15:56

Page 3

Griffin000733



Griffin000734