**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
United Community Bank
www.ucbanking.com
858-589-9938

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

07/16/18

AMOUNT

*****2,7

*********** Two Thousand Seven Hundred Thirty & 00/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

07/16/18      Check #:

| Vendor ID: MCARTHURGRIF | | Vendor Name:**McAuthor J Griffin** | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Am |
| MAINTENANCE | 6-28-2018-7/31/2018 | 07/16/18 | 1190.00 | 1190.00 | 0.00 | 0.00 | 1190.0 |
| ADVANCE ON | 7/12/18-8/8/18 | 07/16/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.0 |
| WADGES | | | | | | | |

Net Check Amt    2730.00

---

**REC Marine Logistics, LLC**

2

| Vendor ID: MCARTHURGRIF | | Vendor Name: **McAuthor J Griffin** | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Am |
| MAINTENANCE | 6-28-2018-7/31/2018 | 07/16/18 | 1190.00 | 1190.00 | 0.00 | 0.00 | 1190. |
| ADVANCE ON | 7/12/18-8/8/18 | 07/16/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540. |
| WADGES | | | | | | | |

Net Check Amt    2730.0

**EXHIBIT**

2

**JOINT TRIAL EXHIBIT**

7

REC 000603

A

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

AMOUNT

08/01/18

\*\*\*\*\*1,085

\*\*\*\*\*\*\*\*\*\*\*\* One Thousand Eighty Five & 00/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

08/01/18    Check #:    21

| Vendor ID: MCARTHURGRIF | Vendor Name:**McAuthor J Griffin** | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amoun |
| AUG | 31 days X 35=1085 | 08/02/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| 18-MAINTENANCE | | | | | | Net Check Amt | 1085.00 |

---

**REC Marine Logistics, LLC**

211

| Vendor ID: MCARTHURGRIF | | Vendor Name: | **McAuthor J Griffin** | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amoun |
| AUG | 31 days X 35=1085 | 08/02/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| 18-MAINTENANCE | | | | | | Net Check Amt | 1085.00 |

PRODUCT SBLT115   USE WITH 91552 ENVELOPE   Deluxe Corporation 1-800-328-0304 or ... deluxe.com/shop   PRINTED IN U.S.A.

REC 000604    5890696501
B418E2 CHKDK03 07/11/2018 20:07 -389-

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060



84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

08/27/18

AMOUNT

*****1,050.0

*********** One Thousand Fifty & 00/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

08/27/18    Check #:    234

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| SEPT MAINTENANCE 18 | 9/1/18-9/30/18 | 08/27/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| | | | | | | Net Check Amt | 1050.00 |

---

**REC Marine Logistics, LLC**

2341

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| SEPT MAINTENANCE 18 | 9/1/18-9/30/18 | 08/27/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| | | | | | | Net Check Amt | 1050.00 |

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

**UCB**
United Community Bank
www.ucbbbanking.com
888-800-3135

84-110/654

CHECK NO.

PAY

McAuthor J Griffin

DATE

09/27/18

AMOUNT

*****3,685.00

\*\*\*\*\*\*\*\*\*\*\*\* Three Thousand Six Hundred Eighty Five & 00/100 Dollars

TO THE
ORDER
OF

McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

09/27/18    Check #:    2508

Vendor ID: MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| ADV ON WAGES | 7/15/18-9/30/18-CP | 09/28/18 | 2600.00 | 2600.00 | 0.00 | 0.00 | 2600.00 |
| OCT | 31 x 35=1085 | 09/21/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| 18-MAINTENANCE | | | | | | | |
| | | | | | | Net Check Amt | 3685.00 |

**REC Marine Logistics, LLC**

2508

Vendor ID: MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| ADV ON WAGES | 7/15/18-9/30/18-CP | 09/28/18 | 2600.00 | 2600.00 | 0.00 | 0.00 | 2600.00 |
| OCT | 31 x 35=1085 | 09/21/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| 18-MAINTENANCE | | | | | | | |
| | | | | | | Net Check Amt | 3685.00 |

PRODUCT SSLT115    USE WITH 81532 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060



www.ucbonline.com
866-605-5728

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

AMOUNT

10/22/18

*****2,308

*********** Two Thousand Three Hundred Eight & 73/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

10/22/18    Check #    27

| Vendor ID:  MCARTHURGRIF | | Vendor Name:McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| NOV MAINTENANCE | 30 35= 1050 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| MILEAGE AND FUEL | 10/9/18-10/19/18 | 10/22/18 | 208.73 | 208.73 | 0.00 | 0.00 | 208.73 |
| OCT | 10/1/18-10/31/18 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| AD | | | | | | | |

Net Check Amt    2308.73

---

**REC Marine Logistics, LLC**

275

| Vendor ID:  MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| NOV MAINTENANCE | 30 35= 1050 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| MILEAGE AND FUEL | 10/9/18-10/19/18 | 10/22/18 | 208.73 | 208.73 | 0.00 | 0.00 | 208.73 |
| OCT | 10/1/18-10/31/18 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| AD | | | | | | | |

Net Check Amt    2308.73

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
United Community Bank
www.ucbanking.com
800-995-2100

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE                    AMOUNT

07/16/18    *****2,7

\*\*\*\*\*\*\*\*\*\*\*\* Two Thousand Seven Hundred Thirty & 00/100 Dollars

TO THE
ORDER
OF         **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**                                       07/16/18    Check #:

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amo |
|---|---|---|---|---|---|---|---|
| MAINTENANCE | 6-28-2018-7/31/2018 | 07/16/18 | 1190.00 | 1190.00 | 0.00 | 0.00 | 1190.0 |
| ADVANCE ON WADGES | 7/12/18-8/8/18 | 07/16/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.0 |

Net Check Amt    2730.00

---

**REC Marine Logistics, LLC**

Vendor ID:  MCARTHURGRIF    Vendor Name:  **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amo |
|---|---|---|---|---|---|---|---|
| MAINTENANCE | 6-28-2018-7/31/2018 | 07/16/18 | 1190.00 | 1190.00 | 0.00 | 0.00 | 1190. |
| ADVANCE ON WADGES | 7/12/18-8/8/18 | 07/16/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540. |

Net Check Amt    2730.0

REC 000608

PRODUCT SSL-115    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A

68906

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
United Community Bank
www.ucbanking.com
888-405-3726

84-110/654

CHECK NO.

PAY

McAuthor J Griffin

DATE

09/27/18

AMOUNT

*****3,685.00

************ Three Thousand Six Hundred Eighty Five & 00/100 Dollars

TO THE
ORDER
OF

McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

09/27/18    Check #:    2508

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| ADV ON WAGES | 7/15/18-9/30/18-CP | 09/28/18 | 2600.00 | 2600.00 | 0.00 | 0.00 | 2600.00 |
| OCT | 31 x 35=1085 | 09/21/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| 18-MAINTENANCE | | | | | | Net Check Amt | 3685.00 |

---

**REC Marine Logistics, LLC**

2508

| Vendor ID: MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| ADV ON WAGES | 7/15/18-9/30/18-CP | 09/28/18 | 2600.00 | 2600.00 | 0.00 | 0.00 | 2600.00 |
| OCT | 31 x 35=1085 | 09/21/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| 18-MAINTENANCE | | | | | | Net Check Amt | 3685.00 |

PRODUCT 66LT11b    USE WITH 91662 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.

