

# PERSONAL INCIDENT/ILLNESS REPORT

SMSG 8.1-F-1
This form must be completed on *every* incident.

(Please print and answer all questions.)

**EXHIBIT 3**

1. Date and time of Incident: 4-25-2018 Approx. 6:30 PM
   Today's Date: 5-5-2018

   **Personal Injury/Illness**
   Employee's Name: McAuthor Griffin
   Physical Address: _____

   Mailing Address: _____
   Phone Number: _____
   Job Title: Engine
   Date Joined Vessel: 4-19-18
   Date Departed Vessel: N/A Still on

2. If not employed by Gulf Offshore Logistics, then list employer name and address.
   Employed by: _____
   Address: _____
   Phone Number: _____

3. Vessel's Name: Dustin Danos
   Captain's Name: Michael Ungland / Josh Winslaver
   Vessel's Location: Fourchon Dock

   Standing by: Yes [ ]  No [✓]

4. Weather Conditions (at time of incident)
   Visibility: _____
   Seas: _____
   Wind Speed and Direction: _____
   Current Speed and Direction: _____
   AT W&T DOCK/ICY

   Date, Time, and to Whom Incident First Reported: 4-25-18 approx. 6:50 pm Capt. Joshua Winslaw

   Medical Attention: Yes [ ]  No [✓]   Medical Facility: _____

5. Description of accident to be completed by injured/ill party: picking up old starter and didn't relize i was so close to the fire hose container in hall-way area I picked up the starter and turned around to fast and got my left shoulder caught on the rack

   Signature of injured/ill party: McAnthor Jr   Date 5-5-2018

Rev. (8/3/11)

**JOINT TRIAL EXHIBIT 4**

REC 000001



This form must be completed on *every* incident.

(Please print and answer all questions.)

1. Date and time of Incident: 4-25-18

   Today's Date: 6-20-18

   Personal Injury/Illness
   Employee's Name: McArthur Griffin
   Physical Address:

   Mailing Address:
   Phone Number:
   Job Title: Deck Hand
   Date Joined Vessel: 4-4-19 5-31-18
   Date Departed Vessel: Still on vessel

2. If not employed by Gulf Offshore Logistics, then list employer name and address.
   Employed by:
   Address:

   Phone Number:

3. Vessel's Name: Dustin Danos
   Captain's Name: Capt. Mike Haglund

   Vessel's Location: VK-251

   Standing by: Yes [✓]  No [ ]

4. Weather Conditions (at time of incident)
   Visibility: 6 miles
   Seas: 1-2 feet
   Wind Speed and Direction: 0
   Current Speed and Direction: Northwest point 8 Knots

   Date, Time, and to Whom Incident First Reported: Capt. Josh Wishaver

   Medical Attention: Yes [✓]  No [ ]   Medical Facility:

5. Description of accident to be completed by injured/ill party: (4-25-18) Lifting a starter and I hit my left shoulder onto the fire Hose rack in the Hall-way area #2 rack and a few days after I was smashed between the large box and the man basket

   Signature of injured/ill party: McArthur Griffin    Date 6-20-2018

   I notified the Capt. Mike and we called Brain the safety Man at the GOL office informed him about this situation and he set up a time and date for me to visit a dotor I agreed to stay on the boat until 6-28-2018 for crew change I can still do light duty jobs.

GOL Incident Report

REC 000002