# OMS Patient Medical Record

Date: 5-14-18  Name: Mc Authur Griffin  Employer: GOL
D.O.B. _____ SSN _____  Occupation: Engineer
Phone number _____  Spouse: N/A
Address _____, _____ City _____ State: LA  Zip __

Have you ever had any of the following? **Check Yes or No.**

| Yes | No | | Yes | No | | Yes | No | |
|---|---|---|---|---|---|---|---|---|
| ✓ |   | High Blood Pressure |   | ✓ | Kidney Problems |   | ✓ | Impaired balance or coordination |
|   | ✓ | Heart Problems |   | ✓ | Bladder Problems |   | ✓ | Communicable Disease |
|   | ✓ | Peripheral Vascular Disease |   | ✓ | Kidney Stones |   | ✓ | Loss of memory |
|   | ✓ | Hemophilia/Blood Disorder |   | ✓ | Gallbladder disease | ✓ |   | Seizure disorder |
|   | ✓ | Asthma |   | ✓ | Gout |   | ✓ | Prior unconsciousness |
| ✓ |   | Emphysema |   | ✓ | Hernia |   | ✓ | Sleep walking |
|   | ✓ | Tuberculosis |   | ✓ | Operations (Surgery) |   | ✓ | Dizziness |
|   | ✓ | Diabetes | ✓ |   | Back or Neck Problems | ✓ |   | Eye problems |
|   | ✓ | Thyroid Problems |   | ✓ | Ruptured Discs |   | ✓ | Hearing problems |
|   | ✓ | Stomach or Intestinal Disorder |   | ✓ | Joint injury or problems |   | ✓ | Speech problems |
|   | ✓ | Ulcer/Colon disease |   | ✓ | Fracture or broken bones |   | ✓ | Drug or Alcohol Addiction |
|   | ✓ | Heavy Metal Poisoning |   | ✓ | Amputations |   | ✓ | Psychiatric Disorder |
|   | ✓ | Cancer |   | ✓ | Impaired range of motion |   | ✓ | Stroke |
|   | ✓ | High Cholesterol |   | ✓ | Anxiety/Depression |   | ✓ | Sleep Apnea |
|   | ✓ | ADD/ADHD |   | ✓ | Hepatitis |   |   |   |

Please Explain ALL Yes Answers and any other health problems:

_____
_____
_____

Please check any symptoms present:

**Head, eyes, ears, nose and throat:**
___ Dizziness     ___ Hoarseness
___ Decreased Vision   ___ Decreased Hearing
✓ None of the above   ___ Frequent Headaches

**Gastrointestinal:**
___ Constipation      ___ Abdominal pain
___ Blood in stool    ___ Nausea and/or vomiting
___ Diarrhea
✓ None of the above

**Musculosketal:**
___ Joint Pain
___ Muscle weakness
___ None of the above

**Cardiovascular and Respiratory:**
___ Chest pain
___ Night sweats
___ Shortness of breath
___ Irregular heartbeat
___ Bloody Sputum
___ Cough
✓ None of the above

**Genitourinary:**
___ Blood in urine     ___ Painful urination
___ Prostate problems  ___ Testicular problems
___ Difficulty urinating  ___ Hernia
✓ None of the above

Griffin001439

Current Medications __N/A__

Allergies __N/A__

Social History:   Smoke (Y)/N   Number of years _Over few_   Number of packs per day _1_

Alcohol (Y)/N   Number of years _Over few_   Number of drinks per day _week end_

Have you ever had injury which required you to miss time from work? ____YES   __✓__NO
IF YES, give dates, nature of claim, and outcome.

_____
_____
_____
_____

*I certify that all of the above information is correct and complete.*

Patient Signature ___[signature]___

*If someone other than patient filled out this form:*   Signature: _____

---

**Please read each statement below and initial your consent.**

I consent for treatment as a patient for my illness/injury.   Initial __n__

I hereby authorize the release of any information acquired in the course of my
examination or treatment to my _____ by mail or by fax.   Initial __M__

I hereby authorize the payment of _____ directly to the physician.   Initial __M__

I give permission for my company representative to accompany me in the room during the exam. Initial __M__

Griffin001440

◇ O  M  S ◇                    **Patient Tracking Record**

Occupational Medicine Services, LLC           144 Valhi Lagoon Crossing Houma, LA 70360
985.223.0032                                  Fax 985.872.6670

