I McArthor Griffin was Seen by the doctor on 5-14-2018 and I feel go enough to go back to work

EXHIBIT
5