**EXHIBIT 6**

# Transcript of the Testimony of
# Video Deposition of Brett E. Casey, M.D.

**Date taken: February 27, 2023**

**McArthur Griffin v. Rec Marine Logistics, L.L.C., et al**

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Video Deposition of Brett E. Casey, M.D.
McArthur Griffin v. Rec Marine Logistics, L.L.C., et al

Page 20

1  suspicions from what the MRI showed as far as
2  what was wrong with his shoulder?
3      A.    Yes; the -- the physical exam --
4  I'm reading through it right here --
5  definitely corresponds to his complaint.
6      Q.    Okay.  Which is that he had
7  partially -- that he would have a partial
8  thickness rotator cuff tear, as well as a
9  SLAP tear?
10     A.    Yes.
11     Q.    Okay; all right.  And what did
12 you recommend?
13     A.    I recommended an injection on
14 that day, which was performed; and then I
15 sent him to physical therapy.
16     Q.    Okay.  Um, was there any
17 mention, when you, initially, saw Mr.
18 Griffin, of any pain in his neck?
19     A.    No.
20     Q.    Okay.  Was there any -- um, did
21 he mention to you any pain in his low back?
22     A.    No.
23     Q.    Okay.  Um, just as a -- as a
24 practical matter, and a part of your standard
25 practices, if someone is coming to you for a

Page 55

1    each of these muscles; and then recorded its
2    feedback on -- on an electrical myography --
3         Q.    Okay.
4         A.    -- and looked at what it is; and
5    he reported them all as "Normal".
6         Q.    All right.  And one of -- again,
7    all of these were listed as "Normal"; but,
8    um, one of them is the "Left Cervical
9    Paraspinal".  Is that --
10        A.    Yep.
11        Q.    -- like, what is being tested
12   there?
13        A.    Well, that's up to him; but
14   it's, usually, in the axial aspect of the
15   neck (indicating); and there's a cervical
16   paraspinous; so those are muscles close to
17   the central aspect of the spine (indicating).
18        Q.    Okay.  If, um, one wanted to
19   know, um, whether any symptoms that Mr.
20   Griffin was still experiencing at the time he
21   had this procedure, any -- if one wanted to
22   know if any of his symptoms he was
23   experiencing in his left upper extremity,
24   shoulder, all the way to his hand, was being
25   caused, um, by a certain cervical issue, is

Page 56

1  this the test that you would do to determine
2  that?
3      A.    This is the test that determines
4  its related to the nerve root.
5      Q.    Okay.  And based on, um, this
6  report, the findings would be that it was not
7  related to the nerve root; correct?
8      A.    That's correct.
9      Q.    All right.
10     MR. KHOURY:
11          Um, I'm gonna' make the first
12 set of records, um, Exhibit 1 to the
13 deposition; and then this will --
14     MADAME REPORTER:
15          (Indicating C.V.).
16     MR. KHOURY:
17          Two?
18     MR. SHEPPARD:
19          Yeah; she labeled the C.V. as 1.
20     MR. KHOURY:
21          Okay.  The C.V. will be Exhibit
22 1 (previously identified); the full set of
23 Gulf Coast records will be Exhibit 2
24 (previously identified); and then the Baton
25 Rouge Clinic records will be Exhibit 3