check come tomorrow then I be able to make it but he said I can __ at 4 weeks. Physical Therapy to try to take that medicine for four weeks to try and get the tissues and whatever say eventually.  Cause I told him, he asked me how I feel about surgery, I don't feel nothing.  I don't want no surgery.  I have enough.  I'm too old for surgery.  I got enough cutting on me.  I don't want to have no surgery.  So he said we are going to try this for about four weeks but told me

Artie

     Artie, safety man

Yes Sir.

     He like well I tell you now eventually you will have to have it because the way it set and the way – he showed me on a wall they had a diagram of muscles.  So he showed me and the safety man what's wrong with me.  He showed me all of this right here is gone.  He said it's completely gone.  I said I know because I can feel it in my bones grinding like its grinding against metal.  I kept telling them but they thought I was lying over there but I don't know what they were figuring.  That's completely gone.

Okay.  Alright

     Say I'm not a doctor either – you know more than me.  I know that medicine you giving me ain't worth nothing.  I'm about to call him

So your pain, the injury from these incidents, that's pretty much confined to your left shoulder area, correct?

     Yea

Alright.  Any other parts of your body were injured?

     No

Okay.  Have you ever had any previous injuries to your left shoulder area?

     I mean back in the days I got stabbed – ways in the 90's or something

Alright.  Have you ever been involved in any motor vehicle accidents wherein you were injured?

     No

**EXHIBIT**

_____7_____

23