| Physical Therapy | Communication | Page 1 |
|---|---|---|

Patient: **Griffin, McAuthor**  
MR #: **4060 MG**  
D O B:  
PT: **Mr. Donald Henry FitzGerald PT**

Date: **Wednesday, April 10, 2019**  
Provider: **Opelousas Physical Therapy**

**Medical Diagnosis, ICD9, and Onset Date:** 05/25/2018  
Complete Rotator cuff Tear/ rupture not specified as traumatic Left M75.122  
Impingement syndrome shoulder / left M75.42  
Weakness Muscle M62.81

**Preferred Practice Pattern:** Musculoskeletal D: Impaired joint mobility, motor function, muscle performance, ROM associated w/ connective tissue dysfunction

**Physical Therapy Diagnosis:** Complete Rotator Cuff Tear/ rupture not specified as traumatic Left M75.122  
Impingement Syndrome Shoulder / Left M75.42

**T O :** Dr. Brett Casey

**Essence of this communication:**

Dear Dr. Casey: This is just a brief communication in regards to Mr. MacAuthor Griffin. Mr. Griffin on 4/8/19 arrived for his appointment and indicated to me that his cervical, right shoulder and left shoulder were causing him moderate pain and discomfort. I asked Mr. Griffin if he wanted me to use ice and modalities to help ease his discomfort but he said he would rather wait until he sees you to be evaluated.

Mr. Griffin further ellaborated that his medication that he has is not easing his discomfort. I asked Mr. Griffin to keep me informed.

Date: 4/10/19  
Mr. Donald Henry FitzGerald PT  
State Lic #: PT00399

Software Reg #: 6260800311

EXHIBIT 8