

**Resolve*ROI***
RELEASE OF INFORMATION

BATON ROUGE ORTHOPAEDIC CLINIC
8080 BLUEBONNET BLVD., SUITE 1000
BATON ROUGE, LA 70810

**EXHIBIT**

9

## CERTIFICATION of MEDICAL, BILLING and/or RADIOLOGY RECORDS

**Requesting Party:** _____

**Patient Name:** _____ **DOB:** _____

**Records Certified:** _____ **Medical** _____ **Billing** _____ **Radiology**

**Total # Pages:** _____

I certify that I am a person over the age of eighteen (18) years, of sound mind, with personal knowledge of the facts herein stated. As a representative of BATON ROUGE ORTHOPAEDIC CLINIC, I certify that I am the custodian of Medical, Billing and/or Radiology records, and that patient records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; that records of the above referenced patient were kept in the course of the regularly conducted activities of this office; and that the record was made by the regularly conducted activity as a regular practice. I certify that the attached records are a reproduction of the true original created during the normal course of business. These records have been provided to ResolveROI for reproduction per your request. In the event that the certified pages are zero (0), then I certify that the records requested are not included in any record or data compilation, which are records regularly made and preserved in accordance with the regularly conducted activities of this office.

_____
Records Custodian, BATON ROUGE ORTHOPAEDIC CLINIC

As a representative of ResolveROI, I certify that I received the Medical, Billing and/or Radiology records of the above referenced patient from BATON ROUGE ORTHOPAEDIC CLINIC for processing its contents as requested. The above referenced pages are true and exact copies of these records.

_____              _____
ResolveROI                                              Date

**JOINT TRIAL
EXHIBIT**

**22**

**Remit payment to:**
**Baton Rouge Orthopaedic Clinic**
**8080 Bluebonnet Blvd Suite 1000**
**Baton Rouge, LA 70810-7827**
**(225) 924-2424**

*Patient Receipt*

Thursday, February 18, 2021

| Amount Due | Amount Paid |
|---|---|
| **$4,564.00** | **$4,346.00** |

Daniel Shepard
Morrow & Shepard
3701 Kirby Drive Suite 1000
Houston, TX 77098

Employer ID 721460193
Provider ID

| Date | Description | Check # | Fee | Units | | Patient |
|---|---|---|---|---|---|---|
| | **McArthur Griffin(396018)/Craig C Greene MD/2355275** | | | | | |
| | Pain in left shoulder (M25.512) | | | | | |
| | Radiculopathy, site unspecified (M54.10) | | | | | |
| | Cervicalgia (M54.2) | | | | | |
| 08/20/2019 | Office consultation (99245 25) | | $500.00 | 1.0 | $0.00 | $500.00 |
| 08/20/2019 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | | $220.00 | 1.0 | $0.00 | $220.00 |
| 08/20/2019 | Radiologic examination, shoulder; complete, minimum of two views (73030 RT) | | $100.00 | 1.0 | $0.00 | $100.00 |
| 08/20/2019 | Radiologic examination, spine, cervical; two or three views (72040) | | $100.00 | 1.0 | $0.00 | $100.00 |
| 08/20/2019 | Injection, Celestone 6 mg/ml ( betamethasone acetate / betamethasone sodium phosphate (J0702) | | $24.00 | 2.0 | $0.00 | $48.00 |
| 08/20/2019 | Injection, TORADOL 15 MG( ketorolac tromethamine, per 15 mg) 00409-3793-01 (J1885) | | $15.00 | 2.0 | $0.00 | $30.00 |
| 08/05/2019 | Payment from Shepard, Daniel | | | | $0.00 | ($800.00) |
| 08/21/2019 | Payment from Griffin, McArthur | | | | $0.00 | $0.00 |
| 10/10/2019 | Payment from Shepard, Daniel | | | | $0.00 | ($198.00) |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **McArthur Griffin(396018)/Craig C Greene MD/2425285** | | | | | |
| | Pain in left shoulder (M25.512) | | | | | |
| | Radiculopathy, site unspecified (M54.10) | | | | | |
| | Other symptoms and signs involving the musculoskeletal system (R29.898) | | | | | |
| | Cervicalgia (M54.2) | | | | | |
| 01/07/2020 | Office Visit - Est (99214) | | $180.00 | 1.0 | $0.00 | $180.00 |
| 02/13/2020 | Payment from Morrow & Sheppard LLP | 3628 | | | $0.00 | ($180.00) |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **McArthur Griffin(396018)/Craig C Greene MD/SC019290** | | | | | |
| | Pain in left shoulder (M25.512) | | | | | |
| 01/31/2020 | MRI, any joint of upper extremity; without contrast material(s) (73221 LT) | | $900.00 | 1.0 | $0.00 | $900.00 |
| 01/30/2020 | Payment from Shepard, Daniel | 3617 | | | $0.00 | ($900.00) |
| 02/03/2020 | Payment from Griffin, McArthur | | | | $0.00 | $0.00 |
| | **Balance:** | | | | **$0.00** | **$0.00** |
| | **McArthur Griffin(396018)/Craig C Greene MD/SC019291** | | | | | |
| | Cervicalgia (M54.2) | | | | | |
| 01/31/2020 | MRI, spinal canal and contents, cervical; without contrast material (72141) | | $900.00 | 1.0 | $0.00 | $900.00 |
| 01/30/2020 | Payment from Shepard, Daniel | 3617 | | | $0.00 | ($900.00) |
| 02/03/2020 | Payment from Griffin, McArthur | | | | $0.00 | $0.00 |
| | **Balance:** | | | | **$0.00** | **$0.00** |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $1,350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $568.00 | **$218.00** | **$0.00** | **$218.00** |

Baton Rouge Orthopaedic Clinic * 8080 Bluebonnet Suite 1000 * Baton Rouge, LA 70810-7827 * (225) 924-2424

Griffin000061

**McArthur Griffin(396018)/Craig C Greene MD/2468819**
Other shoulder lesions, left shoulder (M75.82)
Pain in left shoulder (M25.512)
Spinal stenosis, cervical region (M48.02)

| | | | | | |
|---|---|---|---|---|---|
| 05/04/2020 | Office Visit - Est (99215 25) | $270.00 | 1.0 | $0.00 | $270.00 |
| 05/04/2020 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | $220.00 | 1.0 | $0.00 | $220.00 |
| 05/04/2020 | Injection Celestone 6 mg ml   betamethasone acetate  betamethasone sodium phosphate (J0702) | $24.00 | 2.0 | $0.00 | $48.00 |
| 05/04/2020 | Injection, TORADOL  15 MG  ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | $15.00 | 2.0 | $0.00 | $30.00 |
| 07/08/2020 | Payment from Shepard, Daniel | 3845 | | $0.00 | ($568.00) |
| | **Balance:** | | | **$0.00** | **$0.00** |

**McArthur Griffin(396018)/Craig C Greene MD/2538097**
Pain in left shoulder (M25.512)
Other shoulder lesions, left shoulder (M75.82)

| | | | | | |
|---|---|---|---|---|---|
| 10/13/2020 | Office Visit - Est (99215 25) | $270.00 | 1.0 | $0.00 | $270.00 |
| 10/13/2020 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | $220.00 | 1.0 | $0.00 | $220.00 |
| 10/13/2020 | Injection Celestone 6 mg ml  betamethasone acetate  betamethasone sodium phosphate (J0702) | $24.00 | 2.0 | $0.00 | $48.00 |
| 10/13/2020 | Injection, TORADOL  15 MG  ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | $15.00 | 2.0 | $0.00 | $30.00 |
| | **Balance:** | | | **$0.00** | **$568.00** |

**McArthur Griffin(396018)/David G Ferachi MD/2568901**
Other cervical disc displacement, unspecified cervical region (M50.20)
Radiculopathy, cervical region (M54.12)

| | | | | | |
|---|---|---|---|---|---|
| 12/29/2020 | Office  Visit-New (99204) | $300.00 | 1.0 | $0.00 | $300.00 |
| 12/29/2020 | Radiologic examination, spine, cervical; minimum of four views (72050) | $150.00 | 1.0 | $0.00 | $150.00 |
| 12/18/2020 | Payment from Shepard, Daniel | | | $0.00 | ($800.00) |
| 12/30/2020 | Payment from Griffin, McArthur | | | $0.00 | $0.00 |
| | **Balance:** | | | **$0.00** | **($350.00)** |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Ins. Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $1,350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $568.00 | **$218.00** | **$0.00** | **$218.00** |

Baton Rouge Orthopaedic Clinic * 8080 Bluebonnet Suite 1000 * Baton Rouge, LA  70810-7827 * (225) 924-2424

**Name:** **Griffin, McArthur**

**Chart:** **396018**

**Date:** **10/13/2020**   Dr. **Craig C. Greene, M.D.**

```
* 396018-1 *
```

## Social History

| Are you: | ☑ Single | ○ Married | ○ Divorced | ○ Widowed | ○ Other |
|---|---|---|---|---|---|
| Living Arrangements: | ○ Home alone | ○ Home with Spouse | ○ Assisted Living | ○ Nursing Home | ○ Other |

Smoking Status:  ○ Current every day smoker - if yes, ___ Pack(s)/day 1 1/2 Pack(s)/week ___ Number of years smoked
○ Current some day smoker   ○ Smoker, current status unknown   ○ Never smoked
○ Former smoked   ○ Unknown if ever smoked

Do you drink alcohol regularly?  ○ Yes  ○ No   If yes, please list the amount and type ingested per day: ___

## Family Medical History (Do you have a family history of any of the following illnesses?)

| Illness | Yes | No | Illness | Yes | No |
|---|---|---|---|---|---|
| Cancer | ✓ | | Rheumatoid Arthritis | | |
| Heart Attack/Disease | | | Degenerative Arthritis | | |
| High Blood Pressure | ✓ | | Thyroid Disease | | |
| Diabetes | | | Immune Disorders | | |

## Review of Systems

| Constitutional Symptoms | Yes | No | Gastrointestinal | Yes | No | Neurological | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Recent weight change | ✓ | | Loss of Appetite | | | Frequent headaches | | ✓ |
| Fever | | ✓ | Nausea or vomiting | | | Light headed or dizzy | | ✓ |
| Unexplained sweating | | ✓ | Frequent diarrhea | | | Seizures | | |
| **Eyes** | | | Constipation | | | Numbness or tingling | ✓ | |
| Wear glasses or contacts | | ✓ | Rectal bleeding or blood in stool | | | Tremors | | |
| Blurred or double vision | | | Black tarry stools | | | Paralysis | | |
| Glaucoma | | | Regular abdominal pain or heartburn | | | **Psychiatric** | | |
| **ENT** | | | **Genitourinary** | | | Memory loss or confusion | | |
| Hearing loss | | | Frequent urination | | | Anxiety | | |
| Regular nose or gum bleeding | | | Burning or painful urination | | | Depression | ✓ | |
| Sore throat | | | Blood in urine | | | Insomnia | | — |
| Swollen glands in neck | | | Incontinence or dribbling | | | **Endocrine** | | |
| **Cardiovascular** | | | Female:        # of pregnancies | | | Glandular or Hormone Problem | | |
| Irregular heart beats | | | Female:        # of miscarriages | | | Excessive thirst or urination | | |
| Shortness of breath w/walking or lying flat | | | **Musculoskeletal** | | | Heat or cold intolerance | | |
| Swelling in feet, ankles, and hands | ✓ | | Joint pain | ✓ | | Changes in hair or nails | | |
| Fainting spells | | | Joint stiffness and swelling | ✓ | | **Hematology** | | |
| Elevated cholesterol | | | Morning stiffness | ✓ | | Bruising tendency | | |
| **Respiratory** | | | Difficulty walking | | | Anemia | | |
| Chronic or frequent coughing | | | Muscle cramping | | | Need for past transfusion | | |
| Spitting up blood | | | **Integumentary** | | | **Patient: Please provide ht. & wt.** | | |
| Regular shortness of breath | | | Rash or itching | | | Height ___ | | |
| Emphysema | | | Changes in skin color | | | Weight ___ | | |
| Regular wheezing | | | Varicose veins | | | | | |

## Allergies

Do you have a history of latex allergy?  Yes ○  No ☑    Do you have a history of adhesive tape allergy?  Yes ○  No ☑

| Drug | Reaction | Drug | Reaction |
|---|---|---|---|
| 1. | | 3. | |
| 2. | | 4. | |

## Past Surgical History

| Year | Name of Operation | Type of Anesthetic (general, regional, local) | Complications |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Griffin000063

**Name:** Griffin, McArthur
**Chart:** 396018
**Date:** 10/13/2020   Dr. Craig C. Greene, M.D.



| Illness/Injury | Yes | No | Illness/Injury | Yes | No |
|---|---|---|---|---|---|
| High Blood Pressure | ✓ | | Kidney disease | | |
| Diabetes | | | Liver disease | | |
| Heart attack/disease | | | Females ONLY: Are you or could you be pregnant? | | |
| Chest pain or angina | | | AIDS or HIV Infection | | |
| Stroke | | | Thyroid problems | | |
| Cancer | | | Shortness of breath | | |
| Hepatitis | | | Blood clots | | |
| Stomach Ulcers | | | Bleeding tendency | | |
| Arthritis | | | Pacemaker | | |
| Gout | | | Accidents / Broken bones (please list) | | |
| Osteoporosis | | | | | |

**Medications**

| | Drug | Dosage | | Drug | Dosage |
|---|---|---|---|---|---|
| 1. | | | 6. | | |
| 2. | N/A | | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

Do you take diet pills or nutritional supplements?    Yes ○    No ○
If yes, please list the type and when last taken:

| Name | Date Last Taken |
|---|---|
| 1. | |
| 2. | |

**Immunization History**    When was your last tetanus shot?

**Medication History Patient Consent**

I agree that Baton Rouge Orthopaedic Clinic may request and use my prescription medication history from other healthcare providers or third-party pharmacy payors for treatment purposes.    **Yes** ○  **No** ○

**Pharmacy**

I wish to use _____ Pharmacy, located at _____
                    NAME OF PHARMACY                                    STREET

_____ telephone number ( ____ ) _____ , for
CITY          STATE     ZIP CODE              AREA CODE   TELEPHONE NUMBER

filling prescriptions for all my medications prescribed by Baton Rouge Orthopaedic Clinic providers.

I certify that to the best of my knowledge the preceding information is true and accurate.

