**EXHIBIT 10**

McARTHUR GRIFFIN,                    APR 10  8 31 AM '95        CIVIL DOCKET NO. 56367-A
KEITH GALLOW & GARY SKINNER

    VERSUS                                      13TH JUDICIAL DISTRICT COURT

INTERSTATE GUARANTY INSURANCE
CO.                                                 EVANGELINE PARISH, LOUISIANA

*************************************************************

### PETITION FOR DAMAGES

The petition of McARTHUR GRIFFIN, KEITH GALLOW, and GARY SKINNER, all residents of Evangeline Parish, Louisiana, through undersigned counsel, respectfully represents:

1.

Made defendant herein is INTERSTATE GUARANTY INSURANCE CO., a foreign corporation duly authorized to do and doing business in the State of Louisiana.

2.

On or about August 31, 1994, petitioners were passengers in a 1979 Chevrolet Monte Carlo automobile, owned by Vanessa G. Thomas and insured by INTERSTATE GUARANTY INSURANCE CO. The vehicle was being operated by an individual by the name of "Jerry" whose last name is unknown and his present whereabouts are unknown.

3.

Petitioners were traveling southbound on La. Highway 749 when, without warning, the vehicle driven by "Jerry" crossed over the northbound lane and ran off of the roadway colliding into a brick mail box, then continuing through a ditch and colliding into a culvert. The vehicle went airborne and collided with a large tree then continued where upon it struck a second tree.

4.

The driver of the vehicle fled the scene and petitioners do not know of his whereabouts nor where he can be located.



**DEFENDANT'S EXHIBIT DX2**

REC1863

5.

The accident complained of herein was caused solely and proximately by the negligence of the driver of the vehicle, who is considered the "omnibus insured" of the defendant, and which negligence consisted of, but is not limited to the following, to wit:

1. Failing to maintain control of his vehicle.

2. Driving left of center.

3. Traveling at an unsafe speed.

4. Failing to do what he should have done and see what he should have seen in order to avoid the accident.

5. The negligence of "Jerry" is imputed to Interstate Guaranty Insurance Co. which provided automobile liability coverage herein.

6. As a result of the accident, the defendants received various injuries all of which necessitated extensive medical treatment from medical care providers, including ambulance service, doctors, hospitals, medical treatment, physical therapy, etc.

6.

The Defendant is liable to Plaintiffs for the injuries sustained as a result of the accident herein, and which damages include but are not limited to the following, to wit:

a. Past, present and future medical expenses.

b. Past, present and future loss of earnings.

c. Past, present and future mental anguish.

d. Loss of enjoyment of life.

e. All other damages allowed under the laws of the State of Louisiana and proved at the trial of this matter.

7.

Petitioners are poor persons, and are unable to pay the cost of court in advance or as they accrue, and therefore desire to proceed in forma pauperis.

WHEREFORE, PETITIONERS PRAYS that:

1. The Defendants be served with a copy of this petition, and duly cited to answer same;

2. That after all delays have run, and all proceedings had, that there be Judgment in favor of Plaintiffs, and against the Defendant, for all damages suffered by Plaintiffs, plus legal interest from date of judicial demand, and for all cost of these proceedings.

3. For all just and equitable relief in the premises.

4. That they be allowed to proceed in forma pauperis.

THROUGH PLAINTIFF'S ATTORNEY

C. BRETT COREIL
P. O. BOX 450
VILLE PLATTE, LA 70586
318/363-5596, BAR NO. 4399

Issued 4-12-95
PLEASE SERVE: cR
INTERSTATE GUARANTY INSURANCE CO.
THROUGH SECRETARY OF STATE
BATON ROUGE, LA



APR 10  8 31 AM '95

| | |
|---|---|
| McARTHUR GRIFFIN,<br>KEITH GALLOW & GARY SKINNER | CIVIL DOCKET NO. |
| VERSUS | 13TH JUDICIAL DISTRICT COURT |
| INTERSTATE GUARANTY INSURANCE CO. | EVANGELINE PARISH, LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the foregoing,

IT IS ORDERED that Plaintiffs be allowed to file these proceedings in forma pauperis.

Ville Platte, Louisiana, this _____ day of ___April___, 1995.

_____
JUDGE