**EXHIBIT 11**

MCARTHUR GRIFFIN

VERSUS

LEWIS JOLES AND INDIANA FARM
BUREAU INSURANCE COMPANY
AND CRAWFORD U.S. PROPERTY
AND CASUALITY

CIVIL DOCKET NO: 20141821 I

15TH JUDICIAL DISTRICT COURT

LAFAYETTE PARISH, LOUISIANA

Lafayette Parish Clerk of Court
Filed This Day

APR 10 2014

Monét McCarthy
Deputy Clerk of court

### PETITION FOR DAMAGES

NOW INTO COURT, thought undersigned counsel comes **MCARTHUR GRIFFIN**, a major resident of Evangeline Parish, Louisiana who respectfully represent that;

1.

Made defendants herein are:

a.) **LEWIS JOLES**, driver and owner, a resident of Warsaw, Indiana, a person of full age and majority, who is domiciled at 604 Austin Drive Warsaw, IN 46580 in Kosciusko County, State of Indiana, and who can be served through the Louisiana Secretary of State as its agent for service of process pursuant to LA.R.S. 13:3474;

b.) **INDIANA FARM BUREAU INSURANCE COMPANY**, a foreign insurance company, who is a non-Louisiana business corporation doing business in Louisiana and who can be served through the Louisiana Secretary of State as its agent for service of process pursuant to LA.R.S. 13:3474;

c.) **CRAWFORD U.S. PROPERTY AND CASUALTY**, also known as **CRAWFORD AND COMPANY**, a foreign insurance company, who is a non-Louisiana business corporation doing business in Louisiana, with a business office located at 4324 S. Sherwood Forest Blvd., Bldg B #140, Baton Rouge, Louisiana 70816, and who can be served through the Louisiana Secretary of State as its agent for service of process pursuant to LA.R.S. 13:3474.

2.

Defendants are jointly, severally, and in solido liable unto plaintiff for the damages complained of herein for the following reasons, to wit:

3.

On or about April 10, 2013, Petitioner, MCARTHUR GRIFFIN, was traveling Southbound on the fifteenth hundred block of Northwest Evangeline Thruway where he was at a stop due to traffic congestion; subsequently, the Defendant, Mr. Joles, collided into the rear of Plaintiff's vehicle.

4.

Defendant, LEWIS JOLES, was traveling Southbound on the fifteenth hundred block of Northwest Evangeline Thruway; Defendant driver looked away and collided into the rear of Mr. Griffin's vehicle, causing damage to Plaintiff's body and property.



REC 1894

5.

The collision described above was caused by the sole negligence of the defendants, **LEWIS JOLES, INDIANA FARM BUREAU INSURANCE COMPANY and CRAWFORD U.S. PROPERTY AND CASUAL TY,** in the following particulars:

6.

As a result of the joint and/or solitary actions, and negligence, of the defendant(s) mentioned above, petitioner, **MCARTHUR GRIFFIN,** suffered severe and permanent injuries to the structure, tissues and musculature of his body, which injuries include, but are not limited to injuries to his lower back, back, and neck, along with other parts of his body.

7.

The damages sustained by plaintiff, **MCARTHUR GRIFFIN,** as a result of the negligence of defendants includes, but is not limited to:

    a. Past, present, and future medical expenses;

    b. Past, present, and future physical pain and suffering and loss of function;

    c. Past, present and future mental anguish and emotional distress;

    d. Lost wages and lost or diminished earning capacity;

    e. Property damage; and

    f. Loss of enjoyment of life.

8.

At all material time herein, **INDIANA FARM BUREAU INSURANCE COMPANY and/or CRAWFORD U.S. PROPERTY AND CASUAL TY** had issued and there was in full force and effect a policy of insurance covering defendant, **LEWIS JOLES** for the actions of the kind and nature asserted herein.

REC 1895

WHEREFORE PLAINTIFFS PRAY that defendants be duly cited and served with a copy of this petition, to appear and answer same and, after all legal delays and due proceedings are had, that there be judgment herein in favor of the plaintiff, **MCARTHUR GRIFFIN**, and against defendants, **LEWIS JOLES, INDIANA FARM BUREAU INSURANCE COMPANY and CRAWFORD U.S. PROPERTY AND CASUALTY**, jointly, severally and, *in solido*, in a full and true sum calculated to compensate plaintiff for the damages complained of herein, along with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

RESPECTFULLY SUBMITTED BY:

_____
JUSTIN BO WEST (#31563)
ATTORNEY AT LAW
Post Office Drawer 1019
510 W. Magnolia St.
Ville Platte, LA 70586
Phone: (337)363-2772
Fax: (337)363-2798

Please Serve:

LEWIS JOLES
Please serve through their agent for service of process,
Louisiana Secretary of State

INDIANA FARM BUREAU INSURANCE COMPANY
Please serve through their agent for service of process,
Louisiana Secretary of State

CRAWFORD U.S. PROPERTY AND CASUALTY
Please serve through their agent for service of process,
Louisiana Secretary of State

FILED THIS ___10___
DAY OF __April__, 20_14_
___Monét McCarthy___
Deputy Clerk of Court

REC 1896



## 15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

## STATE OF LOUISIANA

DOCKET NO. 20141821  I                 CIVIL DIVISION

McARTHUR GRIFFIN

versus

LEWIS JOLES and INDIANA FARM BUREAU INSURANCE COMPANY
and CRAWFORD U.S. PROPERTY AND CASUALTY

FILED: _____  _____
                                                                       DEPUTY CLERK

### MOTION AND ORDER TO DISMISS

ON MOTION of plaintiff, MCARTHUR GRIFFIN, appearing herein through undersigned counsel of record, and on suggesting to this Honorable Court that the above numbered and entitled cause of action has been amicably compromised and settled as to all main and incidental demands and therefore should be dismissed; with full prejudice as to all of plaintiff's rights therein, each party to bear its own cost;

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed with full prejudice as to all main and incidental demands, each party to bear its own cost.

LAFAYETTE, Louisiana, this __3RD__ day of __December__, 2014.

_____
JUDGE

**JUSTIN BO WEST (#31563)**
Attorney at Law
P.O. Box 1019
510 W. Magnolia St.
Ville Platte, LA 70586
Phone: (337) 363-2772
*Attorney for plaintiff*

**MATTHEW L. MANN (#31851)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900
*Attorney for defendants, Lewis Joles and United Farm Family Mutual Insurance*

FILED THIS 3 DAY OF Dec, 2014
_____
Deputy Clerk of Court

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgement/order has been mailed/served on all parties this 8 day of Dec, 2014
_____
Deputy Clerk of Court
CC: Matthew L Mann
Justin Bo West

1301/1325.0069

REC 1897