

**REC MARINE LOGISTICS**

P.O. Box 774 • Galliano, LA 70354
Ph: (985) 325-3366 • Fax: (985) 325-3368
www.recmarinelogistics.com

EXHIBIT
12

## Application for Employment

*It is our policy to provide equal employment opportunity to all qualified persons without regard to race, creed, color, religious belief, sex, age, national origin, ancestry, physical or mental handicap, or veteran status.*

**Applicant Information:**

Date: 4-19-16

Name: Griffin (Last)    Mc Authur (First)    James (Middle)

Mailing Address: _____

Physical Address: _____

Social Security #: ___-__-____

Home Telephone: (___)_____  Cell Phone: (___)_____

Position applied for: Engineer    Desired Wage $_____

Desired Start Date: _____    Desired Schedule: _____

Have you ever worked for REC Marine before?    Yes or **No**
If Yes, when? _____

Are you a US Citizen or can provide authorized to work in the US on an unrestricted basis?    **Yes** or No?

Are you at least 18 years old?    **Yes** or No?

REC Marine Logistics, LLC    Employment Application    Rev. 10/2014

JOINT TRIAL EXHIBIT
8

REC 000864

**Additional Information:**

Do you have a Driver's License or State Issued Identification        Yes or No?
If so, provide Driver's License or State ID Number: _____

State of Issue: _____        Expiration Date: _____

Have you had any motor vehicle accident or had your license suspended during
the past five (5) years?        Yes or ~~No~~?

If so, how many occurrences? _____

Are you a veteran of the United States Military?        Yes or ~~No~~?
    If yes, did you receive an Honorable Discharge?        Yes or No?

Are you able to perform the essential functions of the duties of the job
for which you are applying with or without reasonable accommodations?        (Yes) or No?

Have you EVER failed or refused a Drug or Alcohol Test job
related or not?        Yes or (No)?
**If yes**, provide the date and company that required the test: _____

Have you EVER been convicted of any criminal offense? (Including, but not limited to DUI, DWI,
felony, or misdemeanor)        Yes or No?
If yes, please fully describe the circumstance:
_____  _____
_____
_____

Have you ever been a party (either plaintiff or defendant) to a lawsuit or civil action? Yes or No?
If so, for each lawsuit provide the following. (Use the back, if additional space is needed.)

| Parties to Lawsuit | Court or Parish/County | Brief Explanation of Claims |
|---|---|---|
|  |  |  |
|  |  |  |

REC Marine Logistics, LLC        Employment Application        Rev. 10/2014

REC 000865

# Education History:

| Education | Name of school | Number of years | Did you graduate? | Subjects studied |
|---|---|---|---|---|
| Grammar school | | | | |
| High School | Ville Platte High | 5 | No | |
| College | LIT | 1 ½ | Yes | Nursing aid |
| Trade School | Vo-Tech | 1 | No | Welding |

# Marine Experience, Licenses, Certifications and Skills:

| | |
|---|---|
| Do you have a Transportation Worker Identification Credential (TWIC)? | **Yes** or No |
| Do you have SafeGulf Card? | **Yes** or No |
| Do you have a current Rigging Card? | **Yes** or No |
| Do you have CPR / First Aid Certifications? | Yes or **No** |
| Do you have Water Survival Training? | Yes or No |
| Do you have Fire Watch Certification? | Yes or No |
| Do you have a Merchant Mariner Credential, (MMC)? | Yes or No |

Additional skills you feel are relevant for the desired position: (Type of USCG License, all valid Safety Training)

_____
_____

Have you had any accidents operating any vessel in the last five (5) years? If so, provide explanation for each occurrence:

_____
_____

Have you had any suspension or revocation of a marine license you have held in the last five (5) years? If so, provide explanation for each occurrence:

_____
_____

REC Marine Logistics, LLC     Employment Application     Rev. 10/2014

REC 000866