UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MCARTHUR GRIFFIN** | * | |
| | * | |
| **VERSUS** | * | C.A. No.: 3:20-92-BAJ-EWD |
| | * | |
| **REC MARINE LOGISTICS LLC, et al** | * | **TRIAL BY JURY DEMANDED** |
| | * | |

## JOINT MOTION TO CONTINUE BRIEFING DEADLINES REGARDING MOTION FOR RECONSDIERATION (REC. DOC. 227), RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (REC. DOC. 228), AND MOTION FOR NEW TRIAL AND/OR REMITTITUR (REC. DOC. 229)

Defendants QBE Insurance (Europe), Ltd. ("QBE"), REC Marine Logistics, LLC ("REC Marine"), and Offshore Transport Services, LLC ("Offshore Transport"), along with Plaintiff McArthur Griffin (together with QBEREC Marine, and Offshore Transport the "Parties") jointly and respectfully request an Order continuing briefing deadlines with respect to Plaintiff's Motion for Reconsideration (Rec. Doc. 266), REC Marine's Renewed Motion for Judgment as a Matter of Law (Rec. Doc. 228) and REC Marine and Offshore Transport's Motion for New Trial and/or Remittitur (Rec. Doc. 229).. In support thereof the parties aver as follows:

On May 24, 2023, this Court entered an Order requiring that post-trial motions be filed within 30 days of the last trial transcript being filed into the record. (Rec. Doc. 226). Notwithstanding that Order, out of an abundance of caution based on potential jurisdictional issues, on May 26, 2023, Plaintiff filed his Motion for Reconsideration regarding the Court's April 28, 2023 ruling granting QBE's Rule 50 Motion for Judgment as a Matter of Law. Then, on June 2, 2023, REC Marine filed its Renewed Motion for Judgment as a Matter of Law (Rec. Doc. 228) and REC Marine and Offshore Transport filed their Motion for New Trial and/or Remittitur (Rec. Doc. 229) (all three motions together, the "Motions"). Pursuant to the Local Rules for the Middle

District of Louisiana, Responses to the Motions would be due on June 16, 2023 (as to Plaintiff's Motion) and June 23, 2023 (as to REC Marine and Offshore Transport's Motions).

As of the date of this filing, the last trial transcript has not been filed into the record; in fact, no trial transcripts have been filed into the record yet. The Parties have conferred and believe it would serve the interest of fairness and efficiency to briefly continue any current briefing deadlines regarding the above-referenced Motions until the final trial transcripts have been filed into the record. Otherwise, the Parties are faced with submitting briefing regarding important motions without an accurate record, and the Court with the choice of either ruling based on a rough draft record or deferring ruling until the final transcripts are available.

To avoid the foregoing, and in the spirit of giving effect to the Court's Order of May 24, 2023, the Parties respectfully urge the Court to stay consideration of the Motions pending filing into the record of the final trial transcript. Should any party wish to supplement or amend one of the above-referenced Motions based on the official record of the case, the Parties request that the Court require said party to file a Motion for Leave to do so along with any proposed supplemental or amended motion/memorandum in support thereof within thirty (30) days after the filing of the final trial transcript into the record. Should any party seek leave to supplement or amend their motion/memorandum in support thereof within thirty (30) days after the filing of the final trial transcript, it is requested that the Court make any opposition to the motion/memorandum in support thereof (as amended, if allowed by the Court) due within twenty-one (21) days after leave has been granted and the supplemented/amended motion/memorandum is entered into the record or twenty-one (21) days after leave has been denied. Should any party choose not to seek leave to supplement or amend their motion/memorandum in support thereof within thirty (30) days after the filing of the final trial transcript, the Parties propose that any opposition to the motion/memorandum in

support thereof be due within twenty-one (21) days after the expiration of the above-referenced thirty (30) day time period. Essentially, the Parties request that the Motions be treated as if filed in accordance with the Court's May 24, 2023 order notwithstanding the jurisdictional concerns that prompted their sooner filing.

**WHEREFORE** the Parties pray that this Motion to Continue Briefing Deadlines Regarding Motion for Reconsideration (Rec. Doc 227), Renewed Motion for Judgment as a Matter of Law (Rec. Doc. 228), Motion for New Trial and/or Remittitur (Rec. Doc. 229) be granted.

Respectfully Submitted

*/s/ Alan R. Davis*
**Alan R. Davis, LA Bar No. 31694**
**Lorin R. Scott, LA Bar No. 38888**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
Email: adavis@lawla.com
           lscott@lawla.com
***Attorneys for QBE Insurance (Europe), Ltd.***

/s/*Daniel E. Sheppard*
John D. Sheppard
Pro Hac Vice
Daniel E. Sheppard
State Bar No. 38076
MORROW & SHEPPARD, LLP
*msfiling@morrowsheppard.com*
*dsheppard@morrowsheppard.com*
*jsheppard@morrowsheppard.com*
5151 San Felipe Street
Houston, Texas 77056
Telephone: (713) 489-1206
Facsimile: (713) 893-8370
***Attorneys for Plaintiff McArthur Griffin***

*/s/ Kyle A. Khoury*
Salvafor J. Pusateri (TA #21036)
Kyle A. Khoury (#33216)
Kristiane B. Dobard (#36997)
PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC
1100 Poydras St., Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Salvador.pusateri@pjgglaw.com
Kyle.khoury@pjgglaw.com
Kristian.dobard@pjgglaw.com
***Attorneys for REC Marine Logistics, LLC and Offshore Transport Service, LLC***
