UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>               **Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>               **Defendants** | **CIVIL ACTION NO: 3:20-cv-00092**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

**DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY MEMORANDA**

**NOW INTO COURT,** through undersigned counsel, come Defendants, REC Marine Logistics, LLC and Offshore Transport Services, LLC (hereinafter collectively referred to as "Defendants") which respectfully request a brief extension of 8 days to file Reply Memoranda in Support of their Motion for New Trial and/or Remittitur and Renewed Motion for Judgment as a Matter of Law. Defense counsel primarily responsible for these Reply Memoranda, Kyle Khoury, is currently on vacation. Rather than ask the court for an extension, counsel brought his laptop in order to work while on vacation. On Tuesday morning, counsel attempted to access his laptop, and it would not power on. Counsel has tried multiple power outlets and various charging methods (including multiple chargers) to no avail. It appears there may be an issue with the computer's battery which is preventing it from charging.

Reply Memoranda are currently due August 17, 2023. Under the circumstances, Defendants respectfully request a brief extension until Friday, August 25, 2023, to file their Reply Memoranda. Defense counsel has contacted counsel for the Plaintiff regarding whether there is any opposition to the instant motion, but defense counsel has not yet received a response as it appears that plaintiff's counsel is participating in mediation in another matter. The undersigned

returns to New Orleans from vacation on Monday evening, August 21, 2023. Counsel has asked his firm's office manager to order a new computer and have the firm's IT staff set it up so counsel's files can be accessed immediately upon return to the office.

**WHEREFORE**, the premises considered, Defendants, REC Marine and Offshore Transport Services, LLC respectfully request that this motion be granted.

Respectfully submitted,

*/s/Kyle A. Khoury*
Salvador J. Pusateri, T.A. (#21036)
Kyle A. Khoury (#33216)
Kristian B. Dobard (#36997)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**