# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN**<br>　　　　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**REC MARINE LOGISTICS, LLC, ET AL**<br>　　　　　　　　　**Defendants** | **CIVIL ACTION NO: 3:20-cv-00092-BAJ-EWD**<br><br>**DISTRICT JUDGE:**<br>**HON. BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE:**<br>**HON. ERIN WILDER-DOOMES** |

## MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60

**NOW INTO COURT**, through undersigned counsel, come Defendants, REC Marine Logistics, LLC and Offshore Transport Services, LLC. For the reasons set forth in the attached Memorandum in Support, Defendants respectfully submit that Plaintiff is not legally entitled to pre-judgment interest on the jury's entire verdict. Pursuant to Federal Rule of Civil Procedure 60, Defendants therefore request that this Honorable Court's original Judgment (R. Doc. 215) and/or any future judgment issued in accordance with Plaintiff's recent acceptance of remittitur be corrected to clarify the elements of the verdict for which pre-judgment interest may be awarded.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　***/s/ Kyle A. Khoury***
　　　　　　　　　　　　　　　　　　Salvador J. Pusateri, T.A. (#21036)
　　　　　　　　　　　　　　　　　　Kyle A. Khoury (#33216)
　　　　　　　　　　　　　　　　　　Kristian B. Dobard (#36997)
　　　　　　　　　　　　　　　　　　**PUSATERI, JOHNSTON, GUILLOT**
　　　　　　　　　　　　　　　　　　**& GREENBAUM, LLC**
　　　　　　　　　　　　　　　　　　1100 Poydras Street, Suite 2250
　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　　Telephone: (504) 620-2500
　　　　　　　　　　　　　　　　　　Facsimile: (504) 620-2510
　　　　　　　　　　　　　　　　　　Salvador.Pusateri@pjgglaw.com
　　　　　　　　　　　　　　　　　　Kyle.Khoury@pjgglaw.com
　　　　　　　　　　　　　　　　　　Kristian.Dobard@pjgglaw.com

**ATTORNEYS FOR REC MARINE LOGISTICS, LLC AND OFFSHORE TRANSPORT SERVICES, LLC**