# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MCARTHUR GRIFFIN** | **CIVIL ACTION** |
| **VERSUS** | |
| **REC MARINE LOGISTICS, LLC, ET AL.** | **NO. 20-00092-BAJ-EWD** |

## AMENDED JUDGMENT

For written reasons assigned (Docs. 277, 289),

**IT IS ORDERED** that the Court's May 5, 2023 Judgment (Doc. 215) be and is hereby **AMENDED** to reflect the following:

1. The award for future medical expenses is remitted to $469,217.00; the award for past wage loss is remitted to $144,995.00; the award for future wage loss is remitted to $321,589.00; and the punitive damage award is remitted to $90,000.00.[1]

2. Plaintiff is awarded $80,430.00 in attorney's fees against Defendant REC Marine Logistics, LLC.

3. Plaintiff will receive prejudgment interest on the following damage awards *only*:

    a. Against Defendant Offshore Transport Services, LLC: 20% of the total of past general damages, past wage loss, and past medical expenses; and

---

[1] On January 5, 2024, Plaintiff accepted this Court's remittitur of the jury's award. (*See* Doc. 278).

      b. Against Defendant REC Marine Logistics, LLC: the award of maintenance, but not punitive damages.

**IT IS FURTHER ORDERED** that, to the extent it is not inconsistent with the amended relief set forth herein, the Court's May 5, 2023 Judgment be and is hereby **AFFIRMED.**

Baton Rouge, Louisiana, this 8th day of March, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**