A
REC 000609    5890696501


**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
United Coram un ity Bank
www.ucbanking.com
856 306-3798

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

08/22/18

AMOUNT

*****1,540.0

*********** One Thousand Five Hundred Forty & 00/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

08/22/18     Check #:     219

| Vendor ID: MCARTHURGRIF | Vendor Name:McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| ADV ON WAGES (28 ON) | 8/23/18-9/20/18- | 08/20/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 1540.00 |

---

**REC Marine Logistics, LLC**

219

| Vendor ID: MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| ADV ON WAGES (28 ON) | 8/23/18-9/20/18- | 08/20/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 1540.00 |

PRODUCT SSLT115   USE WITH 91552 ENVELOPE      Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop      PRINTED IN U.S.A

REC 000610
5890696501
B41BE2 CHKDN03 07/11/2018 20:07 -305-

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060



www.ucbanking.com
888-905-3120
United Community Bank

84-110/654

EBBM² Check Fraud
Protection by Business

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

AMOUNT

09/13/18

*****1,540.00

************ One Thousand Five Hundred Forty & 00/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

09/13/18     Check #:     25C

| Vendor ID: MCARTHURGRIF | | Vendor Name:**McAuthor J Griffin** | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| ADV ON WAGES (28 ON) | 10/4/18-10/31/18 | 09/13/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 1540.00 |

---

**REC Marine Logistics, LLC**

25C

| Vendor ID: MCARTHURGRIF | Vendor Name: | **McAuthor J Griffin** | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| ADV ON WAGES (28 ON) | 10/4/18-10/31/18 | 09/13/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 1540.00 |

PRODUCT 95-1113     USE WITH 91552 ENVELOPE     Deluxe Corporation 1-000-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

5B9069E
841BE2 CHECKD03 07/11/2018 20:07 -50

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
United Community Bank

84-110/654

CHECK NO.

PAY

McAuthor J Griffin

DATE

11/14/18

AMOUNT

*****2,789.

*********** Two Thousand Seven Hundred Eighty Nine & 53/100 Dollars

TO THE
ORDER
OF     McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

11/14/18     Check #:     28

Vendor ID: MCARTHURGRIF     Vendor Name: **McAuthor J Griffin**

| Invoice No | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| NOV 2018 | | 11/12/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV TOWARD SETTLE ON-11/5/18-12/12/18 | | 11/12/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| MILEAGE AND FUEL- 10/26/18-10/31/18 | | 11/12/18 | 209.53 | 209.53 | 0.00 | 0.00 | 209.53 |

Net Check Amt     2789.53

---

**REC Marine Logistics, LLC**

286

Vendor ID: MCARTHURGRIF     Vendor Name: **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| NOV 2018 | | 11/12/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV TOWARD SETTLE ON-11/5/18-12/12/18 | | 11/12/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| MILEAGE AND FUEL- 10/26/18-10/31/18 | | 11/12/18 | 209.53 | 209.53 | 0.00 | 0.00 | 209.53 |

Net Check Amt     2789.53

PRODUCT S. L1115     USE WITH 91552 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

REC 000612
8415E2  CHKDK03 07/11/2018 20:07  -138-
5890696601

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1050

**UCB**
United Community Bank

www.ucbanking.com
800608 3726

84-110/654

CHECK NO.

PAY    **McAuthor J Griffin**

DATE    AMOUNT

10/22/18    *****2,308

************ Two Thousand Three Hundred Eight & 73/100 Dollars

TO THE
ORDER
OF    **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**    10/22/18    Check #:    27

| Vendor ID: MCARTHURGRIF | | Vendor Name: McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| NOV MAINTENANCE | 30 35= 1050 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| MILEAGE AND FUEL | 10/9/18-10/19/18 | 10/22/18 | 208.73 | 208.73 | 0.00 | 0.00 | 208.73 |
| OCT | 10/1/18-10/31/18 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| AD | | | | | | Net Check Amt | 2308.73 |

---

**REC Marine Logistics, LLC**    275

| Vendor ID: MCARTHURGRIF | | Vendor Name: McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| NOV MAINTENANCE | 30 35= 1050 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| MILEAGE AND FUEL | 10/9/18-10/19/18 | 10/22/18 | 208.73 | 208.73 | 0.00 | 0.00 | 208.73 |
| OCT | 10/1/18-10/31/18 | 10/22/18 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| AD | | | | | | Net Check Amt | 2308.73 |

PRODUCT SSLT115    USE WITH 91552 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A

REC 000613

B418E2  CHIKCK08 07/11/2018 20:07 -249-

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1080

UCB
United Community Bank
www.ucbanking.com
866-905-3508

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

11/14/18

AMOUNT

*****2,789.

*********** Two Thousand Seven Hundred Eighty Nine & 53/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

11/14/18    Check #:    28

| Vendor ID: MCARTHURGRIF | | Vendor Name:McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| NOV 2018 | | 11/12/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV TOWARD SETTLE ON-11/5/18-12/12/18 | | 11/12/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| MILEAGE AND FUEL- | 10/26/18-10/31/18 | 11/12/18 | 209.53 | 209.53 | 0.00 | 0.00 | 209.53 |

Net Check Amt    2789.53

---

**REC Marine Logistics, LLC**

286

| Vendor ID: MCARTHURGRIF | | Vendor Name: | McAuthor J Griffin | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| NOV 2018 | | 11/12/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV TOWARD SETTLE ON-11/5/18-12/12/18 | | 11/12/18 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| MILEAGE AND FUEL- | 10/26/18-10/31/18 | 11/12/18 | 209.53 | 209.53 | 0.00 | 0.00 | 209.53 |

Net Check Amt    2789.53

PRODUCT S_L1115    USE WITH #1552 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.

REC 000614
5890696501
B41852 CHIKDK03 07/11/2018 20:07 -138-

Offshore Transport Services, LLC

3968

07/10/18    Check #: 3968

Vendor ID: GRIMCA    Vendor Name: **McArthur Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 7/2/18 | | 07/02/18 | 180.80 | 180.80 | 0.00 | 180.80 |
| | | | | | Net Check Amt | 180.80 |

---

3968

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

RAYNE STATE BANK
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

**3968**

*********** One Hundred Eighty & 80/100 Dollars
DATE                                    AMOUNT

PAY
TO THE
ORDER
OF    **McArthur Griffin**

07/10/18        *******180.80•

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**

3968

07/10/18    Check #: 3968

Vendor ID: GRIMCA    Vendor Name: **McArthur Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 7/2/18 | | 07/02/18 | 180.80 | 180.80 | 0.00 | 180.80 |
| | | | | | Net Check Amt | 180.80 |

F7A07D CHKDX04 05/04/2018 05:49 -235-

Vendor ID: GRIMCA    Vendor Name: **McArthur Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 8/13/18 | | 08/13/18 | 196.20 | 196.20 | 0.00 | 196.20 |
| | | | | | Net Check Amt | 196.20 |

---

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

3998

RAYNE STATE BANK
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

3998

\*\*\*\*\*\*\*\*\*\*\*\* One Hundred Ninety Six & 20/100 Dollars

DATE                                                            AMOUNT

08/20/18                    \*\*\*\*\*\*\*196.20

PAY
TO THE
ORDER
OF            **McArthur Griffin**

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**                    3998

08/20/18    Check #: **3998**

Vendor ID: GRIMCA    Vendor Name: **McArthur Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 8/13/18 | | 08/13/18 | 196.20 | 196.20 | 0.00 | 196.20 |
| | | | | | Net Check Amt | 196.20 |