Attending Provider: _William Lemaire, FNP_
Company Name: _Rec Marine_                      Phone _985 532-1060_
Company Contact: _Bryan Harris_                 Cell Phone: _____

**Patient Information**
Patient Name: _McArthur Griffin_  Last Four of SSN: -____  Cell phone _____
Date of Injury: _4-25-18_  Description of Injury: _(L) shoulder pain_

Injury occurred on: Land ____ Motor Vessel _✓_ Platform ____ Jack-up ____ Other ____
Patient approved company representative to be in the exam room...    Circle: Yes  No

Work Status/Restrictions: (to be completed by attending physician)
Diagnosis _(L) Shoulder Contusion_ _____ ICD-9 _____

**Return to Work Status**
◇ **FULL DUTY** release with no limitations on _5/14/18_ (date).

◇ **Sedentary Work.** Maximum 10 pounds lifting; limited standing or walking.

◇ **Light Work.** Maximum 20 pounds lifting; carry objects less than 10 pounds for short periods.

◇ **Medium Work.** Maximum 50 pounds lifting; carry objects 25 pounds for short periods.

◇ **Heavy Work.** Maximum 100 pounds lifting; carry objects up to 50 pounds.

◇ Other: _____

◇ Patient is totally incapacitated at this time.

Circle One:                     Occupational  /  Non-Occupational

**POST ACCIDENT DRUG SCREEN**
◇ DOT   ◇ Non DOT   ◇ DOT Alcohol   ◇ Non DOT Alcohol

Treatment/Recommendations: (to be completed by attending physician)
_aleve, ice pack_

Next Appointment Date: _as needed_    Referral to: _____
Provider Signature: _W Lem FNP_       Date: _5/14/18_

Griffin001441



**Patient Tracking Record**
**Follow-up Visits/Case Management**

Occupational Medicine Services, LLC
Phone (985)223-0032

144 Valhi Lagoon Crossing Houma, LA 70360
Facsimile (985)872-6670

Patient: _____ Company: _____

Company Contact: _____ Company number: _____

Date: _____
Patient approved company representative to be in the exam room · Circle  Yes    No

Work Release Status:      ☐ unchanged       ☐ upgraded       ☐ downgraded

Comments:
_____
_____
_____

_____        _____
Provider Signature                                Provider Printed


Date: _____
Patient approved company representative to be in the exam room   Circle  Yes    No

Work Release Status:      ☐ unchanged       ☐ upgraded       ☐ downgraded

Comments:
_____
_____
_____

_____        _____
Provider Signature                                Provider Printed


Date: _____
Patient approved company representative to be in the exam room   Circle  Yes    No

Work Release Status:      ☐ unchanged       ☐ upgraded       ☐ downgraded

Comments:
_____
_____
_____

_____        _____
Provider Signature                                Provider Printed

Griffin001442

Vitals

Name: McAuthor Griffin    Date: 5/14/18

| Height | 6'7 |
|---|---|
| Weight | 251.2 |
| BMI | |
| BP | 140/76 |
| Pulse | 78 |
| Temp | |
| Age | 45 |

Chief Complaint: (L) shoulder

Name of the representative accompanying the patient: Ø

Date of Injury/Illness: 4-25-18    Level of Pain today: 0 1 2 3 4 5 6 7 (8) 9 10
(0 being normal and 10 being unbearable)

Description of Injury/Symptoms of Illness:

Changing starter on main engine - while working, turned too quickly & hit fire station - 4 days c̄ pt got hit b/w a "man basket" & large grocery box & hit that same shoulder - tried to take advil & ibprofen w/ no help - now pt can't sleep at night

Brief History:

Surgeries -
(L) eye sx - infection (2015),

Medications -
Unknown HBP medication

Allergies -
NKDA

# Injury Report

Name: _McArthor Griffin_   Date: _5-14-2018_

Date of Incident: _4-25-2018_

What is your injury/complaint?
_My left Shoulder_

What happened? *Ex: Fall, trip, lifting, trash in eye, burn, exhaustion*
_lifting and ran into a brace_

How did it happen? *Ex: Carrying tools, lifting pipe, tripped over object, fell off ladder, fell down stairs* _Carrying tools_

Where did it happen? *Ex: Motor Vessel, Platform, Industrial Yard, In woods, On Street, Dock, Sidewalk, Parkway, State Road, Oilrig, Shipyard, Parking Lot, On a highway, backroad, driveway*

Motor Vehicle Accident? – *1 vehicle or 2? What kind of vehicle – company truck, 18 wheeler, etc.* _in the engine room Hall-way area_

USING THE SYMBOLS GIVEN BELOW, MARK THE AREAS ON YOUR BODY WHERE YOU FEEL THE DESCRIBED SENSATIONS. INCLUDE ALL AFFECTED AREAS. IT IS NOT NECESSARY TO USE ALL THE SYMBOLS, ONLY THE ONES WHICH MOST AFFECT YOU.