_McArthur Griffin_____          10 / 13 / 2020
Patient Signature (or parent if patient is a minor)                Date

Griffin000064

Name: Griffin, McArthur 00092-BAJ-EWD    Document 228-10    06/02/23    Page 6 of 62
Chart: 396018
Date: 8/20/2019    Dr. **Craig C. Greene, M.D.**

*396018-1*

## Social History

| Are you: | ⊘ Single | ○ Married | ○ Divorced | ○ Widowed | ○ Other |
|---|---|---|---|---|---|
| Living Arrangements: | ○ Home alone | ○ Home with Spouse | ○ Assisted Living | ○ Nursing Home | ⊘ Other |

Smoking Status: ⊘ Current every day smoker - if yes, 1/2 Pack(s)/day _____ Pack(s)/week _____ Number of years smoked
○ Current some day smoker    ○ Smoker; current status unknown    ○ Never smoked
○ Former smoked    ○ Unknown if ever smoked
Do you drink alcohol regularly? ⊘ Yes  ○ No    if yes, please list the amount and type ingested per day: *Not every day*

## Family Medical History (Do you have a family history of any of the following illnesses?)

| Illness | Yes | No | Illness | Yes | No |
|---|---|---|---|---|---|
| Cancer | ✓ | | Rheumatoid Arthritis | | |
| Heart Attack/Disease | | | Degenerative Arthritis | | |
| High Blood Pressure | ✓ | | Thyroid Disease | | |
| Diabetes | | | Immune Disorders | | |

## Review of Systems

| Constitutional Symptoms | Yes | No | Gastrointestinal | Yes | No | Neurological | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Recent weight change | ✓ | | Loss of Appetite | | | Frequent headaches | | |
| Fever | ✓ | | Nausea or vomiting | | | Light headed or dizzy | | |
| Unexplained sweating | ✓ | | Frequent diarrhea | | | Seizures | | |
| Eyes | | | Constipation | | | Numbness or tingling | | |
| Wear glasses or contacts | ✓ | | Rectal bleeding or blood in stool | | | Tremors | | |
| Blurred or double vision | ✓ | | Black tarry stools | | | Paralysis | | |
| Glaucoma | | | Regular abdominal pain or heartburn | | | Psychiatric | | |
| ENT | | | Genitourinary | | | Memory loss or confusion | | |
| Hearing loss | | | Frequent urination | | | Anxiety | | |
| Regular nose or gum bleeding | | | Burning or painful urination | | | Depression | | |
| Sore throat | | | Blood in urine | | | Insomnia | | |
| Swollen glands in neck | | | Incontinence or dribbling | | | Endocrine | | |
| Cardiovascular | | | Female:    # of pregnancies | | | Glandular or Hormone Problem | | |
| Irregular heart beats | | | Female:    # of miscarriages | | | Excessive thirst or urination | | |
| Shortness of breath w/walking or lying flat | | | Musculoskeletal | | | Heat or cold intolerance | | |
| Swelling in feet, ankles, and hands | | | Joint pain | ✓ | | Changes in hair or nails | | |
| Fainting spells | | | Joint stiffness and swelling | ✓ | | Hematology | | |
| Elevated cholesterol | | | Morning stiffness | ✓ | | Bruising tendency | | |
| Respiratory | | | Difficulty walking | | | Anemia | | |
| Chronic or frequent coughing | | | Muscle cramping | ✓ | | Need for past transfusion | | |
| Spitting up blood | | | Integumentary | | | Patient: Please provide ht. & wt. | | |
| Regular shortness of breath | | | Rash or itching | | | Height  5' 6" | | |
| Emphysema | | | Changes in skin color | | | Weight  270 | | |
| Regular wheezing | | | Varicose veins | | | | | |

## Allergies

Do you have a history of latex allergy?  Yes ○  No ⊘    Do you have a history of adhesive tape allergy?  Yes ○  No ⊘

| Drug | Reaction | | Drug | Reaction |
|---|---|---|---|---|
| 1. | | 3. | | |
| 2. | | 4. | | |

## Past Surgical History

| Year | Name of Operation | Type of Anesthetic (general, regional, local) | Complications |
|---|---|---|---|
| 2019 | Dr. Casey | Left Rotator Cuff | |
| | | | |
| | | | |
| | | | |



| Illness/Injury | Yes | No | Illness/Injury | Yes | No |
|---|---|---|---|---|---|
| High Blood Pressure | ✓ | | Kidney disease | | |
| Diabetes | | | Liver disease | | |
| Heart attack/disease | | | Females ONLY: Are you or could you be pregnant? | | |
| Chest pain or angina | | | AIDS or HIV infection | | |
| Stroke | | | Thyroid problems | | |
| Cancer | | | Shortness of breath | | |
| Hepatitis | | | Blood clots | | |
| Stomach Ulcers | | | Bleeding tendency | | |
| Arthritis | | | Pacemaker | | |
| Gout | | | Accidents / Broken bones (please list) | ✓ | |
| Osteoporosis | | | *Left Rotator Cuff* | | |

**Medications**

| | Drug | Dosage | | Drug | Dosage |
|---|---|---|---|---|---|
| 1. | | | 6. | | |
| 2. | | | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

Do you take diet pills or nutritional supplements?   Yes ○   No ○
If yes, please list the type and when last taken:

| Name | Date Last Taken |
|---|---|
| 1. | |
| 2. | |

**Immunization History**   When was your last tetanus shot?

**Medication History Patient Consent**

I agree that Baton Rouge Orthopaedic Clinic may request and use my prescription medication history from other healthcare providers or third-party pharmacy payors for treatment purposes.   **Yes** ⊘   **No** ○

**Pharmacy**

I wish to use *Evan's* _____ Pharmacy, located at _____
        NAME OF PHARMACY                                                STREET

_____ telephone number ( ___ ) _____ , for
CITY        STATE    ZIP CODE                    AREA CODE    TELEPHONE NUMBER

filling prescriptions for all my medications prescribed by Baton Rouge Orthopaedic Clinic providers.

I certify that to the best of my knowledge the preceding information is true and accurate.

_____       *Aug. 20, 2019*
Patient Signature (or parent if patient is a minor)        Date

Griffin000066

# ⊗BROC
## BATON ROUGE ORTHOPAEDIC CLINIC

**BATON ROUGE**
8080 Bluebonnet Blvd.
Ste. 1000
Baton Rouge, LA 70810
P: (225) 924-2424

**BATON ROUGE GENERAL**
8585 Picardy Ave.
Ste. 518
Baton Rouge, LA 70809
P: (225) 478-8722
F: (225) 478-8988

**LIVINGSTON**
5000 O'Donovan Blvd.
Ste. 515
Walker, LA 70785
P: (225) 380-1312
F: (225) 380-1314

**ASCENSION**
1023 W. Highway 30
Gonzales, LA 70737
P: (225) 743-2366
F: (225) 743-2369

**ZACHARY**
6550 Main Street
Ste. 2300
Zachary, LA 70791
P: (225) 658-1801
F: (225) 658-5922

**BRORTHO AFTER HOURS**
8080 Bluebonnet Blvd.
Ste. 1000
Baton Rouge, LA 70810
P: (225) 924-2424
F: (225) 408-7980

**December 29, 2020**

Craig C. Greene, M.D.
Baton Rouge Orthopaedic Clinic
8080 Bluebonnet Blvd., Ste. 1000
Baton Rouge, LA 70810

**Re:     McArthur J. Griffin**
         **DOB:**
         **Chart No. 396018**

Dear Dr. Greene:

Thank you very much for your kind referral of Mr. McArthur Griffin in spinal consultation. As you are aware, Mr. Griffin presents to me today with a chief complaint of neck pain and left shoulder and arm pain. My evaluation and findings are as follows.

**HISTORY OF PRESENT ILLNESS:** Patient is a 48-year-old male sent to me today by Craig Greene for evaluation. He is complaining of neck pain that he rates as a 2/10, with left shoulder and arm pain that is 3/10. His worse pain has been over the past 2 days, but he got hurt at work in 2018. The pain is worse with moving around too much, better with meds, ice pack, and a pain machine. He is an engineer and a deck hand. He has had MRIs, radiographs, and injections. He has had shoulder surgery.

According to the history obtained from the patient today, he is complaining of neck pain that radiates into the left shoulder and left periscapular region, as well as the left triceps, with intermittent numbness and tingling in the hands, left worse than right. This all started after he was injured on the job when he was smashed between some sort of basket and a box on a boat. Since that time he has had surgery on his left shoulder by Dr. Brett Casey. He has

**Craig C. Greene, M.D.**
**Re:  McArthur J. Griffin (#396018)**
**December 29, 2020**
**Page 2**


been treating with Dr. Greene.  He has been complaining of neck pain radiating into the left arm.  He had an EMG and nerve conduction study on 03/11/2020 showing normal findings.  He has also had a cervical spine MRI.  He was sent to me for evaluation.

**PAST MEDICAL HISTORY:**  Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me personally and signed.

**PHYSICAL EXAMINATION:**
| | |
|---|---|
| **General:** | Well-developed, well-nourished. |
| **Neuro:** | Alert and oriented x3.  Normal gait. |
| **Psych:** | Normal speech and affect. |
| **CV:** | Palpable radial pulses. |
| **Resp:** | Smooth and unlabored. |
| **Skin:** | No lesions. |
| **Hem/Imm/Lymph:** | No adenopathy. |

**Musculoskeletal:**
**Cervical Spine:**  Positive Spurling to the left.

**Neurological (Bilateral Upper Extremities):**  Upper extremity neurologic exam is abnormal, with slight weakness of the left triceps at 4+/5 compared to the right at 5/5.

**WADDELLS:**  Appropriate.

**RADIOGRAPHIC EVALUATION**:  X-rays were ordered, performed, and interpreted today in my office.  I have reviewed AP and lateral cervical spine radiographs, showing mild multilevel cervical degenerative change with spondylosis, but no fracture or instability.

MRI of the cervical spine done at Baton Rouge Orthopaedic Clinic on 01/31/2020 shows a central disk extrusion with caudal migration at C6-7.  He does have

Griffin000068

Craig C. Greene, M.D.
Re:  McArthur J. Griffin (#396018)
December 29, 2020
Page 3


moderate left-sided neural foraminal stenosis compared to the right, with mild
neural foraminal stenosis.  No T2 signal in the cord.  He does have cord contact at
this level and mild foraminal stenosis at C4-5 bilaterally, as well as moderate left
foraminal narrowing at C6-7.  I have personally reviewed these images.

**ASSESSMENT:**  Cervical disk herniation, cervical radiculopathy, left shoulder
pain.

**PLAN:**  I have discussed options with this patient.  He does have a cervical disk
herniation with radiculopathy.  I think some of the component of his pain is
coming from his left shoulder pathology status post surgery; however, I do feel he
has a radicular component to his pain.  I have discussed that he is a candidate for
more physical therapy, cervical epidural steroid injections, or surgical intervention.
Surgery would be a C6-7 anterior cervical diskectomy and fusion.  The risks,
benefits, and alternatives were explained.  He has been having this pain since 2018.
I discussed that he would likely continue to have left shoulder pain postoperatively,
but hopefully his radicular complaints from the neck radiating down into the left
shoulder past the arm and in the triceps would improve.  The risks, benefits, and
alternatives were explained.  He is going to consider his options and let us know.

Again, thank you for your referral and I appreciate the opportunity to assist in the
care of your patient.  If I may be of further assistance, please do not hesitate to
contact me.

**Sincerely,**



**David G. Ferachi, M.D.**
**DGF/ccg**


Griffin000069

PATIENT NAME:  MCARTHUR GRIFFIN           CHART NO: 396018

10/13/2020

ESTABLISHED PATIENT RECHECK

**CHIEF COMPLAINT:**
  1. Left shoulder pain.
  2. Left rotator cuff tendinitis.

**HISTORY:** The patient is a 48 -year-old gentleman who comes in for evaluation of his left upper extremity. He most recently has seen us in the past for the above mentioned diagnosis. His shoulder is much better.  He states that he had to drive himself here today and his shoulder got irritated. He wanted to get it checked out.
  - Location: Left shoulder.
  - Quality:  Sharp pain and burning.
  - Severity: 10/10 at its worst and 2/10 now.
  - Duration:  Several months.
  - Alleviating factors: Rest.
  - Aggravating factors: Driving at night and arm.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.  See blue sheet.

**PHYSICAL EXAM:**
**General:**          Well-developed, well-nourished.
                      H: 5', 7" W: 270 lbs.   BMI: 45.
**Neuro:**            Alert and orientedx3.  Normal gait.
**Psych:**            Normal speech and affect.
**CV:**               Palpable distal radial pulses.
**Resp:**             Smooth and unlabored.
**Skin:**             No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:**    No evidence of lymphangitis or
                      adenopathy.
**Musculoskeletal:**
**Left shoulder:** Reveals full range of motion. There is good overall strength with regard to supraspinatus, infraspinatus and subscapularis. There is tenderness to palpation over the bicipital groove, AC and posterior aspect of the shoulder.  She has mild weakness in the infraspinatus.  He has a negative empty can, positive Speed's test, positive Hawkin and positive Neer and positive cross body adduction.

Griffin000070

**PATIENT NAME:  MCARTHUR GRIFFIN**          **CHART NO: 396018**

**10/13/2020**                              **PAGE 2**

He is neurovascularly intact. Compartments are soft and
capillary refill is less than two seconds with 2+ distal radial
pulse.

**X-RAYS:**  X-rays were ordered, performed and interpreted today in
my office. There is mild weakness in the infraspinatus
distribution.   He has a negative empty can, positive Speed's
test, positive Hawkin, positive Neer and positive cross body
adduction.   He is neurovascularly intact. Compartments are soft
and capillary refill is less than two seconds with 2+ distal
radial pulse.

**IMPRESSION:**
   1.  **Left shoulder pain.**
   2.  **Left rotator cuff tendinitis.**

**PLAN:**  At this time we feel that the patient would best benefit
from continue with current management. We do recommend a
corticosteroid injection in the left shoulder.  We also
recommend prescription drug management with Nalfon, home
exercise program and continue with physical therapy. We will get
him to see Dr. Ferachi as he has had some issues in the past and
there was a mix up.  He did not get the referral to Dr. Ferachi.
We do recommend that this is the next best step for him. We will
have him come back and see us in two to three months for recheck
evaluation. We discussed this with the patient and he
understands, agrees and appreciates our input.

**INJECTION REPORT:** The left shoulder was sterilely prepped. The
patient was given an injection of 12 mg Celestone, 30 mg of
Ketoralac, 2cc's each of lidocaine and Marcaine. After the
injection a sterile Band-Aid was applied.  The patient tolerated
the procedure well and was sent home in stable condition.  The
patient was instructed to apply an ice pack for approximately 10
minutes once arriving at home and not to do anything strenuous
for the next 48 hours.

PATIENT NAME:  MCARTHUR GRIFFIN          CHART NO: 396018

10/13/2020                               PAGE 3

Dr. Greene was present for evaluation and treatment of this patient.