PRODUCT OSM102    USE WITH 91550 ENVELOPE    Deluxe Corporation 1-800-528-9304 or www.deluxe.com/shop    PRINTED IN U.S.A. REC 000616

5322833391
F7A07D  GHIKDK04 05/04/2018 05.49  -205-

REC Marine Logistics, LLC
P.O. Box 774
Galliano, LA 70354
(985) 532-1060



United Community Bank
866-395-3778

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

09/12/18

AMOUNT

*******190.40

************ One Hundred Ninety & 40/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

## REC Marine Logistics, LLC

09/12/18     Check #:     235

| Vendor ID: | MCARTHURGRIF | Vendor Name:McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| MILEAGE | 7/5/18-9/6/18 | 09/12/18 | 190.40 | 190.40 | 0.00 | 0.00 | 190.40 |

Net Check Amt     190.40

---

## REC Marine Logistics, LLC

2357

| Vendor ID: | MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| MILEAGE | 7/5/18-9/6/18 | 09/12/18 | 190.40 | 190.40 | 0.00 | 0.00 | 190.40 |

Net Check Amt     190.40

REC 000617     5890696501
8418E2 CHKDK03 07/11/2018 20:07 -165+

**REC Marine Logistics, LLC**
Galliano, LA 70354
(985) 632-1060

84-110/654

CHECK NO.

PAY

McAuthor J Griffin

DATE
02/27/19

AMOUNT
*****1,085

************ One Thousand Eighty Five & 00/100 Dollars

TO THE
ORDER
OF        McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

02/27/19    Check #:    35

| Vendor ID: MCARTHURGRIF | Vendor Name:McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken Net Amount |
| MARCH MAINTENANCE | 3/1/19-3/31/19 | 02/27/19 | 1085.00 | 1085.00 | 0.00 | 0.00    1085.00 |
| | | | | | Net Check Amt | 1085.00 |

---

**REC Marine Logistics, LLC**

358(

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken Net Amount |
| MARCH MAINTENANCE | 3/1/19-3/31/19 | 02/27/19 | 1085.00 | 1085.00 | 0.00 | 0.00    1085.00 |
| | | | | | Net Check Amt | 1085.00 |

PRODUCT 88LT119    USE WITH 81532 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop        PRINTED IN U.S.A.

REC 000618

D535E2  CHKDR03  11/13/2018
6944106900

373

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

**UCB**
United Community Bank

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE          AMOUNT

03/13/19      *****1,040.00

************ One Thousand Forty & 00/100 Dollars

TO THE
ORDER
OF       **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**                                    03/13/19    Check #:    3730

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| MARCH | | 03/13/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| | | | | | | Net Check Amt | 1040.00 |

---

**REC Marine Logistics, LLC**                                                     3730

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| MARCH | | 03/13/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| | | | | | | Net Check Amt | 1040.00 |

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1050

88-110/654

CHECK NO.

UCB
United Community Bank

PAY    McAuthor J Griffin

DATE    03/25/19    AMOUNT    *****2,590.0

*********** Two Thousand Five Hundred Ninety & 00/100 Dollars

TO THE
ORDER
OF    McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**    03/25/19    Check #:    374

Vendor ID:  MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| APRIL 2019 M&C | maintenance | 03/25/19 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| ADV ON SETTLEMENT= | 3/22/19-4/18/19-on | 03/25/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |

Net Check Amt    2590.00

---

**REC Marine Logistics, LLC**    3740

Vendor ID:  MCARTHURGRIF    Vendor Name:  McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| APRIL 2019 M&C | maintenance | 03/25/19 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| ADV ON SETTLEMENT= | 3/22/19-4/18/18-on | 03/25/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |

Net Check Amt    2590.00

PRODUCT SSLT11S    USE WITH 91552 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    REC 000619

063562 CHKDX03 11/13/2018 17:09 -752-

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

84-110/654

CHECK NO.

PAY     McAuthor J Griffin

DATE            AMOUNT

03/25/19        *****2,590.(

************ Two Thousand Five Hundred Ninety & 00/100 Dollars

TO THE
ORDER    McAuthor J Griffin
OF

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**                                    03/25/19      Check #:      37(

Vendor ID: MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| APRIL 2019 M&C | maintenance | 03/25/19 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| ADV ON SETTLEMENT= | 3/22/19-4/18/19-on | 03/25/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 2590.00 |

---

**REC Marine Logistics, LLC**                                                              374(

Vendor ID: MCARTHURGRIF    Vendor Name:    McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| APRIL 2019 M&C | maintenance | 03/25/19 | 1050.00 | 1050.00 | 0.00 | 0.00 | 1050.00 |
| ADV ON SETTLEMENT= | 3/22/19-4/18/19-on | 03/25/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 2590.00 |

PRODUCT SSLT116    USE WITH 61552 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A    REC 000621    59441069001
0635E2  CHRDK03  11/13/2018 17:09 -262-

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
www.ucbasking.com
866-892-6764
U/BelCommunity Bank
84-110/654

CHECK NO.

PAY        **McAuthor J Griffin**

DATE        AMOUNT

04/23/19        *****1,461.98

*************** One Thousand Four Hundred Sixty One & 98/100 Dollars

TO THE
ORDER
OF        **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**                                04/23/19    Check #:    4045

Vendor ID: MCARTHURGRIF        Vendor Name:McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| FUEL FROM | 1/22/2019-3/16/2019 | 04/23/19 | 376.98 | 376.98 | 0.00 | 0.00 | 376.98 |
| MAY 2019 M&C | 35 X 31=1085 | 04/23/19 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1461.98 |

---

**REC Marine Logistics, LLC**                                                    4045

Vendor ID: MCARTHURGRIF        Vendor Name:    **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| FUEL FROM | 1/22/2019-3/16/2019 | 04/23/19 | 376.98 | 376.98 | 0.00 | 0.00 | 376.98 |
| MAY 2019 M&C | 35 X 31=1085 | 04/23/19 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1461.98 |

PRODUCT 88LT115    USE WITH 91592 ENVELOPE        Deluxe Corporation 1-500-328-0304 or www.deluxe.com/shop        PRINTED IN U.S.A.

REC 000620
H0932C CHKCK02 04/02/2019 07:19 -457-
8126428800

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1050

84-110/654

CHECK NO.

PAY    **McAuthor J Griffin**

DATE    AMOUNT

04/23/19    *****1,461.98

*********** One Thousand Four Hundred Sixty One & 98/100 Dollars

TO THE
ORDER
OF    **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**    04/23/19    Check #:    4045

Vendor ID:  MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| FUEL FROM | 1/22/2019-3/16/2019 | 04/23/19 | 376.98 | 376.98 | 0.00 | 0.00 | 376.98 |
| MAY 2019 M&C | 35 X 31=1085 | 04/23/19 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1461.98 |

---

**REC Marine Logistics, LLC**    4045

Vendor ID:  MCARTHURGRIF    Vendor Name:  McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| FUEL FROM | 1/22/2019-3/16/2019 | 04/23/19 | 376.98 | 376.98 | 0.00 | 0.00 | 376.98 |
| MAY 2019 M&C | 35 X 31=1085 | 04/23/19 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1461.98 |

PRODUCT 65LT115    USE WITH 91552 ENVELOPE    Deluxe Corporation 1-500-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    REC 000623    812842BP00
F0962C CHECK02 04/02/2019 07:19 -457-

REC 000624



4050

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
United Community Bank
www.ucbanking.com
800-995-9735

84-110/654

CHECK NO.