NG   NUMBNESS   PINS & NEEDLES   BURNING   STABBING   OTHER
      O           =             X          /         ⊕

BACK   FRONT

PAIN IN ARM(S) COMPARED WITH NECK:
WORSE THAN
SAME AS
LESS THAN

PAIN IN LEG(S) COMPARED WITH BACK:
WORSE THAN
SAME AS
LESS THAN

CIRCLE THE QUALITY OF YOUR PAIN   0 1 2 3 4 (5) 6 7 (8) 9 10
NORMAL                                              UNBEARABLE

I CERTIFY THAT THE ABOVE INFORMATION IS CORRECT.

X _McArthur Duff_

Griffin001444

# Occupational Medicine Services, L.L.C.

144 Valhi Lagoon Crossing  
Houma, LA 70360

Phone: 985-223-0032  
Fax: 985-872-6670

www.o-m-s.com

## POST ACCIDENT: MEDICAL AUTHORIZATION FOR SERVICES

Company: **Lee Marine**  Date: **5-14-18**

Company Phone #: **985-532-1060**  Contact Person: **Bryan**

Are we billing the company for this? *Yes or No*  
(Reminder: we don't take ____ and we can't bill the patient directly.)

Billing Address of the company: _____

Patient's Name: **McArthor Griffin**

Chief Complaint: **Shoulder Injury**

ETA: Date: _____ Time: _____ am/pm

Date and Time of Accident: _____, _____ am/pm

Has the patient been seen anywhere else for this injury? Yes or No

Did you remind them to bring medical records/testing results? Yes or No

Special Instructions: _____

Drug Screen: ____ Non Dot, ____ Non Dot Stat, ____ Dot, **X** Collection Only  **Non dot**

Alcohol Screen: **X** Non Dot, ____ DOT  (BAT) / Saliva  **BTSA**

Authorized by: **Bryan Harris**

_____  
Signature of Person Taking Information

Griffin001445

# O M S

Date: 5-14-2018      Patient Name: McArthor Griffin

To whom it may concern:

I hereby authorize _____ to release to Occupational Medicine Services, L.L.C., any and all information pertaining to my accident or illness.

Date of Birth: __     _____     Social Security Number: ____     __

| | |
|---|---|
| ✓ All PHI in medical record | __ Radiology Reports |
| __ Discharge Summary | __ Lab Reports |
| __ Physician Orders | __ Medication Sheet |
| __ Progress Notes | __ ER Information |
| __ Consultations | __ X-Ray/MRI Report |
| __ Operative Information | __ Other |

**Please address any medications that should not be taken in a safety-sensitive environment. If the patient is released to work, please note that this medication has been discontinued.**

I understand that:
- I may refuse to sign this authorization and that it is strictly voluntary.
- If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
- I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
- If the requester or receiver is not a _____ or health care provider, the release may no longer be protected by federal regulations and may be redisclosed.
- I understand that I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
- I may get a copy of this form after I sign it.

_____McArthur Griffin_____
Signature of Patient

144 Valhi Lagoon Crossing Houma, Louisiana 70360
Phone (985) 223-0032  Fax (985) 872-6670  occumed@o-m-s.com

Griffin001446

## STANDARD AUTHORIZATION OF USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

**Information to be Used or Disclosed**
The information covered by this authorization includes:
Health information which could include: Results of your examination, photographs, lab reports, x-ray films and/or reports and/or drug and alcohol screen results regarding your treatment.

**Persons Authorized to Use or Disclose information**
Information listed above will be used or disclosed by Occupational Medicine Services, L.L.C. and/or John P. Sweeney, M.D., P.C.