**Joshua M. Hall, PA-C**

I have examined the patient and agree.

**Craig Castleman Greene, M.D., MBA/dmb**


Cc: Morrow & Sheppard, LLP
    3701 Kirby Dr. Unit 1000
    Houston, TX 77098

Griffin000072

**PATIENT NAME:  MCARTHUR GRIFFIN**          **CHART NO: 396018**

05/04/2020

**ESTABLISHED PATIENT RECHECK**

**CHIEF COMPLAINT:**
  **1.** Left shoulder pain.
  **2.** Left upper extremity radiculopathy.
  **3.** Cervicalgia.

**HISTORY:** McArthur is a 47 -year-old who comes in today for
evaluation of the above mentioned diagnosis. He had a steroid
injection in the left shoulder approximately eight and a half
months ago.  He is a right hand dominant male. He is a right
hand dominant male.  He works as an engineer. He comes in today
for further evaluation.
  • Location: Left upper extremity and neck.
  • Quality: Dull ache sharp pain, throbbing and popping.
  • Severity:  8/10 at its worst.
  • Duration: Several months.
  • Alleviating factors: Ice.
  • Aggravating factors: Lifting his arm and driving at
    night.

**PAST MEDICAL HISTORY:** Past medical history, past surgical
history, medications, allergies, family history, social history,
and review of systems have been reviewed by me, dated, and
initialed.  Blue sheet unchanged from 01/07/2020. **NO KNOWN DRUG
ALLERGIES.**

**PHYSICAL EXAM:**
**General:**          Well-developed, well-nourished.
                      H: 5', 5" W: 270 lbs.  BMI:
 45.**Neuro:**            Alert and orientedx3.  Normal gait.
**Psych:**            Normal speech and affect.
**CV:**               Palpable distal radial pulses.
**Resp:**             Smooth and unlabored.
**Skin:**             No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:**    No evidence of lymphangitis or
                      adenopathy.
**Musculoskeletal:**
**Left shoulder and neck:** Reveals he has pain with range of motion
and turning his head to the left.  He has diffuse midline
tenderness. He has paraspinal tenderness on the left.

Griffin000073

PATIENT NAME:  MCARTHUR GRIFFIN          CHART NO: 396018

05/04/2020                              PAGE 2

He has a positive Spurling. He has full range of motion of the
left shoulder. He has pain with abduction greater than 95
degrees.  He has decreased overall strength with 4/5 strength in
the supraspinatus and infraspinatus distribution.  There is
tenderness to palpation over the AC joint and bicipital groove.
He has a positive empty can, positive Speed's test, positive
O'Brien's, positive Hawkin, positive full can, positive cross
body adduction.  He is neurovascularly intact. Compartments are
soft and capillary refill is less than two seconds with 2+
distal radial pulse.

DATA REVIEW:
**X-RAYS:**  None taken today.

MRI: We did go over MRI results of the C-spine without contrast
dated 01/31/2020 as well as MRI results of the left shoulder
without contrast dated 01/31/2020. We went over these results
with the patient and agree with the radiologist interpretation.

EMG: We also went over EMG results of the left upper extremity
dated 03/11/2020 from Dr. Brian Murphy's office which shows a
normal study with no evidence of left sided cervical
radiculopathy, brachial plexopathy or any peripheral nerve
pathology involving the left upper extremity.

**IMPRESSION:**
  1. Left shoulder pain.
  2. Left rotator cuff tendinitis.
  3. C4-C5 foraminal stenosis which is mild.
  4. C6-C7 foraminal stenosis moderate.
  5. C6-C7 annular fissure with moderate stenosis.

**PLAN:**  At this time we feel that the patient would best benefit
from continue with current management. We do recommend a
corticosteroid injection in the left shoulder for which the
patient agrees with today in clinic. We also recommend
prescription drug management with Medrol Dosepak for six days
and home exercise program with physical therapy of the neck and
left shoulder for ASTYM versus dry needling technique.  We also
recommend prescription drug management with Norco 10/325 to help
with any pain he may be having and get him to see Dr. Ferachi
for possible surgical consideration and go over the results of
the MRI of the C-spine with him.

**PATIENT NAME:  MCARTHUR GRIFFIN**          **CHART NO: 396018**

**05/04/2020**                              **PAGE 3**

We will have him come back and see us for the shoulder in the
next two to three months for recheck evaluation. If symptoms get
worse he may benefit from surgical intervention in the future.
We discussed this with the patient and he understands, agrees
and appreciates our input.

**INJECTION REPORT:** The left shoulder was sterilely prepped. The
patient was given an injection of 12 mg Celestone, 30 mg of
Ketoralac, 2cc's each of lidocaine and Marcaine. After the
injection a sterile Band-Aid was applied.  The patient tolerated
the procedure well and was sent home in stable condition.  The
patient was instructed to apply an ice pack for approximately 10
minutes once arriving at home and not to do anything strenuous
for the next 48 hours.

Dr. Greene was present for evaluation and treatment of this
patient.

**Joshua M. Hall, PA-C**

I have examined the patient and agree.

**Craig Castleman Greene, M.D., MBA/dmb**

**cc:** Morrow & Sheppard Law Firm
    3701 Kirby Dr. Ste 1000
    Houston, Texas 77098

**PATIENT NAME:**    MCARTHUR GRIFFIN        **CHART NO: 396018**

**DATE:**      01/07/2020

**HISTORY OF PRESENT ILLNESS:** Mr. Griffin is a 47 -year-old male who is being seen today in clinic for a recheck of his left shoulder and neck. He was previously diagnosed with left shoulder pain, upper extremity radiculopathy and cervicalgia. He received a Celestone injection of the left shoulder four and a half months ago.  The patient states that he was doing better until about one week and a half ago when he fell in the tub.  He states that the arm gave out causing him to fall and he hit his face. He did not hit his arm.

- Location:  Left shoulder.
- Quality: Dull ache and sharp pain with popping and burning.
- Severity:  10/10.
- Duration: Two years and worse for one and a have weeks.
- Alleviating factor: Ice.
- Aggravating factor:  Movement.

**PAST MEDICAL HISTORY:**  Past medical history, past surgical history, medications, allergies, family history, social history and review of systems have been reviewed by me, dated, and initialed.  See blue sheet. Current medications are none. **NO KNOWN DRUG ALLERGIES.**  The patient is right hand dominant and works as an engineer.

**PHYSICAL EXAMINATION:**
**General:**        Well-developed, well-nourished.
                    H: 5', 5" W: 270 lbs. BMI: 45.
**Neuro:**          Alert and oriented x 3.
**Gait:**           Normal gait.
**Psych:**          Normal speech and affect.
**CV:**             Palpable distal radial pulses.
**Resp:**           Smooth and unlabored.
**Skin:**           No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:** No evidence of lymphangitis or adenopathy.
**Musculoskeletal:**
**Left shoulder:**  Reveals pain with overhead movement and external rotation but full range of motion.  He has 5/5 strength with abduction and internal and external rotation.  There is no specific tenderness to palpation. He has a positive Neer and positive Hawkin. He has a negative Speed's and negative O'Brien's and negative empty can and negative cross body.

PATIENT NAME:    MCARTHUR GRIFFIN        CHART NO: 396018

DATE:        01/07/2020                PAGE 2

He is neurovascularly intact to the left upper extremity with 2+ distal radial pulses. Capillary refill is less than two seconds and sensation intact to the distal nerve distribution.
**Neck:** Reveals full range of motion but pain with rotation. He does have paraspinal tenderness along the C-spine more so toward the left than the right. There is no midline tenderness to palpation. There is no stepoff and no deformity. He has a negative Spurling bilaterally.

**X-RAYS:** None taken today for review.

**IMPRESSION:**
1. Left shoulder pain.
2. Left upper extremity radiculopathy.
3. Cervicalgia.
4. Left upper extremity weakness.

**Established patient established problem.**

**PLAN:** At this time we feel that further evaluation is recommended due to the fact that he had an incident where his arm gave out causing him further injury. We do recommend an MRI of the cervical spine as well as the left shoulder, nerve conduction study of the left upper extremity. We would like to provide him with prescription drug management with lidocaine patches for pain relief and Mobic for inflammation. We will see him again once the workup is completed to discuss the results and any further treatment that may be necessary.  All of the patient's questions were answered. The patient expresses understanding and agrees with the treatment plan.

Dr. Greene was present for evaluation and treatment of this patient.

**Jade Gautreau, PA-C**

I have examined the patient and agree.

**Craig Castleman Greene, M.D./dmb**

Griffin000077

cc:   Daniel Sheppard
      3701 Kirby Drive Suite 1000
      Houston, Texas 77098

Griffin000078

PATIENT NAME:  MCARTHUR GRIFFIN          CHART NO:   396018

08/20/2019

**New patient new problem**

**CHIEF COMPLAINT:**  Left shoulder pain.

**HISTORY:**  McArthur is a 47 -year-old gentleman who comes in
today for evaluation of his left shoulder.  He states that he
had an initial injury approximately two years ago as he works as
an engineer on a boat and it was smashed between the main basket
and crush box on the boat. He had several injuries and saw Dr.
Brett Casey in Houma for this and had surgery in 06/2018 for
left shoulder arthroscopy for debridement of the labrum
syrovitis and capsule with biceps tenodesis, capsular release
subacromial decompression, distal clavicle excision and rotator
cuff repair in the lateral humeral head with microfracture
drilling. He comes in today as he is still having continued pain
in the left shoulder. He describes the pain as more of a burning
and stabbing sensation from his neck to his shoulder.  He wanted
to get it checked out.  He also has some swelling in the
supraclavicular region.

- Location: Left upper extremity.
- Quality:  Dull ache, sharp pain, popping and burning.
- Severity: 10/10 at its worst.
- Duration:  Worse over the last two years.
- Alleviating factors: Ice machine.
- Aggravating factors: Movement.

He states that he was initially under          and has
since been released from there and          stopped
physical therapy and he feels like he has gotten worse since.

**PAST MEDICAL HISTORY:** Past medical history, past surgical
history, medications, allergies, family history, social history,
and review of systems have been reviewed by me, dated, and
initialed.  See blue sheet. **NO KNOWN DRUG ALLERGIES.**

**PHYSICAL EXAM:**
| | |
|---|---|
| **General:** | Well-developed, well-nourished. |
| **Neuro:** | Alert and orientedx3.  Normal gait. |
| **Psych:** | Normal speech and affect. |
| **CV:** | Palpable distal radial pulses. |
| **Resp:** | Smooth and unlabored. |
| **Skin:** | No evidence of focal lesions or trauma. |

Griffin000079

PATIENT NAME:  MCARTHUR GRIFFIN              CHART NO:  396018

08/20/2019                                  PAGE 2

**Hem/Imm/Lymph:**        No evidence of lymphangitis or
                          adenopathy.
**Musculoskeletal:**
**Neck:** Reveals he has pain with range of motion especially to the
left. There is no midline tenderness.  There is no pain with
lateral flexion. He does have paraspinal tenderness diffusely on
the left trapezius as well as swelling in the left
supraclavicular region that is painful to palpation with a
positive Spurling. He is neurovascularly intact with regard to
with regard to AIN, PIN, ulnar, median and radial nerves as well
as full sensation distally.
**Left shoulder:**  Reveals he has limited range of motion of the
shoulder.  He has pain with abduction greater than 95 degrees.
He has mild decreased overall strength with regard to
supraspinatus, infraspinatus distribution. He has tenderness to
palpation over the AC joint and bicipital groove.  .Incision is
well healed.  He has a positive empty can and positive Speed's
test, positive O'Brien's, positive Neer, positive Hawkin's and
positive cross body adduction.  He is neurovascularly intact.
Compartments are soft and capillary refill is less than two
seconds with 2+ distal radial pulse.

**X-RAYS:**  X-rays were ordered, performed and interpreted today in
my office.  C-spine and left shoulder x-rays were taken and
reviewed today in clinic.  Two views of the C-spine reveal mild
degenerative changes throughout otherwise no acute findings.

Three views of the left shoulder reveal no evidence of fracture,
subluxation, dislocation, foreign body or soft tissue mass. He
does have evidence of previous distal clavicle excision and
subacromial decompression.

**IMPRESSION:**
  1. Left shoulder pain.
  2. Left upper extremity radiculopathy.
  3. Cervicalgia.
  4. History of left shoulder scope for rotator cuff repair,
     subacromial decompression, distal clavicle excision and
     labral synovitis debridement and capsular debridement with
     biceps tenodesis with capsular release and lateral humeral
     microfracture drilling.

Griffin000080

PATIENT NAME:  MCARTHUR GRIFFIN          CHART NO:  396018

08/20/2019                              PAGE 3

**PLAN:**  At this time we feel that the patient would best benefit from MRI of the C-spine as well as MRI of the upper chest with and without contrast concentrating on the supraclavicular region as he does have a palpable lump on his supraclavicular region. We will also get an MRI of the C-spine without contrast to rule out herniated disc. We also recommend prescription drug management with Mobic to help with inflammation he may be having as well as a corticosteroid injection of the left shoulder. We discussed the risk and benefits of the procedure and the patient wishes to proceed with this plan. We also will get a BUN and creatinine today to make sure that he can tolerate the contrast and begin physical therapy of the left shoulder for ASTYM versus dry needling technique. We will have him come back and see us after the MRI results and discuss further options from there. We discussed this with the patient and he understands, agrees and appreciates our input.

**INJECTION REPORT:** The left shoulder was sterilely prepped. The patient was given an injection of 12 mg Celestone, 30 mg of Ketoralac, 2cc's each of lidocaine and Marcaine. After the injection a sterile Band-Aid was applied.  The patient tolerated the procedure well and was sent home in stable condition.  The patient was instructed to apply an ice pack for approximately 10 minutes once arriving at home and not to do anything strenuous for the next 48 hours.

Dr. Greene was present for evaluation and treatment of this patient.

**Joshua M. Hall, PA-C**

I have examined the patient and agree.