PAY    **McAuthor J Griffin**

DATE
05/01/19

AMOUNT
*******160.00

*********** One Hundred Sixty & 00/100 Dollars

O THE
RDER
OF    **McAuthor J Griffin**

AUTHORIZED SIGNATURE

REC Marine Logistics, LLC                              05/01/19    Check #:    4050

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| TRLER E 5/1/19 | | 05/01/19 | 160.00 | 160.00 | 0.00 | 0.00 | 160.00 |
| | | | | | | Net Check Amt | 160.00 |

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 632-1060

UCB
UnitedCommunityBank
www.ucbsustkg.com
985-646-8705

84-110/654

CHECK NO.

PAY

McAuthor J Griffin

DATE          AMOUNT

06/05/19      *******114.7

************ One Hundred Fourteen & 78/100 Dollars

TO THE
ORDER
OF     McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

06/05/19    Check #:    4246

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| MILEAGE TO DR | 6/5/19 | 06/05/19 | 114.78 | 114.78 | 0.00 | 0.00 | 114.78 |
| | | | | | | Net Check Amt | 114.78 |

---

**REC Marine Logistics, LLC**

4246

| Vendor ID: MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| MILEAGE TO DR | 6/5/19 | 08/05/19 | 114.78 | 114.78 | 0.00 | 0.00 | 114.78 |
| | | | | | | Net Check Amt | 114.78 |

PRODUCT SSLT115   USE WITH 915012 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

REC 000625
FDS320 CHIXDK02 04/02/2019 07:19 -255-

3011

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

UCB
United Community Bank
www.ucbanking.com
866-965-3738

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

11/27/18

AMOUNT

*****1,085.00

*********** One Thousand Eighty Five & 00/100 Dollars

TO THE
ORDER
OF      **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

11/27/18    Check #:    3011

| Vendor ID: MCARTHURGRIF | Vendor Name:McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| DEC MAINTENANCE | 31 X 35= 1085 | 11/27/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1085.00 |

---

**REC Marine Logistics, LLC**

3011

| Vendor ID: MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| DEC MAINTENANCE | 31 X 35= 1085 | 11/27/18 | 1085.00 | 1065.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1085.00 |

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

**UCB**
United Community Bank
www.ucbonline.com
866-965-3798

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

12/20/18

AMOUNT

*****1,085.00

*********** One Thousand Eighty Five & 00/100 Dollars

TO THE
ORDER
OF          **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

12/20/18    Check #:    3065

Vendor ID: MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| JAN MAINTENANCE | 1/1/18-1/31/18 | 12/20/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1085.00 |

---

**REC Marine Logistics, LLC**

3065

Vendor ID: MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| JAN MAINTENANCE | 1/1/18-1/31/18 | 12/20/18 | 1085.00 | 1085.00 | 0.00 | 0.00 | 1085.00 |
| | | | | | | Net Check Amt | 1085.00 |

PRODUCT SSLT115    USE WITH 91562 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    REC 000627

D635E2 CHKDKC3 11/13/2018 17 09 437-
E944106900

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

United Community Bank
www.ucbonline.com
800-800-8199

84-110/654

CHECK NO.

PAY    **McAuthor J Griffin**

DATE

AMOUNT

01/30/19

*******98

*********** Nine Hundred Eighty & 00/100 Dollars

TO THE
ORDER
OF    **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

01/30/19    Check #:    3

Vendor ID:  MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| FEB MAINTENANCE | 28*35=980.00 | 01/30/19 | 980.00 | 980.00 | 0.00 | 0.00 | 980.00 |
| | | | | | | Net Check Amt | 980.00 |

---

**REC Marine Logistics, LLC**

32

Vendor ID:  MCARTHURGRIF    Vendor Name:  McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| FEB MAINTENANCE | 28*35=980.00 | 01/30/19 | 980.00 | 980.00 | 0.00 | 0.00 | 980.00 |
| | | | | | | Net Check Amt | 980.00 |

PRODUCT SSLT115    USE WITH 91592 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.

**REC 000628**

A


69441055

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

**UCB**
United Community Bank

www.ucbi.bkng.com
866-960-0236

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

01/04/19

AMOUNT

*****2,580.00

*********** Two Thousand Five Hundred Eighty & 00/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

01/04/19     Check #:     3176

Vendor ID:  MCARTHURGRIF     Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| JAN 2019 | | 01/03/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV ON SETTLEMENT 12/28/18-1/24/19 | | 01/03/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 2580.00 |

---

**REC Marine Logistics, LLC**

3176

Vendor ID:  MCARTHURGRIF     Vendor Name:  **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|---|
| JAN 2019 | | 01/03/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV ON SETTLEMENT 12/28/18-1/24/19 | | 01/03/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 2580.00 |

PRODUCT SSLT115     USE WITH 91552 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

REC 000629

6944106900
DS3552 CHKDK03 11/13/2018 17:09  295.

REC Marine Logistics, LLC
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

www.personalcu.com
866-556-3786
United Community Bank

84-110/654

CHECK NO.

PAY        McAuthor J Griffin

DATE                      AMOUNT

02/11/19              *****2,98

************ Two Thousand Nine Hundred Eighty Three & 11/100 Dollars

TO THE
ORDER
OF        McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

02/11/19        Check #:  3·

Vendor ID:  MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| ADV ON WAGES | 2/8/19-3/7/18 | 02/08/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| FUEL FOR DR APPTS | 11/5/18-1/29/19 | 02/08/19 | 403.11 | 403.11 | 0.00 | 0.00 | 403.11 |
| FEB 19 | | 02/08/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |

Net Check Amt        2983.11

---

**REC Marine Logistics, LLC**

34

Vendor ID:  MCARTHURGRIF    Vendor Name:  **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| ADV ON WAGES | 2/8/19-3/7/18 | 02/08/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| FUEL FOR DR APPTS | 11/5/18-1/29/19 | 02/08/19 | 403.11 | 403.11 | 0.00 | 0.00 | 403.11 |
| FEB 19 | | 02/08/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |

Net Check Amt        2983.11

REC 000630
A

6944106·

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 632-1060

UCB
United Community Bank
www.ucbanking.com
888-365-2703

84-110/654

CHECK NO.