**Persons to Whom Information May Be Disclosed**
Information described above may be disclosed to: Your company and its representatives and:

_____

**Expiration Date of Authorization**
This authorization is effective for *three years or to the conclusion of an 'event' such as a final judgment or dismissal in a law suit should one arise,* unless revoked or terminated by the patient or the patient's personal representative.

**Right to Terminate or Revoke Authorization**
You may revoke or terminate this authorization by submitting a written revocation to Occupational Medicine Services, L.L.C. and/or John P. Sweeney, M.D., P.C. You should contact the Administrator to terminate this authorization.

**Potential for Re-disclosure**
Information that is disclosed under this authorization may be disclosed again by the person or organization to which it is sent. The privacy of this information may not be protected under the federal privacy regulations.

**I Understand that:**
I may refuse to sign this authorization and it is strictly voluntary. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

**The following information will be released unless you indicate otherwise by checking below:**
____AIDS or HIV test results                  ____Psychiatric or mental care/treatment
____Alcohol, Drug or substance abuse treatment    ____Other (Please Specify) _____

You acknowledge that you have been provided our notice of privacy practices.

*McArthur Griffin* / *McArthur Griffin* / *9-14-2018*
Name of Patient (Print)  /  Signature of Patient  /  Date

_____
Signature of Patient Representative   /   Relationship of Patient Representative to Patient

Griffin001447



Griffin001448

Page 1 of 1. Printed 5/14/2018 at 1:40:46 PM

| Time In | | | | | Time Out | |
|---|---|---|---|---|---|---|
| HOUMA 985-223-0032 FAX 872-6670 | 14422 | O M S 144 VALHI LAGOON CROSSING HOUMA, LA 70360 | | | | |

| Date | Patient Name | Account # | SSN# | |
|---|---|---|---|---|
| 05/14/2018 | McAuthor Griffin | 75014 | (H): | |
| | | | (W): | |
| Appt Doctor | Occupational Medic | | Schedule F | |

Ins: Lee Marine

Encounter Form # 31313

| OFFICE VISITS | CPT | FEE | MISCELLANEOUS | CPT | FEE |
|---|---|---|---|---|---|
| New - Level 1 | 99201 | | Medical Report | 99080 | |
| New - Level 2 | 99202 | | Second Opinion | 99456 | |
| New - Level 3 | (99203) | 122 | After Hours | 99245 | |
| New - Level 4 | 99204 | | Medical Services After Hours | 99050 | |
| New - Level 5 | 99205 | | **X-RAYS** | | |
| E.R. Visit | 99285 | | Ankle (2v) | 73600 | |
| Level 1 | 99211 | | Cervical Spine FE | 72040 | |
| Level 2 | 99212 | | Cervical Spine Complete | 72052 | |
| Level 3 | 99213 | | Clavicle | 73000 | |
| Level 4 | 99214 | | CXR | 71020 | |
| | | | Elbow (AP & Lat.) | 73070 | |
| | | | Femur (AP & Lat.) | 73550 | |
| **INJECTIONS** | | | Finger (Min. 2v) | 73140 | |
| Small Injection | 20600 | | Foot (3v) | 73630 | |
| Intermediate Injection | 20605 | | Forearm (AP & Lat.) | 73090 | |
| Major Injection | 20610 | | Hand (3v) | 73130 | |
| Injection | 90782 | | Heel (Calcaneus - Min. 2v) | 73650 | |
| Venipuncture | 36415 | | X-Ray Abdomen | 74010 | |
| | | | Hip and Pelvis (AP & LAT) | 73520 | |
| **PROCEDURES** | | | Humerus (Min. 2v) | 73060 | |
| Toradol | J1885 | | Knee (AP & Lat.) | 73560 | |
| Rocephin Injection | J0696 | | Lumbar Spine (complete 3v) | 72110 | |
| Celestone | J0704 | | Lumbar Spine (5v) | 72114 | |
| Xylocaine | | | Ribs (unilateral 2v) | 71100 | |
| EKG | 93000 | | Shoulder (min. 2v) | (73030) | 61- |
| Spirometry | 94010 | | Skull X-Ray | 70250 | |
| Short Arm Cast | 29075 | | Thoracic Spine (2v) | 72070 | |
| Application Long Arm Cast | 29065 | | Tibia (AP & Lat.) | 73590 | |
| Short Arm Splint | 29125 | | Toes (Min. 2v) | 73660 | |
| Application, Leg Splint | 29515 | | Wrist (AP & Lat. 3v) | 73100 | |
| Debridement; Skin, Partial T | 11040 | | | | |
| SIMPLE REMOVAL OF FOREIGN BODY | 10120 | | | | |
| Removal of foreign body external eye | 65205 | | | | |
| Eye tray | 99070 | | | | |
| Simple Repair 2.5 cm Or Less | 12001 | | | | |
| Repair Sup. Wound 2.6 - 7.5 cm | 12002 | | | | |
| Culture | 87070 | | **OTHER PROCEDURES** | | |
| Suture Removal | 99070 | | | | |
| | | | Naproxen Sodium 220MG 24 Tablets NDC: 51655-618-24 MFG: 0113-4365-78 Lot #: UT01950007 Exp Date: 09/2019 | 15 | |
| Supplies | 99070 | | | | |