**Craig Castleman Greene, M.D., MBA/dmb**



Case 3:20-cv-00092-BAJ-EWD     Document 228-10     06/02/23    Page 23 of 62

## Department of Neurology
## The Baton Rouge Clinic
### 7373 Perkins Rd
### Baton Rouge, LA 70808

| | | | |
|---|---|---|---|
| Patient: | GRIFFIN, MCATHUR | Physician: | DR. BRIAN MURPHY |
| Age: | | Test Date: | 03/11/20 |
| Sex: | Male | | |
| I.D.#: | 2466286 | | |
| Ref. M.D.: | DR. CRAIG GREENE | | |
| | 6/6/72 | | |

**History–** proximal left arm pain.  Evaluate for radiculopathy.

### Motor Nerve Study

Left Median Nerve

| Rec Site: APB Stim Site | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| Wrist | 3.8 | 5.1 | 6.3 | 30.1 | | |
| Elbow | 7.6 | 5.7 | 6.0 | 26.7 | 200 | 53.3 |

### Motor Nerve Study

Left Ulnar Nerve

| Rec Site: ADM Stim Site | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| Wrist | 2.7 | 5.3 | 7.3 | 16.8 | | |
| B.Elbow | 6.4 | 4.6 | 7.0 | 20.0 | 200 | 53.3 |
| A.Elbow | 8.3 | 4.3 | 6.5 | 20.7 | 100 | 52.2 |

### Sensory Nerve Study

Left Median Nerve

| Rec Site: Wrist Stim Site | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|
| Thumb | 2.8 | 4.2 | 16.3 | 140 | 50.3 |

### Sensory Nerve Study

Left Ulnar Nerve

| Rec Site: Wrist Stim Site | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|
| 5th dig | 2.1 | 3.0 | 40.3 | 110 | 52.4 |

### Sensory Nerve Study

Left Radial Nerve

| Rec Site: Wrist Stim Site | Lat (ms) | Pk Lat (ms) | Amp (uV) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|
| Index | 1.5 | 2.0 | 44.0 | 80 | 55.2 |

Griffin000082

page 2

| Patient: | GRIFFIN, MCATHUR | Test Date: | 03/11/20 |
| I.D.#:2466286 | | | |

## EMG Study

| Name | Ins Act | Fibs | PSW | Fascics | Polyph | MU Amp | MU Dur | Config | Pattern | Recruit |
|---|---|---|---|---|---|---|---|---|---|---|
| L. Biceps Brachi. | Normal | | | | | | | | | |
| L. Pronator Ter. | Normal | | | | | | | | | |
| L. Triceps | Normal | | | | | | | | | |
| L. Brachioradialis | Normal | | | | | | | | | |
| L. Dors.Int.1 | Normal | | | | | | | | | |
| L. Infraspinatus | Normal | | | | | | | | | |
| L. Deltoid | Normal | | | | | | | | | |
| L. Cerv Paraspin | Normal | | | | | | | | | |

## Conclusion:

Normal study with no evidence of a left-sided cervical radiculopathy, brachial plexopathy, or any peripheral nerve pathology involving the left upper extremity.

Brian P. Murphy, M.D.

Thank Dr. Greene for referring this study!

Griffin000083

BATON ROUGE ORTHOPAEDIC CLINIC
8080 Bluebonnet Blvd., Ste.1000
Baton Rouge, LA 70810
Phone:(225)924-2424
Fax:(225)408-7940

| | | | |
|---|---|---|---|
| **Name:** | Mcarthur Griffin | **Exam Date:** | 01/31/2020 01:59 p.m. |
| **Patient ID:** 300562404 | | **Exam:** | MR SHOULDER LEFT WO CONTRAST |
| **DOB:** | | **Reason:** | |
| **Phone:** | | **Referrer:** | Craig Greene |
| **Accession#:** 4185399 | | **2nd Referrer:** | |
| **Second. ID:** 396018 | | **3rd Referrer:** | |

**EXAM:** MR SHOULDER LEFT WO CONTRAST

**CLINICAL HISTORY**: Pain in left shoulder.

**TECHNIQUE:** MR left shoulder performed multiplanar proton-density and T1-weighted sequences.

**COMPARISON STUDY**: None.

**FINDINGS:** Postoperative shoulder. Status post subacromial decompression, biceps tenodesis, and rotator cuff repair. There is anterior humeral head anchor. There is also a posterior greater tuberosity suture anchor related to the repaired infraspinatus.

There is moderate rotator cuff tendinosis involving the previously repaired anterior infraspinatus tendon with associated low-grade partial-thickness tearing/fraying. The rotator cuff is otherwise unremarkable.

Negative for labral tear. No glenohumeral joint effusion. Chondral surfaces are well preserved. Normal IGHL.

Type I acromion without tilting. There is no subacromial subdeltoid bursal fluid collection.

Bone marrow signal intensity is normal. The signal intensity of the muscle groups is also normal.

**IMPRESSION:**

1. Postoperative shoulder with previous rotator cuff repair, subacromial decompression, and biceps tenodesis.
2. Moderate rotator cuff tendinosis involving the previously repaired anterior infraspinatus tendon with associated low-grade partial-thickness tearing/fraying. Otherwise, unremarkable rotator cuff.

**Finalized on: 1/31/2020 2:46 PM By: Jason Brown MD**

**Report Electronically Signed by: Jason Brown MD**
**Report Signed On: January 31, 2020 02:46 p.m.**

Griffin000084

| | | | |
|---|---|---|---|
| Name: | Mcarthur Griffin | Exam: | MR SHOULDER LEFT WO CONTRAST |
| Patient ID: | 300562404 | Acc: | 4185399 |
| Completed Date: | January 31, 2020 | Interpreting Rad: | Jason Brown MD |
| Transcribed By: | | Dictated Date: | January 31, 2020 |
| Transcribed Date: | January 31, 2020 | Finalized Date: | January 31, 2020 |

BATON ROUGE ORTHOPAEDIC CLINIC
8080 Bluebonnet Blvd., Ste.1000
Baton Rouge, LA 70810
Phone:(225)924-2424
Fax:(225)408-7940

| | |
|---|---|
| **Name:** Mcarthur Griffin | **Exam Date:** 01/31/2020 03:56 p.m. |
| **Patient ID:** 300562404 | **Exam:** MR CERVICAL SPINE WO CONTRAST |
| **DOB:** | **Reason:** |
| **Phone:** | **Referrer:** Craig Greene |
| **Accession#:** 4185357 | **2nd Referrer:** |
| **Second. ID:** 396018 | **3rd Referrer:** |

**EXAM:** MR CERVICAL SPINE WO CONTRAST

**CLINICAL INDICATION:** Left shoulder pain.

**TECHNIQUE:** MR Cervical spine without contrast. Sagittal T1, T2, STIR. Axial 3D, T2. Coronal T1.

**COMPARISON:** There are no available comparison studies.

**FINDINGS:** Vertebral body height is normal and alignment is maintained. Marrow signal is within normal limits. The craniocervical junction is unremarkable. Normal cord signal. Intervertebral disc levels are as follows:

C2-C3: Normal disc space height. Minimal right-sided degenerative facet joint hypertrophy. Mild right foraminal stenosis and no significant spinal stenosis.

C3-C4: Normal disc space height with anterior osteophytes. Normal uncovertebral joints and facet joints. No significant stenosis. The thecal sac measures 12 mm.

C4-C5: Posterior disc bulge. Mild uncovertebral joint degeneration and hypertrophy bilaterally. Anterior osteophytes. The thecal sac measures 12 mm AP. Mild bilateral foraminal stenosis.

C5-C6: Posterior disc bulge. Mild uncovertebral joint degeneration and hypertrophy bilaterally. Normal facet joints. The thecal sac measures 12 mm AP. No significant foraminal stenosis.

C6-C7: Central disc extrusion with annular fissure and caudal augmentation. The extruded disc material measures roughly 19 mm craniocaudal x 8 mm transverse x 4 mm AP. It indents the cord substance with cord remodeling. Normal cord signal. Mild uncovertebral joint degeneration on the right and moderate on the left. Normal facet joints. The thecal sac measures 10 mm AP. Moderate left foraminal stenosis.

C7-T1: Extruded disc material extends slightly to this level. The C7-T1 disc is normal in height. Normal facet joints. No significant spinal or foraminal stenosis. The thecal sac measures 10 mm AP.

**IMPRESSION:**
1. Central disc extrusion with caudal migration at C6-C7 has an associated annular fissure. It causes mild/moderate spinal stenosis. Cord remodeling without abnormal cord signal.
2. Mild foraminal stenosis at C4-C5.
3. Moderate left foraminal stenosis at C6-C7.

Griffin000086

**Finalized on: 1/31/2020 4:01 PM By: Karl M Nettles MD**

**Report Electronically Signed by: Karl Nettles MD**
**Report Signed On: January 31, 2020 04:01 p.m.**

| | | | |
|---|---|---|---|
| Name: | Mcarthur Griffin | Exam: | MR CERVICAL SPINE WO CONTRAST |
| Patient ID: | 300562404 | Acc: | 4185357 |
| Completed Date: | January 31, 2020 | Interpreting Rad: | Karl Nettles MD |
| Transcribed By: | | Dictated Date: | January 31, 2020 |
| Transcribed Date: | January 31, 2020 | Finalized Date: | January 31, 2020 |

Griffin000087

about:blank

12:00 pm
1/31/20

## REFERRAL SHEET

| Patient Name: | Griffin, McArthur | 1/7/2020 |
| --- | --- | --- |
| DOB: | | Address: |
| Account #: | 336078 | LA |
| | | Phone: |

| Facility | ****ATTY**** |
| --- | --- |
| Procedure Type | |
| Doctor | Greene, Craig |
| Procedure Date | |
| Date of Injury/Illness | |

**Injections**

### CPT CODES

72141 - MRI spinal canal and contents, cervical without contrast material
73221 - MRI, any joint of upper extremity, without contrast material(s) - LEFT

EMG/NCS LEFT UPPER EXTREMITY

### ICD-10 CODES

R29.898 - Other symptoms and signs involving the musculoskeletal system

M54.2 - Cervicalgia

M25.512 - Pain in left shoulder

**Clinical Notes**
(1024 char max):

>> To create a new line, press Alt-Enter. Double-click to edit.

| Effective | ◉ | ○ Non- |
| --- | --- | --- |
| *amount met | | Clerk: |
| % | | Select the    Clerk |
| PreX/Predetermination | | ◉ Pending |
| | | ○ Not Authorized |
| | | ○ Authorized |

**AUTHORIZATION**

Authorization Code:

| Effective Date | |
| --- | --- |
| Expiration Date | |
| Visits/Days | |
| Spoke with: | |

**Additional Comments**
(1024 char max):

>> To create a new line, press Alt-Enter. Double-click to edit.

1-26-20
WDB

NO
VM
1-24-20

Griffin000088
1/14/2020, 4:46 PM

3617

**MORROW & SHEPPARD LLP**
**OPERATING ACCOUNT**
3701 KIRBY DRIVE, SUITE 1000
HOUSTON, TEXAS 77098
(713) 489-1206

≡ **CADENCE** CADENCE BANK, N.A.
BANK                1-800-636-7622

61-629/622

01/14/2020

$ **1,800.00**

PAY TO THE
ORDER OF     Baton Rouge Orthopaedic

DOLLARS

One thousand eight hundred and 00/100************************************************************************************************

Baton Rouge Orthopaedic

*Kathleen G. Morrow*
AUTHORIZED SIGNATURE

MEMO P+ #396018-Greene-MRI(2)
McArthur Griffin

MORROW & SHEPPARD LLP

01/14/2020     Baton Rouge Orthopaedic

3617

1,800.00

1,800.00

Cadence 1516 - Operating          McArthur Griffin

Griffin000089

**BATON ROUGE**
**ORTHOPAEDIC CLINIC**

NAME: _McArthur Griffin_

What type of problem are you having? _Should left Side And Neck_
_also back pain_

How long have you had this problem? _About almost 2 years_

Have you had previous imaging exams of this area? ☑ Yes ☐ No

What type: _Surgery on Rotator Cuff_ When?_____ Where?_____

List previous surgeries of the area being scanned today: _Rotator Cuff_

Please mark the site of your pain:



Right          Back                Front          Left



**BATON ROUGE
ORTHOPAEDIC CLINIC**

## MRI SCREENING QUESTIONNAIRE

NAME: _Mc Arthur Griffin_ DOB _____

SEX: Male / Female    WEIGHT: _280_    HEIGHT _5_ ft _6_ in

**Do you have or have you ever had, any of the following? (if yes, circle)**

PACEMAKER/DEFIBRILLATOR                STENTS/SHUNTS/INTRAVASCULAR COILS

ANEURYSM CLIPS                          BRAIN SURGERY

COCHLEAR IMPLANTS                       HEARING AID

HEART VALVE REPLACEMENT                 REMOVABLE DENTAL WORK/DENTURES

NEURO STIMULATOR                        PAIN PUMP

SHRAPNEL (bomb or bullet fragments)     TATTOOS/PERMANENT MAKEUP/PIERCINGS

PENILE IMPLANT                          ANTI-MICROBIAL OR COMPRESSION GARMENTS

ANY POSSIBILITY THAT YOU ARE PREGNANT

ANY OTHER METAL, IMPLANTS, DEVICES, or RECENT PROCEDURES:

    Explain:_____

**METAL IN EYE:** ☐ Yes ☑ No

    **If yes, was it removed by a physician?** ☐ Yes ☐ No
    Please remove all metallic objects before entering the MRI room, including keys, hairpins, barrettes, jewelry,
    watches, safety pins, paperclips, money clips, credit cards, pens, wallets, belts, metal buttons, pocket knives &
    any clothing with metal in or on the material.

**Women:**
The FDA has not established criteria under which a pregnant woman may be scanned.
It is the policy of this facility that MR imaging With Contrast NOT be performed on women with known or suspected
pregnancy.

BROC has to the best of their ability confirmed your                  but this is not a guarantee of
payment                                        will be filed and you will be billed for any
remaining balance.

I have read, understand & hereby consent to this MRI examination.

Patient Signature: _Mc Arthur Griffin_

I have reviewed & discussed these safety screening items with the above signed patient or guardian &
approve this patient for an MRI.

Technologist Signature:_____  Date:_____

Griffin000091

# Open MRI of Louisiana - Houma
1001 School Street
Houma, Louisiana 70360

| Patient Name | MCARTHUR GRIFFIN | Case ID | 17386177 |
|---|---|---|---|
| Birth Date | | Patient MRN | 287315 |
| Referring Physician | Brett Casey, MD | | |
| Exam Date | 06/29/2018 | | |
| Exam Description | MR Left Shoulder joint w/o Contrast | | |

**HISTORY:** Trapezius and anterior left shoulder pain. Triceps burning. Limited range of motion. Crepitus. Weakness. Increased pain reaching posteriorly. All since 05/25/2018. Pain since hitting superior aspect of shoulder while moving towards standing position.

**TECHNICAL FACTORS:** Long- and short-axis fat- and water-weighted images were performed.

**COMPARISON:** None.

**FINDINGS:** AC arthropathy is mild. The acromion is low lying.

Frayed partial thickness interstitial tear supraspinatus insertion 1.8cm anterior to posterior. No tenoosseous avulsion. Mild peritendinobursitis. Subscapularis insertion tendinopathic.

Biceps arcuate segment is tendinopathic.