PAY     McAuthor J Griffin

DATE          AMOUNT

12/10/18     *****1,2

*********** One Thousand Two Hundred Four & 29/100 Dollars

TO THE
ORDER
OF     McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**                                    12/10/18    Check #    3

Vendor ID: MCARTHURGRIF    Vendor Name: McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amo |
|---|---|---|---|---|---|---|---|
| MILEAGE AND FUEL.. | 11/29/18-12/2/18 | 12/04/18 | 164.29 | 164.29 | 0.00 | 0.00 | 164.29 |
| | DEC dec 2018 | 12/04/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| 18 | | | | | | | |
| | | | | | | Net Check Amt | 1204.29 |

---

**REC Marine Logistics, LLC**                                                            30

Vendor ID:  MCARTHURGRIF    Vendor Name:   McAuthor J Griffin

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| MILEAGE AND FUEL.. | 11/29/18-12/2/18 | 12/04/18 | 164.29 | 164.29 | 0.00 | 0.00 | 164.29 |
| | DEC dec 2018 | 12/04/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| 18 | | | | | | | |
| | | | | | | Net Check Amt | 1204.29 |

REC 000631

PRODUCT SSLT115     USE WITH 91552 ENVELOPE        Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop        PRINTED IN U.S.A.        A

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1050

UCB
United Community Bank

84-110/554

CHECK NO.

PAY

**McAuthor J Griffin**

DATE          AMOUNT

01/04/19      *****2,580.00

*********** Two Thousand Five Hundred Eighty & 00/100 Dollars

TO THE
ORDER
OF        **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

01/04/19    Check #:    3176

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| JAN 2019 | | 01/03/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV ON SETTLEMENT | 12/28/18-1/24/19 | 01/03/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 2580.00 |

---

**REC Marine Logistics, LLC**

3176

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| JAN 2019 | | 01/03/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| ADV ON SETTLEMENT | 12/28/18-1/24/19 | 01/03/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| | | | | | | Net Check Amt | 2580.00 |

REC 000632



**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

02/11/19

AMOUNT

*****2,98

*************** Two Thousand Nine Hundred Eighty Three & 11/100 Dollars

TO THE
ORDER
OF    **McAuthor J Griffin**

AUTHORIZED SIGNATURE

Brian Harris
HSE Manager
GOL, LLC

---

**REC Marine Logistics, LLC**

02/11/19    Check #:    34

Vendor ID:  MCARTHURGRIF    Vendor Name: **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| ADV ON WAGES- | 2/8/19-3/7/18 | 02/08/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| FUEL FOR DR APPTS | 11/5/18-1/29/19 | 02/08/19 | 403.11 | 403.11 | 0.00 | 0.00 | 403.11 |
| FEB 19- | | 02/08/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |

Net Check Amt    2963.11

---

**REC Marine Logistics, LLC**

34

Vendor ID:  MCARTHURGRIF    Vendor Name:  **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| ADV ON WAGES- | 2/8/19-3/7/18 | 02/08/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| FUEL FOR DR APPTS | 11/5/18-1/29/19 | 02/08/19 | 403.11 | 403.11 | 0.00 | 0.00 | 403.11 |
| FEB 19- | | 02/08/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |

Net Check Amt    2963.11

PRODUCT SSLT115    USE WITH 91562 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A    6944105E

REC 000633

**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

United Community Bank
www.ucbanking.com
(866) 865-3735

84-110/654

CHECK NO.

PAY    **McAuthor J Griffin**

DATE    AMOUNT

12/10/18    *****1,2|

*********** One Thousand Two Hundred Four & 29/100 Dollars

TO THE
ORDER
OF    **McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**    12/10/18    Check #:    3

Vendor ID: MCARTHURGRIF    Vendor Name: **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amo |
|---|---|---|---|---|---|---|---|
| MILEAGE AND FUEL.. | 11/29/18-12/2/18 | 12/04/18 | 164.29 | 164.29 | 0.00 | 0.00 | 164.29 |
| 18 | DEC  dec 2018 | 12/04/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |

Net Check Amt    1204.29

---

**REC Marine Logistics, LLC**    3C

Vendor ID:  MCARTHURGRIF    Vendor Name:    **McAuthor J Griffin**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
|---|---|---|---|---|---|---|---|
| MILEAGE AND FUEL.. | 11/29/18-12/2/18 | 12/04/18 | 164.29 | 164.29 | 0.00 | 0.00 | 164.29 |
| 18 | DEC  dec 2018 | 12/04/18 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |

Net Check Amt    1204.29

REC 000634



**REC Marine Logistics, LLC**
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

84-110/654

CHECK NO.

PAY

McAuthor J Griffin

DATE

02/11/19

AMOUNT

*****2983

*********** Two Thousand Nine Hundred Eighty Three & 11/100 Dollars

TO THE
ORDER
OF        McAuthor J Griffin

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**                          02/11/19    Check #:    3.

| Vendor ID: MCARTHURGRIF | Vendor Name: McAuthor J Griffin | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
| ADV ON WAGES- | 2/8/19-3/7/18 | 02/08/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| FUEL FOR DR APPTS | 11/5/18-1/29/19 | 02/08/19 | 403.11 | 403.11 | 0.00 | 0.00 | 403.11 |
| FEB 19- | | 02/08/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| | | | | | | Net Check Amt | 2983.11 |

---

**REC Marine Logistics, LLC**                                           34

| Vendor ID: MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
| ADV ON WAGES- | 2/8/19-3/7/18 | 02/08/19 | 1540.00 | 1540.00 | 0.00 | 0.00 | 1540.00 |
| FUEL FOR DR APPTS | 11/5/18-1/29/19 | 02/08/19 | 403.11 | 403.11 | 0.00 | 0.00 | 403.11 |
| FEB 19- | | 02/08/19 | 1040.00 | 1040.00 | 0.00 | 0.00 | 1040.00 |
| | | | | | | Net Check Amt | 2983.11 |

REC 000635

PRODUCT SSLT115    USE WITH 81552 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A    69441069



REC Marine Logistics, LLC
P.O. Box 774
Galliano, LA 70354
(985) 532-1060

United Community Bank
www.ucbasinesp.com
888-505-3728

84-110/654

CHECK NO.

PAY

**McAuthor J Griffin**

DATE

01/23/19

AMOUNT

*******16

************ One Hundred Sixty & 00/100 Dollars

TO THE
ORDER
OF

**McAuthor J Griffin**

AUTHORIZED SIGNATURE

---

**REC Marine Logistics, LLC**

01/23/19     Check #:     3

| Vendor ID: MCARTHURGRIF | Vendor Name: | McAuthor J Griffin | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
| MILEAGE-1/23/19 | | 01/23/19 | 160.00 | 160.00 | 0.00 | 0.00 | 160.00 |
| | | | | | | Net Check Amt | 160.00 |

---

**REC Marine Logistics, LLC**

32

| Vendor ID: MCARTHURGRIF | Reference | Vendor Name: | McAuthor J Griffin | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amou |
| MILEAGE-1/23/19 | | 01/23/19 | 160.00 | 160.00 | 0.00 | 0.00 | 160.00 |
| | | | | | | Net Check Amt | 160.00 |

PRODUCT SSLT115     USE WITH 91552 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

REC 000636
A

6944106(

**Offshore Transport Services, LLC**                                    3993

08/08/18   Check #: **3993**

Vendor ID: GULFCOAST          Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 153497P287315 7/2/18 | M Griffin | 07/02/18 | 417.00 | 417.00 | 0.00 | 417.00 |
| | | | | | Net Check Amt | 417.00 |

---

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY   MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
64-444/652

3993

3993

************ Four Hundred Seventeen & 00/100 Dollars

DATE                          AMOUNT

08/08/18                ******417.00

PAY
TO THE
ORDER
OF

**Gulf Coast Ortho**
1001 School St
Houma, LA 70360-4629

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**                                    3993