540.0114

POSTED

Co-Pay Amount

Diagnosis

Previous Balance

dot coll AB (Post Accident)
non dot BAT (Post Accident)

Today's Charges 198-

Today's Payment

FUTURE APPT: _____ DAYS _____ WEEKS _____ MONTHS   APPT TIME:

New Balance

Griffin001149

**Offshore Transport Services, LLC**

3945

06/14/18  Check #: **3945**

Vendor ID: OMS                    Vendor Name: **OMS**

| Invoice No. | Reference | Date | Invoice Amount | Amount Paid | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| C8500027 5/14/18 | McArthur Griffin | 05/14/18 | 198.00 | 198.00 | 0.00 | 198.00 |

Net Check Amt    198.00

Griffin001450

# Occupational Medicine Services, L.L.C.

144 Valhi Lagoon Crossing  
Houma, LA 70360

Phone: 985-223-0032  
Fax: 985-872-6670

www.o-m-s.com

**McAUTHOR GRIFFIN**              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              MAY 14, 2018

**CHIEF COMPLAINT:** Left shoulder pain

**HISTORY OF PRESENT ILLNESS:** Patient says that on April 25th he was working on an engine, squatted down, changing a starter. Said he went to stand up and struck his left shoulder on a piece of machinery that was above him. He has had pain to his left shoulder since then, said he is having trouble sleeping at night because it's sore.

**PAST MEDICAL HISTORY:** Hypertension, Gout

**CURRENT MEDICATION:** BP med – name unknown

**SURGICAL HISTORY:** Left eye 2015

**ALLERGIES:** NKDA

**PHYSICAL EXAMINATION:** Ht. 67", Wt. 251lbs, BP 140/76, P 78

Patient is in no acute distress. I don't see any visible signs of trauma.

**HEENT:** Normal

**CARDIORESPIRATORY:** Lungs – Clear to all fields  
Heart – RRR w/ no murmurs, rubs or gallops

**MUSCULOSKELETAL:** Left shoulder – He has no swelling, no bruising, no abrasions. When distracted, he seems to be able to exhibit full ROM of his left shoulder. I witnessed him taking off and putting on his clothing and he didn't seem to have any difficulty, but when prompted to do so for exam he all of a sudden was unable to move his left arm. I was able to passively move his left arm through full ROM. He complained of a lot of pain w/ abduction above shoulder height, but seemed to have good strength w/ ROM against resistance since he was fighting against me moving his arm. Strong and equal bilateral hand grasp.

**ABDOMEN:** Soft, non-tender. Bowel sounds positive. Negative organomegaly.

**SKIN:** Pink, warm and dry. Mucous membranes moist and pink

**NEUROLOGICAL:** No focal deficits

**DIAGNOSTICS:** **X-RAY:** Left shoulder – 2V – No fractures, no dislocations.  
**LAB:** None

**PROCEDURES:** None performed

**DIAGNOSIS:** He is diagnosed w/ a contusion to left shoulder. Mechanism of injury would indicate a contusion to the left shoulder, would not indicate any kind of rotator cuff problem or ligament problem. The AC joint is intact and there are no fractures.

**TREATMENT:** He is advised to apply an ice pack, take Tylenol or Advil for pain.

**RETURN TO DUTY STATUS:** He is ok to return to regular duty and should f/u prn

**RETURN VISIT:** As needed

William LeMaire, FNP-C

WL/dvl          *[signature]* Thomas J. Falterman M.D.

Griffin001451