SLAP type 2A tear. The labrum tear propagates anteroinferiorly. Capsulosynovitis. Debris within the joint space. No soft tissue mass. No substantive muscle fatty atrophy.

**CONCLUSION:**
1. Frayed partial thickness 1.8cm interstitial laminar tear supraspinatus insertion distally greater than 50% of the tendon depth. Mild peritendinobursitis.
2. SLAP type 2A tear propagates anteroinferiorly. No cyst. No acute macroinstability.
3. Capsulosynovitis.
4. Please see above.

Thank you for the opportunity to provide your interpretation.

Adam K. Olmsted, MD

A: AO/mj 06/29/2018 12:54 PM
T: MJ 06/29/2018 12:48 PM

PROSCAN
Reading Services

Griffin000092



**OUR LADY OF THE LAKE**
REGIONAL MEDICAL CENTER

5000 Hennessy Blvd
Baton Rouge, LA 70808

**Medical Director: Anthony M. Harton M.D.**

| Patient Name: | Griffin, McArthur | Submitter Name: | Greene, Craig C, MD |
|---|---|---|---|
| FMOLHS MRN: | 2466286 | Submitter Address: | 8080 Bluebonnet Boulevard<br>Suite 1000<br>Baton Rouge, LA 70810<br>Fax #: 225-408-7929 |
| DOB: | | | |
| Age: | 47 yrs | | |

**BUN** (Final result)

| Collected: | 8/20/2019 1003 | ID: | LA19232CA0825 |
|---|---|---|---|
| Priority: | Routine | Type/Src: | Blood/Vein |
| Resulting Lab: | OUR LADY OF THE LAKE RMC | Authorized by: | Greene, Craig C, MD |
| Received: | 8/20/2019 1003 | Verified On: | 8/20/2019 1409 |

| | Value | Range |
|---|---|---|
| **Blood Urea Nitrogen Level** | 23 | 5 - 25   mg/dL |

**CREATININE, SERUM** (Final result)

| Collected: | 8/20/2019 1003 | ID: | LA19232CA0825 |
|---|---|---|---|
| Priority: | Routine | Type/Src: | Blood/Vein |
| Resulting Lab: | OUR LADY OF THE LAKE RMC | Authorized by: | Greene, Craig C, MD |
| Received: | 8/20/2019 1003 | Verified On: | 8/20/2019 1409 |

| | Value | Range |
|---|---|---|
| **Creatinine Level** | 0.98 | 0.57 - 1.25   mg/dL |
| **GFR-AA** | 99 | mL/min/1.73mS q |
| **GFR-NAA** | 82 | mL/min/1.73mS q |

Comments:
MDRD Calculated GFR estimate resulted by System based on Creatinine Level.  Adjusted
for gender and age.  Results calculated in ml/min/1.73mSquared.  Reference Range: >= 60
ml/min/1.73mSquared.

1 of 2

Griffin000093

## GULF COAST SURGICAL CENTER

402 DUNN STREET ♦ HOUMA, LA  70360
PH (985) 872-1661          FAX (985) 868-6938

---

**PATIENT**: McAuthor Griffin                                          **PATIENT ID**:  36781
**DATE OF SURGERY**:  09/25/2018                                       **DOB**:

---

### OPERATIVE REPORT

**SURGEON**:                    Brett Casey, MD

**ASSISTANT**:                  William Kinnard, MD

**PRE-OPERATIVE DIAGNOSIS**:    1. Left shoulder rotator cuff tear
                                2. Left shoulder labral tear
                                3. Left shoulder biceps tendonitis
                                4. Left shoulder arthrofibrosis
                                5. Left shoulder impingement
                                6. Left shoulder AC arthrosis

**POST-OPERATIVE DIAGNOSIS**:   Same

**PROCEDURE**:                  1. Left shoulder arthroscopy with extensive intraarticular
                                debridement of labral fraying, joint synovitis, and capsular tissue
                                2. Left shoulder arthroscopic biceps tenodesis
                                3. Left shoulder arthroscopic capsular release
                                4. Left shoulder arthroscopic subacromial decompression
                                5. Left shoulder arthroscopic distal clavicle resection measuring
                                1cm
                                6. Left shoulder arthroscopic rotator cuff repair
                                7. Left shoulder arthroscopic lateral humeral microfracture

**OPERATIVE FINDINGS**:         The patient had severe inflammation of the rotator cuff and a
                                full thickness rotator cuff tear.  He had extensive labral fraying
                                and joint synovitis which underwent debridement.  He had a
                                severely tendinopathic biceps which underwent a biceps
                                tenodesis.  He had capsulitis treated with a capsular release.  He
                                had a large anterior acromial spur treated with a subacromial
                                decompression.  He had severe AC arthrosis treated with a distal
                                clavicle resection of 1cm.  He had a rotator cuff repair performed
                                using a double row technique.  A lateral humeral microfracture
                                was used to aid in healing.

**ANESTHESIA:**                 General

**EBL:**                        Minimal

**COMPLICATIONS**:              None

**DISPOSITION**:                Stable to PACU

**SUMMARY**:                    After informed consent was obtained and the appropriate
extremity identified, the patient was brought to the operating room and laid supine on the operating
table. Once adequate general endotracheal anesthesia was obtained, the patient was placed in the right
lateral decubitus position. The left upper extremity was prepped and draped in a sterile fashion.
Standard anterior and posterior arthroscopic portals were established, and a diagnostic arthroscopy was

Griffin000094

McArthur Griffin – page 2
09/25/2018

performed with the previously mentioned findings. An extensive intraarticular debridement was carried out of labral fraying, joint synovitis, and capsular tissue. Once this was completed, the biceps tendon was inspected and was markedly tendinopathic. Sutures were passed through the biceps tendon. The biceps tendon was transected then tenodesed in the bicipital groove using an arthroscopically placed anchor. An anterior capsular release was performed in order to increase range of motion. Following the capsular release, arthroscopic instruments were removed from the shoulder and inserted into the subacromial space. A complete bursectomy was performed. Full thickness rotator cuff tear was noted. it was debrided back to healthy tissue and then the anterior acromion clearly visualized. An anterior acromioplasty was performed using the burr. Once the acromioplasty was completed, the burr was inserted through the anterior portal and the distal 1cm of clavicle was excised. Following this, arthroscopic methods were used to repair the rotator cuff. A double row technique was performed using a medial row of mattress sutures and a lateral row using a knotless anchor. Excellent repair was noted. A lateral humeral microfracture was performed to aid in healing. The entire construct was visualized and deemed to be acceptable. The shoulder was irrigated with arthroscopic irrigant. Incisions were closed with interrupted Nylon sutures. Sterile dressing was applied. There were no intraoperative complications. All sponge and needle counts were correct X 2. The patient was stable to the PACU. Dr. Kinnard allowed the case to proceed in a timely and safe fashion.

Brett Casey, MD
BC/br26 (B-4506)
DD: 09/26/2018
DT: 09/26/2018

DATE/TIME

**BATON ROUGE ORTHOPAEDIC CLINIC**
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**RETURN SERVICE REQUESTED**

5709 - 5952   T23  P1

Billing questions: (225) 924-2424

Page 1

٠lılıllılı٢٠ٙ١ٮlıl١l١١ll١llılıllıٮlılıll١lılılılı١lıٮ

Daniel Shepard
3701 Kirby Dr Ste 1000
Morrow & Shepard
Houston, TX 77098-3928

☐ Please check box if above address is incorrect.
Indicate change(s) on reverse side.

| | VISA | | | Exp. Date: _____ |
| Sec. Code: _____ |

Card #: _____
Name: _____
Signature: _____

| Statement Date | Pay This Amount | Account No. |
|----------------|-----------------|-------------|
| 01/17/2020 | $180.00 | 396018 |

**Amount Enclosed:**

**REMIT TO:**

lılılıllıٮlıٙllٙllılٮllٮllllılٮllٮlٮllٙllٮlٮlllٮlٮllٮll

BATON ROUGE ORTHOPAEDIC CLINIC, LLC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description | Charge per Unit | Units | Charges, Payments & Discounts | Amount Due from Patient |
|------|-------------|-----------------|-------|-------------------------------|-------------------------|
| | McArthur Griffin (396018) / Craig C Greene MD (2425285) | | | | |
| 01/07/2020 | Office Visit - Est | $180.00 | 1.00 | | $180.00 |
| | | | | $.00 | $180.00 |

**NOTICE: THIS IS A BILL. BASED UPON INFORMATION FROM YOUR HEALTH
YOU OWE THE AMOUNT DUE SHOWN.**

**THIS STATEMENT INDICATES CURRENT BALANCES ONLY. PREVIOUS PAYMENTS HAVE BEEN
APPLIED TO PRIOR BALANCES AND ARE NOT REFLECTED ON THIS STATEMENT.**

Baton Rouge Orthopaedic Clinic, LLC complies with applicable Federal civil laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.

Griffin000096

**BATON ROUGE ORTHOPAEDIC CLINIC**
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**RETURN SERVICE REQUESTED**

5889 - 6142    T20  P1

Billing questions:  (225) 924-2424

Page 1

| | |
|---|---|
| □ VISA  □ | Exp. Date: _____ |
| | Sec. Code: _____ |
| Card #: | |
| Name: | |
| Signature: | |

| Statement Date | Pay This Amount | Account No. |
|---|---|---|
| 06/15/2020 | $568.00 | 396018 |

**Amount Enclosed:**

**REMIT TO:**

Daniel Shepard
3701 Kirby Dr Ste 1000
Morrow & Shepard
Houston, TX  77098-3928

BATON ROUGE ORTHOPAEDIC CLINIC, LLC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

□ Please check box if above address is incorrect.
Indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description | Charge per Unit | Units | Charges, Payments & Discounts | Amount Due from Patient |
|---|---|---|---|---|---|
| | McArthur Griffin (396018) / Craig C Greene MD (2468819) | | | | |
| 05/04/2020 | Office Visit - Est | $270.00 | 1.00 | | $270.00 |
| 05/04/2020 | Arthrocentesis, aspiration and/or injection; major joint or bursa | $220.00 | 1.00 | | $220.00 |
| 05/04/2020 | Injection Celestone 6 mg ml    betamethasone acetate  betamethasone so | $24.00 | 2.00 | | $48.00 |
| 05/04/2020 | Injection, TORADOL  15 MG  ketorolac tromethamine, per 15 mg 00409-379 | $15.00 | 2.00 | | $30.00 |
| | | | | $.00 | $568.00 |

**NOTICE:  THIS IS A BILL.  BASED UPON INFORMATION FROM YOUR HEALTH**
**YOU OWE THE AMOUNT DUE SHOWN.**

**THIS STATEMENT INDICATES CURRENT BALANCES ONLY.  PREVIOUS PAYMENTS HAVE BEEN**
**APPLIED TO PRIOR BALANCES AND ARE NOT REFLECTED ON THIS STATEMENT.**

Baton Rouge Orthopaedic Clinic, LLC complies with applicable Federal civil laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.

Griffin000097

BATON ROUGE ORTHOPAEDIC CLINIC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**RETURN SERVICE REQUESTED**

5709 - 5952    T23 P1

Billing questions: (225) 924-2424

Page 1

<sub>Exp.</sub> Date: _____
Sec. Code: _____

☐ VISA ☐ [card]

Card #: _____
Name: _____
Signature: _____

| Statement Date | Pay This Amount | Account No. |
|---|---|---|
| 01/17/2020 | $180.00 | 396018 |

**Amount Enclosed:**

԰ԲԱ�ԲԱԲԱԲ...

Daniel Shepard
3701 Kirby Dr Ste 1000
Morrow & Shepard
Houston, TX  77098-3928

☐ Please check box if above address is incorrect.
Indicate change(s) on reverse side.

**REMIT TO:**

԰ԲԱ�ԲԱԲ...

BATON ROUGE ORTHOPAEDIC CLINIC, LLC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description | Charge per Unit | Units | Charges, Payments & Discounts | Amount Due from Patient |
|---|---|---|---|---|---|
| | McArthur Griffin (396018) / Craig C Greene MD (2425285) | | | | |
| 01/07/2020 | Office Visit - Est | $180.00 | 1.00 | | $180.00 |
| | | | | $.00 | $180.00 |

**NOTICE:  THIS IS A BILL.  BASED UPON INFORMATION FROM YOUR HEALTH
YOU OWE THE AMOUNT DUE SHOWN.**

**THIS STATEMENT INDICATES CURRENT BALANCES ONLY.  PREVIOUS PAYMENTS HAVE BEEN
APPLIED TO PRIOR BALANCES AND ARE NOT REFLECTED ON THIS STATEMENT.**

Baton Rouge Orthopaedic Clinic, LLC complies with applicable Federal civil laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.

Griffin000098

**BATON ROUGE ORTHOPAEDIC CLINIC**
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**RETURN SERVICE REQUESTED**
6230 - 6519    T27  P1

Billing questions: (225) 924-2424

**Pay your bill online now at www.brortho.com**

☐ VISA  ☐ 🌐

Exp. Date: _____
Sec. Code: _____

Card #: _____
Name: _____
Signature: _____

| Statement Date | Pay This Amount | Account No. |
|---|---|---|
| 11/11/2020 | $568.00 | 396018 |

**Amount Enclosed:**

**REMIT TO:**

Daniel Shepard
3701 Kirby Dr Ste 1000
Morrow & Shepard
Houston, TX 77098-3928

BATON ROUGE ORTHOPAEDIC CLINIC, LLC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

☐ Please check box if above address is incorrect.
Indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

**Company Code: BROC**

Page 1

| Date | Description | Charge per Unit | Units | Charges, Payments & Discounts | Amount Due from Patient |
|---|---|---|---|---|---|
| | McArthur Griffin (396018) / Craig C Greene MD (2538097) | | | | |
| 10/13/2020 | Office Visit - Est | $270.00 | 1.00 | | $270.00 |
| 10/13/2020 | Arthrocentesis, aspiration and/or injection; major joint or bursa | $220.00 | 1.00 | | $220.00 |
| 10/13/2020 | Injection Celestone 6 mg ml betamethasone acetate  betamethasone sodi | $24.00 | 2.00 | | $48.00 |
| 10/13/2020 | Injection, TORADOL  15 MG  ketorolac tromethamine, per 15 mg 00409-379 | $15.00 | 2.00 | | $30.00 |
| | | | | $.00 | $568.00 |

**NOTICE:  THIS IS A BILL.  BASED UPON INFORMATION FROM YOUR HEALTH
YOU OWE THE AMOUNT DUE SHOWN.**

**THIS STATEMENT INDICATES CURRENT BALANCES ONLY.  PREVIOUS PAYMENTS HAVE BEEN
APPLIED TO PRIOR BALANCES AND ARE NOT REFLECTED ON THIS STATEMENT.**

Baton Rouge Orthopaedic Clinic, LLC complies with applicable Federal civil laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.