08/08/18   Check #: **3993**

Vendor ID: GULFCOAST          Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 153497P287315 7/2/18 | M Griffin | 07/02/18 | 417.00 | 417.00 | 0.00 | 417.00 |
| | | | | | Net Check Amt | 417.00 |

PRODUCT SOLM102   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   B

REC 001055   532283301
F7N079  CHKDK04 08/04/2018 05:49  -210-

Offshore Transport Services, LLC

408:

11/15/18   Check #: **4083**

Vendor ID:GULFCOAST   Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 166088P287315 9/25/1 | M Griffin | 10/11/18 | 7645.00 | 7645.00 | 0.00 | 7645.00 |
| 166089P287315 9/25/1 | M Griffin | 10/11/18 | 1121.00 | 1121.00 | 0.00 | 1121.00 |
| 167192P287315 10/4/1 | M Griffin | 10/04/18 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 8871.00 |

---

4083

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

RAYNE STATE BANK
AND TRUST COMPANY · MEMBER F.D.I.C.
LOCATIONS:
DUSON · LAFAYETTE · RAYNE
84-444/652

4083

\*\*\*\*\*\*\*\*\*\*\*\* Eight Thousand Eight Hundred Seventy One & 00/100 Dollars

DATE                    AMOUNT

PAY
TO THE
ORDER
OF

**Gulf Coast Ortho**
1001 School St
Houma, LA  70360-4629

11/15/18      \*\*\*\*\*8,871.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**

4083

11/15/18   Check #: **4083**

Vendor ID:GULFCOAST   Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 166088P287315 9/25/1 | M Griffin | 10/11/18 | 7645.00 | 7645.00 | 0.00 | 7645.00 |
| 166089P287315 9/25/1 | M Griffin | 10/11/18 | 1121.00 | 1121.00 | 0.00 | 1121.00 |
| 167192P287315 10/4/1 | M Griffin | 10/04/18 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 8871.00 |

PRODUCT 56LM102   USE WITH #1500 ENVELOPE      Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop      PRINTED IN U.S.A.   REC 001056

F7A07D  CHKDBX04  05/04/2018 05:49  -120-

09/06/18    Check #: 4006

Vendor ID:FITDON        Vendor Name: Donald H Fitzgerald

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 156680 7/16/18 | M Griffin | 08/01/18 | 236.00 | 236.00 | 0.00 | 236.00 |
| 156930 7/18/18 | M Griffin | 08/01/18 | 136.00 | 136.00 | 0.00 | 136.00 |
| | | | | | Net Check Amt | 372.00 |

---

**4006**

**Offshore Transport Services, LLC**
P O Box 909
Rayland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

4006

*********** Three Hundred Seventy Two & 00/100 Dollars

DATE

09/06/18    ********372.00

PAY
TO THE
ORDER
OF

Donald H Fitzgerald
2218 George Dr
Opelousas, LA 70570-6904

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**    **4006**

(09/06/18    Check #: 4006

Vendor ID:FITDON        Vendor Name: Donald H Fitzgerald

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 156680 7/16/18 | M Griffin | 08/01/18 | 236.00 | 236.00 | 0.00 | 236.00 |
| 156930 7/16/18 | M Griffin | 08/01/18 | 136.00 | 136.00 | 0.00 | 136.00 |
| | | | | | Net Check Amt | 372.00 |

PRODUCT 93LM182    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.

**Offshore Transport Services, LLC**

4079

11/15/18    Check #: **4079**

Vendor ID:FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 161280 9/5/18 | M Griffin | 10/01/18 | 179.00 | 179.00 | 0.00 | 179.00 |
| | | | | | Net Check Amt | 179.00 |

---

4079

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

4079

\*\*\*\*\*\*\*\*\*\*\*\* One Hundred Seventy Nine & 00/100 Dollars

DATE          AMOUNT

PAY
TO THE
ORDER
OF

**Donald H Fitzgerald**
2218 George Dr
Opelousas, LA 70570-6904

11/15/18          \*\*\*\*\*\*\*179.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**

4079

11/15/18    Check #: **4079**

Vendor ID:FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 161280 9/5/18 | M Griffin | 10/01/18 | 179.00 | 179.00 | 0.00 | 179.00 |
| | | | | | Net Check Amt | 179.00 |

PRODUCT SEL.N182    USE WITH 81508 ENVELOPE          Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop          PRINTED IN U.S.A.    REC 001058

F7A07D  CHKDK04  05/04/2018 05:49  -124-



REC 001059

11/27/18    Check #:  **4098**

Vendor ID:FITDON          Vendor Name:**Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 164910 10/17/18 | M Griffin | 10/17/18 | 176.00 | 176.00 | 0.00 | 176.00 |
| 165070 10/19/18 | M Griffin | 10/19/18 | 106.00 | 106.00 | 0.00 | 106.00 |
| 165400 10/24/18 | M Griffin | 10/24/18 | 106.00 | 106.00 | 0.00 | 106.00 |
| 165690 10/26/18 | M Griffin | 10/26/18 | 106.00 | 106.00 | 0.00 | 106.00 |
| 165760 10/29/18 | M Griffin | 10/29/18 | 106.00 | 106.00 | 0.00 | 106.00 |
| 166030 10/13/18 | | 10/13/18 | 106.00 | 106.00 | 0.00 | 106.00 |

Net Check Amt          706.00

PRODUCT SSLM102    USE WITH 91500 ENVELOPE          Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop          PRINTED IN U.S.A.          B

5322833301
F7A070  CHIKDK04  05/04/2018 05:49  -105-

REC 001060

**Offshore Transport Services, LLC**

4126

01/08/19    Check #: **4126**

Vendor ID:FITDON    Vendor Name:**Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 167440 11/16/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |
| 167520 11/19/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |
| 168140 11/28/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |
| 168320 11/30/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |

Net Check Amt    2247.00

---

4126

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

RAYNE STATE BANK
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

**4126**

************ Two Thousand Two Hundred Forty Seven & 00/100 Dollars

DATE    AMOUNT

PAY
TO THE
ORDER
OF

**Donald H Fitzgerald**
2218 George Dr
Opelousas, LA 70570-6904

01/08/19    *****2,247.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**

4126

01/08/19    Check #: **4126**

Vendor ID:FITDON    Vendor Name:**Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 167440 11/16/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |
| 167520 11/19/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |
| 168140 11/28/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |
| 168320 11/30/18 | M Griffin | 12/19/18 | 149.00 | 149.00 | 0.00 | 149.00 |

Net Check Amt    2247.00

REC 001061

PRODUCT SSU4102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-388-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.