Griffin000099

## BATON ROUGE ORTHOPAEDIC CLINIC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

### RETURN SERVICE REQUESTED

5542 - 5778    T21  P1

Billing questions: (225) 924-2424

Page 1

ևիկԱկեկավիվԱիկոկոկիկերգ|||||ԱիԱ|Ա

Daniel Shepard
3701 Kirby Dr Ste 1000
Morrow & Shepard
Houston, TX  77098-3928

☐ Please check box if above address is incorrect.
Indicate change(s) on reverse side.

| | | |
|---|---|---|
| ☐ VISA ☐ ⬡ | Exp. Date: _____ | |
| | Sec. Code: _____ | |
| Card #: | | |
| Name: | | |
| Signature: | | |

| Statement Date | Pay This Amount | Account No. |
|---|---|---|
| 10/08/2019 | $198.00 | 396018 |
| **Amount Enclosed:** | | |

**REMIT TO:**

իկիկիգիիկլիկիկիիկիկՈիիդիդՈիկիկՈիդյ|ԱՈ
BATON ROUGE ORTHOPAEDIC CLINIC, LLC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description | Charge per Unit | Units | Charges, Payments & Discounts | Amount Due from Patient |
|---|---|---|---|---|---|
| | McArthur Griffin (396018) / Craig C Greene MD (2355275) | | | | |
| 08/20/2019 | Office consultation | $500.00 | 1.00 | | $500.00 |
| 08/20/2019 | Arthrocentesis, aspiration and/or injection; major joint or bursa | $220.00 | 1.00 | | $220.00 |
| 08/20/2019 | Radiologic examination, shoulder; complete, minimum of two views | $100.00 | 1.00 | | $100.00 |
| 08/20/2019 | Radiologic examination, spine, cervical; two or three views | $100.00 | 1.00 | | $100.00 |
| 08/20/2019 | Injection, Celestone 6 mg/ml  ( betamethasone acetate / betamethasone | $24.00 | 2.00 | | $48.00 |
| 08/20/2019 | Injection, TORADOL  15 MG( ketorolac tromethamine, per 15 mg) 00409-37 | $15.00 | 2.00 | | $30.00 |
| 08/05/2019 | Payment from Shepard, Daniel | | | | $-800.00 |
| 08/21/2019 | Payment from Griffin, McArthur | | | | |
| | | | | $.00 | $198.00 |

**NOTICE:  THIS IS A BILL.  BASED UPON INFORMATION FROM YOUR HEALTH
YOU OWE THE AMOUNT DUE SHOWN.**

**THIS STATEMENT INDICATES CURRENT BALANCES ONLY.  PREVIOUS PAYMENTS HAVE BEEN
APPLIED TO PRIOR BALANCES AND ARE NOT REFLECTED ON THIS STATEMENT.**

Baton Rouge Orthopaedic Clinic, LLC complies with applicable Federal civil laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.

Griffin000100

**BATON ROUGE ORTHOPAEDIC CLINIC**
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

**RETURN SERVICE REQUESTED**

6463 - 6749    T27  P1

Billing questions:  (225) 924-2424

**Pay your bill online now at www.brortho.com**

| | | |
|---|---|---|
| VISA | | Exp. Date: _____ |
| | | Sec. Code: _____ |

Card #: _____
Name: _____
Signature: _____

| Statement Date | Pay This Amount | Account No. |
|---|---|---|
| 12/09/2020 | $568.00 | 396018 |

**Amount Enclosed:**

**REMIT TO:**

Daniel Shepard
3701 Kirby Dr Ste 1000
Morrow & Shepard
Houston, TX  77098-3928

BATON ROUGE ORTHOPAEDIC CLINIC, LLC
8080 BLUEBONNET BLVD., STE 1000
BATON ROUGE, LA 70810

☐ Please check box if above address is incorrect.
  Indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

**Company Code:  BROC**                                                                 Page 1

| Date | Description | Charge per Unit | Units | Charges, Payments & Discounts | Amount Due from Patient |
|---|---|---|---|---|---|
| | McArthur Griffin (396018) / Craig C Greene MD (2538097) | | | | |
| 10/13/2020 | Office Visit - Est | $270.00 | 1.00 | | $270.00 |
| 10/13/2020 | Arthrocentesis, aspiration and/or injection; major joint or bursa | $220.00 | 1.00 | | $220.00 |
| 10/13/2020 | Injection Celestone 6 mg ml  betamethasone acetate  betamethasone sodi | $24.00 | 2.00 | | $48.00 |
| 10/13/2020 | Injection, TORADOL  15 MG  ketorolac tromethamine, per 15 mg 00409-379 | $15.00 | 2.00 | | $30.00 |
| | | | | $.00 | $568.00 |

**NOTICE:  THIS IS A BILL.  BASED UPON INFORMATION FROM YOUR HEALTH        ,
YOU OWE THE AMOUNT DUE SHOWN.**

**THIS STATEMENT INDICATES CURRENT BALANCES ONLY.  PREVIOUS PAYMENTS HAVE BEEN
APPLIED TO PRIOR BALANCES AND ARE NOT REFLECTED ON THIS STATEMENT.**

Baton Rouge Orthopaedic Clinic, LLC complies with applicable Federal civil laws and does not discriminate on the basis of race, color, national origin, age, disability or sex.

Griffin000101

Baton Rouge Orthopaedic Clinic
8080 Bluebonnet Blvd., Ste. 1000
Baton Rouge, LA 70810
Phone: 225-924-2424
Fax: 225-408-7869

Patient
Name:        Griffin, McArthur            Date:      2/10/2021
DOB:
Physician
Name:        David G. Ferachi, MD
              (Printed)
Diagnosis / ICD 9:    m54.12, m50.20 m48.02

☐ MRI _____ without contrast                ☐ MRI _____ w/wo contrast

☐ CT Scan _____                             ☐ Myelogram _____

☐ Bone Scan _____                           ☐ Dexa Scan _____

☐ P.E.T. Scan _____                         ☐ Discogram _____

☐ Epidural Steroid Injections      _____

☐ Facet Joint Injections           _____

☐ Nerve Block                      _____

☐ Transforaminal Injections        _____

☐ Sacro Iliac Joint Injection      _____
☒ Pain Management Evaluation and
Treatment                          C spine eval and tx

☐ EMG / Nerve conduction studies   _____

☐ Functional Capacity Evaluation   _____

EVALUATION AND TREATMENT:

_____

SPECIAL INSTRUCTIONS:

_____

NOTES: _____

Physician's Signature:

David Ferachi MD

Griffin000117

From: Production Primary

18666747481

2023-01-12 13:37:28 EST

017550BCAEC6426F84AD, GRIFFIN, 1

Page: 01 of 10

To: ,

Griffin001325

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Morrow & Sheppard, Llp , the authorized requestor. R - BATON ROUGE ORTHOPEDIC CLINIC – ... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA). ScanSTAT and its affiliates provide service only at the discretion and instruction of R - BATON ROUGE ORTHOPEDIC CLINIC – LA 020 CBD....  All authorized requests must be made directly to R - BATON ROUGE ORTHOPEDIC CLINIC – LA 020 CBD....**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

## Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

MORROW & SHEPPARD, LLP
3701 KIRBY ST.
STE 1000
HOUSTON, TX 77098



017550BCAEC6426F84AD

Case 3:20-cv-00092-BAJ-EWD    Document 228-10    06/02/23    Page 45 of 62

R - Baton Rouge Orthopedic Clinic – LA 020 CBD 3202

Certificate of Authenticity of Medical & Billing Records

The enclosed 4 pages constitute as an accurate and true reproduction of the medical and billing records of:

### McArthur Griffin

The original of these records is on file at **R - Baton Rouge Orthopedic Clinic – LA 020 CBD 3202**.

The undersigned, Chad Tillman, certifies that these records are maintained under the care, custody and control are kept in the ordinary course of business of the office of **R - Baton Rouge Orthopedic Clinic – LA 020 CBD 3202.** and are used in the diagnosis and treatment of patients.

**A paper or digital copy of this Certificate attached to the medical records delivered within this sealed envelope shall constitute as an original certification.**

This Certificate is given pursuant to the provisions of Louisiana state law in lieu of the personal appearance of the person certifying hereto.

_____
Chad Tillman, VP of Client Services          1/12/2023
ScanSTAT Technologies, LLC                   Date

SWORN TO AND SUBSCRIBED BEFORE ME

_____

Notary Public
My commission expires **October 15, 2023.**



l26F84AD, GRIFFIN, 2
Griffin001326



**ScanSTAT** TECHNOLOGIES

P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **1/12/2023**
Due Date: **2/11/2023**
Amount Due: **$32.50**
Invoice #: **017550BCAEC6426F84AD**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| MORROW & SHEPPARD, LLP<br>3701 KIRBY ST.<br>STE 1000<br>HOUSTON, TX 77098 | NAME: MCARTHUR GRIFFIN<br>MRN: 396018<br>REQUEST ID: | MORROW & SHEPPARD, LLP<br>3701 KIRBY ST.<br>STE 1000<br>HOUSTON, TX 77098 |

**MEDICAL RECORD SOURCE**

Records were ordered from:    R - Baton Rouge Orthopedic Clinic – La 020 Cb...
8080 BLUEBONNET BLVD, SUITE 1000
BATON ROUGE, LA 70810

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $25.00 | $25.00 |
| 1 | Certification Fee | | $0.00 |
| 4 | Digital Copy - Copy Fee 1-25 | $1.00 | $4.00 |
| | Subtotal | | $29.00 |
| | Delivery Fee | | $3.50 |
| | **AMOUNT DUE** | | **$32.50** |

## IMPORTANT NOTICE:

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals
work hard to process your records quickly, securely and accurately.  On behalf
of all our employees, affiliates and their families, thanks for paying promptly.

-------------------------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS --------------------------

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

MORROW & SHEPPARD, LLP
3701 KIRBY ST.
STE 1000
HOUSTON, TX 77098

**We accept credit card payments by phone
or online by visiting www.scanstat.com**

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com
**Federal Tax ID#: 27-0786975**



Billing Date: **1/12/2023**
Due Date: **2/11/2023**
Amount Due: **$32.50**
Invoice #: **017550BCAEC6426F84AD**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)



017550BCAEC6426F84     Griffin001327



# MORROW & SHEPPARD LLP
### Trial Attorneys

5151 San Felipe, Suite 100
Houston, Texas 77056
www.morrowsheppard.com

Angelina Fonseca          iafonseca@morrowsheppard.com          Phone: 713.489.1206 Fax: 713.893.8370

January 6, 2023

Medical and Billing Custodian
Baton Rouge Orthopaedic Clinic
Attn: Medical Records
8099 Bluebonnet Blvd., Suite 1000
Baton Rouge, Louisiana 70810
Tel: (225) 924-2424

*Via Facsimile: (225) 408-7980*

MEDICAL, BILLING and RADIOLOGY RECORDS *RUSH* REQUEST

Re:   Our Client/Your Patient: McArthur Griffin
      Date of Birth:
      Social Security No.:          ***-**-
      Date of Incident:            05/25/2018

RECEIVED JAN 1 2 2023

By: _____

Dear Sir/Madame:

Please be informed that this office represents McArthur Griffin on a personal injury claim for an incident that occurred on or about May 25, 2018. We are currently requesting all medical records, itemized billing statements and radiology imaging for McArthur Griffin from *February 11, 2021 to Present*.

Further, attached please find Medical Record Certification to be completed by the custodian of records. Once the certifications are complete, please fax or email the certification along with the records to my office at 713.893.8370 or afonseca@morrowsheppard.com. I have enclosed an authorization signed by McArthur Griffin for the release of such medical and billing information. Should you have any questions regarding this matter please do not hesitate to contact me at *afonseca@morrowsheppard.com*.

All records must be submitted to the judge for trial by *January 19, 2023* thus I request that the records be expedited. If there is a fee associated with this request, please call me at 713.489.1206 so I may pay by credit card. Thank you in advance for your prompt attention to this matter.

Very truly yours,

MORROW & SHEPPARD, LLP

*/s/ Angelina Fonseca*
Certified Paralegal

Enclosures: as stated.

Griffin001328

## AUTHORIZATION FOR RELEASE OF INFORMATION
### Complies with 45 C.F.R. 164.508(b)

TO: __Baton Rouge Orthopaedic Clinic__

RE: __McArthur Griffin__
      Name of Patient/Person (please print)

Date of Birth: _____ Social Security Number _____ Date of Death: __N/A__

**I authorize the use or disclosure of the above-named individual's health and other information as described below:**

1. I hereby authorize all employers, insurers, school administrators and school personnel, rehabilitation personnel, social workers and any other affected person, all Federal and State agencies, Social Security Administration and State Workers' Compensation Offices, Police Departments and other law enforcement agencies, to procure or copy whatever record(s) or other information you may have on the person named above. You are hereby authorized to release any and all wage and employment information, income information, information and records concerning insurance policies and claims, school records, tests of any kind and description, police reports and all related documentation and memoranda, and any other type of information relating to the person named above, and to permit the copies of such records or documents to be made available to Morrow & Sheppard LLP, 5151 San Felipe, Suite 100, Houston, Texas 77056 and for any person or entity designated by Morrow & Sheppard LLP, including but not limited to American Record Retrieval and/or Lexitas.

2. I further authorize any physician, osteopath, podiatrist, dentist, chiropractor, pharmacy, hospital, clinic, emergency center, medical attendant, physician assistants, ambulance service or any other health care provider to disclose or release to Morrow & Sheppard LLP and /or any person or entity designated by Morrow & Sheppard LLP, including but not limited to American Record Retrieval and/or Lexitas, the individually identifiable health information pertaining to the person named above, which includes all medical records, x-rays, pathology reports, imaging, client intake, films/images, emergency records, consultation reports, EKG reports, nurses' notes, progress notes, physical therapy, dental, operative notes, diagnostic studies, discharge summaries, physician's orders, laboratory slides or blocks, explanted medical devices, documents, reports, clinical abstracts, histories, charts, information or opinions, patient account/billing records, prescriptions and all prescription related information, all prescription rewards and loyalty program information, itemized statements, or insurance claim information which they may request relative to the above named person's past, present or future physical condition, treatment, care and/or hospitalizations and to allow them to procure or copy whatever medical records, x-rays, slides or other information you have. This specifically includes any records pertaining to HIV/AIDS tests, results of alcohol/substance abuse and/or diagnoses or treatment for psychological disorders. The information authorized for release may include records which may indicate the presence of a communicable or non-communicable disease.