4146

Offshore Transport Services, LLC

01/22/19    Check #: **4146**

Vendor ID:FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 168460 12/3/18 | M Griffin | 01/01/19 | 149.00 | 149.00 | 0.00 | 149.00 |
| 168930 12/10/18 | M Griffin | 01/10/19 | 149.00 | 149.00 | 0.00 | 149.00 |
| 169220 12/14/18 | M Griffin | 01/10/19 | 149.00 | 149.00 | 0.00 | 149.00 |
| 169380 12/19/18 | M Griffin | 01/10/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| | | | | | Net Check Amt | 639.00 |

4146

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

RAYNE STATE BANK
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

4146

*********** Six Hundred Thirty Nine & 00/100 Dollars

DATE                                    AMOUNT

PAY
TO THE
ORDER
OF

**Donald H Fitzgerald**
2218 George Dr
Opelousas, LA 70570-6904

01/22/19          *******639.00

AUTHORIZED SIGNATURE

Offshore Transport Services, LLC

4146

01/22/19    Check #: **4146**

Vendor ID:FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 168460 12/3/18 | M Griffin | 01/01/19 | 149.00 | 149.00 | 0.00 | 149.00 |
| 168930 12/10/18 | M Griffin | 01/10/19 | 149.00 | 149.00 | 0.00 | 149.00 |
| 169220 12/14/18 | M Griffin | 01/10/19 | 149.00 | 149.00 | 0.00 | 149.00 |
| 169380 12/19/18 | M Griffin | 01/10/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| | | | | | Net Check Amt | 639.00 |

REC 001062

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    B    53228333301

**Offshore Transport Services, LLC**

4152

01/22/19    Check #: 4152

Vendor ID:GULFSURGICAL    Vendor Name: Gulf Coast Surgical Center, LLC

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 052518 09/25/18 | McArthur Griffin | 01/08/19 | 47000.00 | 47000.00 | 0.00 | 47000.00 |
| | | | | | Net Check Amt | 47000.00 |

---

4152

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

4152

\*\*\*\*\*\*\*\*\*\*\*\* Forty Seven Thousand & 00/100 Dollars
DATE                                    AMOUNT

PAY
TO THE
ORDER
OF

**Gulf Coast Surgical Center, LLC**
P O Box 3529
Houma, LA 70361-3529

01/22/19            \*\*\*\*47,000.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**

4152

01/22/19    Check #: 4152

Vendor ID:GULFSURGICAL    Vendor Name: Gulf Coast Surgical Center, LLC

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 052518 09/25/18 | McArthur Griffin | 01/08/19 | 47000.00 | 47000.00 | 0.00 | 47000.00 |
| | | | | | Net Check Amt | 47000.00 |

REC 001063

**Offshore Transport Services, LLC**

4129

01/08/19    Check #: **4129**

Vendor ID: GULFCOAST    Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 171654P287315 9/24/1 | M Griffin | 12/13/18 | 2555.00 | 2555.00 | 0.00 | 2555.00 |
| | | | | | Net Check Amt | 2555.00 |

---

4129

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

4129

*************  Two Thousand Five Hundred Fifty Five & 00/100 Dollars

DATE    AMOUNT

PAY
TO THE
ORDER
OF
**Gulf Coast Ortho**
1001 School St
Houma, LA 70360-4629

01/08/19        *****2,555.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**

4129

01/08/19    Check #: **4129**

Vendor ID: GULFCOAST    Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 171654P287315 9/24/1 | M Griffin | 12/13/18 | 2555.00 | 2555.00 | 0.00 | 2555.00 |
| | | | | | Net Check Amt | 2555.00 |

REC 001064

PRODUCT SSLM102    USE WITH 91600 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    5822833301

Offshore Transport Services, LLC                                        4151

01/22/19    Check #: 4151

Vendor ID:GULFCOAST          Vendor Name: Gulf Coast Ortho

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 177621P287315 12/13/ | M Griffin | 01/15/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 105.00 |

---

4151

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

4151

*********** One Hundred Five & 00/100 Dollars
DATE                                    AMOUNT

PAY
TO THE
ORDER
OF

**Gulf Coast Ortho**
1001 School St
Houma, LA 70360-4628

01/22/19                    ******105.00

AUTHORIZED SIGNATURE

---

Offshore Transport Services, LLC                                        4151

01/22/19    Check #: 4151

Vendor ID:GULFCOAST          Vendor Name: Gulf Coast Ortho

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 177621P287315 12/13/ | M Griffin | 01/15/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 105.00 |

PRODUCT GEAM104    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    REC 001065    5322833301

Offshore Transport Services, LLC    04/02/19    Check #: **4227**    4227

| Vendor ID:FITDON | | Vendor Name: **Donald H Fitzgerald** | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
| 172640 2/27/19 | M Griffin | 03/01/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| | | | | | Net Check Amt | 2304.00 |



Offshore Transport Services, LLC
P.O. Box 309
Raceland, LA 70394
(985) 532-1060

RAYNE STATE BANK
AND TRUST COMPANY • MEMBER F.D.I.C.
3 LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-644/652

4227

\*\*\*\*\*\*\*\*\*\*\* Two Thousand Three Hundred Four & 00/100 Dollars

DATE    04/02/19    AMOUNT    \*\*\*\*2,304.00

PAY
TO THE
ORDER
OF

Donald H Fitzgerald
2218 George Dr
Opelousas, LA 70570-6904

AUTHORIZED SIGNATURE

Offshore Transport Services, LLC    4227

04/02/19    Check #: **4227**

| Vendor ID:FITDON | | Vendor Name: **Donald H Fitzgerald** | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
| 172640 2/27/19 | M Griffin | 03/01/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| | | | | | Net Check Amt | 2304.00 |

PRODUCT SSLN102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    B

REC-001062018 05:49 -225-

## Offshore Transport Services, LLC

Vendor ID: FITDON     Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 3/8/19 | M Griffin | 03/08/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| 173520 3/11/19 | M Griffin | 03/11/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| 174050 3/15/19 | M Griffin | 03/15/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| 174320 3/20/19 | M Griffin | 03/20/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 174590 3/22/19 | M Griffin | 03/22/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 174680 3/25/19 | M Griffin | 03/25/19 | 173.00 | 173.00 | 0.00 | 173.00 |

Net Check Amt     1095.00

---

425

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1060

RAYNE STATE BANK
AND TRUST COMPANY     MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

#4257

************ One Thousand Ninety Five & 00/100 Dollars

DATE                         AMOUNT

PAY
TO THE
ORDER
OF

**Donald H Fitzgerald**
2218 George Dr
Opelousas, LA 70570-6904

04/30/19                 *****1,095.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**     425

04/30/19     Check #: **4257**

Vendor ID: FITDON     Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 3/8/19 | M Griffin | 03/08/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| 173520 3/11/19 | M Griffin | 03/11/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| 174050 3/15/19 | M Griffin | 03/15/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| 174320 3/20/19 | M Griffin | 03/20/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 174590 3/22/19 | M Griffin | 03/22/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 174680 3/25/19 | M Griffin | 03/25/19 | 173.00 | 173.00 | 0.00 | 173.00 |

Net Check Amt     1095.00

PRODUCT SSLM102     USE WITH 91500 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.     REC 001067

532283
F7A07D  CHKDK04  05/04/2018 09:49 -1

43

Offshore Transport Services, LLC

06/25/19    Check #: **4313**

Vendor ID: FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 175350 4/1/19 | M Griffin | 04/01/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 175890 4/5/19 | M Griffin | 04/05/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 171290 2/11/19 | M Griffin | 04/01/19 | 192.00 | 192.00 | 0.00 | 192.00 |
| 176500 4/15/19 | M Griffin | 04/15/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 176740 4/17/19 | M Griffin | 04/17/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 177490 4/26/19 | M Griffin | 04/26/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 177600 4/29/19 | | 04/29/19 | 173.00 | 173.00 | 0.00 | 173.00 |

Net Check Amt    1230.00

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    B

F7A07D  CHIKDK04  05/04/2018 05:49  -14

5322833

Offshore Transport Services, LLC

4327

Vendor ID: FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 180130 5/27/19 | M Griffin | 05/27/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 180390 5/29/19 | M Griffin | 05/29/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| | | | | | Net Check Amt | 346.00 |

Offshore Transport Services, LLC
P O Box 309
Raceland, LA 70394
(985) 532-1060

4327

RAYNE STATE BANK
AND TRUST COMPANY · MEMBER F.D.I.C.
LOCATIONS
DUSON · LAFAYETTE · RAYNE
84-444/652

4327

************ Three Hundred Forty Six & 00/100 Dollars

07/10/19          *******346.00

PAY
TO THE
ORDER
OF

**Donald H Fitzgerald**
2218 George Dr
Opelousas, LA 70570-6904

AUTHORIZED SIGNATURE

Offshore Transport Services, LLC

4327

07/10/19     Check #: **4327**

Vendor ID: FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 180130 5/27/19 | M Griffin | 05/27/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| 180390 5/29/19 | M Griffin | 05/29/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| | | | | | Net Check Amt | 346.00 |

PRODUCT SSLM102     USE WITH 91500 ENVELOPE          Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop          PRINTED IN U.S.A.