3. I give my permission to release records related to these categories. You are specifically and expressly released from any liability that would otherwise arise from the release of this information; and I waive, on behalf of myself and any persons who may have an interest in the matter, all provisions of law relating to the disclosure of confidential medical information. The records may be protected by federal regulations from re-disclosure (42 CFR Part 2).

4. This information may be disclosed to, and used by Morrow & Sheppard LLP and any entities authorized by Morrow & Sheppard LLP, including but not limited to American Record Retrieval and/or Lexitas ("Designees"), for the purpose of legal representation and/or litigation.

5. I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to all Designees and all covered entities receiving this authorization. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. This authorization will commence on the date entered below and will not expire until the conclusion of my representation in this legal matter, my death, or written notice of my revocation.

6. I understand that authorizing the disclosure of any information is voluntary and that I may refuse to sign this authorization. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. I understand that I may inspect or copy the information to be disclosed. I further understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand a copy of this authorization shall be valid as the original and acknowledge that I have received a copy of this authorization.

_____           __01/1/2023__

Signature of Patient/Person or their Representative         Date

_____           _____

If Signed By Representative, Print Name        If Signed By Representative, Relationship To Patient/Person

## MEDICAL RECORD CERTIFICATION

I, _Brianna Bell_ do hereby certify that I am person over the age of eighteen (18) years, *of* sound mind, with personal knowledge of the facts herein stated. As a representative of the below named facility. I certify the attached documents are a true and exact photocopy of medical records and itemized billing concerning patient _McArthur Griffin_ described in the authorization, the original thereof consisting of _____ pages. This a reproduction from the records file, kept in the ordinary course of business of this office, at or near the time of the act, condition, or event, pertaining to the patient. Patient records are made from information transmitted by a person with knowledge of those matters and were kept during the regularly conducted medical activities.

_Baton Rouge_, Louisiana this _12th_ day of _January_, 20_23_

_Baton Rouge orthopedic_
Facility Name

_Brianna Bell_
Signature

_Brianna Bell_
Printed Name

_Release of information Specialist_
Title

Griffin001330

PATIENT NAME:  Mcarthur Griffin
CHART NO:       396018
DATE:           06/23/2022

**NEW PATIENT/NEW PROBLEM**

**CHIEF COMPLAINT:** Left shoulder pain.

**HISTORY:**  Mr. Mcarthur is a 50-year-old gentleman who comes in for evaluation of left upper extremity.  He has most recently seen us in the past for left shoulder pain and tendinitis.  He states that the main complaint that he has today is his neck and his lower back.  He has previously seen Dr. Ferachi for this. Dr. Ferachi recommended surgical intervention; however, he states that his attorney does not want to pay for the surgery just yet.  Dr. Ferachi recommended pain management and he has been trying to get into pain management for the last two years and he states he has not been able to do so.  He is still having significant pain, left shoulder is tolerable, but his main complaint is neck and his lower back.  It is affecting his sleep.

- Location:  Left shoulder, neck and lower back.
- Quality:  Sharp pain, stabbing, throbbing, cracking, popping and burning.
- Severity:  2/10 on the shoulder.
- Duration: Since 2018.
- Alleviating factor:  TENS Unit.
- Aggravating factor:  Cold and ice.

**PAST MEDICAL HISTORY:** Past medical history, past surgical history, medications, allergies, family history, social history, and review of systems have been reviewed by me, dated, and initialed.

**PHYSICAL EXAM:**
**General:**         Well-developed, well-nourished.
                    H: 5' 6" W: 280 lbs  BMI: 46.5.
**Neuro:**           Alert and oriented x3.  Normal gait.
**Psych:**           Normal speech and affect.
**CV:**              Palpable radial pulses
**Resp:**            Smooth and unlabored.
**Skin:**            No evidence of focal lesions or trauma.
**Hem/Imm/Lymph:**  No evidence of lymphangitis or adenopathy.
**Musculoskeletal:** Exam of left shoulder reveals he has full range

Griffin001331

PATIENT NAME: Mcarthur Griffin
CHART NO:     396018
DATE:         06/23/2022
PAGE:         2

of motion and pain with abduction and forward
flexion. He has tenderness to palpation at the
AC joint and bicipital groove. Positive
Speed's test. Positive Hawkins. Positive
Neer's. Positive O'Brien's. Positive cross
body adduction. He has +2 radial pulse.

**X-RAYS:** X-rays, left shoulder taken today in clinic, three
views of the left shoulder including AP, scapular-Y and axillary
views shows subacromial spurring otherwise no acute findings.

**IMPRESSION:** Left shoulder impingement and bursitis.

**PLAN:** At this time, we feel that the patient would best benefit
from corticosteroid injection into the left shoulder. We
discussed risks and benefits of the procedure and the patient
wished to proceed with this plan. We also recommend
prescription drug management with Medrol Dosepak for six days
followed by prescription drug management with Mobic.
Cyclobenzaprine 10 mg q.h.s. for muscle spasm and prescription
drug management with Ultram 50 mg q.6h. p.r.n. for pain as
well. We gave him a home exercise program for the neck, lower
back and shoulder. We do highly recommend pain management as we
do feel this is not a long term solution; however, it is a good
intermediate between when he can have surgical intervention as
recommended by Dr. Ferachi. With regard to his neck and lower
back, we will defer further treatment to Dr. Ferachi as he has
recommended surgery. We do feel that is the only next
definitive step for him. In the meantime, we do recommend pain
management. He is from Ville Platte and would like try to get
pain management near him so he does not have to travel as far.
We discussed with the patient. He understands, agrees and
wished to proceed with this plan.

**INJECTION REPORT:** The left shoulder was sterilely prepped. The
patient was given an injection of 12 mg Celestone, 30 mg of
Ketorolac, 2 cc each of lidocaine and Marcaine. After the
injection a sterile Band-Aid was applied. The patient tolerated
the procedure well and was sent home in stable condition. The
patient was instructed to apply an ice pack for approximately 10
minutes once arriving at home and not to do anything strenuous
for the next 48 hours.

PATIENT NAME:  Mcarthur Griffin
CHART NO:      396018
DATE:          06/23/2022
PAGE:          3


At the conclusion of the office visit, the patient voiced
understanding and approval of the plan.  It is understood that
if the pain worsens, the patient will contact our office or
present to the nearest emergency room. Time was given to answer
all questions.

Dr. Greene was present for evaluation and treatment of this
patient.


Josh M. Hall, PA-C

I have examined the patient and agree.


Craig Castleman Greene, M.D., MBA
JMH/al/js/ss/LA

CC: Daniel Sheppard, Esq.(Autofax)

**Remit payment to:**

**Baton Rouge Orthopaedic Clinic**
**8080 Bluebonnet Blvd Suite 1000**
**Baton Rouge, LA 70810-7827**
**(225) 924-2424**

*Patient Receipt*
*Thursday, January 12, 2023*

| Amount Due | Amount Paid |
|---|---|
| **$668.00** | **$668.00** |

McArthur Griffin

Employer ID 721460193
Provider ID

| Date | Description | Check # | Fee | Units | | Patient |
|---|---|---|---|---|---|---|
| | (396018)McArthur Griffin /Craig C Greene MD/2822730 | | | | | |
| | Impingement syndrome of left shoulder (M75.42) | | | | | |
| | Bursitis of left shoulder (M75.52) | | | | | |
| 06/23/2022 | Office Visit - Est (99215 25) | | $270.00 | 1.0 | $0.00 | $270.00 |
| 06/23/2022 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610 LT) | | $220.00 | 1.0 | $0.00 | $220.00 |
| 06/23/2022 | Radiologic examination, shoulder; complete, minimum of two views (73030 LT) | | $100.00 | 1.0 | $0.00 | $100.00 |
| 06/23/2022 | Injection Celestone 6 mg ml (J0702) | | $24.00 | 2.0 | $0.00 | $48.00 |
| 06/23/2022 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | | $15.00 | 2.0 | $0.00 | $30.00 |
| 07/26/2022 | Conveyance Payment from Griffin, McArthur | | | | $0.00 | ($668.00) |
| | Balance: | | | | $0.00 | $0.00 |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $332.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** | **$0.00** | **$0.00** |

Baton Rouge Orthopaedic Clinic * 8080 Bluebonnet Suite 1000 * Baton Rouge, LA 70810-7827 * (225) 924-2424

McArthur Griffin(396018)/Craig C Greene MD/2468819
Other shoulder lesions, left shoulder (M75.82)
Pain in left shoulder (M25.512)
Spinal stenosis, cervical region (M48.02)

| Date | Description | | | | |
|---|---|---|---|---|---|
| 05/04/2020 | Office Visit - Est (99215 25) | | $270.00 | 1.0 | $0.00 | $270.00 |
| 05/04/2020 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | $220.00 | 1.0 | $0.00 | $220.00 |
| 05/04/2020 | Injection Celestone 6 mg ml betamethasone acetate betamethasone sodium phosphate (J0702) | $24.00 | 2.0 | $0.00 | $48.00 |
| 05/04/2020 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | $15.00 | 2.0 | $0.00 | $30.00 |
| 07/08/2020 | Payment from Shepard, Daniel | 3845 | | $0.00 | ($568.00) |
| | **Balance:** | | | **$0.00** | **$0.00** |

McArthur Griffin(396018)/Craig C Greene MD/2538097
Pain in left shoulder (M25.512)
Other shoulder lesions, left shoulder (M75.82)

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/13/2020 | Office Visit - Est (99215 25) | $270.00 | 1.0 | $0.00 | $270.00 |
| 10/13/2020 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610) | $220.00 | 1.0 | $0.00 | $220.00 |
| 10/13/2020 | Injection Celestone 6 mg ml betamethasone acetate betamethasone sodium phosphate (J0702) | $24.00 | 2.0 | $0.00 | $48.00 |
| 10/13/2020 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | $15.00 | 2.0 | $0.00 | $30.00 |
| 03/11/2021 | Payment from Shepard, Daniel | | | $0.00 | ($350.00) |
| 07/28/2021 | Payment from Shepard, Daniel | | | $0.00 | ($218.00) |
| | **Balance:** | | | **$0.00** | **$0.00** |

McArthur Griffin(396018)/David G Ferachi MD/2568901
Other cervical disc displacement, unspecified cervical region (M50.20)
Radiculopathy, cervical region (M54.12)

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/29/2020 | Office Visit (99204) | $300.00 | 1.0 | $0.00 | $300.00 |
| 12/29/2020 | Radiologic examination, spine, cervical; minimum of four views (72050) | $150.00 | 1.0 | $0.00 | $150.00 |
| 12/18/2020 | Payment from Shepard, Daniel | | | $0.00 | ($800.00) |
| 12/30/2020 | Payment from Griffin, McArthur | | | $0.00 | $0.00 |
| 03/11/2021 | Payment from Shepard, Daniel | | | $0.00 | $350.00 |
| | **Balance:** | | | **$0.00** | **$0.00** |

McArthur Griffin(396018)/Craig C Greene MD/2822730
Impingement syndrome of left shoulder (M75.42)
Bursitis of left shoulder (M75.52)

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/23/2022 | Office Visit - Est (99215 25) | $270.00 | 1.0 | $0.00 | $270.00 |
| 06/23/2022 | Arthrocentesis, aspiration and/or injection; major joint or bursa (20610 LT) | $220.00 | 1.0 | $0.00 | $220.00 |
| 06/23/2022 | Radiologic examination, shoulder; complete, minimum of two views (73030 LT) | $100.00 | 1.0 | $0.00 | $100.00 |
| 06/23/2022 | Injection Celestone 6 mg ml (J0702) | $24.00 | 2.0 | $0.00 | $48.00 |
| 06/23/2022 | Injection, TORADOL 15 MG ketorolac tromethamine, per 15 mg 00409-3793-01 (J1885) | $15.00 | 2.0 | $0.00 | $30.00 |
| | **Balance:** | | | **$0.00** | **$668.00** |

| Deposit | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Total Balance | Balance | Pat. Balance |
|---|---|---|---|---|---|---|---|---|
| $1,000.00 | $668.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$668.00** | **$0.00** | **$668.00** |

Griffin001315

REC 2206

# ATTENTION

## Extremely Confidential Information Enclosed

The enclosed confidential information was requested by Pusateri, Johnston, Guillot, & Greenbaum, Llc , the authorized requestor. R - BATON ROUGE ORTHOPEDIC CLINIC – ... contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).

ScanSTAT and its affiliates provide service only at the discretion and instruction of R - BATON ROUGE ORTHOPEDIC CLINIC – LA 020 CBD....  All authorized requests must be made directly to R - BATON ROUGE ORTHOPEDIC CLINIC – LA 020 CBD....

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

## Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

PUSATERI, JOHNSTON, GUILLOT, & GREENBAUM, LLC
1100 POYDRAS STREET
SUITE 2250
NEW ORLEANS, LA 70163



3B795D73EA0E4047A2E8

From: Production Primary

18666747481

2022-10-05 16:02:19 EDT

3B795D73EA0E4047A2E8, GRIFFIN, 1

Page: 01 of 13

To :

# R - Baton Rouge Orthopedic Clinic — LA 020 CBD 3202

## Certificate of Authenticity of Radiology Imaging, Medical and Billing Records

The enclosed radiology, medical and billing records constitute as an accurate and true reproduction of the medical images of:

## McArthur Griffin

The original of these records is on file at **R - Baton Rouge Orthopedic Clinic — LA 020 CBD 3202.**

The undersigned, Chad Tillman, certifies that these records are maintained under the care, custody and control are kept in the ordinary course of business of the office of **R - Baton Rouge Orthopedic Clinic – LA 020 CBD 3202.** and are used in the diagnosis and treatment of patients.

**A paper or digital copy of this Certificate attached to the medical records delivered within this sealed envelope shall constitute as an original certification.**

This Certificate is given pursuant to the provisions of Louisiana state law in lieu of the personal appearance of the person certifying hereto.