**Offshore Transport Services, LLC**

Vendor ID:FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 180730 6/3/19 | M Griffin | 07/01/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| | | | | | Net Check Amt | 173.00 |

---

**Offshore Transport Services, LLC**
P O Box 308
Raceland, LA 70394
(985) 537-1060

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER FD.I.C
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/682

4351

************ One Hundred Seventy Three & 00/100 Dollars

DATE          AMOUNT

08/08/19          *******173.00

PAY
TO THE
ORDER
OF          **Donald H Fitzgerald**
2218 George Dr
Opelousas, LA 70570-6904

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**          4351

08/08/19    Check #: **4351**

Vendor ID:FITDON          Vendor Name: **Donald H Fitzgerald**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 180730 6/3/19 | M Griffin | 07/01/19 | 173.00 | 173.00 | 0.00 | 173.00 |
| | | | | | Net Check Amt | 173.00 |

PRODUCT SSLM102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop          PRINTED IN U.S.A.          B

**Offshore Transport Services, LLC**                                                         **4355**

08/08/19    Check #: **4355**

Vendor ID:GULFCOAST          Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 163096P287315 9/6/18 | M Griffin | 07/01/19 | 105.00 | 105.00 | 0.00 | 105.00 |

Net Check Amt    105.00

---

4355

**Offshore Transport Services, LLC**
P.O Box 309
Raceland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY   MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

4355

*************** One Hundred Five & 00/100 Dollars

DATE    AMOUNT

PAY
TO THE
ORDER
OF

**Gulf Coast Ortho**
1001 School St
Houma, LA 70360-4629

08/08/19    *******105.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**                                                         4355

08/08/19    Check #: **4355**

Vendor ID:GULFCOAST          Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 163096P287315 9/6/18 | M Griffin | 07/01/19 | 105.00 | 105.00 | 0.00 | 105.00 |

Net Check Amt    105.00

PRODUCT 86LN102   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.

REC 001071
I7A07D CHK02X04 05/04/2018 05:49 -98-

**Offshore Transport Services, LLC**                                                         4231

04/02/19    Check #: 4231

Vendor ID:GULFCOAST          Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| GOL-1270 | M Griffin | 03/01/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 105.00 |

DOS. 1-30-19

---

**Offshore Transport Services, LLC**                                         4231
P O Box 309
Raceland, LA 70394
(985) 532-1060

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652                                    4231

************ One Hundred Five & 00/100 Dollars
DATE                                              AMOUNT

PAY
TO THE
ORDER
OF
**Gulf Coast Ortho**
1001 School St
Houma, LA 70360-4629

04/02/19                        *******105.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**                                                         4231

04/02/19    Check #: 4231

Vendor ID:GULFCOAST          Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| GOL-1270 | M Griffin | 03/01/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 105.00 |

PRODUCT 88LI4102    USE WITH 91900 ENVELOPE          Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop          PRINTED IN U.S.A.    REC 001072
F7A07D CHKDK04 05/04/2018 05:49 -222-

**Offshore Transport Services, LLC**

4272

05/16/19    Check #: **4272**

Vendor ID: GULFCOAST    Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 193865P287315 | M Griffin | 04/10/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| 197193P287315 | M Griffin | 05/01/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 210.00 |

---

**Offshore Transport Services, LLC**
P O Box 309
Raceland, LA 70394
(985) 532-1050

**RAYNE STATE BANK**
AND TRUST COMPANY    MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/552

4272

\*\*\*\*\*\*\*\*\*\*\*\* Two Hundred Ten & 00/100 Dollars

PAY
TO THE
ORDER
OF

**Gulf Coast Ortho**
1001 School St.
Houma, LA 70360-4629

05/16/19    \*\*\*\*\*\*210.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**

4272

05/16/19    Check #: **4272**

Vendor ID: GULFCOAST    Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 193865P287315 | M Griffin | 04/10/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| 197193P287315 | M Griffin | 05/01/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 210.00 |

PRODUCT SSLM162    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-828-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    REC 001073

F7A07D  CHECKK04 05/04/2018 05:49 -181-

07/10/19    Check #: **4329**

Vendor ID: GULFCOAST    Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| C96000OB 6/5/19 | M Griffin | 06/05/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 105.00 |

DOS 6/5/19

---

**4329**

**Offshore Transport Services, LLC**
P.O Box 309
Raceland, LA 70394
(985) 532-1090

**RAYNE STATE BANK**
AND TRUST COMPANY — MEMBER F.D.I.C.
LOCATIONS
DUSON • LAFAYETTE • RAYNE
84-444/652

**4329**

*********** One Hundred Five & 00/100 Dollars

PAY
TO THE
ORDER
OF
**Gulf Coast Ortho**
1001 School St
Houma, LA 70360-4629

07/10/19    *******105.00

AUTHORIZED SIGNATURE

---

**Offshore Transport Services, LLC**    4329

07/10/19    Check #: **4329**

Vendor ID: GULFCOAST    Vendor Name: **Gulf Coast Ortho**

| Invoice No. | Reference/MV | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| C96000OB 6/5/19 | M Griffin | 06/05/19 | 105.00 | 105.00 | 0.00 | 105.00 |
| | | | | | Net Check Amt | 105.00 |

PRODUCT 084 M102    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    REC 001074    5332283330I
F7A070 CHKQK04 05/04/2018 05:49 -124-

Evangeline
Drug Store
$37.13
4/11/19

PALLIATIVE PHCY SOLUTIONS
620 GUILBEAU STE. D
LAFAYETTE, LA 70506
337-262-9777

```
(H)Rx#  6341525              183.65
(H)Rx#  6341524              170.43
SUBTOTAL                     354.08
TOTAL DUE                    361.36
ORDER SENT FOR DELIVERY
VISA                         361.36
  CARD NO.  : ************6498
  EXP DATE  : **/**
  ITEM #    : 4E83
  AUTH NO.  : 05927G
  TRANS TYPE: PURCHASE
  ENTRY     : KEYED CNP
  MERCH NO. : ************0001
  TERM ID   : ************0001
  MODE      : ISSUER

04/24/19   16:57   KA   00406896 04
GRIFFIN, MCAUTHUR
```

(H) -- FLEXIBLE SPENDING ACCOUNT ITEM

*****************************************

*credit card payment*

REC 001076