Chai

_____

Chad Tillman, VP of Client Services          10/5/2022
ScanSTAT Technologies, LLC                   Date

SWORN TO AND SUBSCRIBED BEFORE ME

Lindsey Ellen Miles

_____

Notary Public
My commission expires **October 15, 2023.**



1047A2E8, GRIFFIN, 2
REC 2207



**ScanSTAT**
TECHNOLOGIES

P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **10/5/2022**
Due Date: **11/4/2022**
Amount Due: **$38.38**
Invoice #: **3B795D73EA0E4047A2E8**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| PUSATERI, JOHNSTON, GUILLOT, & .. <br> 1100 POYDRAS STREET <br> SUITE 2250 <br> NEW ORLEANS , LA 70163 | NAME: MCARTHUR GRIFFIN <br> MRN: 396018 <br> REQUEST ID: | PUSATERI, JOHNSTON, GUILLOT, & .. <br> 1100 POYDRAS STREET <br> SUITE 2250 <br> NEW ORLEANS , LA 70163 |

**MEDICAL RECORD SOURCE**

Records were ordered from:    R - Baton Rouge Orthopedic Clinic – La 020 Cb...
8080 BLUEBONNET BLVD, SUITE 1000
BATON ROUGE, LA 70810

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $25.00 | $25.00 |
| 1 | Certification Fee | | $0.00 |
| 7 | Digital Copy - Copy Fee 1-25 | $1.00 | $7.00 |
| | | | ------------ |
| | Subtotal | | $32.00 |
| | Delivery Fee | | $3.50 |
| | Sales Tax | | $2.88 |
| | | | ------------ |
| | **AMOUNT DUE** | | **$38.38** |

### IMPORTANT NOTICE:

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals
work hard to process your records quickly, securely and accurately.  On behalf
of all our employees, affiliates and their families, thanks for paying promptly.

-------------------------------------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS --------------------------------------

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

PUSATERI, JOHNSTON, GUILLOT, & GREE ..
1100 POYDRAS STREET
SUITE 2250
NEW ORLEANS , LA 70163

**We accept credit card payments by phone
or online by visiting www.scanstat.com**

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

VISA  DISCOVER

Billing Date: **10/5/2022**
Due Date: **11/4/2022**
Amount Due: **$38.38**
Invoice #: **3B795D73EA0E4047A2E8**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)



3B795D73EA0E4047A2E8   REC 2208



**PUSATERI, JOHNSTON,**
**GUILLOT & GREENBAUM**
ATTORNEYS AT LAW

1100 Poydras Street, Suite 2250
New Orleans, LA 70163
T: (504) 620-2500 F: (504) 620-2510
www.pbgglaw.com

Elizabeth.Arregui@pjgglaw.com
Direct Dial: (504) 620-2171

September 23, 2022



**VIA FACSIMILE ONLY (225) 408-7940**
Baton Rouge Orthopedic Clinic
8080 Bluebonnet Blvd., Suite 1000
Baton Rouge, LA 70810
Attn: Medical Records Custodian

    Re:    McArthur Griffin v. REC Marine Logistics, LLC, et al
               U.S.D.C. E.D.La. Civil Action No. 3:20-cv-00092
               **Our File: 1030-20393**

Dear Custodian of Records:

     Our firm represents REC Marine Logistics, LLC, in the above-captioned matter. Enclosed please find a HIPAA Compliant Medical Authorization executed by the claimant, **McArthur Griffin aka McAuthor Griffin**, in the above-referenced matter.

     Please provide our office with a **certified copy** of all information, documents, notes, correspondence, billing records, radiology and MRI films, and/or records in your possession regarding **McArthur Griffin aka McAuthor Griffin**, DOB:     and        **Please only send records Please only send any updated records after our request of November 12, 2021.** Please be advised that we will be responsible for any fees incurred in copying of documents. Please contact me directly if you have any questions.

                       Very truly yours,

           PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC

                  *Elizabeth Arregui*

                  Elizabeth M. Arregui
                  Paralegal

EMA
Enclosure
cc:     Mr. Daniel Sheppard        via email – dsheppard@morrowsheppard.com
       Mr. Alan Davis             via email – adavis@lawla.com

REC 2209

To: ,    Page: 05 of 13    2022-10-05 16:02:19 EDT    18666747481    From: Production Primary

Medical Records    Case 3:20-cv-00092-BAJ-EWD   Document 228-10    06/02/23   Page 59 of 62   Lot Samp: Greenbaum, L.

## AUTHORIZATION FOR THE USE OR DISCLOSURE
## OF PROTECTED HEALTH INFORMATION

Patient Name: McArthur Griffin
Date of Birth:
Social Security Number:
Address:
Phone:

I hereby authorize ____Baton Rouge Orthopedic Clinic_____ to disclose my individually identifiable health information as described in this authorization to:

**Pusateri, Johnston, Guillot & Greenbaum, LLC**
**1100 Poydras Street, Suite 2250**
**New Orleans, Louisiana 70163**
**(504) 620-2500**

Purpose of disclosure: ____Litigation____
Specific description and time period for information to be disclosed:
From _____ to __present__ : Medical and billing records, including correspondence, intake forms, medical history forms, drug screen results, laboratory results, results of diagnostic testing, reports, handwritten notes, notes of telephone communications, consultations, opinions, referrals, orders, prescriptions, operative reports, radiology records, radiology films, bills, invoices, statements, records of treatment from other facilities.

I acknowledge, and hereby specifically consent to, the release of protected health information that may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.

- I understand that the information I authorize a person or entity to receive may be re-disclosed and no longer protected by federal privacy regulations.
- I understand that this authorization is voluntary and that I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that Louisiana law and regulations allow for fees/charges to be applied to this release of information.
- I understand that I may inspect or copy the information used or disclosed upon request.
- I understand that I may revoke this authorization at any time by notifying the above facility or covered entity in writing, except to the extent that:
  - o action has been taken in reliance on this authorization
  - o if this authorization is obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself.
- I understand that I have a right to request and receive a Notice of Privacy practices from the above facility or covered entity upon request.
- I understand that I may receive a copy of this authorization upon request.
- The person/organization authorized to use/disclose the information will receive compensation for doing so: ____ Yes _X_ No

This authorization will expire on: At the End Of Litigation _____ (event or date)

I have read the above and authorize the disclosure of the protected health information as stated.

Signature: _____  Date: March 20, 2021
(Patient/Legal Representative)
Printed Name: _____  Relationship to Patient: _____

REC 2210

## AUTHORIZATION FOR THE USE OR DISCLOSURE
### OF PROTECTED HEALTH INFORMATION

Patient Name: McAuthor Griffin

Date of Birth: _____

Social Security Number: _____

Address: _____

Phone: _____

I hereby authorize    Baton Rouge Orthopedic Clinic        to disclose my individually identifiable health information as described in this authorization to:

**Pusateri, Johnston, Guillot & Greenbaum, LLC**
**1100 Poydras Street, Suite 2250**
**New Orleans, Louisiana 70163**
**(504) 620-2500**

Purpose of disclosure:   Litigation

Specific description and time period for information to be disclosed:

From _____ to _present_____: Medical and billing records, including correspondence, intake forms, medical history forms, drug screen results, laboratory results, results of diagnostic testing, reports, handwritten notes, notes of telephone communications, consultations, opinions, referrals, orders, prescriptions, operative reports, radiology records, radiology films, bills, invoices, statements, records of treatment from other facilities, _____

**I acknowledge, and hereby specifically consent to, the release of protected health information that may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.**

- I understand that the information I authorize a person or entity to receive may be re-disclosed and no longer protected by federal privacy regulations.
- I understand that this authorization is voluntary and that I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that Louisiana law and regulations allow for fees/charges to be applied to this release of information.
- I understand that I may inspect or copy the information used or disclosed upon request.
- I understand that I may revoke this authorization at any time by notifying the above facility or covered entity in writing, except to the extent that:
  - o   action has been taken in reliance on this authorization
  - o   if this authorization is obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself.
- I understand that I have a right to request and receive a Notice of Privacy practices from the above facility or covered entity upon request.
- I understand that I may receive a copy of this authorization upon request.
- The person/organization authorized to use/disclose the information will receive compensation for doing so: ____Yes _X_No

This authorization will expire on: _At the End of Litigation_____ (event or date)

I have read the above and authorize the disclosure of the protected health information as stated.

Signature: _M McAuthor_____      Date: _March 20, 2021_
(Patient/Legal Representative)

Printed Name: _____      Relationship to Patient: _____

REC 2211

Case 3:20-cv-00092-BAJ-EWD    Document 228-10    06/02/23    Page 61 of 62

**Name:** Griffin, McArthur

**Chart:** 396018

**Date:** 6/23/2022    Dr. Craig C. Greene, M.D.

`* 3 9 6 0 1 8 - 1 *`

## Social History

| Are you: | ⊘ Single | ○ Married | ○ Divorced | ○ Widowed | ○ Other |
|---|---|---|---|---|---|
| Living Arrangements: | ○ Home alone | ○ Home with Spouse | ○ Assisted Living | ○ Nursing Home | ○ Other |

**Smoking Status:** ⊘ Current every day smoker - if yes, ½ Pack(s)/day _____ Pack(s)/week 11 Number of years smoked

○ Current some day smoker    ⊘ Smoker, current status unknown    ○ Never smoked

○ Former smoked    ○ Unknown if ever smoked

Do you drink alcohol regularly?  ○ Yes  ○ No   If yes, please list the amount and type ingested per day:

## Family Medical History (Do you have a family history of any of the following illnesses?)

| Illness | Yes | No | Illness | Yes | No |
|---|---|---|---|---|---|
| Cancer | ✓ | | Rheumatoid Arthritis | | |
| Heart Attack/Disease | | | Degenerative Arthritis | | |
| High Blood Pressure | ✓ | | Thyroid Disease | | |
| Diabetes | | | Immune Disorders | | |

## Review of Systems

| Constitutional Symptoms | Yes | No | Gastrointestinal | Yes | No | Neurological | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Recent weight change | ✓ | | Loss of Appetite | | ✓ | Frequent headaches | ✓ | |
| Fever | | ✓ | Nausea or vomiting | | ✓ | Light headed or dizzy | ✓ | |
| Unexplained sweating | | ✓ | Frequent diarrhea | | ✓ | Seizures | | ✓ |
| **Eyes** | | | Constipation | | ✓ | Numbness or tingling | ✓ | |
| Wear glasses or contacts | ✓ | | Rectal bleeding or blood in stool | | ✓ | Tremors | | ✓ |
| Blurred or double vision | | ✓ | Black tarry stools | | ✓ | Paralysis | ✓ | |
| Glaucoma | | ✓ | Regular abdominal pain or heartburn | ✓ | | **Psychiatric** | | |
| **ENT** | | | **Genitourinary** | | | Memory loss or confusion | | ✓ |
| Hearing loss | | ✓ | Frequent urination | | ✓ | Anxiety | | ✓ |
| Regular nose or gum bleeding | | ✓ | Burning or painful urination | | ✓ | Depression | ✓ | |
| Sore throat | | ✓ | Blood in urine | | ✓ | Insomnia | | ✓ |
| Swollen glands in neck | ✓ | | Incontinence or dribbling | | ✓ | **Endocrine** | | |
| **Cardiovascular** | | | Female:   # of pregnancies | | | Glandular or Hormone Problem | | ✓ |
| Irregular heart beats | | ✓ | Female:   # of miscarriages | | | Excessive thirst or urination | | ✓ |
| Shortness of breath w/walking or lying flat | ✓ | | **Musculoskeletal** | | | Heat or cold intolerance | | ✓ |
| Swelling in feet, ankles, and hands | ✓ | | Joint pain | ✓ | | Changes in hair or nails | | ✓ |
| Fainting spells | ✓ | | Joint stiffness and swelling | ✓ | | **Hematology** | | |
| Elevated cholesterol | | ✓ | Morning stiffness | ✓ | | Bruising tendency | | ✓ |
| **Respiratory** | | | Difficulty walking | ✓ | | Anemia | | ✓ |
| Chronic or frequent coughing | | ✓ | Muscle cramping | ✓ | | Need for past transfusion | | ✓ |
| Spitting up blood | | ✓ | **Integumentary** | | | **Patient: Please provide ht. & wt.** | | |
| Regular shortness of breath | ✓ | | Rash or itching | | ✓ | Height _2' 6"_ | | |
| Emphysema | | ✓ | Changes in skin color | | ✓ | Weight _288_ | | |
| Regular wheezing | ✓ | | Varicose veins | | ✓ | | | |

## Allergies

Do you have a history of latex allergy?   Yes ○  No ⊘    Do you have a history of adhesive tape allergy?   Yes ○  No ⊘

| Drug | Reaction | Drug | Reaction |
|---|---|---|---|
| 1. | | 3. | |
| 2. | | 4. | |

## Past Surgical History

| Year | Name of Operation | Type of Anesthetic (general, regional, local) | Complications |
|---|---|---|---|
| 2018 | | shoulder | |
| | | | |
| | | | |
| | | | |

REC 2212

Case 3:20-cv-00092-BAJ-EWD    Document 228-10    06/02/23    Page 62 of 62

Name: **Griffin, McArthur**

Chart: **396018**

Date: **6/23/2022**    Dr. **Craig C. Greene, M.D.**



| Illness/Injury | Yes | No | Illness/Injury | Yes | No |
|---|---|---|---|---|---|
| High Blood Pressure | ✓ | | Kidney disease | | ✓ |
| Diabetes | | ✓ | Liver disease | | ✓ |
| Heart attack/disease | | ✓ | Females ONLY: Are you or could you be pregnant? | | |
| Chest pain or angina | | ✓ | AIDS or HIV Infection | | ✓ |
| Stroke | | ✓ | Thyroid problems | | ✓ |
| Cancer | | ✓ | Shortness of breath | ✓ | |
| Hepatitis | | ✓ | Blood clots | | ✓ |
| Stomach Ulcers | | ✓ | Bleeding tendency | | ✓ |
| Arthritis | ✓ | | Pacemaker | | ✓ |
| Gout | ✓ | | Accidents / Broken bones (please list) | | ✓ |
| Osteoporosis | | ✓ | | | |

**Medications**

| | Drug | Dosage | | Drug | Dosage |
|---|---|---|---|---|---|
| 1. | | | 6. | | |
| 2. | | | 7. | | |
| 3. | | | 8. | | |
| 4. | | | 9. | | |
| 5. | | | 10. | | |

Do you take diet pills or nutritional supplements?    Yes ○    No ⊘

If yes, please list the type and when last taken:

| | Name | | Date Last Taken |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

**Immunization History**    When was your last tetanus shot?

**Medication History Patient Consent**

I agree that Baton Rouge Orthopaedic Clinic may request and use my prescription medication history from other healthcare providers or third-party pharmacy payors for treatment purposes.    **Yes** ✓    **No** ○

**Pharmacy**

I wish to use _Evangeline Drug Store_ Pharmacy, located at _Ville Platte_

NAME OF PHARMACY                                      STREET

_LA_    _70586_    telephone number (    )                  , for

CITY                  STATE    ZIP CODE                 AREA CODE    TELEPHONE NUMBER

filling prescriptions for all my medications prescribed by Baton Rouge Orthopaedic Clinic providers.

I certify that to the best of my knowledge the preceding information is true and accurate.

_M⁼ Arthur D Griffin_                                _6-22-2022_

Patient Signature (or parent if patient is a minor)                            Date

REC 2213